# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, on behalf of herself and the class members described herein, | ) )  No. 3:18-cv-121-MEM |
| Plaintiff, | ) (JUDGE MALACHY E. MANNION) ) ) |
| vs. | ) ) |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC, | ) ELECTRONICALLY FILED ) ) ) |

## JOINT REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.9 the parties jointly request oral argument on Defendant's Motion to Dismiss Plaintiffs' Complaint and Strike Class Allegations (Docket Entry 39). Further, Defendants note that Lisa Simonetti, who will handle any argument, is scheduled for surgery on Friday, October 26, 2018, and will not be able to travel for some time afterward. Accordingly, the parties respectfully request that argument be set in December, at the earliest.

Respectfully submitted,

| | |
|---|---|
| EDELMAN, COMBS, LATTURNER GOODWIN, LLC | MYERS BREIR & KELLY, LLP |
| s/ Cassandra P. Miller | s/Daniel T. Brier (with consent) |
| Cassandra P. Miller | Daniel T. Brier |
| Daniel A. Edelman (Pro Hac) | Bar Number PA 53248 |
| Cassandra P. Miller (Pro Hac) | 435 Spruce Street, Ste 200 |
| 20 S. Clark Street, Suite 1500 | Scranton, PA |

| | |
|---|---|
| Chicago, Illinois 60603<br>T: 312-739-4200<br>F: 312-419-0379<br>courtecl@edcombs.com | T: 570-342-6100<br>F: 570-342-6147<br>dbrier@mbklaw.com |
| FIORENTINO LAW OFFICED LTD.<br><br>Anthony Fiorentino (Pro Hac)<br>180 N. LaSalle Street, Ste 2440<br>Chicago, IL 60602<br>T: 312-853-0050<br>F: 312-853-3254<br>anthony@fiorentinolaw.com | VEDDER PRICE (CA), LLP<br><br>Lisa M. Simonetti<br>1925 Century Park East, Ste 1900<br>Los Angeles, CA 90067<br>T: 424-204-7738<br>F: 424-204-7702<br>lsimonetti@vedderprice.com<br>*Attorneys for Defendants Navient Solutions, LLC and Navient Corporation* |

SABATINI FREEMAN, LLC

Carlo Sabatini
Bar Number PA 83831
216 N. Blakely Street
Dunmore, PA 18512
T: 570-341-9000
F: 570-504-2769
Email: ecf@bankruptcypa.com

*Attorneys for Plaintiff Ballard and Proposed Class*

## ORDER

    SO ORDERED. Argument shall be held on _____ at

_____, \_\_\_.M.

 

_____
**Hon. Malachy E. Mannion**

LOS_ANGELES/#46158.1

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller hereby certify that on October 23, 2018, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

s/ Cassandra P. Miller<br>Cassandra P. Miller

Daniel A. Edelman
Cassandra P. Miller
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St., Ste. 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

LOS_ANGELES/#46158.1