# ATTACHMENT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>    Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., and NAVIENT SOLUTIONS, LLC,<br><br>    Defendants. | Docket 3:18-cv-00121-MEM-MCC<br><br>(Judge Malachy E. Mannion)<br><br>(Magistrate Judge Martin C. Carlson)<br><br>ELECTRONICALLY FILED |

I, Anthony Fiorentino, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

  1.  I am one of the attorneys representing Plaintiffs in the above-captioned matter.

  2.  On August 18, 2022, I sent an email to Defendants' counsel Lisa Simonetti to follow up on the Parties' Rule 37 Conference involving the class definitions. *See* Exhibit I.

  3.  On September 3, 2022, I sent an email to Defendants' counsel Lisa Simonetti asking if Navient would state whether the two classes which Defendants conceded were within the scope of the Complaint (Class 1 and 4) could be feasibly searched on Navient's computer database. *See* Exhibit J.

1

2

4.  On September 3 2022, I received a reply email from Defendants' counsel, Lisa Simonetti, refusing the request. *See* <u>Exhibit J.</u>

5.  I declare the foregoing statements to be true under penalty of perjury.

Dated: Wednesday, September 21, 2022     <u>*s/Anthony Fiorentinop*</u>
                                          Anthony Fiorentino