IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JILL BALLARD, et al.,** | : | |
| | : | **CIV NO. 3:18-CV-121** |
| | : | |
| **Plaintiffs,** | : | **(Judge Mannion)** |
| | : | |
| v. | : | **(Magistrate Judge Carlson)** |
| | : | |
| **NAVIENT CORPORATION, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

On September 21, 2022, the plaintiffs filed a motion to compel discovery and to amend this complaint in this case. (Doc. 80). On September 29, 2022, the parties filed a joint motion for extension of time, which seeks the court's assistance in prescribing a schedule moving forward in this litigation. (Doc. 82). Upon consideration, this motion for extension of time is GRANTED in part as follows:

1. Defendants' deadline to file any opposition to Plaintiffs' Combined Motion to Compel and/or Amend the Complaint is extended from October 5, 2022 to October 12, 2022.

2. Plaintiffs shall respond to Defendants' opposition within 14 days, on or before October 26, 2022.

3. Upon resolution of this pending motion to compel and amend the complaint the parties will consult and confer and within 15 days of the

resolution of the motion will provide the court with a proposed case management schedule.

So ordered this 30th day of September 2022.

                                                                <u>*S/ Martin C. Carlson*</u>
                                                                Martin C. Carlson
                                                                United States Magistrate Judge