IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, et al., : | |
| : | CIV NO. 3:18-CV-121 |
| Plaintiffs, : | |
| : | (Judge Mannion) |
| v. : | (Magistrate Judge Carlson) |
| : | |
| NAVIENT CORPORATION, et al., : | |
| : | |
| Defendants. : | |

# ORDER

The motion for a two day extension of time for filing briefs, (Doc. 84), is GRANTED.

So ordered this 12th day of October 2022.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge