# **ATTACHMENT 1**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | )<br>)<br>)<br>)<br>) Docket 3:18-cv-00121-MEM-MCC |
| Plaintiffs, | )<br>) |
| | ) (Judge Malachy E. Mannion) |
| v. | ) |
| | ) (Magistrate Judge Martin C. Carlson) |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., and NAVIENT SOLUTIONS, LLC, | )<br>)<br>) |
| | ) ELECTRONICALLY FILED |
| Defendants. | ) |

I, Cassandra P. Miller, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am one of the attorneys representing Plaintiffs in the above-captioned matter.

2. On June 24, 2022, I attended the deposition of Jeffrey Stine, which was conducted by co-counsel Anthony Fiorentino. <u>Exhibit A</u>.

3. On July 14, 2022, I attended the deposition of Rebecca Varno, which was conducted by Defendants' counsel Lisa Simonetti. <u>Exhibit B</u>.

4. I declare the foregoing statements to be true under penalty of perjury.

Dated: Friday, October 28, 2022          <u>s/Cassandra P. Miller</u>
                                         Cassandra P. Miller

1