# **EXHIBIT A**

CERTIFIED COPY

```
                UNITED STATES DISTRICT COURT

                MIDDLE DISTRICT OF PENNSYLVANIA

JILL BALLARD, REBECCA VARNO,
and MARK POKORNI on behalf of
themselves and the class members
described herein,

        Plaintiffs,                Civil No.

vs.                                3:18-cv-00121-MEM-MCC

NAVIENT CORPORATION,
NAVIENT SOLUTIONS, INC., and
NAVIENT SOLUTIONS, LLC,

        Defendants.
_____



                Deposition of JEFFREY A. STINE

                      June 24, 2022
```

Misty Klapper, RMR, CRR and Notary Public.
484458




(310) 207-8000 Los Angeles      (415) 433-5777 San Francisco   (949) 955-0400 Irvine         (858) 455-5444 San Diego
(310) 207-8000 Century City     (408) 885-0550 San Jose        (760) 322-2240 Palm Springs   (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento       (800) 222-1231 Martinez        (702) 366-0500 Las Vegas      (800) 222-1231 Monterey
(951) 686-0606 Riverside        (818) 702-0202 Woodland Hills  (702) 366-0500 Henderson      (516) 277-9494 Garden City
(212) 808-8500 New York City    (347) 821-4611 Brooklyn        (518) 490-1910 Albany         (914) 510-9110 White Plains
(312) 379-5566 Chicago          00+1+800 222 1231 Paris        00+1+800 222 1231 Dubai       001+1+800 222 1231 Hong Kong

```
 1   billing that person in the same amount as the IDR
 2   plan amount until that application is processed,
 3   regardless of when the processing occurs; is that
 4   right?
 5          A.    That's correct.
 6          Q.    Now, I want to talk about
 7   forbearances and specifically hardship
 8   forbearances.
 9                When -- what are they and when are
10   they typically used?
11          A.    So the hardship forbearance, I mean,
12   that's not a terminology necessarily that we
13   would utilize.  We have discretionary
14   forbearances that are offered and issued to
15   customers who are experiencing a financial
16   hardship.
17                Is that what you're referring to
18   here?
19          Q.    Yeah.  I have seen in the records a
20   lot of references to a forbearance related to
21   financial hardship.  So I was using that language
22   to the extent that it's in the records.  But if
23   it's easier to call it a discretionary hardship
24   forbearance I'll do that.
25                So, yeah, I'm just trying to get a
```