# **EXHIBIT B**

```
 1                  UNITED STATES DISTRICT COURT
 2                 MIDDLE DISTRICT OF PENNSYLVANIA
 3
 4     JILL BALLARD, REBECCA VARNO,
       and MARK POKORNI on behalf
 5     of themselves and the class
       members described herein,
 6
                Plaintiffs,
 7
          vs.                               No. 3:18-cv-00121-MEM-MCC
 8
       NAVIENT CORPORATION, NAVIENT
 9     SOLUTIONS, INC., AND NAVIENT
       SOLUTIONS, LLC,
10
                Defendants.
11
12     _____
13
14                   DEPOSITION OF REBECCA VARNO
15                      Schenectady, New York
16                     Thursday, July 14, 2022
17                            VOLUME I
18     (All parties appearing remotely via video conference.)
19
20
21     Reported by:
       WINDY PICARD
22     CSR No. 12879
23     Job No. 5305825
24
25     PAGES 1-55

                                                        Page 1
```

1   of time before my income based repayment renewal is due
2   before something changes on my account.  Right?
3           So I went back and made sure I submitted
4   everything correctly, 'cause then I was worried.  You
5   know, they're saying that it's not going to be applied
6   to my account, but then they're going to come back and
7   say I did something wrong.
8           So I -- in one of the phone calls with
9   Navient, I was told that my payment was going to
10  increase significantly while this limbo -- again, my
11  words -- this limbo period was closing, and it would be
12  applied to my account.
13          So I couldn't afford those -- what the person
14  on the phone told me my increased payments were going
15  to be.  And so --
16          I'm sorry.  Do you want me to keep going?
17      Q   Yeah.
18      A   Okay.  So I was told that I could put my loans
19  in forbearance so that I wouldn't have to have that
20  increased payment.  So that -- that -- those were my
21  two options, which, you know, were great.
22          Because increased payments to a level I
23  couldn't afford or forbearance, which I -- I know, as a
24  person who has these loans, that there are a very
25  limited amount of forbearance months you're --

1   everybody is allowed to have.
2          And I -- I -- at the time, I believe, I was
3   very close to -- I was very close to maxing out on the
4   amount of forbearance I would ever be allowed in the
5   history of my loans.
6          But it was one or the other.  That -- that
7   was -- in my understanding, that was all -- those were
8   the two options I had.
9          And so there was a recording that was played,
10  and the person said, okay, your loans will go into
11  forbearance then while this limbo period or while we --
12  before we -- you know, we can apply it to your account,
13  and then the forbearance will end, and you'll go back
14  into your IBR.
15     Q   Okay.  Did you suffer any harm as a result of
16  any of that servicing by Navient?
17     A   Well, as you can tell from my voice, it was
18  pretty stressful.  I mean, the problem with going into
19  forbearance when you're at the end of your forbearance
20  allotment, for somebody like me --
21          The IBR program for undergraduates are
22  20 years.  For graduate loans, it's 25 years.  And
23  that's a long time in the history of -- you know, when
24  you're -- how old was I then -- I don't know.
25          Basically, I was looking -- I was looking at

```
 1    another 18 to 22 years.  And if I had no forbearance
 2    left, which I assumed I was, you know, going to be
 3    very --
 4              I was either going to be using them all up or
 5    I would have maybe a month or two left.  I -- I -- what
 6    was I going to do if there was an emergency in my
 7    family?  What was I going to do if -- I don't know.
 8              There's all kinds of thing that people would
 9    legitimately need to go into forbearance for.  I was
10    using them all up because of a -- not an error on my
11    end.
12              I submitted all my paperwork.  I confirmed
13    that I did it correctly.  And I was given no option
14    that I could afford or that worked for me, besides --
15    besides being put into forbearance.
16        Q   So from your perspective, based on what
17    you've -- you've heard, what are your forbearance
18    eligibility periods?
19        A   I mean, I don't know -- sorry.  I'm going to
20    make this window bigger.  I don't know -- I don't know
21    the number of months you're given.
22              I want to say that you're given something like
23    two years, maybe.  Maybe you're given 24 months.  Maybe
24    it's somewhere in that range.  I don't -- I --
25        Q   So in 2017, why did you think you were getting
```

Page 38

```
 1      close to the end of your eligibility?
 2           A    Because I had had my loans in forbearance
 3      before.
 4           Q    On how many occasions had you had them in
 5      forbearance?
 6           A    Again, I don't know without going back.  But a
 7      couple of different times when I was working and not
 8      able to make payments on my loans, I put them into, I
 9      think it was called, economic hardship, I believe is
10      the terms you guys used -- economic something hardship,
11      I think it is.
12                I knew, in my head, I was pretty close or I
13      was darn close to the limit that I was going to be
14      allowed.
15           Q    Okay.  Aside from the harm that you just
16      described to me, did you suffer any other type of harm
17      from the servicing in 2017 related to your IBR
18      application?
19           A    Well, there was interest put on my account
20      that was capitalized, and it's still there.  It's still
21      getting more and more.
22                And that was added onto my account, I believe,
23      that month or maybe the month later.
24                And, you know, it took time.  It took energy.
25      I -- I spent time on the phone.  I spent, sometimes --
```

Page 39