IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, o/b/o themselves and the class members described herein, | Civ. No. 3:18-CV-121 |
| | (Judge Mannion) |
| Plaintiff, | |
| | (Magistrate Judge Bloom) |
| v. | |
| NAVIENT CORP., et al., | |
| Defendants. | |

## ORDER

AND NOW, this 9th day of November 2023, following a telephone conference with the parties to discuss the discovery dispute outlined in the parties' correspondence (Docs. 99-101), and in accordance with the instructions provided to the parties during the conference, IT IS HEREBY ORDERED THAT:

1. The defendants shall produce the novation and exhibits identified subject to the redactions discussed during the conference **on or before Wednesday, November 15, 2023**;

2. The parties shall schedule the deposition of Patrick Theurer **within 45 days from the date of this order**. If any extension is needed, the parties should file a request with the court; and

3. The parties shall file their joint amended case management plan **on or before Monday, November 20, 2023.**

*S/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge