IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, o/b/o themselves and the class members described herein, | : : : : : | Civ. No. 3:18-CV-121<br><br>(Judge Mannion) |
| Plaintiff, | : : | |
| v. | : : | (Magistrate Judge Bloom) |
| NAVIENT CORP., et al., | : : | |
| Defendants. | : | |

## AMENDED CASE MANAGEMENT ORDER

AND NOW, this 14th day of December 2023, following a telephone conference with the parties to address the parties' amended case management plan regarding deadlines for amending pleadings and fact discovery, and in accordance with the instructions provided to the parties during the conference, IT IS HEREBY ORDERED THAT:

1. To the extent the plaintiffs anticipate the need to amend their pleadings, the plaintiffs must file a motion for leave to amend.

2. The discovery deadline shall be extended to **March 15, 2024.**

2

All other deadlines will be addressed following the close of fact discovery.

*s/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge
