

Lisa M. Simonetti
Tel 310.586.7824
Fax 310.586.7800
simonettil@gtlaw.com

January 26, 2024

**VIA ELECTRONIC FILING (CM/ECF)**

Magistrate Judge Daryl F. Bloom
United States Magistrate Judge for the Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

Re: **Defendants' Request for Opportunity to Respond to Plaintiffs' Letter Request for Discovery Conference in *Ballard v. Navient Corporation, et al.*, No. 3:18-cv-00121**

Dear Magistrate Judge Bloom:

Defendants Navient Solutions, LLC, formerly known as Navient Solutions, Inc., and Navient Corporation have received plaintiffs' request for a discovery conference, among other things. (Dkt. 108). Defendants believe that the request is improper, unnecessary, and premature. Pursuant to a conversation with the Court's judicial assistant this morning, defendants will submit a response to plaintiffs' letter on Tuesday, January 30, 2024.

We appreciate the Court's assistance with this matter.

Best Regards,

*/s/ Lisa M. Simonetti*

Lisa M. Simonetti

**Greenberg Traurig, LLP | Attorneys at Law**

1840 Century Park East | Suite 1900 | Los Angeles, California 90067-2121 | T +1 310.586.7700 | F +1 310.586.7800

Albany. Amsterdam. Atlanta. Austin. Berlin¬. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London*. Long Island. Los Angeles. Mexico City+. Miami. Milan». Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Diego. San Francisco. Seoul∞. Shanghai. Silicon Valley. Singapore‾. Tallahassee. Tampa. Tel Aviv^. Tokyo¤. Warsaw~. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¬Greenberg Traurig Germany, LLP; *A separate UK registered legal entity; +Greenberg Traurig, S.C.; »Greenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ‾Greenberg Traurig Singapore LLP; ^A branch of Greenberg Traurig, P.A., Florida, USA; ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ~Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k.

www.gtlaw.com