IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, o/b/o themselves and the class members described herein, | : : : : : : : : : : : : : : | Civ. No. 3:18-CV-121<br><br>(Judge Mannion)<br><br>(Magistrate Judge Bloom) |
| Plaintiff, | | |
| v. | | |
| NAVIENT CORP., et al., | | |
| Defendants. | | |

## ORDER

AND NOW, this 13th day of February 2024, upon consideration of the plaintiff's letter requesting a discovery conference (Doc. 108) and the defendants' response thereto indicating their intent to provide discovery responses to the plaintiff by February 19, 2024 (Doc. 110), IT IS HEREBY ORDERED THAT the plaintiff's request for a discovery conference is DENIED at this time. Following the defendants' February 19, 2024 production, the parties shall meet and confer and file a joint status report with the Court **on or before March 1, 2024** indicating whether the parties

believe there is an outstanding dispute that requires a discovery conference with the Court.

*S/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge