# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) ) ) ) ) No. 3:18-cv-121-MEM |
| Plaintiffs, | ) ) Judge Malachy E. Mannion ) |
| v. | ) **Magistrate Judge Daryl F. Bloom** ) |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., and NAVIENT SOLUTIONS, LLC, | ) ) ELECTRONICALLY FILED ) ) |
| Defendants. | ) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE
## THIRD AMENDED COMPLAINT

Plaintiffs JILL BALLARD, REBECCA VARNO, and MARK POKORNI hereby move pursuant to Federal Rules of Civil Procedure 15 and 16 for leave to file their Third Amended Complaint, a redlined copy of which is attached hereto as Exhibit A, and a clean copy of the same is attached hereto as Exhibit B. Attached as Exhibit C is a Proposed Order. The reasons for this motion are set forth more fully in the accompanying brief.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion for Leave to File their Third Amended Complaint.

Respectfully Submitted,

*/s/ Cassandra Miller*
Cassandra Miller
Illinois ARDC #: 6290238


| | |
|---|---|
| Daniel A. Edelman<br>Cassandra P. Miller<br>**Edelman, Combs, Latturner**<br>          **& Goodwin, LLC**<br>20 South Clark Street, Suite 1500<br>Chicago, IL 60603<br>Phone (312) 739-4200<br>dedelman@edcombs.com<br>cmiller@edcombs.com | Anthony Fiorentino<br>**Fiorentino Law Offices**<br>6119 North Kenmore Ave., Ste. 410<br>Chicago, IL 60660<br>(312) 305-2850<br>anthony@fiorentinolaw.com |

Carlo Sabatini, PA 83831
**Sabatini Law Firm, LLC**
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
ecf@bankruptcypa.com

## **CERTIFICATE OF SERVICE**

I certify that on the 28th day of March, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to counsel of record for the defendant, namely:

Andrew J. Soven
Andrew.Soven@hklaw.Com

Daniel T. Brier
dbrier@mbklaw.com

Donna A. Walsh
dwalsh@mbklaw.com

Lisa Marie Simonetti
simonettil@gtlaw.com

Christopher Anthony Mair
mairc@gtlaw.com

*Lawyers for Defendants*

                                                BY:   */s/Cassandra P. Miller*
                                                          Cassandra P. Miller
                                                          Illinois ARDC #: 6290238

DATED:  March 28, 2024

**Edelman, Combs, Latturner
& Goodwin, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603
Phone (312) 739-4200
dedelman@edcombs.com
cmiller@edcombs.com