## **TABLE OF CONTENTS**

EXHIBIT A: Redlined (Proposed) Third Amended Complaint
EXHIBIT B: Clean (Proposed) Third Amended Complaint
EXHIBIT C: (Proposed) Order