# EXHIBIT C

Exhibit C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | No. 3:18-cv-121-MEM |
| Plaintiffs, | Judge Malachy E. Mannion |
| v. | **Magistrate Judge Daryl F. Bloom** |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., and NAVIENT SOLUTIONS, LLC, | ELECTRONICALLY FILED |
| Defendants. | |

## (Proposed) ORDER

Upon consideration of Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni's *Motion for Leave to File Third Amended Complaint* and the related papers, it is hereby ORDERED that Plaintiffs' Motion is GRANTED. Plaintiffs shall have leave to file their Third Amended Complaint, which shall become the operable complaint in this matter.

Dated: _____

_____
Magistrate Judge Daryl F. Bloom

1