## **TABLE OF CONTENTS**

EXHIBIT A: Navient Corporation's Written Discovery Responses
EXHIBIT B: 1.18.24 Opposing Counsel Email
EXHIBIT C: Theurer Deposition Transcript (select pages)
EXHIBIT D: 1.12.24 Opposing Counsel Email
EXHIBIT E: Stine Deposition Transcript (select pages)