IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, o/b/o themselves and the class members described herein, | : : : : : : | Civ. No. 3:18-CV-121 |
| | : | (Judge Mannion) |
| Plaintiff, | : : | |
| | : | (Magistrate Judge Bloom) |
| v. | : : | |
| NAVIENT CORP., et al., | : : | |
| Defendants. | : | |

## ORDER

AND NOW, this 8th day of April 2024, upon consideration of the plaintiff's motion to withdraw as counsel (Doc. 120), IT IS HEREBY ORDERED THAT the motion is GRANTED. Attorney Cassandra P. Miller's appearance as counsel for Plaintiff Jill Ballard is withdrawn.

*S/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge
