## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI on behalf of themselves and the class members described herein,<br><br>  Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,<br><br>  Defendants. | Civil No. 3:18-cv-00121-MEM-DFB |

## ORDER

**AND NOW**, this _____ day of _____ 2024, following review of Plaintiffs' Motion for Leave to File Third Party Complaint, and Defendants' Response thereto, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs shall file the Third Amended Complaint within seven (7) days.

2. Defendants shall respond to the Third Amended Complaint within twenty (20) days from when the Third Amended Complaint is filed.

3. Plaintiffs shall be made available for depositions not to exceed ninety (90) minutes within thirty (30) days of Defendants filing their response to the Third Amended Complaint.

4. A status conference shall take place on _____, 2024 at \_\_\_\_\_ .m. Prior to the conference, the parties shall meet-and-confer to discuss scheduling of remaining discovery and motion practice.

**SO ORDERED:**

_____
Bloom, M.J.