# Exhibit A

**DiLudovico, Diane (PHL - X46879)**

| | |
|---|---|
| **From:** | Anthony Fiorentino <anthony@fiorentinolaw.net> |
| **Sent:** | Monday, April 29, 2024 4:33 PM |
| **To:** | Soven, Andrew J (PHL - X49554) |
| **Cc:** | Daniel T. Brier (dbrier@mbklaw.com); Linse, Jessica (PHL - X49570); Tara Goodwin; dedelman@edcombs.com; Carlo Sabatini |
| **Subject:** | Re: Ballard et al v. Navient |
| **Attachments:** | Ballard Navient AF 0429 lr counsel.pdf |

*[External email]*
Dear Counsel,

Please see the attached letter regarding Defendants' request to re-depose Plaintiffs.

Anthony Fiorentino
anthony@fiorentinolaw.com
Phone: 312-305-2850

---

**From:** Andrew.Soven@hklaw.com <Andrew.Soven@hklaw.com>
**Sent:** Thursday, April 25, 2024 1:23 PM
**To:** Carlo Sabatini <carlo@bankruptcypa.com>; Anthony Fiorentino <anthony@fiorentinolaw.net>; dedelman@edcombs.com <dedelman@edcombs.com>
**Cc:** Daniel T. Brier (dbrier@mbklaw.com) <dbrier@mbklaw.com>; Jessica.Linse@hklaw.com <Jessica.Linse@hklaw.com>
**Subject:** RE: Ballard et al v. Navient

Counsel,
Please see the attached letter related to the issues we discussed previously.  Thanks.

**Andrew Soven** | **Holland & Knight**
Partner
Holland & Knight LLP
Philadelphia: 1650 Market Street, Suite 3300 | Philadelphia, PA 19103
New York: 787 Seventh Avenue, 31st Floor| New York, NY 10019
Phone 215.252.9554 | Mobile 610.212.7813
andrew.soven@hklaw.com | www.hklaw.com

Add to address book | View professional biography

This communication may be subject to attorney-client privilege.

---

**From:** Soven, Andrew J (PHL - X49554) <Andrew.Soven@hklaw.com>
**Sent:** Monday, April 22, 2024 4:16 PM
**To:** Carlo Sabatini <carlo@bankruptcypa.com>; anthony@fiorentinolaw.net; dedelman@edcombs.com
**Cc:** Daniel T. Brier (dbrier@mbklaw.com) <dbrier@mbklaw.com>; Linse, Jessica (PHL - X49570) <Jessica.Linse@hklaw.com>
**Subject:** Re: Ballard et al v. Navient

Ok.

Andrew Soven
Holland & Knight LLP
Office 215.252.9554
Cell 610.212.7813
Andrew.Soven@hklaw.com

**From:** Carlo Sabatini <carlo@bankruptcypa.com>
**Sent:** Monday, April 22, 2024 4:09:57 PM
**To:** Soven, Andrew J (PHL - X49554) <Andrew.Soven@hklaw.com>;
anthony@fiorentinolaw.net <anthony@fiorentinolaw.net>; dedelman@edcombs.com <dedelman@edcombs.com>
**Cc:** Daniel T. Brier (dbrier@mbklaw.com) <dbrier@mbklaw.com>; Linse, Jessica (PHL - X49570)
<Jessica.Linse@hklaw.com>
**Subject:** RE: Ballard et al v. Navient

*[External email]*
It seems unnecessary and I don't remember exactly what the Court said and I don't have my notes here so it
seemed the fastest way to get a concurrence to you.

Carlo Sabatini
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 614-4444
carlo@bankruptcypa.com

**From:** Andrew.Soven@hklaw.com <Andrew.Soven@hklaw.com>
**Sent:** Monday, April 22, 2024 4:06 PM
**To:** Carlo Sabatini <carlo@bankruptcypa.com>; anthony@fiorentinolaw.net; dedelman@edcombs.com
**Cc:** Daniel T. Brier (dbrier@mbklaw.com) <dbrier@mbklaw.com>; Jessica.Linse@hklaw.com
**Subject:** Re: Ballard et al v. Navient

Not sure it matters but what's wrong with 3?

