# Exhibit B

# Holland & Knight

1650 Market Street, Suite 3300 | Philadelphia, PA 19103 | T 215.252.9600 | F 215.867.6070
Holland & Knight LLP | www.hklaw.com

Andrew J. Soven
+1 215-252-9554
Andrew.Soven@hklaw.com

April 25, 2024

*Via Email*

Anthony Fiorentino
FIORENTINO LAW OFFICES, LTD
432 N. Clark St., Suite 202
Chicago, IL 60654

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603

Carlo Sabatini
SABATINI LAW FIRM, LLC
216 N. Blakely Street
Dunmore, PA 18512

      Re:    *Ballard et al v. Navient* / Case No. 3:18-CV-121 – Plaintiff Deposition Requests

Counsel:

      As we discussed last week, Navient would like to take depositions of each Plaintiff (each not to exceed 90 minutes) at which time we intend to examine Plaintiffs on issues related to the proposed new class definitions, which are fundamentally different than the definitions in place when each Plaintiff was deposed in 2022. Our request is consistent with the Court's prior rulings that issues related to class certification (*e.g.*, adequacy, typicality, predominance, the extent to which the proposed definitions are fail-safe definitions), and case-dispositive arguments be decided based on a "full record". To the extent that any Plaintiff's loan status has changed in the past two years, we reserve the right to ask questions about those issues as well.

      During our April 19 meet-and-confer, we also asked that you consider what discovery remains to be done other than completion of the four searches previously discussed.

      Please let us know your position on both issues on or before April 30th.

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

Anthony Fiorentino
Daniel A. Edelman
Carlo Sabatini
April 25, 2024
Page 2

Sincerely,

/s Andrew Soven

Andrew J. Soven

AJS

#501797235_v1