## CERTIFICATE OF SERVICE

I, Andrew J. Soven, hereby certify that, on May 2, 2024, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system,.

By: /s/ *Andrew J. Soven*
Andrew J. Soven