## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL BALLARD, on behalf of herself and the class members described herein,** | : : : |
| **Plaintiff,** | : Civil No. 3:18-cv-00121-MEM : : |
| **v.** | : : |
| **NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,** | : : : : |
| **Defendant.** | : : |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:** Kindly enter the appearance of Jonathan J. Marmo as counsel for Defendants Navient Corporation and Navient Solutions, LLC, formerly known as Navient Solutions, Inc., in the above-captioned matter.

Dated: July 24, 2024

Respectfully submitted,

HOLLAND & KNIGHT, LLP

*/s/ Jonathan M. Marmo*
Jonathan M. Marmo, Esq.
Atty No.: 4239323
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Phone  215.252.9568
jonathan.marmo@hklaw.com
*Attorney for Defendants Navient Solutions, LLC and Navient Corporation*

## CERTIFICATE OF SERVICE

I, Jonathan J. Marmo, hereby certify that, on July 24, 2024, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system, which will serve a copy on all counsel of record.

**HOLLAND & KNIGHT, LLP**

/s/ Jonathan M. Marmo

Jonathan M. Marmo, Esq