# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI on behalf of themselves and the class members described herein,<br><br>       Plaintiffs,<br><br>  v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,<br><br>       Defendants. | Civil No. 3:18-cv-00121-MEM-DFB |

## <u>WITHDRAWAL OF APPEARANCE</u>

Kindly withdraw the appearance of Andrew J. Soven, Esquire as counsel

Defendants Navient Solutions, LLC, Navient Inc. and Navient Corporation.

BY: /s/ Andrew J. Soven
Andrew J. Soven (PA ID 76766)
HOLLAND & KNIGHT LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 252-9600
Andrew.Soven@hklaw.com

Daniel T. Brier
Donna A. Walsh
Myers Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
T: 570-342-6100

*Counsel for Defendants*

Dated: July 25, 2024

**CERTIFICATE OF SERVICE**

I, Andrew J. Soven, hereby certify that, on July 25, 2024, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system,.

By: /s/ *Andrew J. Soven*
Andrew J. Soven