UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI on behalf of themselves and the class members described herein,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | Civil No. 3:18-cv-00121-MEM-DFB |

ORDER

AND NOW, this __2nd__ day of __January__ 2025, following Defendants' Unopposed Motion to Enlarge Time to Respond to Plaintiffs' Third Amended Complaint, IT IS HEREBY ORDERED THAT:

1. Defendants shall file their response in to the Third Amended Complaint no later than January 16, 2025.

_____
The Honorable Darryl F. Bloom
Chief U.S. Magistrate Judge