

February 24, 2025

**VIA ECF**

Magistrate Judge Phillip J. Caraballo
U.S. District Court for the Middle
District of Pennsylvania
235 N. Washington Avenue
Scranton, PA 18503

    Re:    <u>Ballard, et al. v. Navient Corporation, et al. - No. 18-CV-121</u>

Dear Judge Caraballo:

    After conferring with my clients, I can confirm that Navient Defendants are amenable to the deadlines outlined in the three-step process proposed by counsel for Plaintiffs during the February 20, 2024 conference call with the Court. To that end, the parties are exchanging drafts of a Stipulation and Agreed Order for submission to and consideration by the Court.

                                                  Respectfully,

                                                   Daniel T. Brier

DTB:cak
cc:    All Counsel of Record (via ECF)