# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | Civil No. 3:18-cv-00121-JFS-PJC |

## STIPULATION AND ORDER FOLLOWING MAY 6, 2025 CONFERENCE

Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni ("Plaintiffs") and Defendants Navient Corporation and Navient Solutions, LLC, formerly known as Navient Solutions, Inc. ("Navient Defendants"), hereby stipulate:

1. Within seven (7) days of the entry of this Order, Navient Defendants will respond in writing to Plaintiffs' proposed clarifying language to resolve Defendants' objections to the search query language in Plaintiffs' subpoena to the Department of Education dated February 19, 2025 (the "DOE subpoena").

2. If Plaintiffs' proposed clarifying language has not fully resolved Navient Defendants' objections, Navient Defendants will timely notify the Court so that a conference can be scheduled to address any

1

outstanding issues concerning the DOE Subpoena.

3. A telephonic conference call will be held on _____ at _____ to discuss the status of discovery relating to the DOE Subpoena, and other remaining discovery, and to consider setting a briefing schedule regarding class certification. Counsel for the Plaintiffs shall initiate the call and have all parties on the line prior to contacting chambers at (570) 207-5712.

Dated: May __7_, 2025

s/Daniel A. Edelman_____
Daniel A. Edelman
Edelman, Combs, Latturner
& Goodwin, LLC
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com
courtecl@edcombs.com

Anthony Fiorentino
Fiorentino Law Offices
6119 North Kenmore Ave., Ste. 410
Chicago, IL 60660
(312) 305-2850
anthony@fiorentinolaw.com

Carlo Sabatini, PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
ecfbankruptcypa.com

*Counsel for Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni*

| | |
|---|---|
| Dated:  May _7__ , 2025 | _s/ Cory W. Eichhorn_ (w/ Consent)___ |
| | Cory W. Eichhorn (*Pro Hac Vice*) |
| | Holland & Knight LLP |
| | 701 Brickell Avenue, Suite 3300 |
| | Miami, FL 33131 |
| | T: 305-789-7576 |
| | cory.eichhorn@hklaw.com |
| | |
| | Jonathan M. Marmo |
| | Holland & Knight LLP |
| | One Liberty Place |
| | 1650 Market Street, Suite 3300 |
| | Philadelphia, PA 19103 |
| | T: 215-867-6070 |
| | jonathan.marmo@hklaw.com |
| | |
| | Daniel T. Brier |
| | Donna A. Walsh |
| | Myers Brier & Kelly, LLP |
| | 425 Spruce Street , Suite 200 |
| | Scranton, PA 18503 |
| | T:  570-342-6100 |
| | dbrier@mbklaw.com |
| | dwalsh@mbklaw.com |

*Attorneys for Defendants Navient Solutions, LLC and Navient Corporation*

APPROVED AND SO ORDERED this _____day of May 2025.

                                                                            BY THE COURT:

                                                                            _____
                                                                            Phillip J. Caraballo
                                                                            United States Magistrate Judge