# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, | : |
| | : No. 3:18-CV-121 |
| Plaintiff | : |
| v. | : (Saporito, J.) |
| | : |
| NAVIENT CORPORATION, et al., | : (Caraballo, M.J.) |
| | : |
| Defendants | : |

## ORDER

AND NOW, this 7th day of August 2025, upon consideration of the parties' proposed case management deadlines for class certification litigation (Doc. 167), IT IS HEREBY ORDERED as follows:

1. Fact Discovery related to Class Certification, including the re-deposition of Plaintiffs in accordance with the Court's Order of December 19, 2024, shall be completed by September 15, 2025.

2. A telephone status conference is scheduled for September 15, 2025, at 11:00 a.m.

3. Disclosures of experts whose testimony is relevant to class certification are due by October 1, 2025.

4. Completion of computer searches to identify class members by Department of Education/Maximus are due by October 1, 2025.

5. Expert Reports relevant to class certification are due by October 15, 2025.

6. A telephone status conference is scheduled for October 16, 2025, at 9:30 a.m.

7. Rebuttal Expert Reports relevant to class certification are due by November 3, 2025.

8. A telephone conference is scheduled for November 24, 2025, at 9:30 a.m.

9. Motions for Class Certification/Daubert Motions, and support briefs, are due by December 1, 2025.

10. Any Oppositions to Motions for Class Certification/Daubert Motions are due by January 9, 2026.

11. Replies in Support of Motions for Class Certification/Daubert Motions are due by January 30, 2026.

12. Oral Argument on class certification is tentatively scheduled for February 13, 2025, at 9:30 a.m. in Courtroom #6 at the William J. Nealon Federal Building at United States

Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania.

Counsel for Plaintiff shall be responsible for initiating all conference calls noted above and shall have all parties on the line prior to calling chambers at 570-207-5710.

BY THE COURT,

*s/ Phillip J. Caraballo*
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE