IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 3:18-cv-00121-JFS-PJC ) Hon. Phillip J. Caraballo |
| v. | ) ) |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) ) ) Filed Electronically |
| Defendants. | ) ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF

Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC (together "Navient Defendants"), by and through their undersigned counsel, move for a fourteen (14) day extension of time in which to file a Reply Brief in support of their Motion for Partial Judgment on the Pleadings, and, in support thereof, state as follows:

1. On June 20, 2025, Navient Defendants filed a Motion for Partial Judgment on the Pleadings as to Counts I, II, IV, V, and VI of Plaintiffs Jill Ballard, Rebecca Varno and Mark Pokorni's Third Amended Complaint. (ECF 158.)

2. Pursuant to Rule 7.5 of the Local Rules of Court, Navient Defendants filed a Memorandum of Law in Support of that Motion for Partial Judgment on the

Pleadings on July 7, 2025. (ECF 163.)

3. Plaintiffs were granted an extension of time to file an Opposition Brief, ECF 165, and, on August 18, 2025, filed a Response in Opposition to Navient Defendant's Motion for Partial Judgment on the Pleadings. (ECF 169.)

4. Navient Defendant's Reply Brief is currently due on September 2, 2025.

5. An additional fourteen (14) days is needed for Navient Defendants to file a Reply Brief given the complexity of this matter and undersigned counsels' additional professional commitments and deadlines.

6. Counsel for Plaintiffs concurs in this request for an extension of time to file a Reply Brief.

7. Pursuant to Local Rule 7.5, a supporting brief is not required for this motion for an enlargement of time because the reasons for this request are fully stated herein and the request has the concurrence of all parties.

WHEREFORE, Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC respectfully request an extension of fourteen (14) days in which to file a Reply Brief in support of their Motion for Partial Judgment on the Pleadings, or until September 16, 2025.

Dated: August 28, 2025

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

Jonathan Marmo
Holland & Knight LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 252-9600
jonathan.marmo@hklaw.com

Cory Eichhorn
Bar No. FL 576761
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
(305) 374-8500
cory.eichhorn@hklaw.com

*Attorneys for Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC*

## **CERTIFICATE OF CONCURRENCE**

I, Daniel T. Brier, hereby certify that counsel for Plaintiffs, Anthony Fiorentino, Esquire concurs in the relief sought by this Motion.

Date: August 28, 2025        /s/ Daniel T. Brier
                            Daniel T. Brier

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File a Reply Brief was filed on this 28th day of August 2025 through the Court's ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiffs' counsel below:

>Carlo Sabatini
>Sabatini Law Firm, LLC
>216 N. Blakely Street
>Dunmore, PA  18512
>
>Daniel A. Edelman
>Cassandra P. Miller
>Edelman, Combs, Latturner & Goodwin, LLC
>20 South Clark Street, Suite 1500
>Chicago, IL  60603
>
>Anthony Fiorentino
>Fiorentino Law Offices Ltd.
>432 N. Clark Street, Suite 202
>Chicago, IL  60654
>*Attorneys for Plaintiffs and Proposed Class*

>/s/ Daniel T. Brier
>Daniel T. Brier