UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | : : : : : : | No. 3:18-CV-121<br><br>(Saporito, J.)<br><br>(Caraballo, M.J.) |
| Plaintiffs | : : | |
| v. | : : | |
| NAVIENT CORPORATION; NAVIENT SOLUTIONS, INC.; and NAVIENT SOLUTIONS, LLC, | : : : : : : | |
| Defendants | : | |

# ORDER

It is hereby **ORDERED** that the Report and Recommendation (Doc. 172) addressing the pending motion to strike the Defendants' answers to the Third Amended Complaint (Doc. 143) is **VACATED** and **WITHDRAWN**. A separate memorandum and order shall be issued.

Date: September 11, 2025

*s/ Phillip J. Caraballo*
Phillip J. Caraballo
United States Magistrate Judge