UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | : : : : : : | No. 3:18-CV-121<br><br>(Saporito, J.)<br><br>(Caraballo, M.J.) |
| Plaintiffs | : : | |
| v. | : : | |
| NAVIENT CORPORATION; NAVIENT SOLUTIONS, INC.; and NAVIENT SOLUTIONS, LLC, | : : : : : | |
| Defendants | : | |

## ORDER

For the reasons set forth in the accompanying Memorandum (Doc. 174), it is **ORDERED** that the pending motion to strike the Defendants' answers to the Third Amended Complaint (Doc. 143) is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Navient Corporation has 21 days from the date of this Order to file an amended answer that restates Paragraphs 20, 23, 69, 80–81, and 178 (actually 186), in full compliance with Federal Rule of Civil Procedure 8(b); and

2. Navient Solutions, LLC, has 21 days from the date of this Order to file a second amended answer that restates Paragraphs 8, 20, 23, 69, 77, 80–82, and 178 (actually 186), in full compliance with Federal Rule of Civil Procedure 8(b).

Date: September 11, 2025     *s/ Phillip J. Caraballo*
Phillip J. Caraballo
United States Magistrate Judge