# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:18-cv-00121 |
| v. | (SAPORITO, J.) |
| NAVIENT CORPORATION, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 15th day of September, 2025, **IT IS HEREBY ORDERED THAT** this matter is **REMANDED** to United States Magistrate Judge Phillip J. Caraballo to conduct all pretrial proceedings in this matter, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72.

JOSEPH F. SAPORITO, JR.
United States District Judge