**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
**20 South Clark Street, Suite 1800**
**Chicago, IL 60603-1841**
**(312) 739-4200**
**(800) 644-4673**
**(312) 419-0379 (FAX)**
**Email: info@edcombs.com**
**www.edcombs.com**

September 30, 2025

VIA ECF

Hon. Phillip J. Caraballo
United States Magistrate Judge
United States District Court for
    the Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

    Re:    Ballard, et al. v. Navient Corp., et al., Case No. 3:18-cv-00121-JFS-PJC

Your Honor,

    On Friday, September 19, 2025, the Defendants provided the Plaintiffs with various corrections to the computer coding that was used to identify class members in the Defendants' computer database. Defendants informed the Plaintiffs that the original coding contained errors, and that the corrected coding was necessary to ensure an accurate search for class members.

    Plaintiffs have now provided the corrected coding to the Department of Education, so that the Department can modify its search for class members in the department's database. However, implementing these corrections will result in a delay of the completion of the searches beyond the current deadline of October 1, 2025.

    On September 30, 2025, Plaintiffs met with the Department of Education to discuss the estimated turnaround time. Maximus estimates that three weeks will be sufficient for full production of the searches (and related interest capitalization columns).

    Because the Court advised Plaintiffs to postpone their filing of a motion for certification until after the Defendants file their expert report (which is due on October 15, 2025), Plaintiffs do not believe these developments will delay their filing of a certification motion.

                                                                     Sincerely,

                                                                     */s/Daniel A. Edelman*
                                                                       Daniel A. Edelman

cc:    Jonathan Marmo
        Holland & Knight LLP
        1650 Market Street, Suite 3300
        Philadelphia, PA 19103
        jonathan.marmo@hklaw.com

Cory Eichhorn
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
cory.eichhorn@hklaw.com

Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

Anthony Fiorentino, Esq.

Carlo Sabatini, Esq.