UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC;<br><br>　　　　Defendants. | Civil No. 3:18-cv-00121-JFS-PJC |

## **STIPULATION AND ORDER**

Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni ("Plaintiffs") and Defendants Navient Corporation and Navient Solutions, LLC, formerly known as Navient Solutions, Inc. ("Navient Defendants"), hereby stipulate that:

1.　Navient Defendants October 2, 2025 deadline to file amended answers to the Plaintiffs' Third Amended Complaint, as set forth in the Order of the Court dated September 11, 2025 [ECF No. 175] shall be extended by 7 days to October 9, 2025.

Dated: October 2, 2025

                                                    /s/ *Cory W. Eichhorn*

Cory W. Eichhorn (*Pro Hac Vice*)
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
T: 305-789-7576
cory.eichhorn@hklaw.com

Jonathan M. Marmo
Holland & Knight LLP
One Liberty Place
1650 Market Street, Suite 3300
Philadelphia, PA 19103
T: 215-867-6070
jonathan.marmo@hklaw.com

Daniel T. Brier
Donna A. Walsh
Myers Brier & Kelly, LLP
425 Spruce Street , Suite 200
Scranton, PA 18503
T: 570-342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com

*Attorneys for Defendants*
*Navient Solutions, LLC and*
*Navient Corporation*

October 2, 2025 /s/ *Daniel A. Edelman w/ consent*

Daniel A. Edelman
**Edelman, Combs, Latturner & Goodwin, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com

Anthony Fiorentino
**Fiorentino Law Offices**
6119 North Kenmore Ave., Ste. 410
Chicago, IL 60660
(312) 305-2850
anthony@fiorentinolaw.com

Carlo Sabatini, PA 83831
**Sabatini Law Firm, LLC**
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
ecfbankruptcypa.com

*Counsel for Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni*

APPROVED AND SO ORDERED this _____ day of October 2025.

BY THE COURT:

_____
Phillip J. Caraballo
United States Magistrate Judge

3