# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI on behalf of themselves and the class members described herein,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | Civil No. 3:18-cv-00121-MEM-DFB |

## DEFENDANTS' *UNOPPOSED* MOTION TO ENLARGE DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT

Defendants Navient Corporation ("Navient Corp.") and Navient Solutions, LLC, formerly known as Navient Solutions, Inc. ("NSL" and collectively "Defendants"), respectfully move this Court for an Order enlarging the time to file amended answers to Plaintiffs' Third Amended Complaint ["the Complaint" Doc. 118-3], as set forth in the Order of the Court dated September 11, 2025 [Doc. 175]. In support of their position, Defendants state as follows:

1. On September 11, 2025, the Court granted in part, and denied in part, Plaintiffs' Motion to Strike Defendants' Amended Answer to Plaintiffs' Third Amended Complaint [Doc. 143] and directing Defendants to file its Amended Answers within 21 days of the Order – October 2, 2025.

2. Defendants, with Plaintiffs' consent, move this Court for a brief extension of this deadline by one (1) week to October 9, 2025.

3. This request is made due to undersigned counsel's other professional and personal responsibilities, and the unexpected unavailability of key personnel at Navient who are necessary to approve the filings. The requested extension is not intended to cause delay, but rather is necessary to ensure that the filings meet with the Court's directives.

4. Pursuant to Local Rule 7.1, on October 2, 2025, counsel for Defendants contacted counsel for Plaintiffs, Anthony Fiorentino, Esq., via email, and Plaintiffs' counsel confirmed that they do not object to the proposed extension.

WHEREFORE, Defendants respectfully request that the Court enlarge the time to file Amended Answers to Plaintiffs' Third Amended Complaint to October 9, 2025.

Respectfully submitted,

NAVIENT SOLUTIONS, LLC AND
NAVIENT CORPORATION

Dated: October 2, 2025

BY: /s/ Jonathan Marmo
Jonathan Marmo (PA ID 312669)
HOLLAND & KNIGHT LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 252-9600
Jonathan.marmo@hklaw.com

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI on behalf of themselves and the class members described herein,<br><br>    Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,<br><br>    Defendants. | Civil No. 3:18-cv-00121-MEM-DFB |

**ORDER**

AND NOW, this _____ day of _____ 2025, following Defendants' Unopposed Motion to Enlarge Time to file Amended Answers to Plaintiffs' Third Amended Complaint, IT IS HEREBY ORDERED THAT:

1. Defendants shall file their Amended Answers to the Third Amended Complaint no later than October 9, 2025.

 

_____
The Honorable Phillip J. Caraballo
United States Magistrate Judge