## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:18-cv-00121-JFS-PJC<br>Hon. Phillip J. Caraballo |
| v. | ) ) | |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) ) ) ) | Filed Electronically |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF CERTAIN DEADLINES WITHIN THE AUGUST 7, 2025 CASE MANAGEMENT ORDER

Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC, by and through their undersigned counsel, hereby move for an extension of certain deadlines within the Court's August 7, 2025 Case Management Order, and, in support thereof, state as follows:

1.      On August 7, 2025, the Court entered an Order setting October 15, 2025 as the deadline for production of expert reports relating to class certification and scheduling a status conference for October 16, 2025 at 9:30 a.m.

2.      Defendants seek a one-week extension of their deadline to produce an expert report relevant to class certification, or until October 22, 2025.

3.    Moreover, lead counsel for Defendants, Cory Eichhorn, is unavailable for the status conference scheduled for October 16, 2025, due to a scheduling conflict.  Accordingly, Defendants seek a brief continuance of that conference to the week of October 20, 2025.

4.    These requests, necessary given the complexity of the matter and scheduling conflicts within Defendants' legal and expert teams, will not unduly delay the progression of matter.

5.    Counsel for Plaintiffs, Anthony Fiorentino, Esquire, concurs in the relief sought by this Motion.

6.    Pursuant to Local Rule 7.5, a supporting brief is not required for this motion for an extension of time because the reasons for this request are fully stated herein and it has concurrence of all parties.

WHEREFORE, Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC respectfully request (1) an extension of the deadline for the production of expert reports relevant to class certification until October 22, 2025 and (2) a continuance of the status conference scheduled for October 16, 2025.

Dated:  October 14, 2025

Respectfully Submitted,

/s/ Cory W. Eichhorn
Cory W. Eichhorn (*Pro Hac Vice*)
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
T: 305-789-7576
cory.eichhorn@hklaw.com

Jonathan M. Marmo
Holland & Knight LLP
One Liberty Place
1650 Market Street, Suite 3300
Philadelphia, PA 19103
T: 215-867-6070
jonathan.marmo@hklaw.com

Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers Brier & Kelly, LLP
425 Biden Street , Suite 200
Scranton, PA 18503
T: 570-342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

*Attorneys for Defendants Navient Solutions, LLC and Navient Corporation*

## CERTIFICATE OF CONCURRENCE

I, Daniel T. Brier, hereby certify that counsel for Plaintiffs, Anthony Fiorentino, Esquire, concurs in the relief sought in this Motion.


Date: October 14, 2025                      /s/ Daniel T. Brier
                                            Daniel T. Brier

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing

Motion was filed on this 14th day of October 2025 through the Court's ECF system

on the following counsel of record via the Court's electronic filing system:

> Carlo Sabatini
> Sabatini Law Firm, LLC
> 216 N. Blakely Street
> Dunmore, PA  18512
>
> Daniel A. Edelman
> Edelman, Combs, Latturner & Goodwin, LLC
> 20 South Clark Street, Suite 1800
> Chicago, IL  60603
>
> Anthony Fiorentino
> 6119 North Kenmore Ave., Ste. 410
> Chicago, IL  60660
> *Attorneys for Plaintiffs and Proposed Class*

> /s/ Daniel T. Brier
> Daniel T. Brier