IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>Plaintiffs,<br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | Case No. 3:18-cv-00121-JFS-PJC<br>Hon. Phillip J. Caraballo<br><br>Filed Electronically |

## ORDER

AND NOW, this __15th__ day of October 2025, upon consideration of Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC's Unopposed Motion for Extension of Certain Deadlines within the August 7, 2025 Case Management Order, IT IS HEREBY ORDERED that the Motion is GRANTED. The deadline for the production of expert reports relevant to class certification is EXTENDED until October 22, 2025 and status conference scheduled for October 16, 2025 at 9:30 a.m. is RESCHEDULED to October __27__, 2025 at __9:30__ a.m.

BY THE COURT:

Phillip J. Caraballo
United States Magistrate Judge