IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, <br><br> Plaintiffs, <br> v. <br><br> NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, <br><br> Defendants. | Case No. 3:18-cv-00121-JFS-PJC <br> Hon. Phillip J. Caraballo <br><br><br><br> Filed Electronically |

**MOTION FOR EXTENSION OF DEADLINE
FOR THE COMPLETION OF COMPUTER SEARCHES**

Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni, by and through their undersigned counsel, hereby move for an extension of the deadline to complete computer searches for class members within the loan servicing database of the federal Department of Education ("ED"), and, in support thereof, state as follows:

1. On August 7, 2025, the Court entered an Order setting a deadline of October 1, 2025, for the completion of computer searches for class members within ED's computer database.

2. On Friday, September 19, 2025, Defendants provided the Plaintiffs with various corrections to the computer coding that was used to execute the same searches in the Defendants' computer database. Defendants informed the

    Plaintiffs that the original coding contained various errors, and that the corrected coding was necessary to ensure an accurate search for class members.

3. Plaintiffs promptly provided the corrected coding to ED so that it could be used to correct or adjust the computer searches being executed by ED. However, ED has advised Plaintiffs that implementing these corrections may postpone completion of the computer searches until November 20, 2025. Accordingly, Plaintiffs seek an extension of the deadline to complete the computer searches until such time.

4. Because Plaintiffs' current deadline to move for class certification is December 1, 2025, this extension will not delay briefing on class certification.

5. On the morning of October 24, 2025, Plaintiffs conferred with Defense Counsel to see if Defendants oppose the extension, but Defense counsel informed Plaintiffs that his client was not available on said date, so Plaintiffs were unable to obtain concurrence from the Defendants.

6. Pursuant to Local Rule 7.5, a supporting brief is not required for this motion for an extension of time because the reasons for this request are fully stated herein.

WHEREFORE, Plaintiffs seek an extension of the deadline to November 20, 2025, for the completion of computer searches for class members within ED's database.

Dated: October 24, 2025                             Respectfully Submitted,

*s/ Daniel A. Edelman*
Daniel A. Edelman
Edelman, Combs, Latturner
& Goodwin, LLC
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com

Anthony Fiorentino
6119 North Kenmore Ave., Ste. 410
Chicago, IL 60660
(312) 305-2850
anthony@fiorentinolaw.com

Carlo Sabatini, PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
carlo@sabatinilawfirm.com

*Counsel for Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni*

## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, hereby certify that on Friday, October 24, 2025, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

*s/ Daniel A. Edelman*
Daniel A. Edelman
