UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | : : : : : : | No. 3:18-CV-121<br><br>(Saporito, J.)<br><br>(Caraballo, M.J.) |
| Plaintiffs | : : | |
| v. | : : | |
| NAVIENT CORPORATION; NAVIENT SOLUTIONS, INC.; and NAVIENT SOLUTIONS, LLC, | : : : : : | |
| Defendants | : | |

## ORDER

AND NOW, this 27th day of October 2025, upon consideration of the Motion for Extension of Deadline for the Completion of Computer Searches filed by Plaintiffs (Doc. 187), and after a phone conference with all parties held this date wherein the defendants had no objection to said motion, IT IS HEREBY ORDERED that the motion is GRANTED and Plaintiffs shall have until November 20, 2025 for the

1

completion of computer searches for class members within the federal Department of Education's database.

IT IS FURTHER ORDERED that no additional extensions of time will be granted absent exceptional circumstances.

       BY THE COURT,

       *s/ Phillip J. Caraballo*
       PHILLIP J. CARABALLO
       UNITED STATES MAGISTRATE JUDGE