# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 3:18-cv-00121-JFS-PJC ) Hon. Phillip J. Caraballo |
| v. | ) ) |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) ) ) Filed Electronically |
| Defendants. | ) ) |

## ORDER

Upon consideration of *Plaintiffs' Motion to File a Brief in Support of Class Certification Exceeding the Word Count Limit,* it is hereby ordered that the motion is granted. Plaintiffs may file a brief in support of class certification of up to 15,000 words. Defendants response in opposition may also be up to 15,000 words.

Dated: November ____, 2025

_____
Hon. Phillip J. Caraballo
United States District Judge