IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>Plaintiffs,<br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | Case No. 3:18-cv-00121-JFS-PJC<br>Hon. Phillip J. Caraballo<br><br><br><br>Filed Electronically |

## ORDER

Upon consideration of *Plaintiffs' Motion to File a Brief in Support of Class Certification Exceeding the Word Count Limit*, it is hereby ordered that the motion is granted. Plaintiffs may file a brief in support of class certification of up to 15,000 words. Defendants response in opposition may also be up to 15,000 words.

Dated: November 7, 2025

_____
Hon. Phillip J. Caraballo
United States District Judge