IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, ) ) ) ) | |
| Plaintiffs, ) | Case No. 3:18-cv-00121-JFS-PJC |
| v. ) ) | Hon. Phillip J. Caraballo |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, ) ) ) | Filed Electronically |
| Defendants. ) ) | |

## ORDER

Upon consideration of Plaintiffs' *Motion for Leave to File Memorandum in Support of Plaintiffs' Motion to Exclude the Report of Dr. Xiaoling Lim Ang Under Seal*, it is hereby ordered that the motion is granted. Plaintiffs are directed to file a public version of these documents with redactions of any material designated as "confidential," and to file an unredacted version under seal.

By the Court

Dated:_____