IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, <br><br> Plaintiffs, <br> v. <br><br> NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, <br><br> Defendants. | Case No. 3:18-cv-00121-JFS-PJC <br> Hon. Phillip J. Caraballo <br><br><br><br> Filed Electronically |

## CERTIFICATION ORDER

1. The following classes are hereby certified pursuant Fed. R. Civ. P. 23(b)(3):

| | **"Modified Forbearance Class"** |
|---|---|
| a. | On or after January 16, 2012, the borrower submitted an application to enroll in, or renew, an IDR plan. |
| b. | Within 60 days of Navient receiving the application, the borrower was enrolled in a discretionary forbearance, which was based on oral affirmation. |
| c. | At the time of enrollment in the discretionary forbearance, the borrower was not in default. |
| | New York Sub-class: Members of the Class who were living in New York when the events stated in subpart b. occurred. |

| | **"Improper IDR Cancellation" class** |
|---|---|
| a. | On or after January 16, 2012, the borrower was enrolled in an IDR plan. |
| b. | The borrower submitted an IDR renewal application, which was received by NSL within 90 days or less prior to the renewal deadline. |
| c. | The borrower's partial financial hardship status expired, at which time the borrower's payments were recalculated under the standard repayment plan. |
| d. | At the time the application received its first review, it was deemed complete. |
| | <u>California Sub-class</u>: Members of the Class who were living in California when the events stated in subpart c. occurred. |

| **"Improper Delay" Class** ||
|---|---|
| a. | On or after January 16, 2012, the borrower applied to enroll in, or to renew, an IDR plan. |
| b. | The borrower submitted a completed IDR application, accompanied by proof of income, which was subsequently approved by Navient. |
| c. | Navient did not fully process the application until 45 days or more after it was received. |
| <u>Illinois Sub-class</u>: Members of the Class who were living in Illinois when the events stated in subpart c. occurred. ||

2. Plaintiff Rebecca Varno is appointed class representative of the "Modified Forbearance Class" and its New York subclass.

3. Plaintiff Jill Ballard is appointed class representative of the "Improper IDR Cancellation" class and its California subclass.

4. Plaintiff Mark Pokorni is appointed class representative of the "Improper Delay" class and its Illinois subclass.

5. Plaintiffs' attorneys Daniel Edelman, Carlo Sabatini, and Anthony Fiorentino are appointed class counsel.

6. The following issues and claims are certified for class treatment:

        a.        Whether Defendants' conduct toward Plaintiffs and members of the proposed classes violated Defendants' Servicing Contract with federal the Department of Education ("ED"), which is attached to Plaintiffs' Memorandum in Support of Class Certification (Exhibit 1).

        b.        Whether Defendants' conduct toward Plaintiffs and members of the proposed classes violated their Master Promissory Notes ("MPNs"), which are attached to Plaintiffs' Memorandum in Support of Class Certification (Exhibit 2).

        c.        Whether Defendants' conduct toward Plaintiffs and members of the proposed classes violated the Pennsylvania Unfair Trade Practices and Consumer Protection Law (73 Pa. Stat. § 201-3 et seq.).

        d.        Whether Defendants' conduct toward Plaintiff Jill Ballard and members of the proposed California subclass violated California Civil Code §1788 ("The Rosenthal Act").

        e.        Whether Defendants' conduct toward Plaintiff Rebecca Varno and members of the proposed New York subclass violated New York's General Business Law § 349.

    f. Whether Defendants' conduct toward Plaintiff Mark Pokorni and members of the proposed Illinois subclass violated the Illinois Consumer Fraud Act (815 ILCS 505/2).

    g. Whether Plaintiffs and class members are entitled to monetary relief from Defendants under the aforementioned contracts and statutes.

        By the Court

        Dated:_____