IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, <br><br> Plaintiffs, <br> v. <br><br> NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, <br><br> Defendants. | Case No. 3:18-cv-00121-JFS-PJC <br> Hon. Phillip J. Caraballo <br><br><br> Filed Electronically |

## PLAINTIFFS' MOTION TO EXCLUDE
## THE REPORT OF DR. XIAOLING LIM ANG

Plaintiffs respectfully move the Court to rule that the report of Defendants' damages expert, Dr. Xiaoling Lim Ang is inadmissible in its entirety. The grounds for Plaintiffs' motion are set forth in their supporting brief, which includes a copy of Ang's report.

Dated: November 24, 2025

Respectfully Submitted,

/s/ Anthony Fiorentino
Anthony Fiorentino
**FIORENTINO LAW OFFICES**
6119 North Kenmore Ave., Ste. 410
Chicago, IL 60660
(312) 305-2850
anthony@fiorentinolaw.com

*/s/ Daniel A. Edelman*
Daniel A. Edelman
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com

*/s/ Carlo Sabatini*
Carlo Sabatini, PA 83831
**SABATINI LAW FIRM, LLC**
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
carlo@sabatinilawfirm.com

## CERTIFICATE OF NON-CONCURRENCE

Plaintiff's counsel has sought concurrence in this motion from defense counsel, and it has been denied.

                                                */s/ Anthony Fiorentino*
Anthony Fiorentino
**FIORENTINO LAW OFFICES**
6119 North Kenmore Ave., Ste. 410
Chicago, IL 60660
(312) 305-2850
anthony@fiorentinolaw.com

## **CERTIFICATE OF SERVICE**

     I, Daniel A. Edelman, hereby certify that on Monday, November 24, 2025, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                                              *s/ Daniel A. Edelman*
                                              Daniel A. Edelman