IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, <br><br> Plaintiffs, <br> v. <br><br> NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, <br><br> Defendants. | Case No. 3:18-cv-00121-JFS-PJC <br> Hon. Phillip J. Caraballo <br><br><br><br><br> Filed Electronically |

## ORDER

Upon consideration of *Plaintiffs' Motion to Exclude the Report of Dr. Xiaoling Lim Ang*, it is hereby ordered that the motion is granted. The report is excluded in its entirety.

By the Court

Dated:_____