UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br>    Plaintiffs<br><br>    v.<br><br>NAVIENT CORPORATION; NAVIENT SOLUTIONS, INC.; and NAVIENT SOLUTIONS, LLC,<br>    Defendants | No. 3:18-CV-121<br><br>(Saporito, J.)<br><br>(Caraballo, M.J.) |

## ORDER

AND NOW, this 25th day of November 2025, pursuant to discussion held on November 24, 2025 with counsel for all parties, IT IS HEREBY ORDERED that a telephonic status call will be held with counsel on **December 2, 2025 at 9:30 a.m.** Counsel for Plaintiffs shall initiate the call and have all parties on the line prior to calling chambers at (570) 207-5710.

BY THE COURT,

*s/ Phillip J. Caraballo*
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE