# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, )<br><br>Plaintiffs,<br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | Case No. 3:18-cv-00121-JFS-PJC<br>Hon. Phillip J. Caraballo<br><br><br>Filed Electronically |

## CERTIFICATE OF CONCURRENCE

Plaintiffs' counsel certify that they communicated with Cory Eichhorn, counsel for Defendants, with respect to Plaintiffs' motion to file under seal their memorandum in support of motion for class certification, and that he does not oppose it, as long as Plaintiffs do not oppose the same treatment with respect to Defendants' opposition, to which Plaintiffs agree.

Dated: November 25, 2025

Respectfully submitted,

*/s/ Daniel A. Edelman*
Daniel A. Edelman

EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1800
Chicago, IL 60603

(312) 739-4200
dedelman@edcombs.com

Anthony Fiorentino
FIORENTINO LAW OFFICES
6119 North Kenmore Ave., Ste. 410
Chicago, IL 60660
(312) 305-2850
anthony@fiorentinolaw.com

Carlo Sabatini, PA 83831
SABATINI LAW FIRM, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
carlo@sabatinilawfirm.com

Counsel for Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni

## **CERTIFICATE OF SERVICE**

      Daniel A. Edelman certifies that on November 25, 2025 this document was filed via ECF, causing a copy to be served on all counsel of record.

      */s/ Daniel A. Edelman*
      Daniel A. Edelman