IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 3:18-cv-00121-JFS-PJC<br>) Hon. Phillip J. Caraballo |
| v. | )<br>) |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | )<br>)<br>) Filed Electronically |
| Defendants. | )<br>) |

## ORDER

Upon consideration of *Motion for Leave to File Plaintiffs' Memorandum in Support of Class Certification Under Seal*, it is hereby ordered that the motion is granted. Plaintiffs are directed to file a public version of these documents with redactions of any material designated as "confidential," and to file an unredacted version under seal.

By the Court

Dated: 12/2/25
