# TABLE OF CONTENTS - EXHIBITS

| | |
|---|---|
| Exhibit 1 | Servicing Contract<br><br>This exhibit includes the following pages: Cover page; page 20; Attachment A-1, pages 5, 7; Attachment A-2, page 11. The full contract is available at:<br><br>https://studentaid.gov/sites/default/files/salliemae-061709.pdf |
| Exhibit 2-A | Jill Ballard MPN |
| Exhibit 2-B | Rebecca Varno MPN |
| Exhibit 2-C | Mark Pokorni MPN |
| Exhibit 3 | 2010 10-K Filing<br><br>This exhibit includes the following pages: Cover page, 2-3, 6-7, 17, 26, 28. The complete filing is available at:<br><br>https://www.sec.gov/Archives/edgar/data/1032033/000095012311019779/w80795e10vk.htm |
| Exhibit 4 | 2014 10-K Filing<br><br>This exhibit includes the following pages: Cover page, 5, 14-15, 42. The complete filing is available at:<br><br>https://images.navient.com/investors/shareholder/annual-reports/NAVI_2014_Form_10-K_2-27-15_Final.pdf |

| Exhibit 5 | OMB No. 1845-0102 |
|---|---|
| Exhibit 6 | OMB No. 1845-0031 |
| Exhibit 7-A | October 2015 CFPB Report<br><br>This exhibit includes the following pages: Cover Page; 2-3, 10, 15, 24-26, 32. The full report is available at:<br><br>https://files.consumerfinance.gov/f/201510_cfpb_annual-report-of-the-cfpb-student-loan-ombudsman.pdf |
| Exhibit 7-B | August 2016 CFPB Report<br><br>This exhibit includes the following pages: Cover Page; 2-3, 10, 16-18, 20, 23, 25-28. The full report is available at:<br><br>https://files.consumerfinance.gov/f/documents/201608_cfpb_StudentLoanOmbudsmanMidYearReport.pdf |
| Exhibit 7-C | October 2016 CFPB Report<br><br>This exhibit includes the following pages: Cover Page; 3, 5, 10, 29, 35, 37, 54. The full report is available at:<br><br>https://files.consumerfinance.gov/f/documents/102016_cfpb_Transmittal_DFA_1035_Student_Loan_Ombudsman_Report.pdf |
| Exhibit 7-D | October 2017 CFPB Report<br><br>This exhibit includes the following pages: Cover page, 2, 9, 11-13, 18, 50. The full report is available at: |

|  | https://files.consumerfinance.gov/f/documents/cfpb_annual-report_student-loan-ombudsman_2017.pdf |
|---|---|
| Exhibit 7-E | Fall 2022 CFPB Report<br><br>This exhibit includes the following pages: Cover page 22-23. The full report is available at:<br><br>https://files.consumerfinance.gov/f/documents/cfpb_student-loan-servicing-supervisory-highlights-special-edition_report_2022-09.pdf |
| Exhibit 8 | CFPB Complaint<br><br>This exhibit includes the following pages: 1, 14-15, 22-23, 18-19, 28-31. The full complaint is available at:<br><br>https://files.consumerfinance.gov/f/documents/201701_cfpb_Navient-Pioneer-Credit-Recovery-complaint.pdf |
| Exhibit 9 | Congressional Research Service Report |
| Exhibit 10 | Asset Securitization Report |
| Exhibit 11-A | Jill Ballard Affidavit |
| Exhibit 11-B | Rebecca Varno Affidavit |
| Exhibit 11-C | Mark Pokorni Affidavit |
|  |  |

| Exhibit 12 | Jeffrey Stine Dep. Transcript |
|---|---|
| Exhibit 13 | Rebecca Varno Dep. Transcript |
| Exhibit 14 | Jill Ballard Dep. Transcript |
| Exhibit 15 | Mark Pokorni Dep. Transcript |
| Exhibit 16 | Pokorni Loan Summary |
| Exhibit 17 | 1-22-14 Letter to Ballard |
| Exhibit 18 | 12-20-17 Letter to Ballard |
| Exhibit 19 | Pokorni Account Records |
| Exhibit 20 | Interest Capitalization Statement |
| Exhibit 21 | Payment Confirmation |
| Exhibit 22-A | Jill Ballard Account History Notes |
| Exhibit 22-B | Rebecca Varno Account History Notes |
| Exhibit 22-C | Mark Pokorni Account History Notes |
|  |  |

| Exhibit 23 | NSL Responses to Written Discovery |
|---|---|
| Exhibit 24-A | 8/2/22 Email |
| Exhibit 24-B | Class Definitions |
| Exhibit 25 | 8/18/22 Email |
| Exhibit 26 | NSL Responses and Objections |
| Exhibit 27 | Navient Search Results |
| Exhibit 28 | Patrick Theuer Dep. Transcript |
| Exhibit 29-A | 12/22/23 Email |
| Exhibit 29-B | Modified Searches 1–3 |
| Exhibit 30 | 1/8/24 Email |
| Exhibit 31 | Report of Xiaoling Lim Ang Ph.D |
| Exhibit 32 | 7/3/25 Email |
| Exhibit 33-A | 8/1/25 Email |
| | |

| Exhibit 33-B | ED Searches |
| --- | --- |
| Exhibit 34 | 1/17/22 Email |
| Exhibit 35 | ED Computer Search Results |
| Exhibit 36 | Pending Litigation Table |
| Exhibit 37 | Amanda Kurzendoerfer Curriculum Vitae |
| Exhibit 38 | Daniel Edelman Affidavit |
| Exhibit 39 | Carlo Sabatini Affidavit |
| Exhibit 40 | Anthony Fiorentino Affidavit |
| Exhibit 41 | 2/11/14 Letter |

## CERTIFICATE OF SERVICE

      I, Daniel A. Edelman, hereby certify that on Tuesday, December 2, 2025, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                                                                      *s/ Daniel A. Edelman*
                                                                      Daniel A. Edelman