# Exhibit 3

2010 10-K Filing

10-K 1 w80795e10vk htm 10-K

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-K

(Mark One)

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 31, 2010 or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 or 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from          to

Commission file numbers 001-13251

# SLM Corporation
*(Exact Name of Registrant as Specified in Its Charter)*

| **Delaware** | **52-2013874** |
|---|---|
| *(State of Other Jurisdiction of Incorporation or Organization)* | *(I.R.S. Employer Identification No.)* |
| **12061 Bluemont Way, Reston, Virginia** | **20190** |
| *(Address of Principal Executive Offices)* | *(Zip Code)* |

**(703) 810-3000**
*(Registrant's Telephone Number, Including Area Code)*

Securities registered pursuant to Section 12(b) of the Act
Common Stock, par value $.20 per share.
Name of Exchange on which Listed:
New York Stock Exchange
6.97% Cumulative Redeemable Preferred Stock, Series A, par value $.20 per share
Floating Rate Non-Cumulative Preferred Stock, Series B, par value $.20 per share
Name of Exchange on which Listed:
New York Stock Exchange
Medium Term Notes, Series A, CPI-Linked Notes due 2017
Medium Term Notes, Series A, CPI-Linked Notes due 2018
6% Senior Notes due December 15, 2043
Name of Exchange on which Listed:
New York Stock Exchange
Securities registered pursuant to Section 12(g) of the Act:
None.

Indicate by check mark whether the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act   Yes ☑   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act   Yes ☐   No ☑

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days   Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files)   Yes ☐   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K   ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company  See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act  (Check one):

Large accelerated filer ☑       Accelerated filer ☐       Non-accelerated filer ☐       Smaller reporting company ☐
                                                         (Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act)   Yes ☐   No ☑

The aggregate market value of voting stock held by non-affiliates of the registrant as of June 30, 2010 was $5 0 billion (based on closing sale price of $10 39 per share as reported for the New York Stock Exchange — Composite Transactions).

As of January 31, 2011, there were 526,909,601 shares of voting common stock outstanding.

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of the Proxy Statement relating to the registrant's Annual Meeting of Shareholders scheduled to be held May 19, 2011 are incorporated by reference into Part III of this Report

# PART I.

**Item 1.    Business**

SLM Corporation, more commonly known as Sallie Mae, is the nation's leading saving, planning and paying for education company  SLM Corporation is a holding company that operates through a number of subsidiaries  References in this Annual Report to "we," "us," "our" and "the Company," refer to SLM Corporation and its subsidiaries, except as otherwise indicated or unless the context otherwise requires  The Company was formed in 1972 as the Student Loan Marketing Association, a federally chartered government sponsored enterprise ("GSE"), with the goal of furthering access to higher education by providing liquidity to the student loan marketplace  On December 29, 2004, we completed the privatization process that began in 1997 and resulted in the dissolution of the GSE

Our primary business is to originate, service and collect loans made to students and/or their parents to finance the cost of their education  We provide funding, delivery and servicing support for education loans in the United States, through our non-federally guaranteed Private Education Loan programs and as a servicer and collector of loans for the Department of Education ("ED")  In addition we are the largest holder, servicer and collector of loans made under the Federal Family Education Loan Program ("FFELP"), a program that was recently discontinued

We have used internal growth and strategic acquisitions to attain our leadership position in the education finance market  The core of our marketing strategy is to generate student loan originations by promoting our products on campus through the financial aid office and through direct marketing to students and their parents  These sales and marketing efforts are supported by the largest and most diversified servicing capabilities in the industry

We also earn fee income by providing student loan-related services including student loan servicing, loan default aversion and defaulted loan collections, processing capabilities and information technology to educational institutions, and 529 college-savings plan program management services and a consumer savings network

At December 31, 2010, we had approximately 7,600 employees

We are in the process of relocating our headquarters from Reston, Virginia to Newark, Delaware, and expect to complete the move by March 31, 2011

