# Exhibit 11-A

## Jill Ballard Affidavit

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | No. 3:18-cv-00121-JFS-PJC<br><br>Judge Joseph F. Saporito, Jr.<br><br>**Magistrate Judge Phillip J. Caraballo**<br><br>ELECTRONICALLY FILED |

## AFFIDAVIT OF PLAINTIFF JILL BALLARD

I, Jill Ballard, declare the following:

1. I am a named Plaintiff in the instant case.

2. Exhibit 18, attached to Plaintiffs' Memorandum in Support of Class Certification, is an accurate copy of letters I received from Navient in 2017.

3. Exhibit 22-A, attached to Plaintiffs' Memorandum in Support of Class Certification, accurately reflects notes that I took during three phone calls with Navient's customer service agents. Two of the calls occurred in or around July 2017, and one of the calls occurred in or around January 2018.

4. Exhibit 41, attached to Plaintiffs' Memorandum in Support of Class Certification, is an accurate copy of a letter I mailed to Navient in February 2014.

5. I have never received any payment related to the CFPB's settlement of its 2017 lawsuit against the Defendants.

6.     In this case, I have answered written discovery in a timely fashion, produced all requested documents, and sat for two depositions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2025            <u>*s/Jill Ballard*</u>
                                                         Jill Ballard

# Exhibit 11-B

## Rebecca Varno Affidavit

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | No. 3:18-cv-00121-JFS-PJC<br><br>Judge Joseph F. Saporito, Jr.<br><br>**Magistrate Judge Phillip J. Caraballo**<br><br>ELECTRONICALLY FILED |

### AFFIDAVIT OF PLAINTIFF REBECCA VARNO

I, Rebecca Varno, declare the following:

1. I am a named Plaintiff in the instant case.

2. Exhibit 22-C, attached to Plaintiffs' Memorandum in Support of Class Certification, accurately reflects notes that I took during five phone calls with Navient's customer service agents. Two of the calls occurred in or around January 2018, and three of the calls occurred in or around April 2018.

3. I have never received any payment related to the CFPB's settlement of its 2017 lawsuit against the Defendants.

4. In this case, I have answered written discovery in a timely fashion, produced all requested documents, and sat for two depositions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2025          *s/Rebecca Varno*
                                      Rebecca Varno

# Exhibit 11-C

## Mark Pokorni Affidavit

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>   Plaintiff,<br><br>vs.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,<br><br>   Defendants. | No. 3:18-cv-00121-JFS-PJC<br><br>Judge Joseph F. Saporito, Jr.<br><br>**Magistrate Judge Phillip J. Caraballo**<br><br>ELECTRONICALLY FILED |

## **AFFIDAVIT OF PLAINTIFF MARK POKORNI**

I, Mark Pokorni, declare the following:

1. I am a named Plaintiff in the instant case.

2. Exhibit 16, attached to Plaintiffs' Memorandum in Support of Class Certification, accurately reflects a screenshot of a loan summary statement that I obtained in 2025 from my online account at www.studentaid.gov/aid.

3. Exhibit 20, attached to Plaintiffs' Memorandum in Support of Class Certification, is an accurate copy of an account history statement I obtained from my online account with Navient in July 2022.

4. Exhibit 21, attached to Plaintiffs' Memorandum in Support of Class Certification, is an accurate copy of an email I received in April 2022.

5. Exhibit 22-C, attached to Plaintiffs' Memorandum in Support of Class Certification, accurately reflects notes that I took during four phone calls with Navient's customer service agents. All calls occurred in or around May 2018.

6. I have never received any payment related to the CFPB's settlement of its 2017 lawsuit against the Defendants.

7. In this case, I have answered written discovery in a timely fashion, produced all requested documents, and sat for two depositions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2025                    *s/Mark Pokorni*
                                                Mark Pokorni