Andrew Soven
Holland & Knight LLP
Office 215.252.9554
Cell 610.212.7813
Andrew.Soven@hklaw.com

**From:** Carlo Sabatini <carlo@bankruptcypa.com>
**Sent:** Monday, April 22, 2024 4:03 PM
**To:** Soven, Andrew J (PHL - X49554) <Andrew.Soven@hklaw.com>;
anthony@fiorentinolaw.net <anthony@fiorentinolaw.net>;
dedelman@edcombs.com <dedelman@edcombs.com>
**Cc:** Daniel T. Brier (dbrier@mbklaw.com) <dbrier@mbklaw.com>; Linse, Jessica (PHL - X49570)
<Jessica.Linse@hklaw.com>
**Subject:** RE: Ballard et al v. Navient

*[External email]*

Sorry for the delay. I had a brief due today at 4:00 and have been staying out of my email.

If ¶ 3 is removed from the proposed order you may file with concurrence. Thanks.

Carlo Sabatini
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 614-4444
carlo@bankruptcypa.com

---

**From:** Andrew.Soven@hklaw.com <Andrew.Soven@hklaw.com>
**Sent:** Monday, April 22, 2024 8:56 AM
**To:** anthony@fiorentinolaw.net; Carlo Sabatini <carlo@bankruptcypa.com>; dedelman@edcombs.com
**Cc:** Daniel T. Brier (dbrier@mbklaw.com) <dbrier@mbklaw.com>; Jessica.Linse@hklaw.com
**Subject:** RE: Ballard et al v. Navient

Attached is a draft unopposed motion seeking an extension of time in light of our discussion last week.   Please let us know if you have any comments or questions and we'll get this on file today.  Thanks.

**Andrew Soven** | **Holland & Knight**
Partner
Holland & Knight LLP
Philadelphia: 1650 Market Street, Suite 3300 | Philadelphia, PA 19103
New York: 787 Seventh Avenue, 31st Floor | New York, NY 10019
Phone 215.252.9554 | Mobile 610.212.7813
andrew.soven@hklaw.com | www.hklaw.com

Add to address book | View professional biography
This communication may be subject to attorney-client privilege.

---

**From:** Soven, Andrew J (PHL - X49554)
**Sent:** Thursday, April 18, 2024 3:26 PM
**To:** anthony@fiorentinolaw.net; carlo@bankruptcypa.com; dedelman@edcombs.com
**Cc:** Daniel T. Brier (dbrier@mbklaw.com) <dbrier@mbklaw.com>; Linse, Jessica (PHL - X49570) <Jessica.Linse@hklaw.com>
**Subject:** Ballard et al v. Navient

Counsel,

We have reviewed Plaintiffs' Motion and have had some additional time to get up to speed.  After consulting with Navient, I have authority to enter into a stipulation with the terms below.  If this is acceptable, we will draft a stipulation for your review and file it on Monday. Because of the significant changes to the class definition since July of 2022 when the three plaintiffs were deposed, we would like the opportunity to take short depositions of Ms. Ballad, Ms. Varno and Mr. Pokorni.

1.    Defendants consent to filing of the Third Amended Complaint.
2.    Plaintiff will file the TAC within seven days of approval of the stipulated order.
3.    Within 20 days of the TAC being filed, Defendants will file their Answer.

4.      Within 20 days of the TAC being filed, the parties will confer regarding remaining fact discovery and submit a proposed schedule.

5.      Plaintiffs consent to Defendants taking an additional deposition of each named Plaintiff (by Zoom) lasting no more than ninety minutes.

Please let me know if this acceptable.  I am available most of tomorrow to discuss but will not be available after 3 on Monday.

**Andrew Soven** | **Holland & Knight**
Partner
Holland & Knight LLP
Philadelphia: 1650 Market Street, Suite 3300 | Philadelphia, PA 19103
New York: 787 Seventh Avenue, 31st Floor | New York, NY 10019
Phone 215.252.9554 | Mobile 610.212.7813
andrew.soven@hklaw.com | www.hklaw.com

Add to address book | View professional biography

This communication may be subject to attorney-client privilege.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.