**Recent Developments and Expected Future Trends**

On March 30, 2010, President Obama signed into law H R  4872, the Health Care and Education Reconciliation Act of 2010 ("HCERA") which included the SAFRA Act  Effective July 1, 2010, all federal loans to students are now made through the Direct Student Loan Program ("DSLP")  The FFELP, through which we historically generated the majority of our net income, was eliminated  However, HCERA does not alter or affect the terms and conditions of existing FFELP Loans  The $1 37 billion net interest income we earned on our FFELP Loan portfolio in 2010 will decline as the portfolio amortizes

In addition, SAFRA eliminates the Guarantor function and the services we provide to Guarantors  We earned an origination fee when we processed a loan guarantee for a Guarantor client and a maintenance fee for the life of the loan for servicing the Guarantor's portfolio of loans  Since FFELP Loans are no longer originated, we will no longer earn the origination fee paid by the Guarantor  The portfolio that generates the maintenance fee is now in run off, and the maintenance fees we earn will decline as the portfolio amortizes  In 2010, we earned Guarantor origination fees of $34 million and maintenance fees of $56 million

Our student loan contingent collection business is also affected by HCERA  We currently have 13 Guarantors and ED as clients  We earn revenue from Guarantors for collecting defaulted loans as well as for managing their portfolios of defaulted loans  In 2010, contingency collection revenue from Guarantor clients totaled $245 million  We anticipate that revenue from Guarantors will be relatively stable through 2012 and then begin to steadily decline as the portfolio of defaulted loans we manage is resolved and amortizes

2

We have been collecting defaulted student loans on behalf of ED since 1997  The contract is merit based and accounts are awarded on collection performance  We have consistently ranked number one or two among the ED collectors  In anticipation of a surge in volume as more loans switch to DSLP, ED added five new collection companies bringing the total to 22  This led to a decline in account placements, which we believe is temporary  We expect that as the DSLP grows, increased revenue under the ED contract will partially offset the decline in revenue from our Guarantor clients

As a result of HCERA, our FFELP Loans segment is now a runoff business  Our Consumer Lending and components of Business Services segments are ongoing businesses with growth opportunities  We are currently restructuring our operations to reflect the impact of the legislation which has resulted in significant restructuring expenses  In 2010 most of our $85 million of restructuring expenses related to HCERA

**Student Lending Market**

Students and their families use multiple sources of funding to pay for their college education, including savings, current income, grants, scholarships, and federally guaranteed and private education loans  Due to an increase in federal loan limits that took effect in 2007 and 2008, we have seen a substantial increase in borrowing from federal loan programs in recent years  In the Academic Year ("AY") that ended on June 30, 2010, according to the College Board, borrowing from federal loan programs increased 14 percent from the prior year to $96 8 billion and has a five-year compound annual growth rate of 9 9 percent  Borrowing from Private Education Loan programs decreased 24 percent to $7 7 billion and is down significantly from the peak of $21 8 billion in the AY 2007-2008  The College Board also reported that federal grants increased 64 percent to $41 2 billion from $25 2 billion in the most recent year  We believe the drop in borrowing from private loan programs was caused by an increase in federal loans and consumer deleveraging

*Federal Family Education Loan Program ("FFELP")*

Prior to its elimination on July 1, 2010 by HCERA, the FFELP was the source of the vast majority of federal loans to students  (For a full description of FFELP, see Appendix A "Federal Family Education Loan Program ")  As of September 30, 2010, there were $759 billion in federal student loans outstanding, $529 billion of which were originated under the FFELP  Private entities held $390 billion of FFELP Loans as of September 30, 2010, with the remaining amount held by ED  We were the largest originator of loans under the FFELP and had $148 6 billion of loans outstanding at December 31, 2010  See Item 7 "Management's Discussion and Analysis of Financial Condition and Results of Operations — Segment Earnings Summary — 'Core Earnings' Basis — FFELP Loans Segment" for a full discussion of our FFELP business and related loan portfolio

The Higher Education Act (the "HEA") regulates every aspect of the FFELP, including communications with borrowers and default aversion requirements  Failure to service a FFELP Loan properly jeopardizes the guarantee on the loan  This guarantee generally covers 98 or 97 percent of the student loan's principal and accrued interest for loans disbursed before and after July 1, 2006, respectively  In the case of death, disability or bankruptcy of the borrower, the guarantee covers 100 percent of the loan's principal and accrued interest  The guarantees on our existing loans were not affected by HCERA

FFELP Loans are guaranteed by state agencies or not-for-profit companies designated as Guarantors, with ED providing reinsurance to the Guarantors  Guarantors are responsible for performing certain functions necessary to ensure the program's soundness and accountability  Generally, the Guarantor is responsible for ensuring that loans are serviced in compliance with the requirements of the HEA  When a borrower defaults, we submit a claim to the Guarantor who provides reimbursements of principal and accrued interest subject to Risk Sharing  (See Appendix A "Federal Family Education Loan Program" for a description of the role of Guarantors )

*Private Education Loan Products*

We offer Private Education Loan products to bridge the gap between family resources, federal loans, grants, student aid, scholarships, and the cost of a college education  Historically, the majority of our Private Education Loans were made in conjunction with a FFELP Stafford Loan and were marketed to schools

3

financing vehicles and unsecured debt  At December 31, 2010, we held $148 6 billion of FFELP Loans, <u>of which 77 percent were funded to term by securitization trusts,</u> 16 percent were funded through the ED Conduit Program which terminates on January 19, 2014, and 5 percent were funded in our multi-year asset-backed commercial paper ("ABCP") facility and Federal Home Loan Bank in Des Moines facility ("FHLB-DM")  The remainder was funded with unsecured debt  As a result of the long-term funding used in the FFELP Loan portfolio and the government guarantees provided on the loans, the net interest margin recorded in the FFELP Loans segment tends to be relatively stable  In addition to the net interest margin, we earn other fee income which is primarily generated by late fees on the loans in the portfolio  For a more detailed description of these various funding facilities, see Item 7 "Management's Discussion and Analysis of Financial Condition and Results of Operations — Liquidity and Capital Resources "

FFELP Loans segment operating expenses primarily represent an intercompany charge from the Business Services segment which performs the servicing of these loans  Servicing is charged at rates paid by the trusts which own the loans  These servicing rates exceed the actual cost of servicing the loans

Our FFELP Loan portfolio will amortize over approximately 25 years  Our goal is to maximize the cash flow generated by the portfolio  We will seek to acquire third-party FFELP Loan portfolios to add spread income and servicing revenue as portfolios are converted onto our platforms to generate incremental earnings and cash flow  We expect owners of runoff portfolios to sell them in the future

*Consumer Lending Segment*

In this segment, we originate, acquire, finance and service Private Education Loans  Private Education Loans consist of two general types: (1) those that are designed to bridge the gap between the cost of higher education and the amount financed through either federal loans or the borrowers' resources, and (2) those that are used to meet the needs of students in alternative learning programs such as career training, distance learning and lifelong learning programs  Private Education Loans bear the full credit risk of the borrower  We manage this risk by underwriting and pricing according to credit risk based upon customized credit scoring criteria and the addition of qualified cosigners

In 2010 we originated $2 3 billion of Private Education Loans  As of December 31, 2010 and 2009, we had $35 7 billion and $35 1 billion of total "Core Earnings" basis Private Education Loans outstanding, respectively  For a more detailed description of these amounts, see Item 7 "Management's Discussion and Analysis of Financial Condition and Results of Operations — Segment Earnings Summary — 'Core Earnings' Basis — Consumer Lending Segment " At December 31, 2010, 68 percent of our Private Education Loans were funded to term in securitization trusts and the remainder was funded with term unsecured debt and bank deposits

In this segment, we earn net interest income on the loan portfolio (after provision for loan losses) as well as account fees, primarily late payment and forbearance fees  Operating expenses for this segment include costs incurred to acquire and to service our loans

In early 2011, we will launch a pilot Sallie Mae credit card that is tailored to meet the financial needs of the college-educated consumer  We will market this card to college students and their parents and to customers who have completed their education  We will focus on customers who have a strong credit profile  We have a customer base of more than 20 million  Successfully cross-selling the Sallie Mae credit card could lead to an expanded product mix on a stand-alone and partnership basis

Sallie Mae Bank ("the Bank"), a Utah industrial bank subsidiary, plays an integral role in this segment  We received our Utah State charter approval order effective October 12, 2005 and approval for our insurance from the Federal Deposit Insurance Corporation ("FDIC") on October 26, 2005  Since the beginning of 2006, nearly all Private Education Loans have been originated and initially funded by the Bank  At December 31, 2010, the Bank had total assets of $7 6 billion including $4 4 billion in Private Education Loans and total deposits of $5 9 billion  Historically, the Bank focused on raising brokered deposits with an average life in excess of two years  In 2010 we began to gather retail deposits targeting our core customer base  We raised more than $1 billion in retail deposits  We are now fully developing our banking products and services to offer

6

education finance products to colleges  As a result of recent changes in the student loan marketplace, we have broadened our marketing activities to include Direct to Consumer initiatives and referral lending relationships  We also intend to create loan volume through our "Planning, Paying and Saving" for college activities

We face competition for Private Education Loans from a group of the nation's larger banks and specialty finance companies  However, in recent years this sector has seen a significant departure of market participants as a result of the nation's financial challenges as well as the recent significant changes in the FFELP

*Business Services Segment*

The Business Services segment generates its revenue from servicing our FFELP Loan portfolio as well as servicing FFELP and other loans for other financial institutions, Guarantors and ED  The segment also performs default aversion work and contingency collections on behalf of Guarantors and ED, Campus Payment Solutions, account asset servicing and transaction processing activities  We are the largest servicer of student loans, the largest collector of defaulted student loans, the largest administrator of 529 college-savings plans and saving for college loyalty programs, and we have a growing Campus Payment Solutions platform

The segment generates revenue from servicing FFELP Loans owned and managed by us  These revenues are intercompany charges to the FFELP Loans segment and are primarily charged at rates paid by the trusts where the loans reside  The fees are contractually designated as the first payment from the trust cash flows  These fees are high quality in terms of both their priority and predictability and exceed the actual cost of servicing the loans  Revenue is also generated by servicing third-party loans for other financial institutions and ED

We generate revenue by servicing FFELP Loans for Guarantors  We earn an account maintenance fee on a portfolio of $99 billion of FFELP Loans for nine Guarantors  We provide a full complement of default aversion and default collection services on a contingency or pay for performance basis to 13 Guarantors, campus-based programs and ED  We have performed default collections work for over ten years and have consistently been a top performer

Through Upromise we generate revenue by providing program management services for 529 college-savings plans with assets of $34 5 billion in 32 college-savings plans in 16 states  We also generate revenue in the form of transaction fees generated by our consumer savings network, through which members have earned $600 million in rewards by purchasing products at hundreds of online retailers, booking travel, purchasing a home, dining out, buying gas and groceries, using the Upromise World Master Card and completing qualified transactions  We earn a fee for the marketing and administrative services we provide to companies that participate in Upromise savings network

Finally, our Campus Payment Solutions business offers a suite of solutions designed to help campus business offices increase their services to students and families  The product suite includes electronic billing, collection, payment and refund services plus full tuition payment plan administration  In 2010, we generated servicing revenue from over 1,100 schools

Operating expenses for this segment include the cost incurred to perform the services described above

We expect that FFELP-related servicing and Guarantor servicing and contingency revenue will decline over time as the FFELP Loan portfolios amortize  We expect that revenues under the ED collections contract will increase as the Direct Lending program expands  Between 2004 and 2008, less than 25 percent of student loans were originated under the Direct Lending program  Effective July 1, 2010, all government guaranteed student loans are originated through the Direct Lending program  This growth will create revenue opportunity under the ED collections contract as the volume of defaults of Direct Loans surges in the coming years  We expect revenue to increase under our ED Direct Loan servicing contract, as discussed below, as that program grows  We also expect growth in our 529 college-savings plan programs and Campus Payment Solutions businesses

7

**Item 2.    Properties**

The following table lists the principal facilities owned by us as of December 31, 2010:

| Location | Function | Business Segment(s) | Approximate Square Feet |
|---|---|---|---|
| Fishers, IN | Loan Servicing and Data Center | FFELP Loans; Consumer Lending; Business Services | 450,000 |
| Newark, DE | Credit and Collections Center | Consumer Lending; Business Services | 160,000 |
| Wilkes-Barre, PA | Loan Servicing Center | FFELP Loans; Consumer Lending; Business Services | 133,000 |
| Indianapolis, IN | Loan Servicing Center | Business Services | 100,000 |
| Big Flats, NY | GRC — Collections Center | Business Services | 60,000 |
| Arcade, NY[1] | Pioneer Credit Recovery — Collections Center | Business Services | 46,000 |
| Perry, NY[1] | Pioneer Credit Recovery — Collections Center | Business Services | 45,000 |
| Swansea, MA | AMS Headquarters | Business Services | 36,000 |

(1) In the first quarter of 2003, we entered into a ten year lease with the Wyoming County Industrial Development Authority with a right of reversion to us for the Arcade and Perry, New York facilities

The following table lists the principal facilities leased by us as of December 31, 2010:

| Location | Function | Business Segment(s) | Approximate Square Feet |
|---|---|---|---|
| Reston, VA | Headquarters | FFELP Loans; Consumer Lending; Business Services; Other | 240,000 |
| Reston, VA | Administrative Offices | FFELP Loans; Consumer Lending; Business Services; Other | 90,000 |
| Newark, DE | Sallie Mae — Operations Center | Consumer Lending; Business Services; Other | 86,000 |
| Niles, IL | Collections Center | Other | 84,000 |
| Newton, MA | Upromise | Business Services | 78,000 |
| Cincinnati, OH | GRC Headquarters and Collections Center | Business Services | 59,000 |
| Muncie, IN | Collections Center | Consumer Lending; Business Services | 54,000 |
| Moorestown, NJ | Pioneer Credit Recovery — Collections Center | Business Services | 30,000 |
| White Plains, NY[1] | N/A | N/A | 26,000 |
| Kansas City, MO | Upromise and Campus Payment Solutions | Business Services | 21,000 |
| Whitewater, WI[2] | N/A | N/A | 16,000 |
| Seattle, WA | NELA | Business Services | 10,000 |

(1) Space vacated in December 2009; we are actively searching for subtenants
(2) Space vacated in September 2010; we are actively searching for subtenants or tenants

None of the facilities that we own is encumbered by a mortgage  We believe that our headquarters, loan servicing centers, data center, back-up facility and data management and collections centers are generally adequate to meet our long-term student loan and business goals  Our headquarters are currently in leased space at 12061 Bluemont Way, Reston, Virginia, 20190  We are relocating our headquarters to Newark, Delaware from Reston, Virginia by March 31, 2011

*Other Income/(Loss)*

In managing our loan portfolios and funding sources we periodically engage in sales of loans and the repurchase of our outstanding debt  In each case, depending on market conditions, we may incur gains or losses from these transactions that affect our results from operations  We also recognize gains and losses in accordance with GAAP on our derivative and hedging activities from the changes in the fair value of derivatives that do not qualify for hedge accounting treatment and ineffectiveness on derivatives that do qualify for hedge accounting

*Operating Expenses*

The operating expenses reported for our Consumer Lending and Business Services segments are those that are directly attributable to the generation of revenues by those segments  The operating expenses for the FFELP Loans segment primarily represent an intercompany servicing charge from the Business Services segment and do not reflect our actual underlying costs incurred to service the loans  We have included corporate overhead expenses and certain information technology costs (together referred to as "Overhead") in our Other segment rather than allocate those expenses by segment  These overhead expenses include costs related to executive management, the board of directors, accounting, finance, legal, human resources, stock option expense and certain information technology costs related to infrastructure and operations

*Core Earnings*

Management uses "Core Earnings" as the primary financial performance measure to evaluate performance and to allocate resources  "Core Earnings" is the basis in which we prepare our segment disclosures as required by GAAP under ASC 280 "Segment Reporting" (see "Note 19—Segment Reporting")  For a full explanation of the contents and limitations of "Core Earnings" see "'Core Earnings'—Definition and Limitations" of this Item 7

**2010 Summary**

We overcame considerable challenges and achieved significant accomplishments in 2010  We continue to operate in an extremely challenging macroeconomic environment marked by high unemployment and periods of extreme illiquidity in the capital markets

Effective July 1, 2010, HCERA eliminated FFELP Loan originations, a major source of our net income  As a result, we will no longer have revenue related to FFELP Loan originations and will have declining net income related to our portfolio of FFELP Loans and related FFELP Loan servicing and collections activities  HCERA does not alter or affect the terms and conditions of our existing FFELP Loans  Net interest income we earn on our FFELP Loan portfolio will decline over time as the portfolio amortizes  We will no longer earn any origination fees for originating FFELP Loans (which was $34 million in 2010) and the Guarantor maintenance fees (which was $56 million in 2010) will decline as the portfolio pays down  In addition, we earned $245 million in FFELP contingency revenue in 2010, which we expect to remain relatively stable through 2012 and then steadily decline as the portfolio of defaulted FFELP Loans we manage is resolved and amortizes

In response to these legislative and economic challenges we explored splitting the Company into two publicly traded companies, representing our runoff and growth businesses  We also explored selling our residual interests in our securitized FFELP Loans to effectively remove the securitized loans from our balance sheet  After evaluating both strategies we determined that neither strategy currently provides better economic returns to investors than our current operating structure

On December 31, 2010, we closed on our agreement to purchase the $26 1 billion of securitized federal loans and related assets from the Student Loan Corporation  This transaction will be accretive to 2011 earnings and beyond  We continue to seek to acquire FFELP Loan portfolios

Despite the economic environment, we saw significant improvements in the quality of our lending business segments

26

and the term asset-backed securities market to re-finance both FFELP and Private Education Loans We believe that conditions in these markets have improved as compared to last year and are conducive to funding at more favorable spreads and advance rates Retail Bank deposits are also expected to continue to be a source of funding at favorable rates We currently expect our net interest margins in the coming year to be stable in both our FFELP Loans and Consumer Lending segments

**2011 Management Objectives**

In 2011 we have set out five major goals to create shareholder value They are: (1) Reduce our operating expenses; (2) Maximize cash flows from FFELP Loans; (3) Prudently grow Consumer Lending segment assets and revenue; (4) Increase Business Services segment revenue; and (5) Reinstate dividends and/or share repurchases Here is how we plan to achieve these objectives

*Reduce Operating Expenses*

The elimination of FFELP by HCERA greatly reduced the scope of our historical revenue generating capabilities In 2010 we originated $14 billion of loans, 84 percent of them FFELP Loans; in 2011 we expect to originate $2 5 billion of new loans, all of them Private Education Loans Our FFELP related revenues will decline over the coming years As a result, we must effectively match our cost structure to our ongoing business Operating expenses will be reduced company wide We have set a goal of getting to an annualized operating expense quarterly run rate of $250 million by the fourth quarter of 2011

*Maximize Cash Flows from FFELP Loans*

We have a $148 6 billion portfolio of FFELP Loans that is expected to generate significant amounts of cash flow and earnings in the coming years We plan to reduce related costs, minimize income volatility and opportunistically purchase other FFELP Loan portfolios like we did with SLC

*Grow Consumer Lending Segment Assets and Revenue*

Successfully growing Private Education Loan lending is the key component of our long-term plan to grow shareholder value We must originate increasing numbers of high quality Private Education Loans, increase net interest margins and further reduce charge-offs and provision for loan losses To manage our borrowing costs, we must achieve more attractive term asset-backed securities market access and prices in the coming year

*Increase Business Services Segment Revenue*

Our Business Services segment is comprised of several businesses with customers related to FFELP that will experience revenue declines and several businesses with customers that provide growth opportunities Our growth businesses are ED servicing, ED collections, other school-based asset type servicing and collections, Campus Payment Solutions, transaction processing and 529 college-savings plan account asset servicing We currently have a 22 percent market share of the ED Servicing Contract This volume will grow organically as more loans are originated under DL Our goal is to further expand our market share and broaden the services we provide to ED and other third party servicing clients The ED collection contract will also grow organically as more loans are originated under DL We also seek to increase our market share through improved performance Campus Payment Solutions is a business line that we expect to grow by expanding our product offerings and leveraging our deep relationships with colleges and universities Assets under management in 529 college-savings plans total $34 5 billion and have been growing at a rate of 21 percent over the last three years Our goal is to service additional 529 plans

*Reinstate Dividends and/or Share Repurchases*

We suspended our dividend and share repurchase programs in April 2007 and have not since reinstated these programs We now believe that our cash flow and capital positions have strengthened sufficiently that by

28