# Exhibit 12

Jeffrey Stine Dep. Transcript

Page 2

```
 1              UNITED STATES DISTRICT COURT

 2              MIDDLE DISTRICT OF PENNSYLVANIA

 3   JILL BALLARD, REBECCA VARNO,
     and MARK POKORNI on behalf of
 4   themselves and the class members
     described herein,
 5
             Plaintiffs,          Civil No.
 6
     vs.                    3:18-cv-00121-MEM-MCC
 7
     NAVIENT CORPORATION,
 8   NAVIENT SOLUTIONS, INC., and
     NAVIENT SOLUTIONS, LLC,
 9
             Defendants.
10
11   _____
12
13       Deposition of JEFFREY A. STINE, taken on behalf of
14   Plaintiffs, via Zoom remote videoconference, beginning
15   at 9:34 a.m. on Friday, June 24, 2022, before Misty
16   Klapper, RMR, CRR and Notary Public.
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1   APPEARANCES:
 2   (ALL APPEARANCES VIA ZOOM REMOTE VIDEOCONFERENCE)
 3   ON BEHALF OF PLAINTIFFS:
 4           ANTHONY FIORENTINO, ESQUIRE
             FIORENTINO LAW OFFICES, LTD.
 5           432 North Clark Street, Suite 202
             Chicago, Illinois 60654
 6           (773) 681-0088
             E-mail: anthony@fiorentinolaw.com
 7
                     AND
 8
             DANIEL A. EDELMAN, ESQUIRE
 9           CASSANDRA P. MILLER, ESQUIRE
             EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
10           20 South Clark Street, Suite 1500
             Chicago, Illinois 60603
11           (312) 739-4200
             E-mail: dedelman@edcombs.com
12                   cmiller@edcombs.com
13
     ON BEHALF OF DEFENDANTS:
14
             LISA SIMONETTI, ESQUIRE
15           GREENBERG TRAURIG, LLP
             1840 Century Park East, Suite 1900
16           Los Angeles, California 90067-2121
             (310) 586-7824
17           E-mail: simonettil@gtlaw.com
18
     ALSO PRESENT:
19
             MATT SHELDON
20
21
22
23
24
25
```

Page 4

```
 1              C O N T E N T S
 2   WITNESS:        EXAMINATION BY:          PAGE:
 3   Jeffrey A. Stine     Mr. Fiorentino        10
 4
 5
 6
 7              E X H I B I T S
 8   NO.: DESCRIPTION:                         PAGE:
 9   1    Document Bates stamped NSL_BALLARD_0002612
10        through NSL_BALLARD_0003275            53
11   2    Document Bates stamped NSL_BALLARD_0000823
12        through NSL_BALLARD_0000842            56
13   3    Document Bates stamped NSL_BALLARD_0000011
14        through NSL_BALLARD_0000014            60
15   4    Document Bates stamped NSL_BALLARD_0000004
16        through NSL_BALLARD_0000010            63
17   5    Document Bates stamped NSL_BALLARD_0000843
18        through NSL_BALLARD_0000861            66
19   6    Document Bates stamped NSL_BALLARD_0000862
20        through NSL_BALLARD_0000876            69
21   7    Document Bates stamped NSL_BALLARD_0000015
22        through NSL_BALLARD_0000018            70
23   8    Document Bates stamped NSL_BALLARD_0000823
24        through NSL_BALLARD_0000842            71
25
```

Page 5

```
 1              E X H I B I T S (CONTINUED)
 2   NO.: DESCRIPTION:                         PAGE:
 3   9    Document Bates stamped NSL_BALLARD_0000019
 4        through NSL_BALLARD_0000024            72
 5   10   Document Bates stamped NSL_BALLARD_0000589  77
 6   11   Document Bates stamped NSL_BALLARD_0003276
 7        through NSL_BALLARD_0003277            80
 8   12   Document Bates stamped NSL_BALLARD_0003278
 9        through NSL_BALLARD_0003281            84
10   13   Document Bates stamped NSL_BALLARD_0003282
11        through NSL_BALLARD_0003283            87
12   14   Document Bates stamped NSL_BALLARD_0003284
13        through NSL_BALLARD_0003287            88
14   15   Document Bates stamped NSL_BALLARD_0003288
15        through NSL_BALLARD_0003290            89
16   16   Document Bates stamped NSL_BALLARD_0003291
17        through NSL_BALLARD_0003294            90
18   17   Document Bates stamped NSL_BALLARD_0003295
19        through NSL_BALLARD_0003298            91
20   18   Document Bates stamped NSL_BALLARD_0003299
21        through NSL_BALLARD_0003300            92
22   19   Document Bates stamped NSL_BALLARD_0003301
23        through NSL_BALLARD_0003305            94
24   20   Document Bates stamped NSL_VARNO_0002371
25        through NSL_VARNO_0002374             100
```

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

---

Page 6

```
1        E X H I B I T S (CONTINUED)
2    NO.: DESCRIPTION:              PAGE:
3    21  Document Bates stamped NSL_VARNO_0002369
4        through NSL_VARNO_0002370      104
5    22  Document Bates stamped NSL_VARNO_0001825
6        through NSL_VARNO_0001829      106
7    23  Document Bates stamped POKORNI 1 through
8        POKORNI 64              111
9    24  Document Bates stamped NSL_VARNO_0002301   115
10   25  Document Bates stamped NSL_VARNO_0002301
11       through NSL_VARNO_0002305      123
12   26  Document Bates stamped NSL_VARNO_0001841
13       through NSL_VARNO_0001847 and
14       NSL_VARNO_0001864 through NSL_VARNO_0001866 134
15   27  Document Bates stamped NSL_VARNO_0001869
16       through NSL_VARNO_0002370      153
17   28  Document Bates stamped NSL_VARNO_0001879
18       through NSL_VARNO_0001883      154
19   29  Document Bates stamped NSL_VARNO_0002383
20       through NSL_VARNO_0002384      158
21   30  Document Bates stamped NSL_VARNO_0002291
22       through NSL_VARNO_0002357      160
23   31  Document Bates stamped NSL_VARNO_0001887
24       through NSL_VARNO_0001891      165
25
```

---

Page 7

```
1        E X H I B I T S (CONTINUED)
2    NO.: DESCRIPTION:              PAGE:
3    32  Document Bates stamped NSL_VARNO_0001892
4        through NSL_VARNO_0001895      165
5    33  Document Bates stamped NSL_VARNO_0001949
6        through NSL_VARNO_0001954      173
7    34  Document Bates stamped NSL_VARNO_0001964   178
8    35  Document Bates stamped NSL_VARNO_0002387
9        through NSL_VARNO_0002395      180
10   36  Document Bates stamped NSL_VARNO_0001981
11       through NSL_VARNO_0001987      198
12   37  Document Bates stamped NSL_VARNO_0001988
13       through NSL_VARNO_0001989      201
14   38  Document Bates stamped NSL_VARNO_0002011
15       through NSL_VARNO_0002013      203
16   39  Document Bates stamped NSL_VARNO_0002014
17       through NSL_VARNO_0002017      207
18   40  Document Bates stamped NSL_VARNO_0002413
19       through NSL_VARNO_0002415      208
20   41  Document Bates stamped NSL_VARNO_0002022
21       through NSL_VARNO_0002029      212
22   42  Document Bates stamped NSL_VARNO_0002041
23       through NSL_VARNO_0002050      224
24   43  Document Bates stamped NSL_VARNO_0002062
25       through NSL_VARNO_0002068      229
```

---

Page 8

```
1        E X H I B I T S (CONTINUED)
2    NO.: DESCRIPTION:              PAGE:
3    44  Document Bates stamped NSL_VARNO_0002073
4        through NSL_VARNO_0002080      232
5    45  Document Bates stamped NSL_VARNO_0003350   238
6    46  Document Bates stamped NSL_VARNO_0003351   238
7    47  Document Bates stamped NSL_VARNO_0003352
8        through NSL_VARNO_0003354      239
9    48  Document Bates stamped NSL_VARNO_0003355
10       through NSL_VARNO_0003357      240
11   49  Document Bates stamped NSL_VARNO_0003358
12       through NSL_VARNO_0003360      240
13   50  Document Bates stamped NSL_VARNO_0003361
14       through NSL_VARNO_0003363      241
15   51  Document Bates stamped NSL_VARNO_0003364
16       through NSL_VARNO_0003368      241
17   52  Document Bates stamped NSL_VARNO_0003369
18       through NSL_VARNO_0003372      245
19   53  Document Bates stamped NSL_VARNO_0003373
20       through NSL_VARNO_0003377      246
21   54  Document Bates stamped NSL_POKORNI_0001695   250
22   55  Document Bates stamped NSL_POKORNI_0001205
23       through NSL_POKORNI_0001211      252
24   56  Document Bates stamped NSL_POKORNI_0001317
25       through NSL_POKORNI_0001335      255
```

---

Page 9

```
1        E X H I B I T S (CONTINUED)
2    NO.: DESCRIPTION:              PAGE:
3    57  Document Bates stamped POKORNI 1 through
4        POKORNI 64 (also marked as Exhibit 23)   258
5    58  Document Bates stamped NSL_POKORNI_0001349
6        through NSL_POKORNI_0001350      266
7    59  Document Bates stamped NSL_POKORNI_0001387
8        through NSL_POKORNI_0001389      268
9    60  Document Bates stamped NSL_POKORNI_0001398
10       through NSL_POKORNI_0001399      269
11   61  Document Bates stamped NSL_POKORNI_0001427
12       through NSL_POKORNI_0001429      273
13   62  Document Bates stamped NSL_POKORNI_0001476
14       through NSL_POKORNI_0001477      276
15
16
17
18
19
20
21
22
23
24
25
```

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

---

Page 10

```
 1         P R O C E E D I N G S
 2   Whereupon:
 3         JEFFREY A. STINE,
 4   was called for examination, and, after being duly
 5   sworn, was examined and testified as follows:
 6         MR. FIORENTINO: This is the
 7      discovery deposition of Jeff Stine, taken
 8      pursuant to notice under the Federal Rules
 9      of Civil Procedure.  All parties are
10      present by their counsel and pursuant to
11      notice.
12         EXAMINATION BY COUNSEL FOR PLAINTIFFS
13         BY MR. FIORENTINO:
14      Q.   Mr. Stine, am I pronouncing your name
15   right?
16      A.   You are, yes.
17      Q.   Please state your full name and spell
18   it for the record.
19      A.   Jeffrey, J-E-F-F-R-E-Y, Allen,
20   A-L-L-E-N, Stine, S-T-I-N-E.
21      Q.   Thank you.  I'm Anthony Fiorentino.
22   I'm one of the attorneys for the plaintiffs.
23         Have you given a deposition before?
24      A.   I have, yes.
25      Q.   Okay.  So you're familiar with the
```

Page 11

```
 1   process.
 2         As you know, the court reporter is
 3   taking down everything that we say.  So as she
 4   mentioned, please let me finish all my questions
 5   before I've fully stated them, even if you can
 6   tell where I'm going with the question.  If
 7   there's any question that I ask and you don't
 8   understand, just let me know.  I'll be happy to
 9   rephrase the question.  If you don't ask, I'll
10   just assume that you understood.
11         Is that fair enough?
12      A.   Yes.
13      Q.   And as you know, all answers have to
14   be out loud.  So you can't shake your head or
15   your shoulders.  Your attorney may object to
16   certain questions, but as you can see, the judge
17   is not here to rule on those objections.  So if
18   there's an objection, I will give your attorney a
19   chance to state her full objection on the record
20   and then I will wait for your answer and then the
21   judge will rule on the objection at a later time.
22         If you need a break at any time,
23   please do let me know.  But I will just ask that
24   you answer any pending questions before we go off
25   the record.  Okay?
```

Page 12

```
 1      A.   Okay.
 2      Q.   Mr. Stine, who is your employer?
 3      A.   I am employed by Navient Solutions.
 4      Q.   And how long have you been working
 5   for that entity?
 6      A.   I've been working for the company for
 7   33 years.
 8      Q.   Are you testifying today on behalf of
 9   all defendants or only Navient Solutions?
10      A.   Only Navient Solutions.
11      Q.   What is your relationship to all of
12   the defendants?
13      A.   I'm an employee of Navient Solutions,
14   which is a subsidiary of the Navient Corporation.
15      Q.   Do you have any relationship to the
16   other entities, aside from being employed by one
17   of their subsidiaries?
18      A.   No, I do not.
19      Q.   And just to clarify, Mr. Stine, is
20   Navient Solutions also referred to as NSL?
21      A.   Yes.
22      Q.   So it's an LLC; is that correct?
23      A.   Correct.
24      Q.   Going forward, I'm going to be
25   referring to the defendants collectively as
```

Page 13

```
 1   Navient, that's just for the same of simplicity.
 2   So by answering those questions you will not be
 3   deemed as imputing conduct to one entity versus
 4   another.  It's just to make my job a little
 5   easier and for the same of brevity.
 6         Fair enough?
 7         MS. SIMONETTI: Can you hear me?
 8         MR. FIORENTINO: Yes.
 9         MS. SIMONETTI: We can agree that
10      you can refer to Navient Solutions as
11      Navient.  But if you intend to ask
12      questions about any other entity, for
13      example, Navient Corp., we need to use the
14      separate name.
15         MR. FIORENTINO: That's fair.
16         MS. SIMONETTI: Okay.  Thank you.
17         BY MR. FIORENTINO:
18      Q.   Mr. Stine, can you give a description
19   of your history of job duties as relates to
20   federal loan servicing and your current job
21   duties?
22      A.   I can.  Would you like -- or do you
23   need the entire history?  There's been a number
24   of positions I've held at the company over the
25   past 33 years.
```

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

---

Page 14

1    Q.    Yeah, start from the beginning and
2    just go through your entire history.
3        A.    Okay. I started in 1989. And I
4    don't recall every position, but from 1989
5    through approximately 1998 I held various staff
6    level and front line supervisory positions. I
7    was in the call center. I worked in what we
8    refer to as our account adjustments group and in
9    our finance group. In 1998 I became the manager
10   of our financial operations area.
11           And then in -- I believe in
12   approximately 2004 I became director of that
13   group. In 2007 I became a senior director. And
14   in 2010 I was promoted to vice president of
15   servicing operations, which is the role I
16   continue to hold, that I hold currently.
17       Q.    Okay. And just day to day in terms
18   of overseeing or managing federal student loan
19   servicing, can you just give me a description of
20   the kinds of tasks that you oversaw day to day?
21       A.    Sure. So I have responsibility for
22   servicing operations of our core processing
23   department, which is, you know, very similar to
24   traditional kind of back office operations. So
25   it would involve everything from, you know,

---

Page 15

1    managing the incoming mail, processing payments,
2    status adjustments on accounts, enrollment in
3    repayment plans and claim filing activity with
4    guarantor agencies.
5        Q.    And have you also shaped or set
6    company policy when it comes to loan servicing
7    practices?
8        A.    Yeah, I've been involved in setting
9    policies and procedures for our groups.
10       Q.    In your official capacity, have you
11   been responsible for understanding changes in
12   applicable law as it relates to loan servicing
13   and then implementing those changes?
14       A.    Yes.
15       Q.    Do you directly or indirectly train
16   any employees?
17       A.    I do not.
18       Q.    What is your relationship to the
19   duties of Navient's Office of Consumer Advocate?
20       A.    Can you repeat the question? I'm
21   sorry.
22       Q.    Yes. What relationship do you have,
23   if any, to Navient's Office of Consumer Advocate?
24       A.    I mean, our team in the servicing
25   operations may refer accounts that we receive to

---

Page 16

1    the office and, you know, we work together in the
2    same division. But other than that, I mean,
3    that's essentially the relationship that we have.
4        Q.    Okay. Did you ever work directly
5    with auditors or inspectors from the Consumer
6    Financial Protection Bureau, or CFPB, relating to
7    loan servicing practices?
8        A.    I don't recall working directly with
9    auditors. No, I do not.
10       Q.    Do you recall any involvement at all
11   working with CFPB officials as relates to federal
12   loan servicing?
13       A.    The only interaction that I can
14   recall is that when I mentioned previously that I
15   had given a deposition, that deposition was to
16   the CFPB attorneys.
17       Q.    Can you talk a little about what was
18   discussed during that deposition?
19       A.    Very similar things: the nature of my
20   servicing history with the company; some of the
21   topics associated with the -- the lawsuit with
22   regards to payment allocation application;
23   income-driven repayment plan processing; just
24   normal servicing history.
25       Q.    Did you ever meet directly with

---

Page 17

1    officials from the Department of Education to
2    talk about loan servicing policies?
3        A.    Yes.
4        Q.    Can you talk about those meetings and
5    what was discussed?
6        A.    Yeah. So as a -- you know, an Ed
7    servicer, we would meet frequently with Federal
8    Student Aid to talk about, you know, various
9    procedures, policies, new implementations of
10   policies. And on occasion, Federal Student Aid
11   would visit our loan servicing site here in
12   Pennsylvania just to obtain an overview of our
13   processing, meet with the individuals involved in
14   servicing their portfolio.
15       Q.    Do you recall the names of the
16   officials from Federal Student Aid that you met
17   with most often?
18       A.    I don't recall.
19       Q.    When you had those meetings, would
20   you discuss practices relating to enrollment in
21   forbearances?
22       A.    That could have been discussed, yes.
23       Q.    And enrollment in income-driven
24   repayment plan practices?
25       A.    Yes.

---

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

---

Page 18

1    Q.    Where is your office located, the
2    exact address, if you know it?
3        **A.    Sure.  It's 220 Lasley Avenue,**
4    **Wilkes-Barre, Pennsylvania 18706.**
5        Q.    And is Navient Solutions housed in
6    the same building with the offices of Navient,
7    Inc., or are those in separate locations?
8        **MS. SIMONETTI:** There's no Navient,
9        Inc.  What do you mean, Navient
10       Corporation?
11       **MR. FIORENTINO:** I'm sorry.
12       Navient Corp.  My apologies.
13       **BY MR. FIORENTINO:**
14       Q.    Do you need me to it repeat the
15   question, Mr. Stine?
16       **A.    No.  The Solutions is not housed in**
17   **the same -- the Pennsylvania location is not --**
18   **there's no -- yeah -- Navient Corporation located**
19   **at this address.**
20       Q.    Are you familiar with the contracting
21   arrangement whereby Navient Corp. subcontracted
22   with other entities to perform its loan servicing
23   operations?
24       **A.    No.**
25       Q.    Are you aware of which entity

---

Page 19

1    actually is under contract to service loans on
2    behalf of the federal government or was?
3        **A.    I am not.**
4        Q.    And at what location are Navient's
5    loan servicing functions handled?  Is that at the
6    same address you just gave or is there a separate
7    location for that?
8        **A.    Yes.  At this location we do handle**
9    **Navient's servicing activities.**
10       Q.    Has Navient's operations involving
11   the servicing of federal student loans changed in
12   recent years?
13       **A.    Can you repeat that question?  I'm**
14   **sorry.**
15       Q.    Yes.  Well, more specifically, is
16   Navient still servicing federal student loans as
17   of today?
18       **A.    No, we are not.**
19       Q.    When did that change happen?
20       **A.    That would have been in the fourth**
21   **quarter of 2021.**
22       Q.    And do you know why that happened?
23       **A.    Yeah, Navient made the decision to**
24   **essentially transfer its servicing contract to**
25   **another entity.**

---

Page 20

1    Q.    Okay.  So the 2009 servicing contract
2    is no longer in effect; is that correct?
3        **MS. SIMONETTI:** Calls for a legal
4    conclusion to some extent.
5        But go ahead and answer if you can.
6        **THE WITNESS:** Yeah, that is my
7    understanding.
8        **BY MR. FIORENTINO:**
9        Q.    Okay.  I want to go to that contract
10   for just a moment.
11       **MR. FIORENTINO:** Can we please pull
12   up Bates stamped NSL_BALLARD_0002612.
13       **BY MR. FIORENTINO:**



---

Page 21

---

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

Page 22



16    Q.    Speaking of the three plaintiffs in
17  this case, do you know if Navient collectively or
18  any of its subsidiaries ever owned any of the
19  loans serviced by any -- I'm sorry -- whether
20  Navient or any of its subsidiaries ever owned the
21  loans held by plaintiffs?
22    A.    I do not know.
23    Q.    So -- okay.  It was my understanding
24  that Navient was just servicing those loans as a
25  third-party servicer.

Page 23

1        Is that consistent with your
2  understanding or you just don't know?
3        MS. SIMONETTI: He means Navient
4    Solutions.
5        THE WITNESS: Navient Solutions as
6    an owner?  Yeah, I think Navient Solutions
7    was just servicing on behalf of the loan
8    holder.
9        BY MR. FIORENTINO:
10    Q.    Okay.  That was my understanding too.
11        With some minor exceptions, it's my
12  understanding that federal direct loans and FFELP
13  loans are basically subject to the same general
14  loan servicing policies.
15        Is that true?
16    A.    I mean, that would be difficult to
17  agree with that statement without some context.
18  There are various differences in eligibility,
19  particularly for the different repayment
20  programs, for example, between a federal direct
21  loan and an FFEL loan.
22    Q.    Yes.  And I understand that there's
23  certain repayment plans that only apply to
24  federal direct loans.  But let's say, for
25  example, the income-based repayment plan, whether

Page 24

1  you're a FFEL borrower or a federal direct
2  borrower, that particular repayment plan is
3  basically serviced the same way, regardless of
4  which type of loan you have; is that generally
5  correct?
6    A.    That is correct.
7    Q.    Now, I just want to ask about the
8  servicing fees that Navient gets.
9        Is it a monthly servicing fee?  Is
10  that how Navient got paid to service federal
11  loans?
12    A.    That is correct.
13    Q.    So based on that, the longer a loan
14  stayed in repayment status, the more Navient
15  would get paid to service that loan, correct?
16    A.    Yes.
17    Q.    Now, I want to talk about the various
18  types of repayment plans, specifically
19  income-driven repayment plans.
20        MR. FIORENTINO: And for the court
21    reporter, I'm going to refer to those as
22    IDR plans just going forward.
23        BY MR. FIORENTINO:
24    Q.    Mr. Stine, when borrowers first enter
25  into repayment status, they're automatically

Page 25

1  placed first into the standard repayment plan; is
2  that right?
3    A.    If the customer did not elect a
4  payment plan prior to entering repayment, they
5  would be placed into the standard payment plan.
6    Q.    Okay.  So that's like a default plan?
7    A.    Correct.
8    Q.    Can you just generally explain the
9  standard repayment plan.
10    A.    The standard repayment plan would be
11  the payment amount calculated on a ten-year term.
12  However, there's some caveats there, in that your
13  minimum payment generally needs to be at least
14  $50 or $600 per year.  So based on your loan
15  balance, you might actually be disclosed for a
16  payment term less than 10 years in that case.
17        But generally the standard payment
18  plan is the payment plan that would be necessary
19  to repay your loan within 10 years.
20    Q.    And typically what a borrower would
21  owe under the standard repayment plan is
22  significantly higher than what they would owe
23  under an income-driven repayment plan?  Is that
24  usually the case?
25    A.    It is dependent upon their income,

Page 26

1    but I would say yes, usually that is the case.
2        Q.    Now, if a borrower has a partial
3    financial hardship, they can apply for an IDR
4    plan, correct?
5        A.    Yes.
6        Q.    And under some IDR plans, if the
7    borrower's income is low enough, they can qualify
8    for zero dollar monthly payments?
9        A.    Correct.
10       Q.    Okay.  But those payments would still
11   count toward loan forgiveness under the
12   income-based repayment plan; is that right?
13       A.    They do, yes.
14       Q.    Now, if a borrower is eligible to
15   enroll in an IDR plan, are they still eligible to
16   get the plan approved, even if they -- they have
17   a partial delinquency on their account?
18       A.    When the customer enrolls in an IDR
19   plan and if they were delinquent at the time of
20   enrollment, we would cure that delinquency
21   through an administrative forbearance.
22       Q.    Is that also sometimes referred to as
23   a delinquency forbearance?
24       A.    I don't think we refer to it -- I
25   don't recall any reference to a delinquency

Page 27

1    forbearance, no.
2        Q.    Now, does that happen automatically?
3    Anytime there's a delinquency on an account and
4    someone enrolls in an IDR plan, that delinquency
5    is automatically removed by way of that
6    forbearance?
7        A.    Yes, that is our practice.
8        Q.    And the borrower does not have to
9    request that; is that right?
10       A.    That is correct.
11       Q.    Is there any capitalization of
12   interest associated with that kind of
13   forbearance?
14       A.    With that particular forbearance, the
15   interest is capitalized.
16       Q.    If the borrower wanted to avoid that
17   and just maintain their delinquency to avoid the
18   interest capitalization and maybe, you know, pay
19   off the delinquency at some later time, is that
20   an option they have?
21       A.    No, that's not an option.
22       Q.    When a borrower initially enrolls in
23   an IDR plan, does the borrower incur
24   capitalization of interest in connection with
25   that change?

Page 28

1        A.    I'm sorry.  Say that one more time,
2    please.
3        Q.    Sure.  So let's say I'm a borrower.
4    I've just entered into repayment status for the
5    first time and now I apply to enroll in the
6    income-based repayment plan and I get approved.
7              As a result of getting enrolled in
8    that plan, will I incur a capitalization of
9    unpaid interest?
10       A.    No.  There's no capitalization of
11   interest just for enrolling in the repayment
12   plan.
13       Q.    Okay.  And then once an IDR plan is
14   approved, it remains in effect for one year?
15       A.    Correct.
16       Q.    And then if the plan is not renewed
17   before the annual deadline, the borrower is
18   switched back to the standard repayment plan; is
19   that right?
20       A.    That is correct.  To clarify, there's
21   a couple of different standard payment
22   calculations that are done at the time the
23   customer enrolls in an IBR plan and the
24   determination of a financial hardship.  But
25   generally it's the standard payment plan, yes.

Page 29

1        Q.    And the borrower will continue to be
2    billed under the standard repayment plan amount
3    on a permanent basis, unless and until they
4    switch back to an IDR plan; is that right?
5        A.    That is correct.
6        Q.    And what the borrower owes under a
7    standard repayment plan, I think we mentioned
8    this earlier, but that could potentially be
9    significantly higher than what was owed under the
10   IDR plan; is that right?
11       A.    The payment amount would be
12   calculated, yeah, to pay the loan within the
13   10-year period.
14       Q.    It could even be thousands of dollars
15   higher?
16       A.    Based on their income, based on their
17   debt, there could be a significant difference
18   between the two payment amounts.
19       Q.    So it could even be thousands of
20   dollars higher, correct?
21       A.    Correct.
22       Q.    What happens if a borrower submits a
23   completed IDR application form with proof of
24   income before the renewal deadline, but Navient
25   then determines that additional income

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

Page 30

1    documentation is needed, so the borrower then
2    submits additional proof of income, which Navient
3    deems adequate, but the additional documents are
4    submitted after the renewal deadline?
5         In that situation, is the borrower's
6    submission deemed timely?
7    **A.    In this case, the completed**
8    **application was not received until after their**
9    **annual expiration date, so it would not be deemed**
10   **to be received timely.**
11   Q.    Okay.  So in that situation, a
12   borrower will incur all the same consequences of
13   failing to timely renew their IDR plan just the
14   same as if they had taken no action to renew the
15   plan at all, correct?
16   **A.    That's correct.**
17   Q.    Did Navient receive guidance from the
18   Department of Education in support of that policy
19   or is that Navient's own policy?
20   **A.    That is the regulations associated**
21   **with the repayment plan.**
22   Q.    So there was never -- I just want to
23   clarify.  So that's based on Navient's
24   interpretation of the regulation, but there was
25   never any interpretive guidance offered by the

Page 31

1    Department of Education saying yes, that is the
2    correct course of action in that scenario; is
3    that right?
4    **A.    I don't believe we received any**
5    **guidance regarding that particular scenario.**
6    Q.    Okay.  Now I want to ask about a
7    different scenario.
8         If Navient received a borrower's
9    properly completed IDR application, a renewal
10   application, with sufficient proof of income
11   before the recertification deadline, but Navient
12   was unable to process the submission before the
13   deadline, say because of a backlog, what happens
14   in that situation?
15   **A.    Well, in that situation, if the**
16   **application, the complete application, was**
17   **received prior to their deadline, we would take**
18   **the steps -- necessary steps to make sure that**
19   **the customer incurred no harm and that their**
20   **payment amount would be calculated based on that**
21   **new application and new proof of income.  There**
22   **would be no capitalization of interest or -- or**
23   **any other -- you know, similar activity that**
24   **would occur had they failed to meet the deadline.**
25   Q.    And Navient would have to keep

Page 32

1    billing that person in the same amount as the IDR
2    plan amount until that application is processed,
3    regardless of when the processing occurs; is that
4    right?
5    **A.    That's correct.**
6    Q.    Now, I want to talk about
7    forbearances and specifically hardship
8    forbearances.
9         When -- what are they and when are
10   they typically used?
11   **A.    So the hardship forbearance, I mean,**
12   **that's not a terminology necessarily that we**
13   **would utilize.  We have discretionary**
14   **forbearances that are offered and issued to**
15   **customers who are experiencing a financial**
16   **hardship.**
17        **Is that what you're referring to**
18   **here?**
19   Q.    Yeah.  I have seen in the records a
20   lot of references to a forbearance related to
21   financial hardship.  So I was using that language
22   to the extent that it's in the records.  But if
23   it's easier to call it a discretionary hardship
24   forbearance I'll do that.
25        So, yeah, I'm just trying to get a

Page 33

1    sense of when those are typically used.
2    **A.    So it's typically used -- I mean,**
3    **there's a number of different scenarios that**
4    **could occur when a customer would qualify for a**
5    **discretionary forbearance.  But in this case,**
6    **it's the customer has indicated they're having**
7    **difficulty making their payments or they're**
8    **unable to make their payments and they're needing**
9    **to resolve their delinquency or, you know,**
10   **temporarily suspend their multipayments and so**
11   **they've requested a forbearance because of that**
12   **financial hardship.**
13   Q.    Are discretionary hardship
14   forbearances ever used in connection with the
15   processes -- with the process of renewing an IDR
16   plan?
17        MS. SIMONETTI:  Tony, can we use
18        the language that he's actually
19        identified, discretionary forbearance, not
20        discretionary hardship forbearance?
21        MR. FIORENTINO:  Sure.  Okay.  And
22        it would help to clarify this.
23        BY MR. FIORENTINO:
24   Q.    So when you say discretionary
25   forbearance, Mr. Stine, is that the kind of

Page 34

1    forbearance that's based on a borrower's
2    financial inability to pay their loans at the
3    time because of illness or other acceptable
4    reasons?  Is that what you mean when you say
5    discretionary forbearance?
6         A.    Yeah.  I mean, that's one example of
7    a discretionary forbearance.
8         Q.    Okay.  So when I say discretionary
9    forbearance, I'll be specifically talking about
10   that -- the inability to financially pay, that
11   general type of hardship --
12        A.    Okay.
13        Q.    -- when I say discretionary hardship.
14              So are those kinds of discretionary
15   forbearances ever used in connection with the
16   process of renewing an IDR plan?
17        A.    There's different scenarios that
18   occur at renewal and you've kind of outlined a
19   couple of them.  So there are instances, yes,
20   when a discretionary forbearance would be used at
21   renewal.
22        Q.    Can you talk about how that usually
23   plays out?
24        A.    That would be the scenario you
25   described, where the customer was -- did not

Page 35

1    submit the renewal application in a timely
2    manner.  They exited the financial hardship
3    period and perhaps did not make any of their
4    standard payments, but they've subsequently
5    resubmitted an IDR application and then placed
6    into a new financial hardship payment period.
7              But they have -- they still have a
8    delinquency on their account from when they were
9    billed and due for their standard payment.  And
10   so if they're not able to make that payment, they
11   could request a discretionary forbearance to
12   satisfy that delinquency.
13        Q.    Did you ever have discussions with
14   officials from the Department of Education about
15   that particular use of discretionary forbearances
16   in connection with the IDR renewal process?
17        A.    Not that I recall, no.
18        Q.    So there were never -- there was
19   never any instance where they specifically
20   authorized that particular use or where they
21   prohibited it?  It just never came up; is that
22   right?
23        A.    Correct.
24        Q.    The scenario you were just talking
25   about which involves a discretionary forbearance

Page 36

1    to facilitate the renewal process of an IDR plan,
2    was that a fairly common occurrence?
3         A.    I wouldn't say it's neither common
4    nor uncommon.  I mean, it's a scenario that
5    happens.  There's multiple scenarios that kind of
6    occur throughout the, you know, IDR initial
7    enrollment and reenrollment, recertification.
8         Q.    Now, discretionary forbearances can
9    be requested either in writing or orally over the
10   phone; is that right?
11        A.    That's correct.
12        Q.    And as a general practice, has
13   Navient permitted borrowers who have not
14   defaulted on their loans to enroll in
15   discretionary forbearances based on oral
16   affirmation?
17        A.    We have, yes.
18        Q.    Would you agree that when a -- I'm
19   sorry -- when a discretionary forbearance is
20   processed over the phone, that usually involves
21   the IDR renewal process?  Is that fair to say?
22        A.    No, I don't think that's accurate.
23        Q.    Is there another scenario that's more
24   common where someone will request a discretionary
25   forbearance over the phone for a different kind

Page 37

1    of reason?
2         A.    They may request it, you know, on its
3    own just to resolve their current outstanding
4    delinquency without going into an IDR plan.  They
5    may request it for, you know, other scenarios if
6    they're going to go into a particular deferment
7    enrollment or if they're looking to consolidate
8    their loans.  Generally any time they're talking
9    to the customer service agent, you know, if they
10   are trying to attempt to resolve their
11   delinquency, that -- that could be a solution.
12        Q.    Okay.  But based on the scenario you
13   were generally describing earlier, is it fair to
14   say that the IDR renewal process is one of the
15   more common reasons a person might request a
16   discretionary forbearance over the phone?
17        A.    Yes.
18        Q.    When a hardship forbearance -- I'm
19   sorry -- a discretionary forbearance is requested
20   in writing, in your experience, is that also
21   involved with the IBR renewal process or is it
22   less likely that a discretionary forbearance
23   requested in writing has anything to do with the
24   IBR renewal process?
25        A.    That could occur.  Generally if it's

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

Page 38

1    done in writing, the customer does not need to
2    submit a separate request for the forbearance.
3         The submission of the IDR application
4    itself is sufficient for us to apply a
5    discretionary forbearance onto the account to
6    resolve any prior delinquency prior to enrolling
7    in the plan.
8        Q.   Okay.  I think we should clarify,
9    though, now, because now it sounds like we might
10   be talking about two different types of
11   forbearances.
12        So when you say discretionary
13   forbearance, are you talking about the 60-day
14   administrative forbearance that does not involve
15   a capitalization of interest or are you talking
16   about the discretionary forbearance that's used
17   when a person has a financial hardship?
18       A.   Yeah, I'm referring specifically to
19   the forbearance that would be used to satisfy or
20   resolve existing delinquency on the account.
21       Q.   And that one does involve a
22   capitalization of interest as you mentioned
23   earlier, correct?
24       A.   That is correct.
25       Q.   Would it ever happen that borrowers

Page 39

1    would contact Navient's customer service
2    department, not for the purpose of requesting a
3    forbearance, but simply for guidance on renewing
4    an IDR plan and then during the call, a Navient
5    employee would advise the borrower that they had
6    the option of enrolling in a discretionary
7    forbearance based on financial issues and then
8    the borrower would exercise that option, but to
9    facilitate the renewal of their IDR plan?  I
10   think you testified earlier on this, but that's a
11   scenario that you saw?
12       A.   Well, it's a specific scenario that
13   you -- you have to recall that the plan is
14   expired already.  So, you know, it's difficult to
15   say that occurs in every instance.  Each -- each
16   situation is going to be a little bit different
17   for the customer based on -- you mentioned this
18   is a renewal.  So from a renewal standpoint, we
19   would not apply a discretionary forbearance
20   unless -- let's back up.
21        So in this situation, the customer is
22   renewing their IBR plan and it would only be if
23   they are -- you know, the plan is expired or
24   delinquent that perhaps that we would apply a
25   discretionary forbearance in that situation.

Page 40

1        Q.   So you did see that scenario play out
2    then?
3        A.   Correct.
4        Q.   Was that fairly common?
5        A.   It could be.  Again, it just depends
6    on the situation with the customer and where they
7    were, whether they were delinquent, whether the
8    plan had already expired, just kind of the
9    situation on their account.
10       Q.   Were Navient call center employees
11   trained to offer borrowers the option of a
12   discretionary forbearance in connection with the
13   IDR renewal process, even if the borrower had not
14   requested one?
15       A.   Generally the discretionary
16   forbearance really doesn't come into play with
17   the renewal.  It's -- it's more prevalent when
18   the customer is first enrolling in an IBR plan.
19   Generally when they've enrolled in an IBR plan
20   they've existed a payment amount that's based on
21   their income and there's usually not an issue
22   unless the plan is expired, we've reverted back
23   to their standard payment plan and that becomes a
24   payment that becomes difficult for them to
25   manage.

Page 41

1        Q.   Okay.  And so that's the scenario I'm
2    talking about.  So a person's plan has expired,
3    they're being billed under the standard repayment
4    plan and they call to ask about how to renew
5    their plan.  So my question is, in that scenario,
6    are Navient customer service department employees
7    trained to offer a verbal discretionary
8    forbearance as one option that can be offered to
9    that borrower?
10       A.   They would try to get that customer
11   reenrolled in an IBR plan so they could obtain a
12   payment amount that's manageable.  That's where
13   their focus is going to be for that particular
14   customer.
15       Q.   I understand what you're saying,
16   Mr. Stine, that that would be their priority.
17   But I just want to clarify.  In terms of knowing
18   the full panoply of options, a Navient employee
19   would be trained to offer the verbal hardship
20   forbearance as one option in that scenario you
21   just discussed; is that right?
22       A.   Yeah, I think it's fair to say that
23   they would be, you know, working with the
24   customer, counseling them on their various
25   options to resolve their delinquency, and that

Page 42

1    could be one option that is offered to them.
2          BY MR. FIORENTINO:
3       Q.   When a borrower is enrolled in a --
4    I'm going to -- just for the sake of clarity,
5    instead of talking about a discretionary
6    forbearance based on oral affirmation -- that's a
7    lot of words -- I'm going to refer to any
8    discretionary forbearance processed over the
9    phone based on financial difficulties as just a
10   verbal forbearance.
11         Does that make sense?
12      A.   Yes.
13      Q.   Okay. So anytime there's a verbal
14   forbearance, there would not also be a written
15   request for that forbearance; is that correct?
16      A.   Generally, no.
17      Q.   It's based solely on the oral
18   affirmation, correct?
19      A.   Correct.
20      Q.   Okay. I want to talk a little bit
21   about that process of enrolling borrowers in
22   verbal hardship forbearances.
23         You talked about when it's used in
24   the IDR renewal process. When else is that kind
25   of forbearance used?

Page 43

1       A.   Again, it would be used as -- as one
2    option to help the customer resolve their current
3    existing delinquency. And it could be used as a
4    stand-alone option or it is could be an option to
5    resolve the existing delinquency before they go
6    into a particular type of deferment or another
7    repayment plan.
8       Q.   Now, when a verbal forbearance is
9    processed, does a Navient employee read a series
10   of scripted disclosures to the borrower regarding
11   the consequences of the forbearance?
12      A.   They do, yes.
13      Q.   And what do those scripted
14   disclosures include?
15      A.   I may not recall all the items, but
16   it's essentially going to talk about the fact
17   that the -- you know, the interest that accrues
18   during the forbearance will be capitalized. It's
19   asking the customer to affirm that they intend to
20   pay the debt, but they're just unable to at this
21   time. And it talks about, you know, when their
22   next payment will be due after the ending of the
23   forbearance.
24      Q.   Is that a script that could be
25   provided to plaintiffs?

Page 44

1       A.   I believe so, yes.
2       Q.   Of course, subject to a protective
3    order --
4       A.   Yes, it could.
5       Q.   -- on the record.
6       A.   Yeah.
7       Q.   So, then, it's fair to say that every
8    borrower who gets enrolled in a verbal
9    forbearance, they all get the same exact
10   disclosures, correct?
11      A.   That is correct. They will also
12   receive a written confirmation, which restates
13   all those same items that they heard in the
14   script is sent to them as well.
15      Q.   Are there any kind of time limits on
16   how long a verbal forbearance can last?
17      A.   We would not issue a verbal
18   forbearance for longer than 12 months at a time.
19   But generally we would issue the verbal
20   forbearance, you know, in the shortest amount of
21   time possible just to resolve what that
22   delinquency -- the current existing delinquency.
23         So it's not always offered in
24   12-month increments, but the maximum time frame
25   that we would offer it is 12 months.

Page 45

1       Q.   So they can last -- under the federal
2    regulation, they can last up to a year, even if
3    they're not requested in writing?
4       A.   That's correct.
5       Q.   And every time a borrower is enrolled
6    in a verbal forbearance, that gets recorded in
7    the account records; is that correct?
8       A.   Correct.
9       Q.   And it would get recorded with a
10   standardized entry, so it's easy to see when that
11   occurred, correct?
12      A.   That's correct.
13      Q.   Now, regardless of whether a
14   verbal -- I'm sorry -- regardless of whether a
15   discretionary forbearance is requested in writing
16   or verbally, that would always result in a
17   capitalization of unpaid interest that accrues
18   during the forbearance; is that right?
19      A.   That's correct.
20      Q.   Is there ever a circumstance when
21   that would not happen?
22      A.   A circumstance where a discretionary
23   forbearance -- where the interest associated with
24   a discretionary forbearance is not capitalized?
25      Q.   Correct.

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

Page 46

1    A.    I cannot think of one.
2    Q.    When a discretionary forbearance does
3    result in an interest capitalization, when does
4    that interest actually get added to the principal
5    balance?  Does that happen on the last day of the
6    forbearance or some other time?
7    A.    It happens at the expiration of the
8    forbearance and on the date the customer reenters
9    repayment.
10   Q.    Can you just expand on that a little?
11   Like in terms of the temporal nexus, like how
12   many days would that be out from the day that the
13   forbearance ends typically?
14   A.    It would be the next day.
15   Q.    The next day, okay.
16        Now, in contrast to discretionary
17   forbearances, there's also a 60-day
18   administrative forbearance, which may be applied
19   when a loan servicer is reviewing a borrower's
20   request to make a change in repayment plan; is
21   that correct?
22   A.    Yes.  Administrative forbearance is
23   applied for that 60-day period to allow the
24   customer time to submit their documentation.
25   Q.    Okay.  And what triggers the

Page 47

1    application of that forbearance?
2    A.    That is usually triggered by the
3    consultation between the customer and the
4    customer service agent.  You know, the customer
5    has indicated that they have intended to apply
6    for an IBR plan and we'll generally apply that
7    60-day administrative forbearance to allow them
8    time to receive the documents, complete them and
9    submit them.
10   Q.    And that consultation you mentioned,
11   that typically be over the phone?
12   A.    Correct.
13   Q.    Now, just for clarity also, I'm going
14   to refer to that kind of forbearance as the
15   60-day administrative forbearance going forward.
16        Fair enough?
17   A.    Yes.
18   Q.    Okay.  Unlike discretionary
19   forbearances, the 60-day administrative
20   forbearance does not result in a capitalization
21   of interest that accrues during the forbearance;
22   is that your understanding?
23   A.    That is correct.
24   Q.    And the purpose of that, to the
25   extent that you know, of course, is so that

Page 48

1    people's loans balances don't increase while
2    their loan servicer is doing routine paper
3    processing; is that your understanding?
4    A.    Yes.  So the loan balances do not
5    increase so the customer does not, you know,
6    incur additional delinquency during that time
7    period as well.
8    Q.    Now, the 60-day administrative
9    forbearance is also different from a
10   discretionary forbearance because the 60-day
11   administrative forbearance does not need to be
12   specifically requested by the borrower.  It
13   should be applied automatically, correct?
14   A.    It does not need to be requested
15   specifically by the customer, no.
16   Q.    And I'm guessing there would be no
17   need to enroll a borrower in a discretionary
18   forbearance during the same period when they're
19   enrolled in a 60-day administrative forbearance;
20   is that right?
21   A.    That is correct.
22   Q.    If that happened, that would cancel
23   out the benefit of the administrative
24   forbearance, correct?
25   A.    Well, you cannot have, you know, two

Page 49

1    statuses overlapping.  So it would not be
2    possible.  Perhaps I misunderstood your question,
3    but --
4    Q.    Well, that kind of is my question.
5    Have you ever seen two -- two forbearances
6    overlap in that way?
7    A.    I have not, no.
8    Q.    Okay.  I want to shift now to the
9    account records of the plaintiffs.  And we're
10   going to start with Jill Ballard to just discuss
11   some of the transactions on her account.
12        Mr. Stine, have you had a chance to
13   review the account records of the plaintiffs and
14   just familiarize yourself with their transaction
15   history?
16   A.    I have, yes.
17   ████████████████████████████████████
18   ████████████████████████████████████
19        MS. SIMONETTI:  Are you introducing
20   these as exhibits or you're just
21   discussing them?
22        MR. FIORENTINO:  Cassandra, I
23   believe we are, correct?
24        MS. MILLER:  We are introducing
25   them as exhibits.  I think it will be

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



Page 50

1 easier if we just keep them as Bates
2 stamped labels rather than assigning them
3 exhibit numbers.  But if the court
4 reporter would prefer to do exhibit
5 numbers, that's fine too.
6        (Thereupon, a discussion was had off
7        the record.)
8        MS. MILLER: So we can mark the
9 prior document -- this is going to be part
10 of the same set of documents, so we can
11 mark this entire document as Exhibit A.
12        MS. SIMONETTI: Let's go with
13 numbers in case you're going to have more
14 than 26.
15        So is the first document we looked
16 at, is that Exhibit 1?
17        MS. MILLER: Yes.
18        MS. SIMONETTI: Okay.  So now this,
19 whatever you're looking at, are you
20 identifying more than the one page as
21 Exhibit 2?
22        MS. MILLER: This is going to be a
23 group of documents.  It's all one -- it's
24 all pages of one document.  So it will be
25 one exhibit and this will be a page within

Page 51

1 that exhibit.
2
3
4
5
6
7
8
9        MS. MILLER: Let me pull it up.
10 Hold on.
11        MR. FIORENTINO: There might be a
12 few other pages, but I only have a quick
13 question about one, the first page of it.
14        MS. MILLER: Right.
15        MS. SIMONETTI: So I think what we
16 should do is you should identify the
17 document by the three pages, and that's
18 Exhibit 2.  And then you do whatever you
19 want with the questioning.  And then, you
20 know, just proceed in that fashion by
21 numbers.
22        MS. MILLER:
23
24
25 transcript will reflect the Bates stamp

Page 52

1 number within Exhibit 1.
2        MS. SIMONETTI: Okay.  So this is
3 Exhibit 2.
4        MS. REPORTER: No, she said
5 Exhibit 1.
6        MS. SIMONETTI: Okay.  So the first
7 one we don't need to mark.  That's fine
8 with me.
9        MS. MILLER: They're all part of
10 the same -- it's one exhibit.  It's just a
11 different Bates stamp number within that
12 exhibit.
13        MS. SIMONETTI: Are the Bates
14 numbers sequential in the document that
15 you're looking at?
16        MS. MILLER: They're your Bates
17 stamp numbers.
18        MS. SIMONETTI: But it's
19 sequential.
20        MS. MILLER: Yes.
21
22
23
24
25

Page 53

1        MS. MILLER: They're exactly as you
2 Bates stamped them.
3        MR. FIORENTINO: Yeah, we just
4 thought it would be easier to use
5 Navient's -- the Bates stamps that you
6 used when you produced the document.
7        MS. SIMONETTI: Of course.
8        MS. MILLER: And they're in the
9 same group that you produced them in.
10
11
12
13        MS. SIMONETTI: Okay.
14        MR. FIORENTINO: And I think we can
15 go off the record just to make the court
16 reporter's life a little easier while we
17 work this out.
18        (Thereupon, a discussion was had off
19        the record.)
20        (Thereupon, Deposition Exhibit
21        Number 1 was marked for
22        identification.)
23
24
25

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

Page 54

BY MR. FIORENTINO:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 56

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 55

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 57

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



Page 58

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 60

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 59

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 61

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**JILL BALLARD v.**
**NAVIENT CORPORATION**



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



Page 66

Page 68

2    Occasionally customer letters will be
3  forwarded to OCA as well.  It kind of depends on
4  the situation.  And oftentimes it depends on the
5  language the customer is using and whether the
6  customer has, you know, submitted similar
7  inquiries over a period of time.

Page 67

Page 69

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



Page 70

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 72

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 71

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 73

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24    Q.    Okay.  So if a customer kind of makes
25    a casual complaint, hey, I think there was a

Page 74

1    mistake on my account, here's my documents again,
2    but they're not threatening legal action, Navient
3    might rectify the account, but it's not likely
4    that they're going to do a full investigation
5    like the OCA would do; is that right?
6        A.    Well, I just want to be clear that
7    that's -- that's one example of why we would
8    forward an account to OCA.  There are other
9    examples.  They don't necessarily have to
10   threaten legal action.





JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



Page 82

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 84

1    we can go to the next -- unless there's --
2    is there any more on that?  That was
3    pretty much the end of it, right,
4    Cassandra?
5        **MS. MILLER:** Right.  That was the
6    last page of that exhibit.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 83

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25    **MR. FIORENTINO:** Can we -- I think

Page 85

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25





JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



Page 98

Page 100

```
1    (Thereupon, a discussion was had off
2    the record.)
3    (Thereupon, a brief recess was
4    taken.)
5    BY MR. FIORENTINO:
6    Q.    So, Mr. Stine, let's shift gears now
7    and talk about the account of plaintiff Rebecca
8    Varno.  Did you have a chance to look at some of
9    her records?
10   A.    I did, yes.
```

Page 99

Page 101

```
4    Q.    Okay.  So it's different from
5    income-driven repayment plans.
6          How exactly?  Can you just give us
7    the contours of this plan.
8    A.    It's still an income plan based on
9    your income and the percentages.  But you don't
10   necessarily have to demonstrate the hardship and
11   there's no forgiveness.  So it does operate a
12   little bit differently.
13   Q.    Okay.  In most cases, would the
14   income-sensitive repayment plan require a higher
15   payment than under, say, the income-based
16   repayment plan?
17   A.    I would say in most cases, yes.
18   Again, it's -- there's a couple of variables,
19   your income.  As you can see on the form, the
20   customer can select a percentage between 4 and
21   25 percent.  So some of it is determinant upon
22   what the customer is electing to pay.
23   Q.    Is the general process of enrolling
24   in this plan basically the same as enrolling in
25   other income-driven repayment plans?
```

```
9    Q.    I see.  Okay.  All right.  Great.  I
10   think I have a better sense now of how to read
11   these.  I think that covers these documents you
12   disclosed yesterday and thank you for
13   supplementing with those.
14   MR. FIORENTINO: Do you guys want
15   to take a break now?
16   MS. SIMONETTI: Sure.
17   MR. FIORENTINO: Mr. Stine, how
18   long would you like?  Whatever you feel
19   you need.
20   MS. SIMONETTI: 10 minutes.  Ask
21   the reporter.
22   MR. FIORENTINO: What did you say,
23   Lisa.
24   MS. SIMONETTI: Ask the reporter.
25   Ms. Klapper, how long do you want?
```

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

Page 102

```
 1        A.   It's similar, but the customer
 2   doesn't have to demonstrate the hardship.  So
 3   there's not that test.  They do need to provide,
 4   you know, proof of income.  So that operates a
 5   little -- as the same.  But there's also the
 6   notion that when you're in this plan, depending
 7   on the amount of the payment, there could be what
 8   we refer to as a reduced payment forbearance
 9   associated with the plan as well.
10        Q.   Is the manner of documenting one's
11   income for the purposes of this plan different,
12   as opposed to documenting your income for the
13   income-based repayment plan?
14        A.   It's similar.
15        Q.   Okay.  But I'm guessing in either
16   case, you would still document your income in a
17   manner that's consistent with the Department of
18   Education's policies on how to document your
19   income; is that fair?
20        A.   That's fair, yes.
21        Q.   Okay.
22
23
24
25
```



JILL BALLARD v.
NAVIENT CORPORATION





Page 110

Page 111

```
 5   Q.   So, Mr. Stine, I'm sure you've seen
 6  this document before.  This is the Department of
 7  Education's standard application to enroll in or
 8  renew an IDR plan back in 2015.
 9        You've seen this before?
10   A.   Yes.
11   Q.   So just for the record, this is
12  Office of Management and Budget Form 1845-0102.
13        Now, based on the expiration date of
14  this form, which is November 30, 2015, this would
15  have been the version of the form in effect
16  during February and March of 2015, correct?
17   A.   That's correct.
18        MR. FIORENTINO:  So let's scroll
19  down to page 56 of the document.
20        MS. MILLER:  This is the same
21  exhibit, 23.
22        MR. FIORENTINO:  Yes.  This is the
23  second page of the document.
24        BY MR. FIORENTINO:
25   Q.   It's got some instructions on
```

Page 112

```
 1  documenting income and I'm just going to read
 2  those.  Those are highlighted at the bottom.  The
 3  instructions state, You must provide one piece of
 4  documentation for each source of taxable income.
 5  Documentation may include a paystub, a letter
 6  from your employer listing pay, bank statements,
 7  or dividend statements.
 8        Do you see where I read that?
 9   A.   I do, yes.
10   Q.   So it looks like under the Department
11  of Education's policies, you only need one
12  paystub from each source of income to document
13  your -- to document your gross income.  You don't
14  need two.
15        Is that your understanding?
16   A.   Yeah.  Those instructions are
17  provided on the income-driven repayment
18  application.
19
20   Q.   I see.  So that's the only reason
21  there's a discrepancy, correct?
22   A.   Correct.
23   Q.   Okay.  These instructions also
24  indicate that if the frequency of pay is clearly
25  indicated on the documentation, there is no need
```

Page 113

```
 1  for additional evidence of pay frequency.
 2        Is that your understanding of these
 3  instructions?
 4   A.   Yes.
 5   Q.   Can you explain why, to the extent
 6  that you know, of course, the way that you
 7  demonstrate pay frequency is different when it
 8  comes to the income-sensitive repayment plan?
 9   A.   No, other than the income-sensitive
10  is looking for gross monthly income.  So I
11  believe that's why those instructions are always
12  asking for two pay stubs.
13   Q.   And you said that was based on
14  federal guidance, correct?
15   A.   That's my understanding, yes.
16   Q.   Do you know if that guidance was
17  written or was it informally communicated at a
18  meeting, perhaps?
19   A.   No, I believe it's written guidance.
20   Q.   Can you expand more?  Do you know if
21  that came in an E-mail from FSA, Federal Student
22  Aid, or in a policy memo, to the extent that you
23  recall?
24   A.   Not that I can recall the form,
25  unless it was -- you know, outside of federal
```



Page 114

1  regulations, I'm not -- I can't recall the form
2  that the -- the instructions came.
3      Q.    Okay.  But if someone is applying for
4  any of the income-driven repayment plans, they
5  should not be required to submit two sources of
6  income per source, it should just be one; is that
7  right?
8      A.    Correct.
9
10
11
12
13
14
15
16
17
18
19
20
21
22                              If we could just
23  take a two-minute break because I'll have
24  to log out to pull it back up.
25      MR. FIORENTINO: Sure.

Page 115

1      MS. SIMONETTI: Okay.  That's fine.
2      (Thereupon, a brief recess was
3      taken.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 118



5      MS. MILLER: Sorry. Tony, so these
6    are all part of the same exhibit that was
7    mislabeled and I only pulled up the one
8    document. Is it possible to go on to,
9    say, the next set and I'll have Rufus send
10   me the remainder of this document?
11   Because I only have the one page right
12   now.
13      MR. FIORENTINO: Yeah. Okay.
14      MS. SIMONETTI: Tony, is now a good
15   time just to take a lunch break while you
16   sort all this out --
17      MS. MILLER: It might be.
18      MR. FIORENTINO: Yeah. How long --
19      MS. SIMONETTI: -- rather than
20   waiting around and -- we can just take a
21   break right now and you guys can work it
22   out.
23      MR. FIORENTINO: Sure. What would
24   everyone like to take?
25      MS. SIMONETTI: How about

Page 119

1    30 minutes or so? And if you're not
2    ready, just E-mail me. Okay?
3       MR. FIORENTINO: Okay.
4       (Thereupon, at 12:12 p.m. EST, a
5       lunch recess was taken.)
6    ///
7    ///
8    ///
9    ///
10   ///
11   ///
12   ///
13   ///
14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///

Page 120

1       AFTERNOON SESSION    (12:48 p.m. EST)
2    BY MR. FIORENTINO:
3    Q.    Mr. Stine, a moment ago we were
4    talking about that --
5       MS. SIMONETTI: Tony, we're having
6    a hard time hearing you.
7       MR. FIORENTINO: Is this better?
8       MS. SIMONETTI: Not really.
9       MR. FIORENTINO: Still nothing?
10      MS. SIMONETTI: That's a little
11   better, yeah.
12      MR. FIORENTINO: I'm just going to
13   have to sit really close to the screen and
14   speak up.
15      BY MR. FIORENTINO:

Page 121

1    Q.    Now, it's my understanding that
2    there's really no difference between the way the
3    60-day administrative forbearance is applied with
4    respect to federal direct loans as opposed to
5    FFELP loans. It's basically applied in the same
6    manner to both type of loan; is that correct?
7    A.    That's correct.
8    Q.    Now, suppose the borrower has a
9    delinquency at the time that the 60-day
10   administrative forbearance is applied. I was
11   wondering, will the forbearance bring the account
12   current with no interest cap or would the 60-day
13   administrative forbearance leave that delinquency
14   in place?
15   A.    Yeah, they'd actually apply two
16   forbearances to the account, one discretionary
17   forbearance to resolve the outstanding
18   delinquency and that would result in
19   capitalization of interest; then they would
20   apply the 60-day forbearance from that point
21   forward.
22   Q.    Okay. So the delinquency -- or the
23   forbearance to cure the delinquency, I think you
24   explained earlier that -- that one would take
25   effect at the end of the forbearance; is that

**JILL BALLARD v.**
**NAVIENT CORPORATION**

**JEFFREY A. STINE**
**June 24, 2022**

Page 122

1  right?  Or when does that one take effect?
2      A.    The capitalization?
3      Q.    Yes.
4      A.    Yeah.  That would -- you know,
5  they're generally going to occur the day
6  following the expiration of the forbearance, you
7  know, or the status.
8
9
10
11      Q.    Does it ever happen with the -- that
12  the use of the 60-day administrative forbearance
13  does not result in any capitalization of
14  interest?  I guess what I'm asking is, do you
15  only avoid the interest cap if there's no
16  delinquency?
17      A.    Yes, that's correct.
18      Q.    Now, if we look -- let's look at the
19  account records.
20          MR. FIORENTINO:  We're going now to
21      Bates stamp NSL_VARNO_0002302.
22          BY MR. FIORENTINO:
23      Q.    And before I go to these account
24  records, Mr. Stine, I just want to clarify,
25  the -- you were talking about how there might be

Page 123

1  two forbearances in that circumstance.  Neither
2  one of them would be what's called a
3  discretionary forbearance.  What it would be is
4  two different kinds of administrative
5  forbearances, one to allow the processing of the
6  IDR plan and the other to cure the delinquency,
7  but they would both be considered administrative,
8  not discretionary; is that right?
9      A.    Correct.  One is capping and one is
10  not capping.
11      Q.    Okay.  But neither of them are
12  discretionary.  They're both administrative; is
13  that right?
14      A.    Correct.
15      Q.    Okay.  Let's look at the account
16  records.
17
18
19
20
21
22
23
24
25

Page 124

Page 125

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



JILL BALLARD v.
NAVIENT CORPORATION

**JEFFREY A. STINE**
June 24, 2022

Page 130

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 132

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 131

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 133

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



Page 138

Page 139

Page 140

**MS. SIMONETTI:** Tony, can you keep
your voice up because you're a little
faint.

Page 141

**MR. FIORENTINO:** I'm sorry.  Is
this better?
    **MS. SIMONETTI:** Not really.
    **MR. FIORENTINO:** I'll keep speaking
as loud as I can.
    **MS. SIMONETTI:** Okay.
    **MS. MILLER:** Just for the record,
this is -- the document we're looking at
right now, 2303, is part of the previously
marked Exhibit Number 25.
    **BY MR. FIORENTINO:**
    Q.    And, Mr. Stine, if I say anything
that you can't hear, just feel free to tell me
please say that again, I didn't hear you, because
I don't want you answering any question based on
your guess of what I said.  So I'll just keep
speaking up.

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

Page 142

Page 144

Page 143

Page 145

```
 1        A.    Yeah.  And one thing I would like to
 2   correct as well is a previous statement I made
 3   with regards to policies and procedures
 4   associated with the customer submitting one
 5   paystub.
 6               And so I incorrectly stated that we
 7   would have required or that we should have
 8   required two consecutive paystubs.  That would
 9   only be necessary in the case where we could not
10   determine the frequency of the pay.
```



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

Page 146



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16    **BY MR. FIORENTINO:**
17    Q.    And while we're waiting for that,
18    Mr. Stine, I just want to clarify.  The way that
19    you document pay frequency for the
20    income-sensitive repayment plan, it's basically
21    the same way that you would document it for the
22    income-based repayment plan generally?
23    **A.    Generally, yes.  The calculation on**
24    **income-sensitive is done on a monthly basis.  The**
25    **calculation for the income-driven repayment plans**

Page 147

1    **is a little bit differently and usually based on**
2    **annual salary.  But generally, yes.**
3    Q.    Okay.  So we're now on --
4    **MR. FIORENTINO:** Do we need to
5    label this one, Cassandra, or are we still
6    on the same document?
7    **MS. MILLER:** Is this -- if you're
8    still on 186 -- what page number?
9    **MR. FIORENTINO:** Yeah, still on
10    1864.
11    **MS. MILLER:** Okay.  So then this is
12    part of Number 26 that was previously
13    marked.
14
15
16
17
18
19
20
21
22
23
24
25

Page 148

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 149

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 150

Page 152

Page 151

Page 153

Page 154

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 156

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 155

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 157

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

Page 158

Page 159

Page 160

Page 161

1
2    A.    So our process is not to communicate
3  private information over an open E-mail.  So we
4  deliver all the documentation to the customer's
5  account on the Navient customer website.  And
6  then we deliver an E-mail to their personal
7  E-mail address, essentially alerting them to the
8  fact that they have a -- you know, their document
9  has been processed or they have an E-mail message
10  waiting for them.

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022





Page 170

Page 171

13    Q.   It is my understanding that around
14 the time of 2017 and prior thereto, there was a
15 practice at Navient of alerting the borrower with
16 an E-mail to their personal E-mail address that
17 correspondence, new correspondence, has been
18 uploaded to the website, but the personal E-mail
19 to the borrower would not state the actual
20 renewal deadline and, in some cases, would not
21 specifically reference the renewal process. And
22 I believe that was part of the CFPB's lawsuit
23 against Navient.
24      Do you recall that being an issue in
25 that case?

Page 172

1    A.   I do not, no.
2    Q.   Do you recall there being a time when
3 these E-mails would go out to borrowers, but they
4 would not state the actual deadline?
5    **A.   I don't think in the actual E-mail to**
6 **the customer they would have had that deadline.**
7 **I don't know if that was changed at some point,**
8 **but that's not a subject area I'm completely**
9 **familiar with.**
10    Q.   Do you know who would be -- just in
11 case we do have to question someone else, who
12 would be the point person on these kind of
13 communications?
14    **A.   Most likely it would be -- her name**
15 **is Lisa Stashik.**
16    Q.   Can you spell that?
17    **A.   Yeah, L-I-S-A, S-T-A-S-H-I-K.**

Page 173

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

Page 174

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 176

```
1      A.   Yes, that would still occur.  And
2   there would be a capitalization that occurs at
3   the end of that reduced payment forbearance.
4
5
6
7
8
9
10
11
12        MS. SIMONETTI: Tony, whenever you
13   come to a good place to take a break,
14   we've been going for a little over an
15   hour.  Can we just stretch our legs?
16        MR. FIORENTINO: Yeah.  Do you want
17   to do it right now?
18        MS. SIMONETTI: Sure.
19        (Thereupon, a brief recess was
20         taken.)
21        MR. FIORENTINO: So I think we left
22   off at NSL_VARNO 2312.  And I'm really
23   going to try to pick up the pace here.
24        MS. MILLER: 2312, right?
25        MR. FIORENTINO: Yes, 2312.
```

Page 175

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21                                          So if
22   you're in the income-sensitive plan, there's no
23   interest cap and are -- does the -- the switch
24   from the income-sensitive amount to the standard
25   plan, does that still happen?
```

Page 177

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

Page 198

Page 200

Page 199

Page 201



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



Page 202

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 204

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 203

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 205

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022





Page 210

Page 211

15  Q.    Now, it's my understanding that under
16  the income-based repayment plan, there is a
17  special kind of forbearance where if a person
18  does not timely renew their plan, the plan lapses
19  but then it later gets renewed with zero dollar
20  monthly payments, they're entitled to a
21  forbearance which would cure the entire period of
22  delinquency with no capitalization of interest
23  during that period.
24      Are you familiar with that kind of
25  forbearance?

Page 212

1  A.    I am, yes.

18      MR. FIORENTINO: And before I go on
19  to this, I'll just state, I have about 10
20  quick pages with a few questions each on
21  Varno.  And then we will be moving on to
22  Pokorni.  Does everyone want to just take
23  a break when we finish Varno?
24      MS. SIMONETTI: Sure.
25      ///

Page 213

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



Page 218

Page 219

Page 220

Page 221

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



Page 222

Page 224

Page 223

Page 225

14        **MR. FIORENTINO:** Give me one second
15    to just go off the record for one second.
16    Just to make time for Pokorni, we might
17    have to cut Varno short here.
18        Let's go to Varno 2324.
19        **MS. MILLER:** This is part of
20    previously marked Exhibit Number 30.

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



Page 226

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 228

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 227

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 229

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



Page 230

Page 231

Page 232

1  to inform and educate the customer on their
2  options available to them.
3      Q.   Okay.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21      MR. FIORENTINO: Okay.  Let's break
22  there, because the only other thing I have
23  is just the documents that Navient
24  disclosed yesterday.  So I think this
25  would be a good time to just break.  We

Page 233

1  can run through those very quickly when we
2  come back and then just finish up with
3  Pokorni.  Is that okay?
4      MS. SIMONETTI: Sure, that's fine.
5  Do you have questions beyond Pokorni or is
6  that the last phase here?
7      MR. FIORENTINO: Pokorni is it.
8  And he's much thinner.  Varno was -- she
9  had a lot more issues.  Pokorni is much
10  thinner, so that will go quicker.
11      Anyway, my cutoff is 3:30 anyway,
12  so I know we're not going past that.
13      MS. SIMONETTI: Your cutoff is 3:30
14  your time?  Okay.  So when do you want us
15  back?  Ten minutes?  Five minutes?
16      MR. FIORENTINO: Can we come back
17  at 2:30?
18      MS. SIMONETTI: Yeah, we can.
19      MR. FIORENTINO: Okay.  Thanks.
20      (Thereupon, a brief recess was
21      taken.)
22      MR. FIORENTINO: Let's go to NSL --
23  just go back quickly to NSL_VARNO 2067.
24      MS. MILLER: Sorry.  I closed those
25  documents, so I just have to pull it back

15              But to be fair, I just want to
16  acknowledge it's also the -- the obligation of a
17  loan servicer to educate a borrower on the full
18  panoply of their options, right, to tell them
19  these are the options that are available to you.
20
21
22              So isn't there some
23  responsibility of the loan servicer to advise the
24  borrower of -- of that option?
25      A.   I would agree as a servicer we need

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

Page 234

1    up.  Bear with me one second.

2        MR. FIORENTINO: You know what, we

3    might not even need it.  Let me just talk

4    to Mr. Stine to the extent that we've

5    already gone through some of this.

6        BY MR. FIORENTINO:



Page 235

23   Q.    Suppose somebody is -- their plan

24   lapses and then they're switched to the standard

25   repayment plan.  So now they're trying to go from

Page 236

1    the standard repayment plan to the income-driven

2    repayment plan.

3        Is that considered a change in

4    repayment plan, such that they should get the

5    60-day administrative forbearance?

6    A.    It is not.  They're still considered

7    part -- enrolled in an income-based repayment

8    plan.  It's just that they're not -- they don't

9    have their hardship payment amount.  They have

10   their standard payment amount.

11   Q.    Okay.

12   A.    But they're still in the IBR plan.

13   Q.    Okay.

14       MR. FIORENTINO: So let's just go

15   to the -- we already went through 2326,

16   right, and we talked about that verbal

17   forbearance.  So let's just go to the

18   documents that were produced yesterday.

19   Let's start with NSL_VARNO_0003350.

20       BY MR. FIORENTINO:

21   Q.    While that's being pulled up,

22   Mr. Stine, you know how you talked about how the

23   60-day administrative forbearance, that's only

24   used when you initially enroll into a specific

25   plan.

Page 237

1        Was that interpretation based on

2    specific guidance from Department of Education or

3    is that just Navient's interpretation of the

4    regulation?

5    A.    Yeah, I can't recall if we

6    received -- I don't know if we received guidance

7    or if we felt it necessary to receive guidance.

8    Q.    And the reason I ask is the -- you

9    know, as we discussed earlier, the whole point of

10   this 60-day administrative forbearance seems to

11   be so the borrower is not incurring large costs

12   during routine paperwork processing.

13       I think that's what we had discussed,

14   correct?

15   A.    That's correct.  But if you think

16   about the recertification, the recertification

17   renewal reminders start going out 95 days prior

18   to the expiration of their current plan.  That's

19   really the time period given to the customer to

20   send in their proper documentation.

21   Q.    Okay.

22   A.    The expectation is they wouldn't need

23   additional forbearance for that period.

24   Q.    Okay.  I see.  All right.

25       MR. FIORENTINO: So this is 3350.

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

Page 242

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 244

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 243

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 245

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

Page 246

```
 1        BY MR. FIORENTINO:
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 248

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 247

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 249

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25        All right.  I think we need to move
```



Page 250

1    on to Pokorni because we only have 40 minutes.
2    So we're going to just try to race through these.
3    Thank you for your patience, Mr. Stine.  I know
4    this has been a long day, but this is a much
5    thinner stack of documents, so -- so we'll move
6    through this quickly.
7        A.   Okay.



JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022



Page 258



1

2

3    BY MR. FIORENTINO:

4    Q.    So, Mr. Stine, this is not a document

5    that Navient has produced in response to our

6    discovery requests.  This is an E-mail that we

7    recently produced to supplement our own discovery

8    responses.  So this will come up in just a

9    second.  That's POKORNI 52.

10    MS. MILLER: This will be Exhibit

11    Number 57.

12    (Thereupon, Deposition Exhibit

13    Number 57 was marked for

14    identification.)

15    BY MR. FIORENTINO:

16    Q.    So this is an E-mail Navient sent to

17    Pokorni on February 20, 2016.  And it looks like

18    it confirms that his income-driven application

19    has been received on or before that date; is that

20    correct?

21    A.    Correct.

22    MR. FIORENTINO: Let's go to

23    POKORNI 53.

24    BY MR. FIORENTINO:

25    Q.    So here's another E-mail Navient sent

Page 259

1    to Pokorni on February 22, 2016.  And this one

2    states that the income-driven repayment

3    application has been received and is being

4    processed; is that right?

5    A.    Correct.

6    Q.    Now, it also states that it could

7    take up to 25 business days to review and process

8    the application.

9    Do you see that?

10    A.    I do.

11    Q.    Was that a standard turnaround time

12    at that -- at least at that particular time in

13    2016?

14    A.    Yes, it was.

15    Q.    Has the Department of Education --

16    let me rephrase that.

17    At that time, had the Department of

18    Education given Navient any guidance on the

19    appropriate turnaround time to process these

20    kinds of applications?

21    A.    Yeah, at the time that we were

22    servicing on behalf of the Department of

23    Education, their stated goal was that we would

24    process IDR requests within 15 days.

25    Q.    And do you remember when that

Page 260

1    particular guidance came through?

2    A.    I don't recall when that particular

3    guidance came through, no.

4    Q.    Do you remember if that's 15 business

5    days or calendar days?

6    A.    That is 15 business days.

7    Q.    This is what I was going to ask:

8    Has Navient ever tracked the average

9    processing time of IDR applications?

10    A.    We have, yes.

11    Q.    So it's something your computer

12    system would be able to look up, the average

13    processing time during specific times?

14    A.    Yes.

15    Q.    Okay.

16    MR. FIORENTINO: Let's go to

17    POKORNI 54.

18    BY MR. FIORENTINO:

19    Q.    So this is an E-mail Navient sent to

20    Pokorni on March 11, 2016.  And it states that

21    Navient's review of his application has been

22    delayed because of an unexpected increase in

23    volume; is that right?

24    A.    That's correct.

25    Q.    At that time, was this a common

Page 261

1    occurrence?

2    A.    Yeah.  In the first quarter of 2016

3    there was significant increase in volume and it

4    did cause us to -- to kind of exceed our goal of

5    15 business processing days.

6    Q.    Was there anything else that

7    contributed to those delays?

8    A.    No.

9    Q.    Was it ever determined that

10    additional staffing would have -- would have

11    remediated that problem?

12    A.    Yes.  Additional staffing would help

13    remediate that problem.  You know, however, you'd

14    need to hire and train that staff in order to

15    process it.  And we were -- we were taking on new

16    staff, training new staff, implementing other

17    changes to alleviate the volume.  The volume was

18    resolved and we were back below our processing

19    standards in April of 2016.

20    Q.    Okay.  So this was kind of the tip of

21    the spear at this particular time?  This was

22    right around when some changes were being made to

23    address all this?

24    A.    Correct.

25    Q.    Okay.

Page 262



Page 264

1  that Pokorni's took somewhere around 30; is that
2  right?
3      A.    Correct.
4              MR. FIORENTINO: All right.  Let's
5  go to --
6              BY MR. FIORENTINO:
7      Q.    And I want to be fair.  This memo was
8  issued several months after the processing of
9  Pokorni's application.  But I do want to ask:
10             Before this policy guidance was
11 issued, did you -- was that when the -- the
12 Department of Education was saying 15 days and
13 then with this guidance, they cut it down to 10?
14 Is that what happened?
15     A.    No, actually, the department never
16 issued guidance that it should be 10 business
17 days.  It remained at 15 business days.  And that
18 was applicable to, you know, the education loans.
19     Q.    But -- I'm sorry, but I'm trying to
20 square that with this guidance here, because it
21 looks like they did require 10 days at this
22 point, right?
23     A.    This guidance is a policy memo.  I
24 think it's directed internally to the COO of FSA.
25 It was never resulted in guidance or change

Page 263

Page 265

1                                                    1  requests to the loan servicers.
2                                                    2      Q.    Okay.  I see.  So Navient never
3                                                    3  officially followed this policy memo's
4                                                    4  prescriptions, correct?
5              MR. FIORENTINO: Let's go to          5      A.    Navient was never asked to follow
6  POKORNI 1.                                        6  this policy guidance.
7              MS. MILLER: This is part of          7      Q.    Were there ever discussions about it
8  Exhibit Number 57.                                8  when it was released at Navient?
9              BY MR. FIORENTINO:                    9      A.    Yes.  We reviewed the memo and some
10     Q.    So, Mr. Stine, this is a policy memo   10 of the recommendations and items within the memo.
11 from Ted Mitchell, the former under secretary of  11     Q.    When that was done, what was
12 Department of Education in 2016.                   12 discussed about this 10-day turnaround time?
13             Are you familiar at all with this    13 What was the consensus at Navient?
14 memo?                                             14     A.    We looked a lot about what it would
15     A.    I've seen the memo, yes.               15 take to adhere to a 10-day servicing standard.
16             MR. FIORENTINO: Can we scroll down   16 As I mentioned, that was a time when we
17 to page 11 of the memo, so that would also        17 implemented several different processing change,
18 be POKORNI 11.                                    18 including the implementation of several
19             BY MR. FIORENTINO:                    19 automations, if you will, to shorten the
20     Q.    So it looks like it says here,         20 processing time of our IDR applications.
21 Complete income-driven repayment applications     21             There is some restrictions and we
22 should be processed within 10 business days.      22 provided some of that feedback to FSA with
23             Is that correct?                     23 regards to, as we've discussed previously, the
24     A.    That's correct.                        24 need to review NSLDS data for external loans.
25     Q.    So I think you testified a moment ago  25             So I can't recall if feedback was

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

Page 266

1    provided directly to the department about that 10
2    business days may be difficult to adhere to.  But
3    as I indicated, the service levels provided to us
4    by FSA never changed from 15 to 10.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 268

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 267

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 269

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 270



21    Q.    When Navient was using the system of
22  electronic notification of sending the notice to
23  the website and then alerting the borrower of new
24  correspondence online, did you ever see this as
25  being a problem where borrowers weren't being

Page 271

1  sufficiently notified so that they were timely
2  renewing their plans?
3    A.    No.  We were sending the
4  correspondence to the customer, you know, based
5  on their preferred channel.  So they requested we
6  provide the notice to them through E-mail.
7    Q.    I understand.  But because they
8  weren't getting an actual E-mail with the renewal
9  notice, they were just getting an E-mail that
10  very vaguely stated something, perhaps, like you
11  have new correspondence available, the E-mail
12  itself didn't provide them with the notice.  The
13  notice was instead uploaded to Navient's website.
14        Did that particular system of
15  notification ever cause problems when it came to
16  borrowers being alerted to the need to renew in
17  time?
18    A.    I couldn't say if it caused a problem
19  for the customer.
20    Q.    I do recall reading the Consumer
21  Financial Protection Bureau's lawsuit, which did
22  detail how some changes were made to that
23  notification system that did improve the renewal
24  rates after that system was revised.
25        Does that sound consistent with your

Page 272

1  recollection?
2    A.    I know that there was a lot of work
3  and -- you know, a lot of work done kind of
4  constantly and consistently to try and improve,
5  you know, the customer's experience.  Even this
6  letter you referenced previously, that was a new
7  letter that was introduced, the 40-day reminder
8  letter, to try and improve the recertification
9  rates.
10        So I know there were different things
11  done around this time period.  I probably
12  couldn't articulate all of them, but I know we
13  introduced this new letter.  We added alerts to
14  our website, things of that nature.  So I don't
15  know if that's what you're referring to.  But,
16  yeah, there were changes and other items made to
17  try and increase the communication to the
18  customer and alert them to their expiring IBR
19  plan.

Page 273

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

Page 274

Page 276



Page 275

1
2      Q.    And under the income-based repayment
3  plan, there's a special kind of forbearance for a
4  borrower whose plan is not timely renewed.  We
5  talked about this earlier.
6        Do you recall that?
7      A.    I do, yes.
8      Q.    So if the borrower recertifies the
9  income-based repayment plan after the renewal
10  deadline, but the borrower's income entitles them
11  to zero dollar payments, the borrower is eligible
12  for a forbearance that would cover that period
13  when the plan had temporarily lapsed; is that
14  correct?
15      A.    That is correct.
16      Q.    And with this kind of forbearance,
17  any interest that accrued during that period
18  would -- would not be capitalized; is that right?
19      A.    That's correct.
20
21
22
23
24
25

Page 277

1      MR. FIORENTINO: I'm sorry.  I
2  jumped the gun there.
3
4
5
6
7
8
9
10
11
12
13      Q.    Okay.  Now, the way the income-based
14  repayment plan works, based on my understanding,
15  is that the loans are discharged after the
16  borrower makes income-based payments for a period
17  of 20 to 25 years, depending on when they
18  enrolled in the program; is that right?
19      A.    Yes, generally.  It's based on the
20  type of plan they're in and the loans that they
21  have.  But it would be 20 or 25 years, yes.
22
23
24
25

**JILL BALLARD v.**
**NAVIENT CORPORATION**

**JEFFREY A. STINE**
**June 24, 2022**



Page 278

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 280

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   **MS. SIMONETTI:** I have no

Page 279

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 281

1   questions. We'd like to read and sign.
2     (Thereupon, signature having not been
3     waived, at 4:27 p.m. EST the
4     deposition concluded.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

Page 282

```
1              CERTIFICATE OF REPORTER
2           I, MISTY KLAPPER, the officer
3    before whom the foregoing deposition was
4    taken, do hereby certify that the witness
5    whose testimony appears in the foregoing
6    deposition was duly sworn by me; that the
7    testimony of said witness was taken by me
8    in shorthand and thereafter reduced to
9    typewriting by me; that said deposition is
10   a true record of the testimony given by
11   said witness; that I am neither counsel
12   for, related to, nor employed by any of
13   the parties to the action in which this
14   deposition was taken; and, further, that I
15   am not a relative or employee of any
16   attorney or counsel employed by the
17   parties hereto, nor financially or
18   otherwise interested in the outcome of
19   this action.
20       Dated: July 7, 2022
21
22
23       _____
24       Misty Klapper, RMR, CRR
         and Notary Public
25
```

Page 283

```
1        DECLARATION UNDER PENALTY OF PERJURY
2    Case Name: Ballard, et al. v. Navient Corporation,
3            et al.
4    Date of Deposition: June 24, 2022
5    Job No.: 484458
6           I, JEFFREY A. STINE, hereby certify
7    under penalty of perjury that the foregoing is
8    true and correct.
9           Executed this _____ day of
10   _____, 2022, at _____.
11
12
13
14
15
16       _____
17       JEFFREY A. STINE
18
19
20
21
22
23
24
25
```

Page 284

```
1    DEPOSITION ERRATA SHEET
2    Case Name: Ballard, et al. v. Navient Corporation,
3            et al.
4    Name of Witness: Jeffrey A. Stine
5    Date of Deposition: June 24, 2022
6    Job No.: 484458
7    Reason Codes:  1. To clarify the record.
8                   2. To conform to the facts.
9                   3. To correct transcription errors.
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24   Page _____ Line _____ Reason _____
25   From _____ to _____
```

Page 285

```
1    DEPOSITION ERRATA SHEET
2    Page _____ Line _____ Reason _____
3    From _____ to _____
4    Page _____ Line _____ Reason _____
5    From _____ to _____
6    Page _____ Line _____ Reason _____
7    From _____ to _____
8    Page _____ Line _____ Reason _____
9    From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   _____ Subject to the above changes, I certify
19       that the transcript is true and correct
20   _____ No changes have been made. I certify that
21       the transcript is true and correct.
22
23       _____
24       JEFFREY A. STINE
25
```

**$**

**$1,000 (2)**
162:6;164:5
**$1,221.49 (1)**
136:22
**$1,252.63 (2)**
179:19;180:1
**$1,317.88 (1)**
179:20
**$1,600 (1)**
157:8
**$1,636.76 (1)**
156:9
**$145.93 (1)**
245:2
**$148.07 (1)**
244:20
**$160.81 (3)**
93:2,5;98:15
**$2,998.28 (1)**
245:1
**$226.08 (1)**
245:3
**$230.44 (1)**
243:13
**$283.85 (1)**
245:14
**$3,791.14 (1)**
245:3
**$3.95 (1)**
81:16
**$320 (1)**
162:5
**$322.72 (2)**
161:21;166:1
**$346.86 (1)**
239:2
**$4,686.57 (1)**
78:5
**$413.88 (1)**
245:2
**$45.91 (1)**
81:15
**$472.76 (1)**
252:21
**$49.86 (1)**
81:14
**$50 (1)**
25:14
**$600 (1)**
25:14
**$606.24 (1)**
244:21
**$700 (2)**
230:16;232:18
**$710 (4)**
215:6;216:11;
219:14;224:9
**$710.41 (1)**
202:11
**$718.61 (1)**

244:19
**$8,000 (1)**
162:2
**$871.23 (1)**
243:12
**$902 (2)**
65:3,6
**$902.52 (1)**
64:2
**$902.55 (7)**
55:15;60:18;64:10;
66:20;68:23;70:20,25
**$92,000 (2)**
183:10,17

**/**

**/// (31)**
59:24,25;77:25;
86:24,25;104:25;
119:6,7,8,9,10,11,12,
13,14,15,16,17,18,19,
20,21,22,23,24,25;
164:25;202:24,25;
212:25;245:25

**A**

**ability (1)**
222:15
**able (17)**
20:14;35:10;62:9;
82:13;133:1;162:17,
23;194:19;215:11;
219:3;220:12,15;
242:20;260:12;274:24;
275:21;277:9
**accept (2)**
144:22;183:8
**acceptable (2)**
34:3;147:18
**accepted (4)**
145:22;184:20;
185:16;186:2
**accepting (1)**
185:20
**accompanying (1)**
83:11
**according (3)**
70:23;105:4;125:18
**account (89)**
14:8;26:17;27:3;
35:8;38:5,20;40:9;
45:7;49:9,11,13;56:2,
3;58:3;64:20,25;68:16;
69:13;71:17,21;73:5;
74:1,3,8;76:24;80:23;
81:4;82:21;85:8;96:25;
100:7;103:25;104:17;
115:17;120:19;121:11,
16;122:10,19,23;
123:15;124:3,15,18;
127:3,19;134:22;

141:19;148:10;152:18,
20;160:25;161:5,13,
18;167:10,24;168:4,
14;169:15;170:5,18;
171:6;172:24;174:8;
184:16;186:17;187:16;
188:11;191:17;192:17;
193:9;194:9;197:12;
203:21;210:18;219:9,
24;221:15;222:24;
224:14;226:7;243:17;
251:7;267:3,16;
268:14;275:20;276:4
**accounts (3)**
15:2,25;75:23
**accrual (7)**
78:21;133:15,16;
162:9,11,11,20
**accrue (3)**
252:22;253:3;279:2
**accrued (11)**
55:21;79:1,5;81:16;
136:21;138:18;156:8;
157:15,16,19;275:17
**accrues (4)**
43:17;45:17;47:21;
135:8
**accruing (1)**
85:12
**accurate (7)**
36:22;64:24;108:17;
153:17;262:16,25;
278:4
**achieve (1)**
140:15
**acknowledge (2)**
61:21;231:16
**acknowledgment (1)**
62:14
**acronym (3)**
75:6;94:25;185:22
**acronyms (1)**
89:5
**action (6)**
30:14;31:2;68:12;
74:2,10;75:2
**actions (2)**
65:9;68:14
**activities (1)**
19:9
**activity (5)**
15:3;31:23;189:6;
195:20;218:7
**actual (12)**
166:22;169:13;
170:8,24;171:19;
172:4,5;174:18,19,25;
249:17;271:8
**actually (28)**
19:1;25:15;33:18;
46:4;59:21;70:24;
101:1;107:17;121:15;
130:16;140:18;145:24;

148:12;170:23;181:21;
186:6;199:4;200:4;
205:13,22;209:7;
214:21,22;215:13;
223:9;257:25;264:15;
273:6
**added (3)**
46:4;65:14;272:13
**addition (1)**
148:18
**additional (20)**
29:25;30:2,3;48:6;
66:11;113:1;127:20;
133:15;137:1;138:17;
140:15;152:5;159:12;
237:23;246:24;247:6;
261:10,12;278:5;279:2
**address (18)**
18:2,19;19:6;137:18,
18;160:23;161:7;
163:9;170:9;171:7,8,
16;174:10;203:25;
254:8;261:23;268:16;
274:14
**adequate (1)**
30:3
**adhere (2)**
265:15;266:2
**adjust (1)**
162:23
**Adjusted (5)**
161:18;209:24;
210:9,11;257:8
**Adjustment (3)**
129:15;130:1;213:6
**adjustments (2)**
14:8;15:2
**admin (1)**
132:19
**administrative (86)**
26:21;38:14;46:18,
22;47:7,15,19;48:8,11,
19,23;116:9;120:17;
121:3,10,13;122:12;
123:4,7,12,25;124:4,
13;125:20,25;126:8,13,
20;127:6,23,25;128:15,
23;130:5,13;131:3;
133:9,19;137:11,14;
138:1,7;151:14,21,25;
152:15;157:7;158:7;
166:17;167:11,17,25;
187:15;188:21;189:3,
12;190:4,14,20;191:11,
16;192:9,16,20;193:9;
195:11,22;196:10,14,
20;197:2,11,14,17;
198:2;200:18;214:19;
235:1,7,15;236:5,23;
237:10;254:3,19;
255:17
**adopted (1)**
110:13

**advanced (1)**
62:20
**advise (5)**
39:5;59:4;222:16;
223:2;231:23
**advised (6)**
117:2;131:21;194:8;
221:9;222:14;223:14
**advising (1)**
150:17;221:8;253:5
**Advocate (4)**
15:19,23;67:10;78:3
**affirm (1)**
43:19
**affirmation (3)**
36:16;42:6,18
**affirmatively (1)**
82:19
**afford (4)**
164:6;213:16;
220:15;222:4
**AFTERNOON (1)**
120:1
**Again (36)**
40:5;43:1;70:1;
72:24;74:1,22;75:18;
86:15;89:5;93:10;
96:15;101:18;103:18;
116:3;135:14;141:14;
142:1;146:15;149:9;
150:5,11;154:24;
155:22;164:7;184:22;
188:10;203:19;226:6,
11;228:10,13;230:13;
231:3;235:4;268:12;
277:8
**against (1)**
171:23
**agencies (2)**
15:4;67:24
**agent (17)**
37:9;47:4;58:6;
61:10,17;142:25;
159:16;162:22;189:17;
194:22;217:13;221:14;
223:6;224:6,13;
228:25;274:24
**agents (1)**
194:19
**AGI (2)**
209:22;219:6
**ago (8)**
98:2;120:3,16;174:7;
178:3;234:7;239:7;
263:25
**agree (26)**
13:9;22:5,8,9;23:17;
36:18;64:9,12,16;67:7,
8;109:4,5,16;116:6;
126:15;148:3;157:8;
162:13;191:2;192:13,
15;197:9;198:3,6;
231:25

**agreed (10)**
125:5,11,16;183:12;
189:10;190:1;196:7;
240:4,5;257:21
**ahead (12)**
20:5;21:14;22:3;
81:9;186:8,12;187:20;
202:18;220:16;235:13;
253:15;257:23
**Aid (4)**
17:8,10,16;113:22
**alert (2)**
161:14;272:18
**alerted (1)**
271:16
**alerting (5)**
161:7;169:17;
171:15;205:14;270:23
**alerts (1)**
272:13
**align (1)**
130:2
**aligns (1)**
98:16
**Allen (1)**
10:19
**A-L-L-E-N (1)**
10:20
**alleviate (1)**
261:17
**allocation (1)**
16:22
**allow (4)**
46:23;47:7;123:5;
151:5
**allowed (2)**
140:3,14
**alone (1)**
242:21
**along (1)**
183:6
**always (4)**
44:23;45:16;113:11;
252:3
**among (1)**
82:22
**amount (77)**
25:11;29:2,11;31:20;
32:1,2;40:20;41:12;
44:20;54:12;55:17;
64:2,14,23;65:10;79:1,
5;81:1,14;85:11;102:7;
135:22;136:16,19,19;
139:4,6;150:18;156:3,
4,6;157:11;158:12;
161:21;162:2,3,9,10,
19,19,20,23,25;164:4;
166:6;167:23;168:21;
175:24;179:10;180:1;
202:15;205:2;211:10;
213:22;215:3,18;
216:4,11,18,21;218:2;
219:12,15,22;220:16;
224:8;225:10;226:24;
235:16;236:9,10;
243:9;252:25;253:2,8;
266:16;279:6
**amounts (3)**
29:18;183:12;242:24
**Andrew (6)**
105:12,16,16;
182:22;208:21;211:4
**Andrew's (6)**
105:20;107:4,25;
109:24;110:3;143:18
**annual (7)**
28:17;30:9;58:21;
59:2;65:19,20;147:2;
150:15,15;159:18;
183:17;270:15
**annum (1)**
183:10
**answered (1)**
63:1
**Anthony (1)**
10:21
**anticipated (2)**
156:22;199:15
**apologies (1)**
18:12
**apologize (1)**
79:18
**app (2)**
218:12;256:8
**apparently (1)**
130:11
**appear (6)**
58:3;148:17;194:16;
196:3;211:2;213:14
**appears (6)**
107:24;150:12,14;
196:7;210:14;217:12
**applicable (2)**
15:12;264:18
**application (98)**
16:22;29:23;30:8;
31:9,10,16,16,21;32:2;
35:1,5;38:3;47:1;55:6,
13;56:4;57:9,19;60:20;
64:8;66:11;68:17;
69:16,22;76:9;100:20;
103:8,13;104:1;105:6;
106:16;107:19,23;
109:8;111:7;112:18;
131:24;142:4,24;
144:7;150:14,21;
153:16;155:5;159:1,7,
13,15,19;161:19;
163:21;165:7,25;
166:13,22;177:7;
180:15,18;181:6,21,25;
182:12,21;188:3;
191:3,6,20;200:1,13;
201:20;206:14,19;
209:22;220:5,7;
227:10;234:16;235:10;
257:10;258:18;259:3,
8;260:21;262:8,13,15,
24;264:9;272:22;
273:19;274:1,3,18;
276:11,19;277:6,10,25
**applications (7)**
76:5;256:14,20;
259:20;260:9;263:21;
265:20
**applied (35)**
46:18,23;48:13;
81:17;94:22;96:6,24;
103:21;117:7;120:18;
121:3,5,10;124:1,4,9,
19,21;126:9;127:7;
134:22;137:17;150:20;
157:7;158:6;190:6;
191:22;192:14,17;
195:12;196:23;197:15;
214:21;254:20;280:21
**apply (18)**
23:23;26:3;28:5;
38:4;39:19,24;47:5,6;
117:12;121:15,20;
126:10;132:5;151:24;
153:10;188:20;191:16;
242:13
**apply/send (1)**
131:21
**applying (6)**
112:18;114:3;
116:10;155:9;190:9;
254:16
**appreciate (2)**
146:3;192:18
**appreciated (1)**
155:22
**appropriate (6)**
163:15;183:11;
190:16;191:16;222:3;
259:19
**approval (2)**
187:3;229:16
**approve (1)**
277:9
**approved (32)**
26:16;28:6,14;57:24;
134:10;154:20;164:4;
165:8,25;166:13,22;
188:2;198:20;200:1,5,
14;214:10;219:11;
224:12;226:16;230:20;
232:13;234:11,14,21;
262:9,14;272:22,23;
274:1,5;277:6
**approximate (1)**
175:14
**approximately (8)**
14:5,12;162:24;
166:7;174:13,20;
249:17;262:20
**approximation (1)**
175:1
**April (44)**
84:22;95:12,15;
134:15,17,25;148:10;
150:9;153:8;154:19;
155:19;159:2,8;
183:21;185:4;202:18;
203:6,15;204:8,15;
207:15;208:22;210:4,
5,9,10,14,24;213:10;
214:3;216:14;217:6;
234:17,20;245:3;
253:24;261:19;262:7,
14;266:15;272:21;
273:17,25;275:22
**area (2)**
14:10;172:8
**around (12)**
103:8;118:20;162:2,
5;166:14;171:13;
191:22;202:15;261:22;
264:1;266:21;272:11
**arrangement (1)**
18:21
**articulate (1)**
272:12
**aside (1)**
12:16
**assigning (1)**
50:2
**associated (20)**
16:21;27:12;30:20;
45:23;57:18;58:17;
61:13;102:9;137:5;
143:3;145:4;148:19;
149:4;157:20;160:18;
163:11;192:4;231:6;
252:6;257:17
**assume (8)**
11:10;65:20,21;
138:5;168:2;221:14;
269:19;279:11
**assuming (12)**
116:10;195:3;
219:12;221:9;222:11,
17;255:16;267:13;
278:19;279:5,18,21
**assumption (7)**
54:16;103:10;105:7;
116:23;131:7;156:12;
278:8
**assurance (1)**
62:5
**asterisks (1)**
73:7
**attempt (1)**
37:10
**attempting (1)**
78:13
**attention (1)**
68:10
**attorney (2)**
11:15,18
**attorneys (3)**
10:22;16:10;67:24
**attributed (1)**
117:23
**audit (2)**
63:3,5
**auditors (2)**
16:5,9
**August (7)**
21:1;199:1,8;214:4;
216:19;230:6,21
**authorized (2)**
22:10;35:20
**auto (1)**
167:20
**automated (1)**
274:16
**automatically (5)**
24:25;27:2,5;48:13;
256:21
**automation (1)**
274:25
**automations (1)**
265:19
**available (11)**
57:22;169:18;
170:17;171:10;173:12;
204:1;223:4;231:19;
232:2;267:18;271:11
**Avanti (1)**
182:23
**Avenue (1)**
18:3
**average (2)**
260:8,12
**avoid (4)**
27:16,17;66:20;
122:15
**avoided (2)**
231:5,9
**awaiting (4)**
117:5;148:13;
186:19;187:25
**aware (6)**
18:25;60:24;132:4;
155:7;191:5;205:18
**away (1)**
174:13

**B**

**back (29)**
14:24;28:18;29:4;
39:20;40:22;62:24;
98:4;99:2;111:8;
114:24;146:7,13;
172:18;187:22;191:13;
205:10,24;206:1;
230:10,18;233:2,15,16,
23,25;241:4;261:18;
278:6;279:13
**backlog (4)**
31:13;61:6,10;
274:14

**bad (1)**
227:6
**balance (19)**
25:15;46:5;65:14;
78:22;81:4,17;93:4;
128:24;136:18;139:22;
140:4,9,14,16;156:4;
158:12;193:10;205:4;
239:13
**balances (2)**
48:1,4
**Ballard (21)**
49:10;54:5,10,21;
55:4;61:1;63:25;64:6,
10;66:8,10,15,24;67:5;
68:21;70:24;71:4;
72:15;78:3;79:12;
135:25
**Ballard's (10)**
55:13,21;56:2,4,21;
60:7;68:16;69:13;
70:18;71:17
**ballpark (1)**
61:24
**bank (1)**
112:6
**base (3)**
105:12;183:8,9
**based (87)**
22:9;24:13;25:14;
29:16,16;30:23;31:20;
34:1;36:15;37:12;39:7,
17;40:20;42:6,9,17;
54:14;55:17;64:18;
65:9;78:21;101:8;
103:11;105:7;107:1;
109:3;110:14,16;
111:13;113:13;117:14;
125:6;127:14;129:11;
130:22;131:2,3,14;
133:11;135:2,21;
139:6;140:3,8,10,14;
141:15;142:24;144:7;
145:20;147:1;150:25;
153:15;157:4;159:11;
163:18;166:12;170:13;
174:6;181:20;193:25;
198:25;199:11;201:25;
204:3,25;205:3;209:8;
210:24;213:23;215:19;
221:17,19;222:4,5;
227:10;237:1;254:20;
255:13;267:21;271:4;
274:4;275:20;277:14,
19;278:8;279:1
**basically (11)**
23:13;24:3;71:23;
95:20;101:24;121:5;
146:20;151:5;201:21;
230:24;252:24
**basing (1)**
131:16
**basis (12)**

29:3;59:2;82:10;
85:4,8,12;136:25;
146:24;156:10;184:3;
243:15;247:16
**batch (7)**
240:8,20;241:7,21;
245:18;246:11,20
**Bates (96)**
6:3,5,7,9,10,12,15,
17,19,21,23;7:3,5,7,8,
10,12,14,16,18,20,22,
24;8:3,5,6,7,9,11,13,15,
17,19,21,22,24;9:3,5,7,
9,11,13;20:12,20;
49:17;50:1;51:23,25;
52:11,13,16;53:2,5,11,
24;54:17;55:8,24;
59:14;63:12;68:25;
70:9;72:5,20;73:1;
74:14;76:19;80:17;
85:24;100:12;102:22;
105:4,8;106:4;107:9;
109:17;114:9;118:3;
122:21;132:12;133:3;
136:3;154:8;155:11;
158:15;159:3;164:15;
167:4;206:2;230:18;
241:12;244:9,13;
245:12;248:23;277:4
**Bear (1)**
234:1
**became (3)**
14:9,12,13
**become (1)**
117:24
**becomes (3)**
40:23,24;278:17
**began (1)**
128:16
**begin (13)**
21:3,22;22:11;94:19;
96:21;201:23;214:4;
216:18;219:19,25;
222:10;230:20;247:20
**beginning (10)**
14:1;96:19;191:8,12;
219:1;228:14;248:13,
14;249:7;280:15
**begins (1)**
213:10
**behalf (4)**
12:8;19:2;23:7;
259:22
**below (1)**
261:18
**benefit (4)**
48:23;127:24;128:2;
197:3
**benefits (3)**
117:18,21;118:1
**besides (1)**
60:25
**best (5)**

204:9;226:24;
243:14,19;249:15
**Better (7)**
67:25;99:10;120:7,
11;141:2;158:3;227:7
**beyond (1)**
233:5
**big (1)**
221:5
**bill (5)**
58:11,14,15,17;
70:20
**billed (5)**
29:2;35:9;41:3;
54:12;85:13
**billing (6)**
32:1;51:4;52:23;
54:4;60:8;70:18
**bills (1)**
70:2
**bit (11)**
39:16;42:20;73:14;
101:12;129:13;144:23;
147:1;155:21;185:2;
189:7;248:18
**biweekly (3)**
107:25;109:3;154:5
**block (1)**
224:2
**blurry (1)**
183:4
**body (2)**
169:23;170:1
**borrower (82)**
24:1,2;25:20;26:2,
14;27:8,16,22,23;28:3,
17;29:1,6,22;30:1,12;
39:5,8;40:13;41:9;
42:3;43:10;44:8;45:5;
48:12,17;95:19;110:6,
6;117:18;121:8;125:4,
5,10,11;131:18,21;
147:18;160:24;161:14,
18,20;163:5,21;164:5;
168:16;169:2,16;
170:2;171:15,19;
189:25;190:1;193:20,
20;194:1,4,6,8;197:1;
204:23,24;210:11;
218:5,8;223:2;227:15,
20;228:17;231:17,24;
237:11;254:6;257:3;
267:17;270:23;275:4,
8,11;277:16,23;279:24
**borrowers (10)**
24:24;36:13;38:25;
40:11;42:21;60:25;
127:14;172:3;270:25;
271:16
**borrower's (12)**
26:7;30:5;31:8;34:1;
46:19;105:22;110:5;
130:22;131:2;160:25;

170:9;275:10
**both (13)**
21:10;76:5,7;81:3;
97:12;121:6;123:7,12;
125:20;130:15;161:11;
197:6;243:10
**bottom (15)**
75:17;80:16;96:12;
112:2;129:14;177:17;
189:9;200:7;204:15;
225:22;242:11;243:2;
244:22,24;272:20
**box (3)**
162:12,16;220:4
**break (11)**
11:22;98:5;99:15;
114:23;118:15,21;
176:13;212:23;228:1;
232:21,25
**brevity (1)**
13:5
**brief (4)**
100:3;115:2;176:19;
233:20
**briefly (3)**
73:3;76:25;96:14
**bring (1)**
121:11
**bringing (1)**
68:10
**Budget (1)**
111:12
**building (1)**
18:6
**bunch (1)**
186:24
**Bureau (2)**
16:6;67:25
**Bureau's (1)**
271:21
**Business (10)**
67:25;259:7;260:4,6;
261:5;262:21;263:22;
264:16,17;266:2

**C**

**C1 (1)**
20:24
**calculated (5)**
25:11;29:12;31:20;
211:11;215:19
**calculation (3)**
146:23,25;216:5
**calculations (2)**
28:22;157:18
**calendar (12)**
108:13,19,23;116:4,
5;174:18,25;176:5,8;
260:5;262:18,23
**call (15)**
14:7;32:23;39:4;
40:10;41:4;117:11;

137:24,25;149:5;
159:16;194:9,25;
196:16;223:11;243:16
**called (15)**
10:4;123:2;124:16;
131:9;137:20;149:6;
150:12;191:15;194:5;
200:10;217:15;222:6;
224:4;228:22;254:14
**caller (2)**
149:6;161:19
**calling (2)**
194:16;228:24
**Calls (3)**
20:3;21:11;22:1
**came (3)**
35:21;109:8;113:21;
114:2;260:1,3;271:15;
274:19
**can (188)**
11:5;16:13;7,9,10,18,
22;14:19;15:20;16:13,
17;17:4;19:13;20:5,11,
20;21:13,15;22:4,8;
25:8;26:3,7;33:17;
34:22;36:8;41:8;44:16;
45:1,2;46:10;50:8,10;
53:14,23;54:2,17;55:8,
24;56:7;58:12;59:14;
60:5;61:18,24;62:3;
63:12,22,23;65:24;
68:25;69:10,11,23;
70:9;71:6;72:5,20;
74:14,19,24;75:15,25;
76:19;77:16;78:12;
79:24;80:17;81:10;
82:4,9;83:3,25;84:1,18,
22;86:6,13;87:13,22;
88:21;89:7;91:13;
92:20,21;93:6,18;
96:14;97:5;98:22;
101:6,19,20;106:2;
110:18;113:5,20,24;
115:16,18;117:20;
118:20,21;128:5,12;
129:7;135:4,22;136:9;
139:1;140:16,23;
141:5,19;142:21;
144:9,23;146:14;
148:10,25;150:8;
153:23;159:3;161:22;
163:24;165:14;166:21;
167:13;170:6;172:16;
176:15;183:6;185:19;
186:9,10;187:14;
188:9,17;194:11;
195:24;204:19,20;
205:24;209:6;210:12;
213:12;215:23;217:10,
22;219:6;221:8;
222:12;224:1;225:24;
227:19;228:1,9,19;
233:1,16,18;238:25;

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

239:12,24;240:13;
242:18;244:3,17,23;
245:8;247:10,24;
248:20;250:8;251:6,
12;256:24;257:5,6,9;
263:16;268:5,18;
273:7,21;276:13;
279:23;280:24
**cancel (2)**
48:22;127:24
**canceled (5)**
61:5;67:1;138:22;
178:9;197:14
**cap (30)**
75:22;76:2;82:11;
86:4,10;87:7,18;88:18;
89:1,19;93:23;116:16;
121:12;122:15;136:25;
137:23;138:3,8,9,23;
156:11;158:4,11;
175:23;198:3;202:1;
221:1,5;247:17;252:6
**capable (2)**
63:4,8
**capacity (1)**
15:10
**capitalization (60)**
27:11,18,24;28:8,10;
31:22;38:15,22;45:17;
46:3;47:20;67:6;68:15,
18;77:5;78:9;85:15,16,
20;87:21;90:12;91:10;
92:14;97:10;99:8;
120:24;121:19;122:2,
10,13;135:23;157:2;
158:9;175:19;176:2;
193:5;195:15;197:5;
211:22;214:6;220:20;
223:17;225:7;231:5;
238:11;242:6;243:6,
24;244:19,20,21;
245:15;247:6,22;
248:9,10;249:1,13,18;
280:16
**capitalizations (4)**
244:7,15;246:22;
248:22
**capitalized (36)**
27:15;43:18;45:24;
55:22;65:13;73:8,22;
75:5,19;76:17;77:14;
78:5,20;79:2,6;82:8,
20;92:17;93:2;97:20;
98:25;133:12;135:9;
136:22;152:6;156:9,
13;157:14,22;242:10,
22,23;243:9;253:1,8;
275:18
**capitalizing (1)**
128:3
**capped (3)**
75:11;156:20,22
**capping (4)**

65:16;123:9,10;
188:25
**caps (5)**
243:4,15;244:24;
246:24;280:7
**carry (1)**
230:24
**case (52)**
22:17;25:16,24;26:1;
30:7;33:5;50:13;62:17,
20;65:17;68:8;74:11;
75:3,10;83:13;96:3;
102:16;117:24;126:21;
127:18;128:25;135:12;
142:11,16,19;145:9,11;
149:1;163:7;167:19;
169:17;171:25;172:11;
173:3;189:16;190:5;
194:16;197:16,17;
201:18;204:10;212:5;
219:1;224:5;228:12;
235:16,21;253:5;
256:25;257:1;274:3;
278:20
**cases (4)**
101:13,17;171:20;
256:23
**Cassandra (10)**
49:22;51:8;84:4;
85:25;146:15;147:5;
148:22;152:23;182:4;
244:9
**casual (1)**
73:25
**catch (1)**
215:22
**cause (2)**
261:4;271:15
**caused (3)**
73:23;152:4;271:18
**caveats (1)**
25:12
**center (3)**
14:7;40:10;159:16
**cert (2)**
95:24;96:1
**certain (5)**
11:16;23:23;130:7;
195:3;218:8
**certainty (1)**
79:11
**certified (2)**
96:2;274:21
**CFPB (3)**
16:6,11,16
**CFPB's (1)**
171:22
**chance (3)**
11:19;49:12;100:8
**change (15)**
19:19;27:25;46:20;
70:7;116:11;126:11;
136:12;143:12;155:25;

205:2;208:1;226:24;
236:3;264:25;265:17
**changed (7)**
19:11;166:2;172:7;
188:15;215:14;216:7;
266:4
**changes (6)**
15:11,13;261:17,22;
271:22;272:16
**channel (1)**
271:5
**charges (2)**
66:21;152:5
**check (8)**
108:19;116:4;
162:12,16;194:5,17,19;
220:4
**checked (2)**
108:13;194:6
**checking (1)**
167:23
**Children (2)**
218:22,23
**chosen (1)**
199:10
**chronological (1)**
80:13
**circumstance (3)**
45:20,22;123:1
**Civil (1)**
10:9
**claim (2)**
15:3;73:21
**clarification (4)**
103:17;139:12;
208:4;244:11
**clarify (29)**
12:19;21:6;22:8;
28:20;30:23;33:22;
38:8;41:17;63:2;78:23,
24;98:6;107:4;122:24;
144:18;146:18;173:9;
186:24;187:1;192:19;
193:4;197:24;222:1;
223:1,13;231:13;
246:19;262:22;268:12
**clarity (2)**
42:4;47:13
**classified (1)**
163:12
**clear (3)**
74:6;109:3;190:23
**clearly (1)**
112:24
**clears (1)**
140:18
**close (2)**
120:13;206:24
**closed (4)**
21:3;167:12;168:17;
233:24
**closely (1)**
145:12

**code (12)**
81:1,12,18;82:5;
83:6,11,11,20;85:17;
149:4;239:1;242:9
**codes (4)**
70:2;85:14,18;94:24
**collectively (2)**
12:25;22:17
**columns (1)**
94:18
**coming (2)**
151:11;152:11
**comm (2)**
75:19,19
**commercial (3)**
75:20;76:6,12
**committed (1)**
109:12
**common (7)**
36:2,3,24;37:15;
40:4;175:3;260:25
**communicate (2)**
75:9;161:2
**communicated (1)**
113:17
**communication (6)**
58:24;67:14;130:23;
160:11,18;272:17
**communications (2)**
57:16;172:13
**company (2)**
12:6;13:24;15:6;
16:20
**Compensation (3)**
183:7,8,9
**complained (1)**
61:3
**complaint (6)**
61:7,12;73:8,12,25;
79:13
**complete (10)**
31:16;47:8;57:7,10,
25;58:5;215:10;
257:20;262:13;263:21
**completed (8)**
29:23;30:7;31:9;
77:5;159:8;181:12;
227:10;228:7
**completely (2)**
162:17;172:8
**completes (1)**
279:6
**completing (1)**
164:2
**complex (1)**
61:16
**compliance (1)**
21:19
**computer (3)**
63:7;132:22;260:11
**concluded (1)**
281:4
**conclusion (3)**

20:4;21:12;22:2
**concurrent (1)**
138:11
**conduct (3)**
13:3;195:11,18
**confirm (7)**
97:24;132:8;194:20;
209:6;250:24;269:20,
24
**confirmation (7)**
44:12;134:12;
154:24;213:6;232:12;
249:2;252:4
**confirmed (3)**
116:4;194:6,22
**confirms (2)**
179:1;258:18
**confused (6)**
76:1;142:15;143:1;
213:19;219:9;224:6
**confusing (1)**
137:22
**confusion (5)**
143:8;144:9;224:7;
226:12;228:14
**conjunction (1)**
243:19
**connection (9)**
27:24;33:14;34:15;
35:16;40:12;136:23;
137:13;143:24;219:13;
253:7
**conscious (1)**
173:4
**consecutive (4)**
110:7,12;145:8;
147:19
**consensus (1)**
265:13
**consent (1)**
162:22
**consequence (1)**
133:8
**consequences (3)**
30:12;43:11;279:23
**consider (2)**
101:2;103:18
**considered (3)**
123:7;236:3,6
**considering (1)**
126:22
**consist (21)**
66:2;71:9,11;72:8;
77:19;110:24;134:1;
144:15;153:1;154:12;
158:19;159:25;164:23;
165:17;173:20;180:8;
198:10;201:1;202:22;
207:3;268:22
**consistent (6)**
23:1;102:17;153:20;
175:10;207:21;271:25
**consistently (1)**

272:4
**consisting (2)**
212:13;224:21
**consists (1)**
59:17
**consolidate (1)**
37:7
**consolidated (2)**
129:17;239:10
**consolidation (8)**
129:15,17;140:2,2,6,
9,13;239:12
**constantly (1)**
272:4
**consultation (4)**
47:3,10;117:14;
254:21
**consulting (1)**
159:15
**Consumer (6)**
15:19,23;16:5;67:10;
78:3;271:20
**contact (6)**
39:1;68:21;116:25;
161:18;254:6,10
**contacted (2)**
71:3;116:24
**contains (1)**
153:8
**context (1)**
23:17
**continuation (1)**
164:1
**continue (6)**
14:16;29:1;188:5;
189:21;218:7;256:7
**CONTINUED (4)**
6:1;7:1;8:1;9:1
**contours (1)**
101:7
**contract (10)**
19:1,24;20:1,9,18;
21:9,20,23;22:13;
52:22
**contracting (1)**
18:20
**contractor (1)**
20:25
**contrast (1)**
46:16
**contributed (1)**
261:7
**conversation (7)**
131:8;199:11;
217:13,18;221:14;
223:7;255:9
**COO (1)**
264:24
**copy (4)**
107:24;177:22;
208:21;268:4
**core (1)**
14:22

**Corp (3)**
13:13;18:12,21
**Corporation (3)**
12:14;18:10,18
**corr (1)**
116:22
**correcting (1)**
146:2
**correction (1)**
159:20
**correctly (4)**
71:21;76:10,15;
224:17
**correspondence (19)**
77:8;155:24;161:15;
169:18;171:17,17;
172:23;173:12;181:24;
188:6;189:22;204:1;
205:15;209:10;213:8;
267:18;270:24;271:4,
11
**costs (1)**
237:11
**counsel (3)**
10:10,12;217:5
**counseling (1)**
41:24
**count (2)**
26:11;262:14
**counting (1)**
262:18
**couple (4)**
28:21;34:19;67:23;
101:18
**course (8)**
31:2;44:2;47:25;
53:7;113:6;195:10,18;
223:10
**court (5)**
11:2;24:20;50:3;
53:15;89:4
**cover (9)**
60:14;124:9,19,21;
134:22;155:8;230:13,
13;275:12
**covered (3)**
126:6;200:20;235:2
**covers (3)**
99:11;108:13;164:15
**created (1)**
218:5
**credit (1)**
278:23
**cure (4)**
26:20;121:23;123:6;
211:21
**cures (1)**
138:2
**current (19)**
13:20;37:3;43:2;
44:22;108:4;121:12;
143:7;156:3;168:3;
213:24;219:20;220:3,

14;226:9,13,18;229:2,
3;237:18
**currently (2)**
14:16;201:21
**customer (154)**
25:3;26:18;28:23;
31:19;33:4,6;34:25;
37:9;38:1;39:1,17,21;
40:6,18;41:6,10,14,24;
43:2,19;46:8,24;47:3,4,
4;48:5,15;57:16,22;
58:25,25;59:2;61:9;
68:2,5,6;70:4;73:7,19,
24;74:12;76:4,10;77:9,
13;78:14,18;81:13,20;
82:2;94:18;95:3,15;
96:5,17,22;97:15,17,
20;98:17;101:20,22;
102:1;112:18;116:24;
117:3,5,8,24;125:15;
126:6;129:16;130:8,9;
133:11;134:24;141:22,
23;142:5,14,25;143:3;
144:2;145:4;149:2,12,
12;150:11,22;154:25;
156:1;157:23;158:8;
160:11;161:5,25;
162:16;163:8,16,19;
167:20,22;168:3,19;
172:6;181:8;187:22;
192:15;194:14,16,20,
23;196:7,21;199:12;
200:10;201:20;212:5;
213:15;214:22;215:14;
217:5,13,15;218:1;
219:4,9,21;220:13,15;
222:3;223:8,8;224:4,7;
226:14;227:10;228:21;
230:15;232:1;237:19;
247:14;248:3;251:10;
252:4;253:5;257:4,14,
15,17;271:4,19;
272:18;274:21
**customers (1)**
32:15
**customer's (18)**
58:3;62:19;80:23;
81:17;134:22;136:14;
137:18,19;142:13;
143:5;161:4;162:5;
163:11;171:6;173:5;
221:17;235:16;272:5
**cut (3)**
201:17;225:17;
264:13
**cutoff (2)**
233:11,13
**cycle (6)**
178:4;195:5,7;
234:17;274:8;276:6

**D**

**data (3)**
205:6;265:24;274:20
**date (99)**
30:9;46:8;54:9;55:7;
62:19,19;78:20;80:25,
25;83:10,20;93:1;
94:19,19,21;95:16,
24;96:1,2,6,19,20,21,
21,22,23,24;97:2,14,
16,21;98:16,16;
106:15;109:9,12;
111:13;115:24;116:20,
21;125:19;127:3;
134:23;135:14;136:16;
137:2;154:24;160:14,
16;166:12;167:24;
174:18,19,25;175:9;
176:5,8;178:9;181:14,
15,23,25;182:11;
183:24;184:22;191:19;
194:4;200:2;201:19;
210:10,18;211:3;
228:14,15;230:11,20;
234:9;239:25;242:23;
247:20,21;248:13,14,
15,15;249:7,15,18,19;
253:11,23,25;256:13;
258:19;269:22,23;
272:23;276:11
**dated (42)**
57:12;58:10;60:10;
66:9;69:14,24;78:3;
103:4;105:6;106:1,13,
22;108:1;115:19;
141:20;148:10;156:24;
159:2;167:10;168:23;
181:7,9;182:10;
183:20;186:18;189:23;
198:17;201:8;207:15;
208:22;216:14;217:6;
234:8;251:24;252:20;
266:15;268:6;269:11;
273:17,24;276:8,17
**dates (6)**
76:3;130:9;156:3;
243:22;247:14;249:13
**day (33)**
14:17,17,20,20;46:5,
12,14,15;57:10,24;
81:11;117:15;122:5,9;
127:7;135:19;136:7;
155:3;165:24;166:2,3;
182:10;189:18;197:15;
202:7;250:4;270:10;
274:5;275:1;276:18;
277:10,25;278:22
**days (38)**
46:12;106:22;116:5;
128:4,18,19,25;133:15,
16,20;138:8,23;174:13,
21;200:15;234:21;
237:17;249:20;251:13,
15;259:7,24;260:5,5,6;

261:5;262:15,18,21,23;
263:22;264:12,17,17,
21;266:2;277:24;
278:21
**deactivated (1)**
127:8
**deadline (26)**
28:17;29:24;30:4;
31:11,13,17,24;55:1;
56:22;64:9;95:25;
169:23;170:20,22;
171:20;172:4,6;
174:12,18,25;175:18;
177:14;203:7;268:10;
269:12;275:10
**deal (1)**
192:2
**debit (1)**
167:21
**debt (5)**
21:2;29:17;43:20;
279:4,7
**December (21)**
55:2,14;56:5,25;
57:7,9,13,15;58:1;60:8,
13;65:21,21;75:15,16;
78:10,16;243:7,12;
267:4;268:6
**decision (1)**
19:23
**declined (1)**
193:21
**declining (1)**
81:4
**deductions (1)**
183:11
**deemed (8)**
13:3;30:6,9;57:10,
24;61:5;108:4;221:21
**deems (1)**
30:3
**default (9)**
25:6;104:12,15,17;
132:9;251:3,5,14;
280:10
**defaulted (1)**
36:14
**defendants (5)**
12:9,12,25;110:21,
22
**deferment (12)**
37:6;43:6;95:5;96:4,
4;98:17;99:4,6;104:5;
137:17;201:22,24
**deferments (1)**
96:7
**deficient (2)**
175:12;206:13
**definition (1)**
105:20
**definitively (1)**
83:9
**degree (2)**

73:12;126:23
**delay (7)**
278:3,9,20;279:1,8,
15,22
**delayed (1)**
260:22
**delays (1)**
261:7
**delinquencies (1)**
190:21
**delinquency (51)**
26:17,20,23,25;27:3,
4,17,19;33:9;35:8,12;
37:4,11;38:6,20;41:25;
43:3,5;44:22,22;48:6;
117:2,7;121:9,13,18,
22,23;122:16;123:6;
124:3,6,14,18,20,25;
137:19,25;138:3,10,21;
150:20;168:3,5;
188:11;189:21;190:19;
192:1;197:18;211:22;
251:13
**delinquent (8)**
26:19;39:24;40:7;
117:25;124:24;151:10,
16;192:5
**deliver (2)**
161:4,6
**delivered (4)**
160:19;170:5,13,14
**demonstrate (3)**
101:10;102:2;113:7
**denial (4)**
142:4,7;210:1,2
**denied (3)**
142:8,12;144:21
**denote (1)**
125:13
**denoting (1)**
125:15
**department (26)**
14:23;17:1;30:18;
31:1;35:14;39:2;41:6;
67:18;75:3,11,24;
102:17;107:1;110:14,
17;111:6;112:10;
237:2;256:16;259:15,
17,22;263:12;264:12,
15;266:1
**departments (1)**
75:8
**depend (1)**
253:11
**dependent (1)**
25:25
**dependents (1)**
218:23
**depending (2)**
102:6;277:17
**depends (3)**
40:5;68:3,4
**deposition (68)**

10:7,23;16:15,15,18;
53:20;56:16;60:1;
63:18;66:4;69:6;70:14;
71:13;72:10;77:22;
80:4;84:13;87:1;88:8;
89:11;90:3;91:2;92:4;
94:9;100:15;104:22;
106:8;111:1;115:12;
123:20;134:3;153:3;
154:14;158:21;160:2;
165:1,19;173:22;
178:21;180:10;198:13;
201:3;203:1;207:5;
208:17;212:15;224:23;
229:10;232:8;238:3,
19;239:20;240:10,22;
241:9,23;245:22;
246:14;250:13;252:15;
255:3;258:12;266:10;
268:23;269:6;273:12;
276:23;281:4
**described (1)**
34:25
**describes (1)**
182:19
**describing (3)**
37:13;57:21;149:8
**DESCRIPTION (6)**
6:2;7:2;8:2;9:2;
13:18;14:19
**designate (1)**
81:19
**designated (1)**
87:19
**designating (4)**
81:20;82:2;85:11;
96:16
**designation (1)**
248:4
**despite (1)**
60:20
**detail (1)**
271:22
**detailing (1)**
80:22
**determinant (1)**
101:21
**determination (4)**
28:24;72:1;143:22;
144:24
**determine (7)**
82:15;110:5;133:1;
145:10,14,16;218:1
**determined (4)**
69:18;103:12;128:5;
261:9
**determines (1)**
29:25
**DHAR (2)**
95:5;99:6
**difference (2)**
29:17;121:2
**differences (1)**

23:18
**different (47)**
23:19;28:21;31:7;
33:3;34:17;36:25;
38:10;39:16;48:9;
52:11,24;67:23;75:8;
76:14;83:9;100:22,25;
101:4;102:11;113:7;
123:4;136:24;142:6,9;
143:15,23;152:18;
170:12;179:8,12,17;
180:25;189:8;195:8;
196:1;204:20;207:19;
212:4;214:20;220:4;
246:7,22;253:10;
265:17;266:7;269:19;
272:10
**differential (1)**
128:21
**differently (3)**
73:17;101:12;147:1
**difficult (5)**
23:16;39:14;40:24;
62:23;266:2
**difficulties (1)**
42:9
**difficulty (5)**
33:7;57:20;149:9,16,
22
**direct (11)**
21:10,21;23:12,20,
24;24:1;121:4;160:23;
172:24;174:15;204:5
**directed (1)**
264:24
**directly (10)**
15:15;16:4,8,25;
68:1;169:21;174:9;
266:1;267:23;268:15
**director (2)**
14:12,13
**discharge (1)**
278:18
**discharged (3)**
277:15;279:5,7
**disclose (2)**
225:24;226:9
**disclosed (7)**
25:15;64:13,23;
99:12;229:22;232:24;
280:23
**disclosure (3)**
58:16;164:3;166:6
**disclosures (3)**
43:10,14;44:10
**disconnected (2)**
194:10,25
**discovery (3)**
10:7;258:6,7
**discrepancy (4)**
112:21;129:25;
143:14;144:8
**discretionary (51)**

32:13,23;33:5,13,19,
20,24;34:5,7,8,13,14,
20;35:11,15,25;36:8,
15,19,24;37:16,19,22;
38:5,12,16;39:6,19,25;
40:12,15;41:7;42:5,8;
45:15,22,24;46:2,16;
47:18;48:10,17;
115:21;121:16;123:3,
8,12;130:6;189:13;
196:13;253:19
**discuss (2)**
17:20;49:10
**discussed (23)**
16:18;17:5,22;41:21;
117:4,7;166:16;
188:20;190:8;193:20;
194:13;200:14;234:15;
237:9,13;246:25;
252:1;254:15;265:12,
23;267:14;269:18;
280:14
**discussing (4)**
49:21;100:24;101:1;
245:6
**discussion (11)**
50:6;53:18;100:1;
126:5;131:22;157:4;
162:21;163:19;204:3;
222:7;267:21
**discussions (2)**
35:13;265:7
**display (1)**
146:14
**displayed (1)**
166:5
**disqualify (1)**
117:25
**distinguish (1)**
160:22
**distributed (4)**
169:10;173:6;
267:11;269:16
**divided (2)**
129:18;150:18
**dividend (1)**
112:7
**division (1)**
16:2
**doc (1)**
194:6
**docs (2)**
131:21;206:16
**Document (116)**
6:3,5,7,9,10,12,15,
17,19,21,23;7:3,5,7,8,
10,12,14,16,18,20,22,
24;8:3,5,6,7,9,11,13,15,
17,19,21,22,24;9:3,5,7,
9,11,13;20:15;50:9,11,
15,24;51:7,17;52:14;
53:6,10;54:2;60:5;
64:16,17,19,24;65:2;

82:22;87:22,25;97:22;
98:10,11,21,21;102:16,
18,24;104:10;105:11;
110:20;111:6,19,23;
112:12,13;114:22;
118:8,10;130:21;
135:5;136:10,13;
140:20;141:8;142:18;
146:19,21;147:6;
149:5;151:1;153:9;
160:24;161:8,12,25;
163:14;170:4,16;
182:16;205:24;213:2,
5;216:14;238:10,24,
25;242:21;246:2,4,6;
247:15;248:25;258:4
**documentation (42)**
30:1;46:24;58:4;
105:3,5;106:21;108:4;
110:4;112:4,5,25;
117:9;124:22;126:17;
141:24;142:12,24;
144:7;147:17;148:2,
13;149:3;151:7,24;
154:2;161:4;182:20;
183:25;186:19;187:25;
194:21;207:12,23;
209:4;210:15;214:3;
215:10;224:10;226:15;
237:20;257:11;274:23
**documented (1)**
182:21
**documenting (5)**
102:10,12;112:1;
131:24;224:3
**documents (29)**
30:3;47:8;50:10,23;
52:25;74:1;79:17;
82:23;98:1;99:11;
104:9;142:2;163:12;
170:14;177:9,13;
186:25;191:2;196:22;
209:3;212:6;224:11;
232:23;233:25;236:18;
245:18;250:5;280:3,23
**dollar (20)**
26:8;72:17;166:10;
211:19;213:20,22;
214:25;216:12,21;
219:17;220:25;221:22;
222:8;226:17;229:20;
230:25;232:19;239:12;
275:11;279:14
**dollars (9)**
29:14,20;54:11;
165:8;211:11;221:4;
224:12;229:23;266:17
**done (15)**
28:22;38:1;146:24;
194:9;220:18;221:20;
222:17;223:15;227:3;
228:23;229:3;265:11;
267:14;272:3,11

**down (40)**
11:3;62:16;83:3;
84:16;86:6;89:15;90:6,
7;91:5;92:8;93:19;
97:5;111:19;155:16;
163:3;169:7;177:16;
185:1;186:5;189:21;
210:8,13;215:11;
217:19;228:16;239:3,
24;240:14;241:14;
243:1;244:3;245:8;
247:25;248:18;249:23;
256:7;263:16;264:13;
270:13;273:22

**drafting (1)**
77:12

**dual (2)**
129:15,16

**due (20)**
35:9;43:22;117:18;
125:15;131:18;134:17,
23,24;136:16;137:4;
151:11;154:25;156:3;
167:24;179:19,20;
230:14,15;251:15;
278:9

**duly (1)**
10:4

**Duplicate (4)**
69:16,21;70:6;
218:12

**during (37)**
16:18;39:4;43:18;
45:18;47:21;48:6,18;
85:12;95:20;111:16;
131:8;135:8;146:6;
156:5;157:15;161:18;
162:21;178:4;187:23;
195:5,6;211:23;
213:18;226:12;230:14;
235:1;237:12;252:22;
253:3;260:13;263:4;
274:12;275:17;276:5;
278:3;279:1,14

**duties (3)**
13:19,21;15:19

**E**

**e81 (1)**
218:5

**earlier (27)**
29:8;37:13;38:23;
39:10;65:8;73:4,16;
109:7;117:11;121:24;
126:18;127:21;135:25;
152:12;153:16;157:5;
166:16;169:13;180:18;
190:8;196:11;204:4;
214:17;234:15;237:9;
245:6;275:5

**early (4)**
56:3;109:15;226:15;

**276:6**

**earnings (1)**
150:15

**easier (8)**
13:5;32:23;50:1;
51:23;53:4,16;94:13;
146:2

**easiest (1)**
146:6

**easy (1)**
45:10

**Ed (5)**
17:6;75:22;76:2,6,10

**educate (2)**
231:17;232:1

**Education (15)**
17:1;30:18;31:1;
35:14;75:24;107:2;
110:15,17;237:2;
259:15,18,23;263:12;
264:12,18

**Education's (4)**
102:18;111:7;
112:11;256:16

**effect (16)**
20:2;28:14;111:15;
121:25;122:1;128:23;
129:1;151:16;165:11;
172:22;201:15;202:3,
14;220:2;226:17;
266:20

**effective (11)**
78:10,17,19;80:24;
98:16;216:22;219:17;
220:25;229:2;239:1;
242:23

**effectively (3)**
134:20;138:22;178:9

**effectuate (1)**
143:12

**effectuated (1)**
202:6

**eight (4)**
128:4,18,19;133:16

**eight-day (2)**
128:6;133:7

**either (9)**
36:9;86:3,9;87:6,17;
97:9;102:15;110:7;
257:16

**elect (1)**
25:3

**elected (1)**
213:17

**electing (1)**
101:22

**electronic (3)**
205:11;270:22;
274:20

**electronically (6)**
160:21;169:10,12;
172:20;267:11;269:17

**eligibility (1)**

**23:18**

**eligible (8)**
26:14,15;85:5;96:5;
195:23;196:23;275:11;
278:17

**else (7)**
42:24;81:8;117:4;
148:24;171:11;172:11;
261:6

**E-mail (43)**
113:21;119:2;
160:19,23;161:3,6,7,9,
13;163:4,8,9,14;
169:17,21,23;170:2,9,
19;171:1,7,8,16,16,18;
172:5;173:6;174:10;
203:24,25;204:4;
205:14;217:6;258:6,
16,25;260:19;267:17,
22;271:6,8,9,11

**E-mailed (2)**
174:9;268:15

**E-mails (5)**
170:24;171:2,5;
172:3;204:11

**employed (2)**
12:3,16

**employee (6)**
12:13;39:5;41:18;
43:9;195:8;254:15

**employees (7)**
15:16;40:10;41:6;
195:17;196:4,17;197:8

**employee's (1)**
110:8

**employer (5)**
12:2;110:8;112:6;
182:23;187:5

**employment (1)**
105:12,25;107:5

**enclosed (3)**
66:10;105:5;182:20

**end (27)**
84:3;94:19;108:8;
121:25;133:13;135:19;
156:14,15;157:13;
175:15;176:3;195:13;
210:10,18;214:1;
230:11;243:21;247:21;
248:14,15;249:7,15,19;
253:11;278:6;279:13;
280:24

**ended (10)**
99:4,6;122:9;134:24;
155:1;178:10;179:3;
199:7;202:8;215:8

**ending (3)**
43:22;151:2;228:15

**ends (7)**
46:13;128:17;
201:24;213:10,24;
216:11;220:3

**enough (5)**

**11:11;13:6;26:7;**
47:16;227:18

**enroll (14)**
26:15;28:5;36:14;
48:17;100:20;103:13,
21;106:20;111:7;
130:23;131:25;151:7;
180:19;236:24

**enrolled (25)**
28:7;40:19;42:3;
44:8;45:5;48:19;116:9;
124:12,12;125:7,20,24;
152:13;167:20;174:22;
192:8;201:9;213:15;
214:22,24,25;222:18;
236:7;250:21;277:18

**enrolling (9)**
28:11;38:6;39:6;
40:18;42:21;101:23,
24;131:10;255:15

**enrollment (10)**
15:2;17:20,23;26:20;
36:7;37:7;95:8;131:5;
137:8;168:7

**enrolls (4)**
26:18;27:4,22;28:23

**enter (2)**
24:24;159:18

**entered (4)**
28:4;96:17,22;97:15

**entering (3)**
25:4;62:18;77:7

**entire (7)**
13:23;14:2;50:11;
129:2;166:25;200:20;
211:21

**entities (2)**
12:16;18:22

**entitled (9)**
95:4;166:9;190:14;
192:20;197:1;211:20;
212:2;221:22;222:8

**entitles (1)**
275:10

**entity (5)**
12:5;13:3,12;18:25;
19:25

**entries (17)**
57:12,14,18;77:1,2;
80:18;85:22;87:6;
93:23;97:8;131:20;
141:20;148:19;150:9;
177:24;188:2;224:2

**entry (81)**
45:10;57:2,4,6;58:9,
12,15;59:7;69:12,14,
24;70:5;71:22;74:25;
75:14;77:11;81:10;
92:22;93:9;99:6;
115:19,23;116:25;
117:17;125:3,6,12,14;
128:7,8;129:9,11,14;
131:17;143:13,19,20;

**148:9,11,17;160:6;**
163:17,20,22,25;
167:10,13;168:15,23;
169:6;172:18;184:17,
22;185:19;186:17,21;
187:12,14;188:15;
191:1,14;193:25;
204:17;210:12,24;
217:11,21;218:11,19,
25;219:2;225:23,25;
228:9,20;255:25;
257:2;262:7;267:7;
270:9;276:8

**envelope (1)**
58:18

**erroneous (3)**
64:11,17;166:5

**erroneously (3)**
64:22;79:2,6

**error (22)**
58:6;60:24;61:10,13,
19,24;62:7,11,15,18,
23,25;64:18,21;76:11;
78:6;132:17;144:4;
145:19;196:16,18;
197:8

**errors (4)**
61:18,21;62:13

**escalated (4)**
73:12,14;79:13;
228:13

**escalation (1)**
228:6

**essentially (17)**
16:3;19:24;43:16;
57:17;58:14;70:3;75:8;
77:7;80:21;93:4;
136:14;155:25;161:7;
168:20;179:24;257:4;
274:24

**EST (3)**
119:4;120:1;281:3

**estimate (3)**
61:25;252:25;253:2

**estimated (3)**
136:18;156:4,6

**estimation (1)**
186:1

**evaluated (1)**
196:1

**even (17)**
11:5;26:16;29:14,19;
40:13;45:2;78:15;
129:20;130:4;179:22;
192:1;216:16;221:10;
234:3;240:2;272:5;
280:4

**event (2)**
65:17;243:24

**events (1)**
247:22

**eventually (2)**
194:14,25

**everyone (2)**
118:24;212:22
**evidence (1)**
113:1
**exact (9)**
18:2;44:9;124:25;
162:1;170:8,22;
181:23;218:13;223:7
**exactly (13)**
53:1;101:6;104:9;
108:13;116:5;126:4;
127:18;170:11;193:24;
206:16;215:6;221:13;
256:5
**examination (2)**
10:4,12
**examined (1)**
10:5
**example (9)**
13:13;23:20,25;34:6;
74:7;98:14;170:14;
247:19;249:3
**examples (1)**
74:9
**exceed (1)**
261:4
**exceptions (1)**
23:11
**exclusively (1)**
133:19
**excuse (1)**
80:20;99:5;139:18
**exercise (1)**
39:8
**Exhibit (190)**
9:4;50:3,4,11,16,21,
25;51:1,18;52:1,3,5,10,
12;53:12,20;56:14,16;
59:17;60:1;63:15,18;
66:2,4;69:3,6;70:12,
14;71:9,13;72:8,10,23;
74:22;76:22;77:19,22;
80:3,4;84:6,11,13;
86:23;87:1;88:7,8;
89:10,11;90:1,3;91:1,
2;92:3,4;94:8,9;98:11;
100:14,15;103:1;
104:21,22;106:6,8;
107:11,12;109:19;
110:23;111:1,21;
114:12;115:10,12;
118:6;123:18,20;
133:25;134:3;139:14;
141:10;144:14;148:7;
150:6;152:23,25;
153:3;154:11,11,14;
155:15;158:18,18,21;
159:24;160:2;164:14,
22;165:1,16,19;167:7;
168:12;173:19,19,22;
177:1;178:17,18,21;
180:7,10;182:4;
184:12;186:15;198:9,

10,13;199:21;200:25,
25;201:3;202:21,22;
203:1,13;207:2,3,5;
208:15,15,17;209:16;
212:13,13,15;215:25;
217:2;224:20,23;
225:20;229:8,8,10;
230:2;232:5,8;238:2,3,
17,19;239:18,20;240:9,
10,21,22;241:1,8,9,22,
23;245:22;246:14;
250:10,13;252:12,14,
15;255:1,3,23;258:10,
12;262:4;263:8;266:7,
8,10,25;268:21,23;
269:4,6;270:5;273:4,
10,12;276:1,21,23
**exhibits (2)**
49:20,25
**existed (1)**
188:11
**existing (8)**
38:20;43:3,5;44:22;
137:19;210:17;222:5;
224:8
**exit (1)**
99:1
**exited (4)**
35:2;97:17,21;98:17
**exits (1)**
58:25
**expand (4)**
46:10;73:13,16;
113:20
**expectation (1)**
237:22
**expensive (1)**
220:23
**experience (3)**
37:20;131:14;272:5
**experiencing (1)**
32:15
**expiration (14)**
30:9;46:7;62:19,19;
65:19;111:13;122:6;
135:20;152:7;177:18;
178:8;212:7;219:20;
237:18
**expire (1)**
175:20
**expired (7)**
39:14,23;40:8,22;
41:2;181:16;229:21
**expires (3)**
226:10,18;229:3
**expiring (2)**
87:10;272:18
**explain (25)**
25:8;57:13;58:12;
69:23;75:25;78:12,14;
81:11;84:24;96:15;
113:5;117:20;128:5,
12;148:11;167:13;

185:19;187:14;188:17;
210:12;213:12;220:13;
228:9;242:18;247:10
**explained (1)**
121:24
**explaining (2)**
120:22;147:20
**explains (4)**
64:1;66:15;110:3;
179:5
**explanations (1)**
58:16
**extended (1)**
140:3
**extent (12)**
20:4;21:12;32:22;
47:25;65:2;103:16;
113:5,22;154:1;
196:24;197:6;234:4
**external (1)**
265:24
**extra (5)**
66:20;138:8,23;
278:9,25
**extracted (3)**
167:23;171:4;205:17

**F**

**face (2)**
143:2;147:21
**facilitate (2)**
36:1;39:9
**fact (11)**
43:16;59:3;77:4;
137:3;140:10;145:20;
161:8;204:9;221:19;
224:7;275:21
**failed (1)**
31:24
**failing (1)**
30:13
**faint (1)**
140:25
**fair (20)**
11:11;13:6,15;36:21;
37:13;41:22;44:7;
47:16;102:19,20;
103:10;153:25;154:5,
7;196:18;222:19,20;
231:15;264:7;278:3
**fairly (3)**
36:2;40:4;263:2
**fairness (1)**
157:9
**fallen (1)**
167:1
**false (1)**
65:4
**familiar (10)**
10:25;18:20;20:17;
79:11;127:15;171:9,
11;172:9;211:24;

263:13
**familiarize (1)**
49:14
**family (1)**
219:6
**far (3)**
62:17;70:6;140:5
**fashion (1)**
51:20
**February (40)**
66:9;69:14,15,25;
70:19;71:18,23;72:15;
82:4;92:20,24;95:11,
14;98:14;103:4;105:7;
106:13;108:1,5,8,9,15,
16;109:15;111:16;
124:10;250:20,20;
251:24;253:18,24;
254:14;255:8;256:1;
257:19;258:17;259:1;
262:13;268:10;269:12
**Federal (31)**
10:8;13:20;14:18;
16:11;17:7,10,16;19:2,
11,16;21:10,21;23:12,
20,24;24:1,10;45:1;
85:4,6,13;105:21;
113:14,21,25;121:4;
153:16,18;154:1;
207:21,21
**federally (1)**
21:2
**fee (1)**
24:9
**feedback (2)**
265:22,25
**feel (5)**
99:18;141:13;
147:24;153:17;221:22
**fees (2)**
24:8;156:4
**felt (1)**
237:7
**few (7)**
51:12;148:12;
212:20;226:13;249:20;
253:16;280:7
**FFEL (5)**
21:3,10;22:11;23:21;
24:1
**FFELP (4)**
21:22;23:12;117:18;
121:5
**figure (2)**
243:14;253:8
**figures (4)**
179:8,13;253:9,11
**file (3)**
105:22;142:17;
274:20
**filing (6)**
15:3;168:22;215:15,
15;216:6;227:17

**final (2)**
179:20;225:25
**finally (2)**
166:22;279:5
**finance (1)**
14:9
**financial (28)**
14:10;16:6;26:3;
28:24;32:15,21;33:12;
34:2;35:2,6;38:17;
39:7;42:9;58:25;59:6;
78:18;80:22;125:4,11,
16;131:19;133:8;
134:9;154:20;189:10;
190:1;271:21;279:23
**financially (1)**
34:10
**find (6)**
63:3,10;114:19;
132:18,23;249:6
**fine (7)**
50:5;52:7;56:9;
115:1;148:24;222:24;
233:4
**finish (3)**
11:4;212:23;233:2
**finishing (1)**
206:24
**FIORENTINO (385)**
10:6,13,21;13:8,15,
17;18:11,13;20:8,11,
13,20,22;21:17;22:6;
23:9;24:20,23;33:21,
23;42:2;49:22;51:2,11;
53:3,14,23;54:1,17,19;
55:8,10,24;56:1,19;
59:14,20;60:4;63:12,
21;65:24;66:7;68:25;
69:9;70:9,17;71:6,16;
72:5,13,20,25;73:2;
74:14,19,23;76:19,23;
77:16;78:1;79:24;80:7;
83:3,5,25;84:7,16,21;
85:24;86:2,6,8,12,14,
19;87:4,13,15;88:2,11,
14,21,23;89:3,14,16,
23;90:6,9,15,17,22;
91:5,7,13,15,17,19,24;
92:7,9;93:18,20;94:3,
12;96:11,13;97:5,7;
98:19;99:14,17,22;
100:5,11,18;102:22;
103:2;104:18;105:1;
106:4,11;107:9,15,16;
108:25;109:1,17,21;
110:18;111:4,18,22,24;
114:9,13,25;115:6,9,
15;118:3,13,18,23;
119:3;120:2,7,9,12,15;
122:20,22;123:23;
132:12,14;133:2,4,23;
134:6;136:3,5;138:20;
139:1,3,16,24;140:21;

141:1,4,11;144:11,16;
146:14,16;147:4,9,14;
148:4,8,21;149:14;
150:3,7;152:8,10,22;
153:6;154:8,17;
155:11,17;158:15,24;
159:3,5,22;160:5;
164:10,17,20;165:4,14,
22;167:4,8;168:9,13;
173:16;174:2,3;
176:16,21,25;177:3;
178:15,24;180:4,13;
181:3,5;182:2,7,8;
183:1,3;184:9,14;
185:5,11,12;186:5,16;
192:25;193:2,12,13;
197:20,22;198:8,16;
199:18,23;200:22;
201:6;202:19;203:4,
10,14;205:21;206:5,7,
22;207:8;208:6,9,12,
20;209:12,18,20;
212:11,18;213:1;
215:23;216:1,2,24;
217:3;218:17,18;
223:21,22;224:18;
225:1,14,21;226:3,19;
227:22;228:4;229:5,
13,25;230:3;231:10,
11;232:4,11,21;233:7,
16,19,22;234:2,6;
236:14,20;237:25;
238:6,15,22;239:3,5,
16,23;240:1,7,13,15,
19,25;241:2,6,12,15,
20;242:1,3;243:1,3;
244:3,5,8,12;245:8,10,
17;246:1,10,17;247:8,
24;248:7,17,19;250:8,
16,18;251:20,22;252:9,
18;253:14,17;254:24;
255:6,20,24;257:22;
258:3,15,22,24;260:16,
18;262:1,5;263:5,9,16,
19;264:4,6;266:5,13,
23;267:2;268:1,3,18;
269:3,9;270:2,6;273:2,
6,15,21,23;275:25;
276:3,13,15;277:1,3

**first (31)**
21:20;24:24;25:1;
28:5;40:18;50:15;
51:13;52:6;81:5;84:23;
88:12;103:12,20;
107:19;126:24;128:8;
131:5;137:3;139:15;
146:5,9;152:16;
174:16;180:14;189:2;
204:22;220:6;230:25;
234:16;255:14;261:2

**five (3)**
59:21,22;233:15

**focus (3)**

41:13;89:17;92:10

**follow (4)**
163:21;183:6;
228:24;265:5

**followed (1)**
265:3

**following (8)**
95:4;108:15;115:23;
122:6,9;135:19;
165:24;255:9

**follows (1)**
10:5

**followup (1)**
228:17

**follow-up (2)**
217:17;280:8

**FORA (5)**
128:9;188:7,23;
189:20;247:19

**FORB (1)**
167:17

**forbearance (339)**
26:21,23;27:1,6,13,
14;32:11,20,24;33:5,
11,19,20,25;34:1,5,7,9,
20;35:11,25;36:19,25;
37:16,18,19,22;38:2,5,
13,14,16,19;39:3,7,19,
25;40:12,16;41:8,20;
42:6,8,10,14,15,25;
43:8,11,18,23;44:9,16,
18,20;45:6,15,18,23,
24;46:2,6,8,13,18,22;
47:1,7,14,15,20,21;
48:9,10,11,18,19,24;
86:4,10;87:6,17;88:17,
25;89:19;90:12;91:10;
92:13;93:24;97:9;
102:8;104:5;115:21;
116:9,16,21;117:14,19;
120:18,23;121:3,10,11,
13,17,20,23,25;122:6,
8,12;123:3,25;124:4,9,
13,19,21;125:5,7,11,
13,15,21,22,24,25;
126:7,9,13,20;127:6,9,
16,22,23;128:1,16,17,
23;129:9;130:6,6,13,
14;131:4,11,18;132:4,
10,20,21;133:9,10,14,
19;134:9,12,14,19,23;
135:3,3,9,20;136:8,24;
137:5,11,12,14,25;
138:1,2,6,7,10,21;
150:19,24;151:2,3,14,
20,21,25;152:1,2,7,14,
15;154:20,23;155:1,8;
156:14,17;157:5,7,13,
16,20;158:7,8;162:13;
164:8;166:17;167:12,
25;168:4;176:3;
187:15;188:22,22,25;
189:3,5,12,13,23,25;

190:4,5,15,20;191:12,
17,18;192:8,10,10,14,
16,21,21;193:4,9,15,
16,20,21;194:2,8;
195:5,6,12,14;196:8,
10,13,14,21;197:2,4,
14,25;198:2,4,20,23;
199:7,12;200:8,11,19;
201:16,22,24;202:2,8;
210:9,11,20;211:17,21,
25;213:4,7,10,18;
214:7,17,19,21;215:1;
220:10,17;221:2,23;
222:3,19;223:16,23;
225:3;230:5,11,12,24;
231:6,21;232:13,14;
235:1,7,15;236:5,17,
23;237:10,23;238:11;
242:6;243:22;248:13,
14,25;249:4,7,15;
250:21,25;251:12;
252:1,3,7,21;253:1,12,
20;254:3,20;255:17;
275:3,12,16,22;280:13,
19,21

**forbearances (28)**
17:21;32:7,8,14;
33:14;34:15;35:15;
36:8,15;38:11;42:22;
46:17;47:19;49:5;
85:19;96:8;121:16;
123:1,5;126:19;
134:21;195:23;196:12;
197:12,17;210:17;
245:5;248:21

**foremost (1)**
131:6

**forgiveness (2)**
26:11;101:11

**form (21)**
29:23;57:19;66:12;
101:19;105:2;111:12,
14,15;113:24;114:1;
117:8;150:15,17,21;
159:17;162:12;180:24;
187:10;188:19;189:18;
191:15

**format (1)**
274:21

**former (1)**
263:11

**forms (2)**
61:18,22

**FORV (2)**
128:10;189:23

**forward (10)**
12:24;24:22;47:15;
73:23;74:8;105:15;
121:21;129:6;148:25;
179:11

**forwarded (6)**
67:9,14,20;68:3,13;
74:12

**four (3)**
87:19;92:16;280:2

**four-digit (1)**
94:25

**fourth (1)**
19:20

**frame (4)**
44:24;138:19;214:4;
216:19

**free (1)**
141:13

**frequency (10)**
110:6;112:24;113:1,
7;145:10,20;146:19;
147:22;153:23;184:7

**frequently (1)**
17:7

**FRM (2)**
187:10;188:6

**front (2)**
14:6;267:21

**FSA (4)**
113:21;264:24;
265:22;266:4

**full (9)**
10:17;11:19;41:18;
74:4;197:3;202:1;
231:17;239:9;279:5

**fully (2)**
11:5;201:11

**functions (1)**
19:5

**further (8)**
80:12;89:15;90:8;
91:6;210:14;217:19;
228:16;278:12

**future (8)**
156:24;179:25;
189:23;274:16;278:6,
13;279:12,15

**G**

**gather (1)**
151:6

**gathering (1)**
128:18

**gave (2)**
19:6;162:22

**gears (1)**
100:6

**general (5)**
23:13;34:11;36:12;
95:19;101:23

**generally (30)**
20:17,19;24:4;25:8,
13,17;28:25;37:8,13,
25;40:15,19;42:16;
44:19;47:6;67:22;
83:12;94:15;95:18;
96:5;98:24;122:5;
127:16;134:21;146:22,
23;147:2;173:11;

246:3;277:19

**generated (2)**
70:2;137:2

**gets (5)**
24:8;44:8;45:6;
211:19;221:2

**given (13)**
10:23;16:15;148:1;
152:2;191:11;192:9;
193:8;213:20;221:25;
222:21;229:19;237:19;
259:18

**gives (2)**
95:11;175:1

**goal (2)**
259:23;261:4

**goes (3)**
58:15;241:3;279:15

**good (4)**
118:14;176:13;
232:25;249:21

**government (3)**
19:2;85:6,13

**grace (1)**
95:3

**granted (2)**
106:21;196:21

**GRCE (1)**
95:2

**Great (2)**
84:20;99:9

**gross (9)**
105:21;112:13;
113:10;161:25;166:7;
183:17;209:24;221:21;
257:8

**group (6)**
14:8,9,13;50:23;
53:9;228:11

**groups (1)**
15:9

**guarantor (1)**
15:4

**guess (6)**
87:10,14;122:14;
141:16;143:21;227:6

**guessing (10)**
48:16;79:12;102:15;
103:7;131:22;169:1;
178:11;188:3;215:1,8

**guidance (23)**
30:17,25;31:5;39:3;
107:1;110:14,16;
113:14,16,19;237:2,6,
7;259:18;260:1,3;
264:10,13,16,20,23,25;
265:6

**guidelines (1)**
183:25

**gun (1)**
277:2

**guys (2)**
99:14;118:21

# H

**H310 (1)**
142:7
**H597 (1)**
57:18
**H598 (1)**
57:18
**half (11)**
218:22;242:12,13;
243:2,5;244:7,14,22,
25;245:12;279:23
**handle (3)**
19:8;220:23;227:7
**handled (1)**
19:5;221:7;223:6
**happen (7)**
19:19;27:2;38:25;
45:21;46:5;122:11;
175:25
**happened (19)**
19:22;48:22;61:4;
81:11;93:7;98:23;
126:3,5,23;127:13;
132:24;178:11;189:2;
191:25;197:6;249:24;
252:7;256:25;264:14
**happening (1)**
60:25
**happens (4)**
29:22;31:13;36:5;
46:7
**happy (1)**
11:8
**hard (2)**
120:6;136:10
**hardship (48)**
26:3;28:24;32:7,11,
16,21,23;33:12,13,20;
34:11,13;35:2,6;37:18;
38:17;41:19;42:22;
59:1,6;95:5;96:4;
98:17;99:3,5;101:10;
102:2;125:4,11,13,16,
21;131:19;134:9;
138:6;154:20;189:11;
190:1;192:21;195:13;
197:4;201:16;225:3;
230:24;231:6,21;
236:9;280:13
**harm (1)**
31:19
**head (1)**
11:14
**hear (4)**
13:7;141:13,14;
223:10
**heard (1)**
44:13
**hearing (1)**
120:6
**held (4)**
13:24;14:5;21:2;
22:21
**help (3)**
33:22;43:2;261:12
**helps (2)**
168:8;215:22
**here's (4)**
74:1;227:16;258:25;
268:4
**hey (3)**
73:25;221:8;227:15
**high (4)**
139:5,22;215:9;
227:16
**higher (7)**
25:22;29:9,15,20;
101:14;279:12,16
**highlighted (1)**
112:2
**hire (4)**
182:23;184:6;187:3;
261:14
**history (43)**
13:19,23;14:2;16:20,
24;49:15;56:3;69:13;
71:17;76:25;77:8;
80:10,19,20;82:10,12,
18;84:17;85:2;94:16;
97:12,13,19,25;99:2;
115:17;122:8;141:19;
148:10;167:10;168:14;
181:24;186:18;188:6;
209:10;213:8;243:20;
247:12,22;249:3;
267:3;269:21;276:4
**hold (4)**
14:16,16;51:10;
114:16
**holder (1)**
23:8
**hour (1)**
176:15
**housed (2)**
18:5,16
**huh (1)**
210:6
**husband (4)**
105:13;142:13;
182:22;194:15
**husband's (2)**
146:10;187:5

# I

**IBR (52)**
28:23;37:21,24;
39:22;40:18,19;41:11;
47:6;54:15,20;55:6,13;
56:4,25;57:7,17;58:20,
23;64:7;66:11;68:17;
76:11;95:8;96:18;
97:14,15;148:13;
149:2,5;163:21;
186:18;191:14;203:5,
16;210:16;211:9;
213:15;217:6;219:2;
224:8;226:9;228:18;
229:2,3;236:12;
243:22;256:1,6,8;
270:9,14;272:18
**ideal (1)**
226:21
**ideally (2)**
142:23;144:5
**identification (62)**
53:22;56:18;60:3;
63:20;66:6;69:8;70:16;
71:15;72:12;77:24;
80:6;84:15;87:3;88:10;
89:13;90:5;91:4;92:6;
94:11;100:17;104:24;
106:10;111:3;115:14;
123:22;134:5;153:5;
154:16;158:23;160:4;
165:3,21;173:24;
178:23;180:12;198:15;
201:5;203:3;207:7;
208:19;212:17;224:25;
229:12;232:10;238:5,
21;239:22;240:12,24;
241:11,25;245:24;
246:16;250:15;252:17;
255:5;258:14;266:12;
268:25;269:8;273:14;
276:25
**identified (1)**
33:19
**identify (4)**
51:16;62:24;82:19,
19
**identifying (1)**
50:20
**IDR (57)**
24:22;26:3,6,15,18;
27:4,23;28:13;29:4,10,
23;30:13;31:9;32:1;
33:15;34:16;35:5,16;
36:1,6,21;37:4,14;
38:3;39:4,9;40:13;
42:24;76:5,7,9;87:18;
89:1,20;111:8;123:6;
130:23;131:5;132:5;
173:10;180:14;204:16,
22,24;206:8;209:22;
211:7;217:5,14,20;
219:11;224:17;228:6;
259:24;260:9;265:20;
273:18
**IDT (8)**
75:4,6,18;77:5;
224:15,16;226:6;
228:10
**ignore (1)**
86:16
**illness (1)**
34:3
**illustrates (1)**
136:18
**image (1)**
70:3
**imaged (1)**
142:2
**imagine (1)**
135:22
**imaging (2)**
149:5;194:20
**immediate (2)**
179:25;219:23
**immediately (4)**
201:23;219:18,25;
221:1
**impact (2)**
78:18;81:2
**implementation (1)**
265:18
**implementations (1)**
17:9
**implemented (1)**
265:17
**implementing (2)**
15:13;261:16
**important (1)**
170:16
**improper (1)**
67:6
**improperly (1)**
67:1
**improve (3)**
271:23;272:4,8
**improvement (2)**
274:7,11
**imputing (1)**
13:3
**inability (2)**
34:2,10
**inappropriate (3)**
148:1;192:22;221:24
**inbox (1)**
205:15
**Inc (2)**
18:7,9
**inclination (1)**
144:22
**include (4)**
43:14;112:5;204:11;
219:6
**included (4)**
61:15;67:19;133:14;
274:16
**includes (2)**
64:17;105:21
**including (1)**
265:18
**income (94)**
25:25;26:7;29:16,24,
25;30:2;31:10,21;
40:21;55:7;57:1;64:9;
66:12;101:8,9,19;
102:4,11,12,16,19;
105:2,21,22;106:21;
108:3;110:4,9;112:1,4,
12,13;113:10;114:6;
131:24;142:5,9,9,12,
18,22,22;143:15,17,18;
145:16;146:11;147:17;
148:2;150:16;153:9;
154:2,3;159:18,18;
162:1;166:8;182:20,
22;183:25;185:16,21;
194:5,7,15,17,23;
205:1;206:16,20;
207:12,23;209:4,24;
215:10,19,19;217:16;
218:20;221:21;226:24;
227:16;256:22;257:6,
8,11,16,17,18;274:22,
23;275:10;279:12,15
**income-based (38)**
23:25;26:12;28:6;
57:19;64:7;65:19;
66:25;71:24;72:16;
101:15;102:13;146:22;
176:7;190:11;191:10;
200:4;201:9;202:10;
211:13,16;214:12,23;
219:4;229:16;230:19;
234:10;236:7;254:16;
255:10;256:20;266:16;
267:5;275:2,9;276:10;
277:13,16;278:16
**income-driven (48)**
16:23;17:23;24:19;
25:23;69:16;87:9;
88:18;89:6;90:13;
91:11;92:14;100:23;
101:2,5,25;103:14,19;
112:17;114:4;131:25;
137:8;146:25;169:3,
22;172:25;175:7,16;
180:15,21;182:11;
199:25;200:3;201:12;
204:5;207:10;218:12;
234:16;236:1;238:12;
242:7;255:15;258:18;
259:2;262:8;263:21;
267:23;272:21;276:18
**income-sensitive (38)**
100:20;101:14;
105:6;106:15;107:19;
112:19;113:8,9;117:6;
141:25;142:20;146:20,
24;150:21;153:10;
155:5;158:25;160:8,
13;162:7;165:7;
168:24;169:24;170:17;
175:8,14,22,24;176:6;
177:5,6,17;179:2;
180:20;181:15;190:10;
191:10;207:19
**incoming (1)**
15:1
**inconsistency (1)**

154:6
**inconsistent (1)**
153:18
**incorrect (2)**
189:19;190:6
**incorrectly (4)**
62:18;76:16;145:6;
190:6
**increase (7)**
48:1;55:15;93:3;
260:22;261:3;272:17
**increased (1)**
60:18
**increasing (1)**
93:4
**increments (1)**
44:24
**incur (6)**
27:23;28:8;30:12;
48:6;133:21;152:4
**incurred (7)**
31:19;67:5;97:20;
133:12,20;152:6;158:9
**incurring (1)**
237:11
**indicate (22)**
85:15;86:3,9;87:20;
93:11;94:18;109:9;
112:24;116:14;147:22;
153:23;161:11,12;
172:19;174:17;227:11;
242:9;247:13;252:5;
254:13;257:10;279:22
**indicated (8)**
33:6;47:5;112:25;
145:21;164:5;170:15;
216:6;266:3
**indicates (13)**
22:10;59:8;94:21;
95:7;160:19;183:17;
184:6;205:8;224:16;
257:13;267:4;270:18;
277:5
**indicating (13)**
73:20;92:17;94:23,
25;142:5;156:24;
161:25;163:17;167:25;
175:13;177:25;191:1;
267:17
**indicative (1)**
248:5
**indirectly (1)**
15:15
**individual (1)**
143:25
**individuals (1)**
17:13
**individual's (1)**
144:1
**inform (3)**
68:21;147:17;232:1
**informally (1)**
113:17

**information (13)**
161:3;169:14,14;
173:6;182:14;206:10,
13;219:5;227:18;
238:9;246:5,23;254:11
**informing (1)**
229:1
**initial (3)**
21:1;36:6;235:9
**initially (2)**
27:22;236:24
**initiate (1)**
224:15
**inquiries (1)**
68:7
**inquiry (1)**
77:14
**inspectors (1)**
16:5
**instance (7)**
35:19;39:15;62:24;
147:25;190:18;231:20;
248:8
**instances (1)**
34:19
**instead (6)**
42:5;79:20;188:23;
221:1;223:15;271:13
**instruct (1)**
159:16
**instructions (15)**
111:25;112:3,16,23;
113:3,11;114:2;153:9,
15,17,19;154:1;207:18,
20,22
**intend (2)**
13:11;43:19
**intended (1)**
47:5
**intending (1)**
126:17
**intent (1)**
132:5
**intention (2)**
117:12;131:10
**interacted (1)**
149:6
**interaction (1)**
16:13
**interactive (1)**
149:7
**interdepartmental (1)**
75:7
**interest (143)**
27:12,15,18,24;28:9,
11;31:22;38:15,22;
43:17;45:17,23;46:3,4;
47:21;55:22;65:13,16;
67:6;68:15,18;73:9,22;
75:5,12,19;76:17;77:4,
14;78:5,9,15,19,21,25;
79:4;81:3,16;82:8,11,
21;85:5,7,11,15,16;

86:4,10;87:7,18,21;
88:18;89:1,19;90:12;
91:10;92:13,17;93:3,
23;97:9,20;98:25;
116:16;120:24;121:12,
19;122:14,15;128:2;
133:12,21;135:8;
136:19,22,25;137:23;
138:3,8,9,18,23;152:7;
156:5,8,11,13;157:12,
14,15,19,21,22;158:4,
11;162:11;168:21;
175:19,23;186:10,25;
193:5;195:14;197:5;
198:3;202:1,17;
211:22;214:6;220:19;
221:1,5;223:17;225:7,
12;231:5;238:10;
242:6,10,22,23;243:4,
6,15;244:6,15,24;
246:21,24;247:17;
248:9,10,22;249:1,12;
252:6,22,25;253:3;
275:17;279:2;280:7,16
**interested (2)**
92:18;242:12
**internal (2)**
63:9;141:23
**internally (1)**
110:13;264:24
**interpret (2)**
74:25;86:17
**interpretation (4)**
30:24;143:16;237:1,
3
**interpreting (2)**
71:21;79:22
**interpretive (1)**
30:25
**interrupt (1)**
22:14
**interrupted (1)**
81:6
**into (23)**
24:25;25:1,5;28:4;
35:6;37:4,6;40:16;
43:6;77:7;95:7,8;
96:17,22;97:15;99:7;
129:18;149:12;180:25;
202:14;221:2;236:24;
278:12
**introduced (2)**
272:7,13
**introducing (2)**
49:19,24
**investigate (1)**
132:18
**investigation (1)**
74:4
**involve (9)**
14:25;38:14,21;87:6,
9,17;89:19;97:9;177:9
**involved (3)**

15:8;17:13;37:21
**involvement (2)**
16:10;67:17
**involves (5)**
35:25;36:20;88:17,
25;239:6
**involving (5)**
19:10;91:9;92:13;
93:23;242:5
**irrelevant (1)**
86:17
**IRS (1)**
257:7
**ISR (2)**
161:19;164:7
**issue (10)**
40:21;44:17,19;
150:13;151:23;152:13;
171:24;206:16;221:6;
223:5
**issued (5)**
32:14;264:8,11,16;
267:5
**issues (3)**
39:7;206:25;233:9
**item (2)**
228:13;248:1
**items (4)**
43:15;44:13;265:10;
272:16

**J**

**January (21)**
58:20;60:11,13;
63:25;69:13;71:18;
75:21;78:4,11,17;
124:10;135:5;168:15;
179:21;243:8,12;
269:11,23;270:10;
276:9,17
**Jeff (1)**
10:7
**JEFFREY (2)**
10:3,19
**J-E-F-F-R-E-Y (1)**
10:19
**Jeri (1)**
79:8
**Jill (4)**
49:10;54:5;56:21;
60:7
**job (3)**
13:4,19,20
**jointly (3)**
105:23;142:17;216:7
**judge (2)**
11:16,21
**judging (1)**
201:18
**July (9)**
202:15;213:10;
214:2;228:17,23;

229:17;230:13;232:15;
245:2
**jumped (1)**
277:2
**June (22)**
154:21;186:18;
187:9,11,17,25;190:22;
191:4;192:8;193:19;
198:18;200:8,14;
201:8;203:8;210:10;
214:2;234:8,14,21;
245:1,2

**K**

**K008 (1)**
150:1
**keep (5)**
31:25;50:1;140:23;
141:4,16
**kind (61)**
14:24;27:12;33:25;
34:18;36:5,25;40:8;
42:24;44:15;47:14;
49:4;60:24;61:13,23;
62:13;63:4,8;67:14;
68:3,11;73:24;75:11;
77:3;80:24;84:24;
91:21;94:17;97:11;
98:22;100:22;103:14;
104:1;116:16;120:23;
127:19;130:3;136:17;
155:20;164:2;167:16;
172:12;175:1;189:13;
196:16,17;204:20;
211:17,24;219:3,7;
220:23;224:6;226:11;
227:3;228:12;261:4,
20;272:3;275:3,16,22
**kinds (5)**
14:20;34:14;123:4;
135:24;259:20
**Klapper (1)**
99:25
**knowing (1)**
41:17
**knowledge (2)**
61:19;204:9

**L**

**label (2)**
51:24;147:5
**labeled (1)**
53:11
**labels (1)**
50:2
**language (9)**
21:18,25;32:21;
33:18;68:5;71:21;
73:20;125:10;175:4
**lapsed (1)**
275:13

**lapses (2)**
  211:18;235:24
**large (1)**
  237:11
**larger (1)**
  279:6
**Lasley (1)**
  18:3
**last (25)**
  44:16;45:1,2;46:5;
  70:20;84:6;89:17;94:4;
  108:3;134:15,19;
  135:3;154:21;166:18;
  169:6;199:2;205:24;
  233:6;245:9;246:3,11,
  19;279:13,17;280:1
**late (3)**
  56:3;109:15;235:18
**later (3)**
  11:21;27:19;83:2;
  188:1;189:22;210:5;
  211:19
**law (3)**
  15:12;105:21;183:12
**lawsuit (3)**
  16:21;171:22;271:21
**lay (1)**
  246:3
**layman's (2)**
  128:13;188:18
**leads (1)**
  137:4
**least (13)**
  25:13;67:1;93:22;
  162:8,10;175:4;
  181:11;191:21;196:4,
  17;197:7;239:24;
  259:12
**leave (1)**
  121:13
**led (1)**
  143:8
**left (3)**
  176:21;273:8;280:2
**legal (7)**
  20:3;21:11;22:1;
  68:12;73:21;74:2,10
**legs (1)**
  176:15
**lender (1)**
  117:22
**length (2)**
  124:8;199:12
**less (6)**
  25:16;37:22;183:10;
  200:15;234:21;235:17
**letter (89)**
  57:17,20,21;65:12;
  66:8,10,24;67:4,9,12,
  16,20;68:20;70:6;
  72:14;73:19;74:11;
  78:2,8;79:8;81:22;
  105:25;106:12,19;

107:5;109:22;110:3,8;
112:5;134:7;135:7;
136:6;137:2;142:4,7;
147:15,25;149:8,17,23;
153:7;154:3,18,24;
155:2,4,18,20,25;
165:5,23;166:4,12;
168:16,25;170:12;
177:6;178:25;182:9,
19,22;183:16;184:2,6,
20;185:16,21;187:3;
198:17;201:7;202:1,9;
203:16;230:19;234:8;
251:23;252:19;255:7;
257:2;266:14;269:20;
272:6,7,8,13;273:16,
24;276:16;277:5
**letters (3)**
  67:23;68:2;70:4
**letting (1)**
  203:25
**level (3)**
  14:6;163:15;218:20
**levels (2)**
  163:10;266:3
**lied (1)**
  89:4
**life (3)**
  53:16;136:20;156:6
**lights (1)**
  274:25
**liked (1)**
  144:6
**likelihood (1)**
  195:4
**likely (5)**
  37:22;74:3;131:15;
  172:14;253:10
**limits (1)**
  44:15
**line (4)**
  14:6;136:21;204:22;
  209:22
**lines (2)**
  204:20,21
**Lisa (2)**
  99:23;172:15
**L-I-S-A (1)**
  172:17
**listed (2)**
  139:5;145:13
**listing (2)**
  112:6;156:2
**little (40)**
  13:4;16:17;39:16;
  42:20;46:10;53:16;
  71:20;73:14,17;80:11;
  89:15;90:7;91:6;93:19;
  101:12;102:5;120:10;
  129:13;140:24;144:18,
  23;147:1;155:20;
  160:15,16;169:9;
  176:14;182:14;185:2;

188:17;189:7;203:20;
204:15;207:18;217:19;
244:4;248:18;267:9;
269:24;270:10
**LLC (1)**
  12:22
**loading (1)**
  197:23
**loan (55)**
  13:20;14:18;15:6,12;
  16:7,12;17:2,11;18:22;
  19:5;23:7,14,21,21;
  24:4,13,15;25:14,19;
  26:11;29:12;46:19;
  48:2,4;65:14;77:6,8;
  81:15;83:13,15;93:12;
  121:6;129:17,18,19,20,
  21,23,25;130:2;
  136:20;140:2,7,9,14;
  156:7;158:12;168:22;
  231:17,23;246:8,22;
  247:7,14;265:1
**loans (45)**
  19:1,11,16;21:10,10,
  21,22;22:11,19,21,24;
  23:12,13,24;24:11;
  34:2;36:14;37:8;48:1;
  76:5;85:4;94:22,23;
  121:4,5;129:17;130:1;
  140:3;193:22;194:3;
  204:23,25;205:2,4,5,7,
  9;218:2;239:9,11;
  252:20;264:18;265:24;
  277:15,20
**located (2)**
  18:1,18
**location (4)**
  18:17;19:4,7,8
**locations (1)**
  18:7
**log (2)**
  114:24;170:18
**logging (1)**
  149:12
**log-in (1)**
  149:11
**long (12)**
  12:4;21:19;44:16;
  99:18,25;118:18;
  124:7;128:22;135:1,2;
  213:11;250:4
**longer (4)**
  20:2;24:13;44:18;
  171:2
**look (50)**
  52:23;54:7,23;74:24;
  79:16,19;82:16;83:1,8;
  85:1;88:15;92:11;
  94:17;100:8;104:8;
  109:25;122:7,18,18;
  123:15,24;125:2;
  127:18;129:4,7;133:5;
  135:23;137:1;145:11;

150:8;177:16;187:8;
191:13;195:19;201:19;
209:6;210:8,13;
228:16;239:10;242:1;
247:18;249:8,12;
251:11;253:18;257:1;
260:12;262:6;270:8
**looked (11)**
  50:15;98:2;135:24;
  146:5;153:16;155:4;
  177:22;178:3;182:12;
  244:1;265:14
**looking (49)**
  37:7;50:19;52:15,21;
  62:12;67:22;80:24;
  82:9,12;85:23;87:5;
  88:16;95:10;97:22;
  109:25;113:10;116:22;
  128:7,21;129:14;
  139:7;141:8,18;
  148:16;163:3;164:14;
  185:3;189:9;199:24;
  203:15;204:14;209:21;
  217:4;220:8;225:10,
  11,22;230:17;242:4;
  244:14;246:20;247:11;
  248:23;249:14;250:16;
  251:7,9;277:4;278:19
**looks (84)**
  56:21;57:6;60:10;
  70:24;71:22;73:11;
  80:9;83:19;92:24;
  103:4;105:4;106:13;
  109:23;112:10;115:24;
  116:8;125:6,18,23,24;
  128:3;130:16;132:3;
  134:8;139:5,9;141:22;
  144:3;145:18;149:1,3;
  150:11,13;151:19;
  159:7;166:13,25;
  167:19;174:7;175:8;
  181:6,8;183:20;
  184:18;185:20;187:10;
  189:4,7,11,14,17;
  196:16;197:13;199:1;
  200:2;202:1,9;207:9;
  208:22;210:23;213:3,
  11;218:6;220:9,22;
  228:24;230:4;232:14;
  239:7,9;245:4,11;
  250:19,20;251:24;
  253:24;255:8;257:19;
  258:17;263:20;264:21;
  272:22;276:17;277:8
**lose (1)**
  117:18
**lost (1)**
  278:1
**lot (12)**
  32:20;42:7;79:19,20;
  86:15;97:2;140:18;
  206:25;233:9;265:14;
  272:2,3

150:8;177:16;187:8;
191:13;195:19;201:19;
209:6;210:8,13;
228:16;239:10;242:1;
247:18;249:8,12;
251:11;253:18;257:1;
260:12;262:6;270:8
**loud (2)**
  11:14;141:5
**low (2)**
  26:7;162:10
**lower (4)**
  78:22;158:12;
  162:23;193:10
**lunch (3)**
  118:15;119:5;146:1

---

**M**

**Madam (1)**
  89:4
**maiden (1)**
  143:5
**mail (1)**
  15:1
**mailing (1)**
  257:12
**maintain (1)**
  27:17
**makes (4)**
  73:24;109:2;277:16;
  279:17
**making (18)**
  33:7;54:10;57:20;
  75:12;134:24;143:21,
  23;149:9,16,22;151:9;
  192:6;197:8;219:13;
  231:14;232:18;279:12,
  14
**manage (1)**
  40:25
**manageable (1)**
  41:12
**managed (1)**
  274:10
**Management (1)**
  111:12
**manager (1)**
  14:9
**managing (2)**
  14:18;15:1
**manner (5)**
  35:2;102:10,17;
  121:6;267:14
**manual (1)**
  61:17
**many (6)**
  46:12;61:25;63:3,10;
  97:3;132:23
**March (50)**
  108:5;109:15,23;
  111:16;115:20,24;
  120:19;124:1,13,17,23;
  125:3,8,19;128:16,19,
  20;130:12,17,19;
  131:17;133:14;134:8,
  24;135:6,17;136:7,13;
  137:3,17,20;138:19;
  141:20;147:16;151:11,
  15;166:18;168:24;

169:5;172:19;173:3;
174:6;177:17,24;
244:18,19;252:20;
260:20;266:21;270:14
**marital (1)**
218:20
**mark (3)**
50:8,11;52:7
**marked (102)**
9:4;53:21;56:13,17;
59:17;60:2;63:15,19;
66:2,5;69:3,7;70:11,
15;71:14;72:7,11,23;
77:18,23;80:3,5;84:14;
86:23;87:2;88:7,9;
89:9,12;90:4;91:3;
92:5;94:10;100:16;
104:23;106:9;107:13;
111:2;115:13;123:21;
133:25,25;134:4;
139:14;141:10;144:14;
147:13;148:7;153:4;
154:11,15;155:15;
158:22;160:3;164:22;
165:2,17,20;167:7;
168:12;173:19,23;
178:18,19,22;180:7,11;
184:13;198:14;199:21;
201:4;203:2,13;207:6;
208:18;212:16;217:2;
224:24;225:20;229:11;
232:9;238:4,20;
239:21;240:11,23;
241:10,24;245:23;
246:15;250:14;252:16;
255:4,23;258:13;
262:4;266:11;268:24;
269:7;270:5;273:13;
276:24
**married (4)**
143:6;215:15;218:4,
8
**match (5)**
98:21;243:16;245:5;
247:21;249:14
**matching (1)**
269:23
**materials (5)**
56:21;57:25;66:16;
71:25;199:16
**math (1)**
162:4
**maximum (1)**
44:24
**may (66)**
11:15;15:25;21:3;
37:2,5;43:15;46:18;
67:5;112:5;114:20;
115:25;117:18,23,24,
25;142:25;143:8;
150:13;155:1,24;
156:15;157:3,16;
160:6,7;161:20;163:3;

165:6,24;166:14,18,23;
167:10,15;170:15;
174:22;177:20,21;
179:1;180:16;181:7,9;
182:10,16;184:16,24,
25;187:11,17;189:7;
191:20;196:23;200:13;
217:20;218:5,11,20;
220:8;222:7;224:5;
232:15;244:20;245:1,
14;252:6;266:2
**maybe (8)**
27:18;83:18;84:18;
129:13;139:19;148:1;
196:15;225:24
**MDOC (3)**
70:2;142:1;149:4
**mean (43)**
15:24;16:2;18:9;
21:8;23:16;32:11;33:2;
34:4,6;36:4;57:8;
62:14;69:17;77:1;
80:18;82:6;83:7;96:20;
126:22;130:8;134:18;
145:18;156:21;160:9,
16;163:6;168:18;
178:8;191:3,14;196:9,
24;200:9;210:1;211:8;
218:4,13;222:6;227:5;
235:14;239:8;262:14,
23
**means (21)**
21:7;23:3;75:25;
78:12;116:15;117:20;
126:16;128:13;131:22;
169:9;184:18;188:14;
193:23;194:12;203:20;
252:23;267:10;274:19;
278:1;279:4,16
**meant (2)**
78:24;199:6
**meet (7)**
16:25;17:7,13;20:25;
31:24;162:10;175:18
**meeting (1)**
113:18
**meetings (2)**
17:4,19
**memo (9)**
113:22;263:10,14,
15,17;264:7,23;265:9,
10
**memory (1)**
109:12
**memo's (1)**
265:3
**mention (1)**
205:25
**mentioned (17)**
11:4;16:14;29:7;
38:22;39:17;47:10;
60:21;76:8;96:14;
131:1;132:16;133:6;

144:19;193:16;214:17;
265:16;274:12
**message (1)**
161:9
**messages (1)**
170:12
**met (2)**
17:16;21:2
**mid (1)**
226:22
**middle (9)**
167:17;185:13;
187:9;199:25;207:17;
218:21;230:4;251:11;
257:2
**might (25)**
25:15;37:15;38:9;
51:11;74:3;83:16;
94:13;118:17;122:25;
127:13;129:10;132:16;
144:3;146:1,6;152:4;
171:9;173:2,11;
185:23;205:12;206:3;
225:13,16;234:3
**MILLER (132)**
49:24;50:8,17,22;
51:9,14,22;52:9,16,20;
53:1,8;56:12;59:16,22;
63:14;66:1;69:2;70:11;
71:8;72:7,22;74:17,21;
76:21;77:18;80:2;84:5,
11;86:22;88:6;89:9;
90:1,25;92:2;94:7;
98:9;100:13;102:25;
104:20;106:6;107:11;
109:19;110:23;111:20;
114:11,15;115:4,8,10;
118:5,17;123:17;
133:24;139:13;141:7;
144:13;147:7,11;
148:6;150:5;152:24;
154:10;155:13;158:17;
159:24;164:12,18,21;
165:16;167:6;168:11;
173:18,25;176:24;
177:1;178:17;180:6;
182:5;184:11;185:7,9;
186:14;198:9;199:20;
200:24;202:21;203:12;
206:2,6;207:2;208:8,
11,14;209:15,19;
212:12;215:24;217:1;
224:20;225:19;228:2;
229:7;230:2;232:5;
233:24;238:1,17;
239:18;240:9,21;
241:8,22;245:20;
246:12;250:10;252:11;
255:1,22;258:10;
262:3;263:7;266:8,25;
268:20;269:1,4;270:4;
273:4,10;276:1,21
**mimic (1)**

96:6
**mind (1)**
79:21
**minimum (1)**
25:13
**minor (1)**
23:11
**minutes (7)**
99:20;119:1;233:15,
15;250:1;273:8;280:2
**misapplied (1)**
148:1
**mislabeled (2)**
115:5;118:7
**mismarked (1)**
114:18
**missing (1)**
206:15
**misspoke (1)**
59:23
**mistake (1)**
74:1
**misunderstood (1)**
49:2
**Mitchell (1)**
263:11
**model (3)**
219:2,3,7
**moment (10)**
20:10;98:2;120:3,16;
139:2;174:7;178:3;
234:7;263:25;274:15
**Monday (1)**
108:14
**monetary (6)**
80:19,20;97:13,25;
247:22;249:3
**month (17)**
64:2;65:3,7;69:19;
71:1;162:2;183:21;
191:20;194:7,24;
202:11;266:17;278:12,
17;279:1,2,22
**monthly (28)**
24:9;26:8;54:10,15;
55:14;58:14,15,17;
60:8;70:1;110:9;
113:10;145:16;146:24;
150:16;159:18;162:1,
8,11,11,20;166:8;
167:22;211:10,20;
266:16;278:2,5
**months (8)**
44:18,25;62:20;
125:1;174:21;199:2;
222:11;264:8
**more (35)**
19:15;24:14;28:1;
36:23;37:15;40:17;
50:13,20;62:3,6,9,11;
84:2;96:1;113:20;
127:2;129:14;137:7,
10,16;140:16;151:6;

188:18;204:15;205:11;
206:25;207:20;208:3;
233:9;244:4;248:18;
253:2;278:9,17;279:10
**most (7)**
17:17;101:13,17;
131:15;172:14;253:10;
257:9
**move (8)**
86:13;185:1;209:12;
223:1;227:25;238:8;
249:25;250:5
**moved (1)**
206:4
**moving (2)**
212:21;266:6
**MPA (2)**
211:8,10
**much (10)**
84:3;133:18;140:19;
157:19;186:9;207:20;
233:8,9;239:15;250:4
**multipayments (1)**
33:10
**multiple (4)**
36:5;195:17,22;
197:11
**must (7)**
106:21;110:6,6;
112:3;154:1;210:5,25
**MYL (1)**
149:10
**myself (2)**
137:23;183:5

**N**

**nail (1)**
249:23
**name (12)**
10:14,17;13:14;
143:5,5,6,7,9,12,14;
144:1;172:14
**names (2)**
17:15;144:8
**Nancy (1)**
248:4
**nature (9)**
16:19;68:12;148:2;
221:13;223:7;224:4;
226:11;243:23;272:14
**Navient (139)**
12:3,9,10,13,14,20;
13:1,10,11,13;18:5,6,8,
9,12,18,21;19:16,23;
21:9,19;22:17,20,24;
23:3,5,6;24:8,10,14;
29:24;30:2,17;31:8,11,
25;36:13;39:4;40:10;
41:6,18;43:9;54:5,21;
55:5,12;56:22;62:1,8;
63:24;66:9,16,25;67:5,
11;68:21;69:17;71:3,

24;72:14;74:2;79:9,17;
83:14;103:7;105:3;
106:12;107:18;109:10,
22;110:13;116:20;
131:12;132:3,17;
134:7;136:6;147:15;
149:19;153:7;154:18;
155:7,18;158:10;
160:25;161:5;165:5,
23;170:24;171:15,23;
174:5;175:10;178:25;
180:16;181:22;182:10,
16;191:4;201:7;203:6,
22;205:4,15;207:11;
208:2;209:5;211:1;
223:2;232:23;251:23;
252:19;254:14,15;
255:7;258:5,16,25;
259:18;260:8,19;
262:12,23;265:2,5,8,
13;266:14;267:4;
268:14;270:21;273:16,
18,25;274:10;276:9,
16;277:9;280:3

**Navient's (14)**
15:19,23;19:4,9,10;
30:19,23;39:1;53:5;
63:7;78:2;237:3;
260:21;271:13

**near (1)**
20:24

**necessarily (4)**
32:12;74:9;101:10;
156:21

**necessary (9)**
25:18;31:18;145:9;
152:1;157:6;168:1,4;
192:11;237:7

**need (38)**
11:22;13:13,23;
18:14;38:1;48:11,14,
17;52:7;80:10;85:1;
97:11,24;99:19;102:3;
112:11,14,25;137:1;
147:4;151:20;153:21,
22;163:14;196:13;
207:22;218:2;231:25;
234:3;237:22;239:14;
249:25;257:14,14,15;
261:14;265:24;271:16

**needed (6)**
30:1;55:5;67:19;
159:12,17;278:6

**needing (1)**
33:8

**needs (2)**
25:13;62:20

**neighborhood (1)**
215:5

**neither (4)**
36:3;86:3;123:1,11

**network (1)**
173:6

**new (39)**
17:9;31:21,21;35:6;
58:11;150:21;152:22;
154:10;158:17;161:12,
15;165:16;169:18;
171:17;172:23;173:12,
18;178:17;180:6;
182:4;198:9;200:24;
202:21;203:25;207:2;
208:14;212:12;216:17;
220:2;229:7,22;255:1;
261:15,16;267:17;
270:23;271:11;272:6,
13

**next (33)**
43:22;46:14,15;80:9;
81:23;84:1,8;86:7,13;
87:14;88:3,22;90:16;
91:14;93:9;97:6;98:7;
118:9;134:16,24;
135:19;154:25;159:4;
160:14,15;181:4;
240:8,20;241:7,21;
245:18;248:4;267:9

**nexus (1)**
46:11

**Nobody (1)**
61:6

**NOI (2)**
206:8,9

**Non-Capping (5)**
115:21;116:15;
158:8;188:22;253:19

**none (1)**
85:22

**non-regulatory (1)**
163:13

**nor (1)**
36:4

**normal (1)**
16:24

**normally (1)**
249:1

**noted (1)**
91:21

**notes (10)**
56:4,24;73:5;116:14,
23;133:5;155:24;
181:24;189:22;254:13

**notice (45)**
10:8,11;54:21;55:12,
20;58:21;59:2,11;
63:24;67:5;169:1;
172:20;173:3,10;
174:5,24;175:4,11;
176:9;177:23;178:3,6;
179:22;181:14;182:14;
195:10;203:5,20;
206:10;207:17;218:19;
253:4;254:5;267:5,15,
20;268:5;269:10;
270:9,15,22;271:6,9,
12,13

**noticed (3)**
143:2;156:19;170:23

**notices (6)**
172:21;175:7;
177:11,25;204:10;
205:11

**notification (4)**
219:10;270:22;
271:15,23

**notified (1)**
271:1

**notify (3)**
66:25;257:3,14

**notion (1)**
102:6

**November (7)**
66:17;73:6;74:25;
81:10,13;111:14;239:1

**NSL (3)**
12:20;53:24;233:22

**NSL_BALLARD (2)**
71:11;74:17

**NSL_BALLARD_0000004 (2)**
63:13,16

**NSL_BALLARD_0000011 (1)**
59:15

**NSL_BALLARD_0000015 (1)**
70:10

**NSL_BALLARD_0000019 (2)**
72:6,9

**NSL_BALLARD_000015 (1)**
70:13

**NSL_BALLARD_0000589 (2)**
77:17,20

**NSL_BALLARD_0000823 (1)**
55:25

**NSL_BALLARD_0000824 (1)**
71:7

**NSL_BALLARD_0000838 (1)**
72:21

**NSL_BALLARD_0000839 (1)**
74:20

**NSL_BALLARD_0000840 (1)**
76:20

**NSL_BALLARD_0000843 (1)**
65:25;66:3

**NSL_BALLARD_0000862 (2)**
69:1,4

**NSL_BALLARD_00011 (1)**
59:18

**NSL_BALLARD_0002612 (1)**
20:12

**NSL_BALLARD_0002625 (1)**
20:21

**NSL_BALLARD_0002961 (1)**
54:18

**NSL_BALLARD_0002962 (1)**
55:9

**NSL_BALLARD_0002970 (2)**
49:18;53:25

**NSL_BALLARD_0003276 (1)**
79:25

**NSL_BALLARD_0003277 (1)**

80:1

**NSL_BALLARD_0003278 (1)**
84:9

**NSL_BALLARD_0003281 (1)**
84:10

**NSL_BALLARD_0003282 (1)**
86:20

**NSL_BALLARD_0003283 (1)**
86:21

**NSL_BALLARD_0003284 (1)**
88:4

**NSL_BALLARD_0003287 (1)**
88:5

**NSL_BALLARD_0003288 (1)**
89:7

**NSL_BALLARD_0003290 (1)**
89:8

**NSL_BALLARD_0003291 (1)**
89:24

**NSL_BALLARD_0003294 (1)**
89:25

**NSL_BALLARD_0003295 (1)**
90:23

**NSL_BALLARD_0003298 (1)**
90:24

**NSL_BALLARD_0003299 (1)**
91:25

**NSL_BALLARD_0003300 (1)**
92:1

**NSL_BALLARD_0003301 (1)**
94:5

**NSL_BALLARD_0003305 (1)**
94:6

**NSL_BALLARD_000823 (1)**
56:14

**NSL_BALLARD_2612 (1)**
53:11

**NSL_POKORNI (5)**
252:10;253:15;
257:24;262:2;268:19

**NSL_POKORNI_0001205 (1)**
8:22

**NSL_POKORNI_0001211 (1)**
8:23

**NSL_POKORNI_0001317 (1)**
8:24

**NSL_POKORNI_0001335 (1)**
8:25

**NSL_POKORNI_0001349 (1)**
9:5

**NSL_POKORNI_0001350 (1)**
9:6

**NSL_POKORNI_0001387 (1)**
9:7

**NSL_POKORNI_0001389 (1)**
9:8

**NSL_POKORNI_0001398 (1)**
9:9

**NSL_POKORNI_0001399 (1)**
9:10

**NSL_POKORNI_0001427 (1)**
9:11

**NSL_POKORNI_0001429 (1)**

9:12

**NSL_POKORNI_0001476 (1)**
9:13

**NSL_POKORNI_0001477 (1)**
9:14

**NSL_POKORNI_0001665 (1)**
250:9

**NSL_POKORNI_0001695 (1)**
8:21

**NSL_VARNO (8)**
139:17;144:12;
168:10;176:22;183:2;
208:16;233:23;239:17

**NSL_VARNO_ (1)**
144:15

**NSL_VARNO_0001825 (2)**
6:5;106:5

**NSL_VARNO_0001829 (1)**
6:6

**NSL_VARNO_0001837 (1)**
109:18

**NSL_VARNO_0001841 (3)**
6:12;134:1;136:4

**NSL_VARNO_0001843 (2)**
132:13;133:3

**NSL_VARNO_0001847 (1)**
6:13

**NSL_VARNO_0001864 (1)**
6:14

**NSL_VARNO_0001866 (1)**
6:14

**NSL_VARNO_0001869 (3)**
6:15;152:9;153:1

**NSL_VARNO_0001871 (1)**
155:12

**NSL_VARNO_0001879 (3)**
6:17;154:9,12

**NSL_VARNO_0001883 (1)**
6:18

**NSL_VARNO_0001887 (3)**
6:23;164:11,23

**NSL_VARNO_0001891 (1)**
6:24

**NSL_VARNO_0001892 (2)**
7:3;165:18

**NSL_VARNO_0001895 (1)**
7:4

**NSL_VARNO_0001949 (2)**
7:5;173:21

**NSL_VARNO_0001951 (1)**
173:17

**NSL_VARNO_0001954 (1)**
7:6

**NSL_VARNO_0001964 (3)**
7:7;178:16,20

**NSL_VARNO_0001981 (2)**
7:10;198:11

**NSL_VARNO_0001983 (1)**
197:21

**NSL_VARNO_0001987 (1)**
7:11

**NSL_VARNO_0001988 (3)**
7:12;200:23;201:1

NSL_VARNO_0001989 (1)
7:13
NSL_VARNO_0002011 (3)
7:14;202:20,23
NSL_VARNO_0002013 (1)
7:15
NSL_VARNO_0002014 (4)
7:16;205:22;207:4;
208:7
NSL_VARNO_0002017 (1)
7:17
NSL_VARNO_0002022 (1)
7:20
NSL_VARNO_0002029 (1)
7:21
NSL_VARNO_0002041 (1)
7:22
NSL_VARNO_0002050 (1)
7:23
NSL_VARNO_0002062 (2)
7:24;229:9
NSL_VARNO_0002068 (1)
7:25
NSL_VARNO_0002073 (2)
8:3;232:6
NSL_VARNO_0002080 (1)
8:4
NSL_VARNO_0002291 (3)
6:21;160:1;164:16
NSL_VARNO_000230 (1)
150:4
NSL_VARNO_0002301 (4)
6:9,10;114:10;
123:19
NSL_VARNO_0002302 (2)
118:4;122:21
NSL_VARNO_0002303 (1)
140:22
NSL_VARNO_0002304 (1)
148:5
NSL_VARNO_0002305 (1)
6:11
NSL_VARNO_0002307 (1)
159:23
NSL_VARNO_0002308 (1)
167:5
NSL_VARNO_0002313 (1)
184:10
NSL_VARNO_0002314 (1)
186:13
NSL_VARNO_0002320 (1)
209:13
NSL_VARNO_0002357 (1)
6:22
NSL_VARNO_0002369 (2)
6:3;104:19
NSL_VARNO_0002370 (2)
6:4,16
NSL_VARNO_0002371 (1)
100:12
NSL_VARNO_0002372 (1)
102:23
NSL_VARNO_0002373 (1)

107:10
NSL_VARNO_0002383 (3)
6:19;158:16,19
NSL_VARNO_0002384 (1)
6:20
NSL_VARNO_0002387 (2)
7:8;180:8
NSL_VARNO_0002395 (1)
7:9
NSL_VARNO_0002413 (1)
7:18
NSL_VARNO_0002415 (1)
7:19
NSL_VARNO_0003350 (2)
8:5;236:19
NSL_VARNO_0003351 (2)
8:6;238:16
NSL_VARNO_0003352 (1)
8:7
NSL_VARNO_0003354 (1)
8:8
NSL_VARNO_0003355 (1)
8:9
NSL_VARNO_0003357 (1)
8:10
NSL_VARNO_0003358 (1)
8:11
NSL_VARNO_0003360 (1)
8:12
NSL_VARNO_0003361 (1)
8:13
NSL_VARNO_0003363 (1)
8:14
NSL_VARNO_0003364 (1)
8:15
NSL_VARNO_0003368 (1)
8:16
NSL_VARNO_0003369 (1)
8:17
NSL_VARNO_0003372 (1)
8:18
NSL_VARNO_0003373 (1)
8:19
NSL_VARNO_0003377 (1)
8:20
NSL_VARNO_002391 (1)
182:3
NSL_VARNO_02316 (1)
199:19
NSL_VARNO_2041 (1)
224:21
NSLDS (6)
204:16,23;205:6;
217:20,25;265:24
nullified (1)
248:6
number (149)
13:23;33:3;52:1,11;
53:21;56:17;60:2;
61:15;63:19;66:5;69:7;
70:15;71:14;72:11;
77:23;80:5;82:1;84:12,
14;87:2;88:9;89:12;

90:4;91:3;92:5;94:10;
100:14,16;104:23;
106:7,9;107:12,12;
109:20;110:24;111:2;
114:12;115:11,13;
123:18,21;134:4;
136:15;139:14;141:10;
144:14;147:8,12;
148:7;150:6;152:25;
153:4;154:11,15;
155:15;156:2;158:18,
22;159:25;160:3;
164:15,22;165:2,17,20;
167:7;168:12;173:20,
23;177:2;178:18,22;
179:13,14;180:7,11;
182:6;184:12;186:15;
198:10,14;199:21;
200:25;201:4;202:22;
203:2,13;206:3;207:3,
6;208:15,18;209:16;
212:13,16;215:25;
217:2;224:21,24;
225:20;228:3;229:8,
11;230:2;232:6,9;
238:2,4,18,20;239:19,
21;240:9,11,21,23;
241:8,10,24;245:21,23;
246:12,15;250:11,14;
252:13,16;255:2,4,23;
258:11,13;262:4;
263:8;266:9,11;267:1;
268:21,24;269:5,7;
273:5,11,13;274:13;
276:2,22,24;278:11
numbers (6)
50:3,5,13;51:21;
52:14,17

# O

object (1)
11:15
objection (3)
11:18,19,21
objections (1)
11:17
obligation (1)
231:16
obtain (2)
17:12;41:11
obtained (1)
40:20
obvious (1)
222:8
obviously (1)
274:8
OCA (11)
67:18,25;68:3,13;
73:7,23;74:5,8,12;
75:3;77:12
occasion (1)
17:10

Occasionally (1)
68:2
occur (15)
31:24;33:4;34:18;
36:6;37:25;61:22;
62:21;98:25;122:5;
157:2;175:18;176:1;
195:21;249:18;279:21
occurred (38)
45:11;61:25;62:11;
63:4,10;64:22;65:17,
18,21;67:2;75:5,19,21,
22;76:2,12,17;79:14;
80:23;82:21;83:10;
99:8;129:5;131:7,15;
132:19;133:13;135:11,
15,16;137:24;157:23;
189:6;190:19;195:11,
20;213:6;276:5
occurrence (3)
36:2;156:25;261:1
occurring (5)
61:19;85:8;193:25;
218:7;274:15
occurs (4)
32:3;39:15;176:2;
279:18
October (7)
54:6,22;83:4;106:1;
243:7,11;249:4
off (11)
11:24;27:19;50:6;
53:15,18;94:22;100:1;
108:18;131:16;176:22;
225:15
offer (10)
40:11;41:7,19;44:25;
71:4;105:11;183:9;
184:19;185:16,21
offered (6)
30:25;32:14;41:8;
42:1;44:23;131:11
office (9)
14:24;15:19,23;16:1;
18:1;67:10,21;78:3;
111:12
offices (1)
18:6
official (4)
15:10;62:8;131:12;
223:2
officially (2)
265:3;272:23
officials (4)
16:11;17:1,16;35:14
often (4)
17:17;132:18,19;
155:23
oftentimes (2)
68:4;219:2
old (2)
80:10;84:17
onboard (1)

83:15
once (12)
28:13;140:15;
195:24;213:24;214:21;
215:10;216:11;220:2;
227:14;229:2,3;277:8
one (106)
10:22;12:16;13:3;
28:1,14;34:6;37:14;
38:21;40:14;41:8,20;
42:1;43:1;46:1;50:20,
23,24,25;51:6,13;52:7,
10;58:10,15;74:7,15;
76:15,17,24;77:21;
83:7,22,22;92:20;98:1,
3;99:1;106:14;107:20,
21;112:3,11;114:6,16;
118:7,11;121:16,24;
122:1;123:2,5,9,9;
125:1;127:3;129:18,
19,23;130:18;131:20;
136:11;138:1;139:2;
144:9;145:1,4;147:5;
148:12,15;154:2;
160:9;163:6;165:11,
25;170:15;178:4,19;
179:9;182:10;183:21;
186:11;195:21;196:20;
202:7;205:11,23;
207:22;208:10;209:7;
217:23;225:14,15;
228:14;230:8;231:13;
234:1;248:1;256:19;
259:1;270:7;277:25;
278:9,12,17,25;279:10
one-off (1)
132:17
ones (5)
92:19;100:23,25;
171:6;242:18
one's (2)
102:10;110:8
online (11)
160:25;169:15;
170:5;171:6;173:7;
174:8;257:5,7;267:16;
268:14;270:24
only (33)
12:9,10;16:13;23:23;
39:22;51:5,12;76:17;
103:17;112:11,20;
118:7,11;122:15;
125:1;145:9;147:21;
176:5;178:4;180:20;
193:22;194:2;207:22;
215:20;232:22;235:9,
17;236:23;239:6;
250:1;273:7;280:2,7
on-time (1)
117:23
onto (3)
38:5;83:16;138:9
open (1)

161:3
**operate (1)**
101:11
**operates (1)**
102:4
**operations (7)**
14:10,15,22,24;
15:25;18:23;19:10
**opportunity (1)**
278:2
**opposed (9)**
73:15;102:12;121:4;
127:22;160:24;173:7;
221:7;277:25;279:7
**option (22)**
27:20,21;39:6,8;
40:11;41:8,20;42:1;
43:2,4,4;59:5;131:12;
219:21;221:10;222:14,
16,22;223:3,4;227:19;
231:24
**options (7)**
41:18,25;57:22;
231:18,19;232:2;257:5
**oral (3)**
36:15;42:6,17
**orally (6)**
36:9;125:5,12,17;
189:10;190:2
**order (7)**
44:3;67:20;80:13;
110:5;163:7,13;261:14
**original (4)**
77:13;164:3;200:12;
213:25
**originally (5)**
76:4;162:6;166:17;
174:21;189:17
**otherwise (1)**
214:10
**out (32)**
11:14;34:23;40:1;
46:12;48:23;53:17;
58:15;63:3,10;86:18;
114:24;118:16,22;
127:24;131:17;132:18;
138:22;140:5;142:4;
149:8;156:2;160:11;
172:3;215:1;237:17;
242:16;243:14;246:3;
248:2;274:25;278:1;
279:20
**outcome (2)**
221:3;223:17
**outdated (1)**
107:6
**outgoing (1)**
160:18
**outlined (2)**
34:18;169:25
**outlines (1)**
136:14
**outlining (2)**

160:12;168:20
**outside (5)**
113:25;204:23,24;
205:1;218:1
**outstanding (7)**
37:3;81:16;121:17;
140:4;156:4,13;157:14
**over (16)**
13:24;36:9,20,25;
37:16;42:8;47:11;68:7;
109:25;136:20;141:20;
156:6;161:3;173:6;
176:14;228:14
**overlap (5)**
49:6;126:19;127:1;
128:6;133:7
**overlapped (3)**
128:4;198:1;214:18
**overlapping (3)**
49:1;196:12;197:3
**override (1)**
130:6
**oversaw (1)**
14:20
**overseeing (1)**
14:18
**overview (1)**
17:12
**owe (3)**
25:21,22;65:9
**owed (2)**
29:9;65:6
**owes (3)**
29:6;64:10;65:3
**own (5)**
30:19;37:3;186:1;
196:2;258:7
**owned (2)**
22:18,20
**owner (2)**
23:6;83:18
**ownership (1)**
83:18

**P**

**P099 (1)**
58:13
**P102 (1)**
58:14
**pace (1)**
176:23
**PAGE (85)**
6:2;7:2;8:2;9:2;
20:24;50:20,25;51:6,
13;52:22;54:20;55:11;
71:10;72:24;77:21;
80:9,17;84:6;85:15,23;
86:7;87:14,16;88:12,
13,15,17,22,25;89:17;
90:7,10,16,19;91:14,
22;92:11;94:1;95:2;
96:12;97:6,8;102:24;

107:14;111:19,23;
118:11;134:2;139:15;
141:19;146:15;147:8;
155:14,16;159:4,6,17;
167:9,17;177:5,25;
178:19;180:14;181:4;
184:11,15;185:10,14;
186:15;187:9;193:1;
199:21,25;207:18;
218:22;226:1;239:4;
242:4;244:14,23;
245:9;248:21;249:8;
251:11;263:17
**pages (8)**
50:24;51:12,17;
58:11,16;212:20;
246:23,25
**paid (10)**
24:10,15;153:11,22;
154:4;156:5,6;168:21;
184:3;239:9
**panoply (2)**
41:18;231:18
**paper (1)**
48:2
**paperwork (1)**
237:12
**paragraph (1)**
174:16
**part (27)**
50:9;52:9;58:23;
72:23;74:22;76:22;
118:6;139:13;141:9;
147:12;148:6;150:6;
155:13;167:6;168:11;
171:22;182:5;186:14;
208:2;215:24;225:19;
236:7;239:11;262:3;
263:7;270:4;274:16
**partial (2)**
26:2,17
**particular (40)**
24:2;27:14;31:5;
35:15,20;37:6;41:13;
43:6;51:4;58:2;61:8,
19,23;62:6,10,16,17,
25;73:19;74:11,12;
96:3;127:3,19;170:12;
190:18;224:5;239:8;
253:4;259:12;260:1,2;
261:21;263:3;271:14;
274:15,18,21;277:23;
278:20
**particularly (1)**
23:19
**parties (1)**
10:9
**past (11)**
13:25;88:12,12;90:7;
124:19,19;172:22;
233:12;239:25;251:15;
258:1
**patience (1)**

250:3
**Paul (1)**
97:14
**pay (28)**
27:18;29:12;34:2,10;
43:20;101:22;108:7,8;
109:3;110:5,7;112:6,
24;113:1,7,12;145:10,
12,15,20;146:19;
147:22;153:24;162:8,
9;183:17;184:7;221:3
**payable (1)**
183:10
**paying (2)**
59:3,12
**payment (108)**
16:22;25:4,5,11,13,
16,17,18;28:21,25;
29:11,18;31:20;35:6,9,
10;40:20,23,24;41:12;
43:22;54:15;64:13,23;
66:20;70:24;71:4;
81:13,14,15,21;82:2;
93:15;101:15;102:7,8;
117:13;134:17,23;
136:14,16,17;137:3;
151:12;154:25;156:2;
160:8,12;161:20;
162:3,6,13,18,19,23,
25;164:4,8;166:6;
167:21,22;176:3;
179:15,20;192:4;
201:23;205:2,3;
211:10;213:16,17,22,
24;215:2,3,18;216:4,6,
12,18,21;218:2;219:7,
12,22;220:2,15;
221:16;224:8;226:22;
229:23;230:13,15,25;
231:1;235:16;236:9,
10;253:6;266:16;
278:2,5,9,20,23;
279:13,16,17
**payments (52)**
15:1;26:8,10;33:7,8;
35:4;54:10;55:14;
57:21;60:18;67:1;
68:22;70:20;72:17;
117:23;136:15;149:9,
16,22;151:9;156:2;
165:8;166:1,10;
179:14,14,17,19;192:4,
6;199:1,4;202:11;
211:20;213:20;214:25;
216:17;219:14,17;
220:14,25;221:22;
222:4,9;229:20;
230:14;232:19,19;
275:11;277:16;278:11;
279:14
**paystub (2)**
107:18,25;108:7;
109:2,24;110:4;112:5,

12;142:13;143:2,9;
144:1;145:5,12,13,13,
21,25;146:5,10;
147:21;208:22;210:4,
5,25;211:3
**paystubs (9)**
110:12;145:8;
147:19;153:12,21,23;
154:4;187:5;194:14
**pending (3)**
11:24;188:3;191:4
**Pennsylvania (3)**
17:12;18:4,17
**people's (1)**
48:1
**per (14)**
25:14;64:2;114:6;
129:15;161:19,21;
162:2;164:3;179:18;
183:10;194:7;202:11;
207:23;266:17
**percent (4)**
101:21;162:3,18;
166:7
**percentage (1)**
101:20
**percentages (1)**
101:9
**perform (1)**
18:22
**performing (2)**
62:13;63:8
**perhaps (7)**
35:3;39:24;49:2;
113:18;117:5;157:25;
271:10
**period (56)**
29:13;35:3,6;46:23;
48:7,18;59:1;60:14;
65:19,20;68:7;94:20;
95:3,20;96:17;99:3;
108:7,8,14;109:3;
124:10,21;126:6;
128:3;145:12;155:8;
157:17;167:1;174:22;
175:15;188:24;189:24;
198:19;199:10;200:20;
211:21,23;213:18,25;
215:2;221:4;226:12,
22,23;230:15;232:18;
235:3;237:19,23;
263:4;272:11;275:12,
17;277:16;278:3;
279:14
**periods (2)**
95:6;145:15
**permanent (3)**
29:3;58:21;270:14
**permission (1)**
163:15
**permissions (4)**
163:4,9,10,18
**permitted (2)**

21:9;36:13
**person (11)**
32:1;37:15;38:17;
142:6;143:15,23;
172:12;195:4,6;
211:17;222:11
**personal (8)**
144:24;160:23;
161:6;171:7,8,16,18;
204:11
**person's (2)**
41:2;142:9
**pertinent (1)**
219:5
**phase (1)**
233:6
**phone (10)**
36:10,20,25;37:16;
42:9;47:11;117:11;
223:11;227:15;254:9
**phrase (1)**
158:2
**phrasing (1)**
79:3
**physically (1)**
78:16
**PIBR (2)**
95:7;96:15
**pick (1)**
176:23
**piece (4)**
112:3;154:2;207:23;
209:4
**pinpoint (1)**
62:16
**place (9)**
121:14;126:14;
130:4;151:14;176:13;
188:8;196:10;198:3;
200:19
**placed (3)**
25:1,5;35:5
**places (1)**
188:16
**placing (1)**
150:14
**plaintiff (3)**
54:5;98:8;100:7
**PLAINTIFFS (9)**
10:12,22;22:16,21;
43:25;49:9,13;110:22;
170:25
**plan (234)**
16:23;17:24;23:25;
24:2;25:1,4,5,6,9,10,
18,18,21,23;26:4,12,
15,16,19;27:4,23;28:6,
8,12,13,16,18,23,25;
29:2,4,7,10;30:13,15,
21;32:2;33:16;34:16;
36:1;37:4;38:7;39:4,9,
13,22,23;40:8,18,19,
22,23;41:2,4,5,11;43:7;

46:20;47:6;54:15;55:2,
5,18,21;56:25;57:24;
58:4,5,7,7,23;59:4,10,
12;60:21;64:2,3,12;
65:5;70:25;72:1,16;
87:10,18;88:18;89:1,6,
20;90:13;91:11;92:15;
97:17,21;98:18;
100:21,23;101:7,8,14,
16,24;102:6,9,11,13;
103:14,19,21,22;
106:20;111:8;113:8;
116:11;117:6,13,22;
123:6;126:11;130:24;
131:5,10,25;132:5;
139:7;140:8,11;
142:20;146:20,22;
151:7;153:10;155:9;
160:13;165:10;169:3;
172:25;174:13;175:20,
22,25;176:7,8;178:8,
10;179:2,6,10;180:1,
20,21,25;181:16;
182:12;187:4;190:10,
10,11;191:10,10;
192:4;200:3,4;201:10,
12,18,23;202:10;
203:7;204:6,24;
207:10,20,21;211:13,
16,18,18;213:15;
214:10,13,23;216:18;
219:4,11,20,24;220:2,
3,14;221:16;222:5;
224:8;226:13,18;
228:14,15;229:2,3,16,
21,23;230:19;231:1;
234:10;235:23,25;
236:1,2,4,8,12,25;
237:18;238:12;242:7;
251:17;254:16;255:10,
16;257:11;266:17,20;
270:18;272:19,24;
275:3,4,9,13;277:14,
20;278:16,25;279:6
**plans (16)**
15:3;23:23;24:18,19,
22;26:6;101:3,5,25;
114:4;117:14;146:25;
175:16;190:13,24;
271:2
**platform (5)**
75:23;76:6,7,15;
80:21
**platforms (2)**
76:8,14
**play (2)**
40:1,16
**plays (1)**
34:23
**Please (11)**
10:17;11:4,23;20:11;
21:16;28:2;53:23;
141:14;170:18;245:13;

269:3
**pm (3)**
119:4;120:1;281:3
**POI (3)**
184:20;185:21;
217:16
**point (25)**
59:8;73:11,17;
121:20;172:7,12;
175:20;188:4;190:9;
192:2;195:1;210:15,
17;211:9;212:3;
220:19;222:22;227:18;
229:19;230:6;231:13;
237:9;248:2;251:15;
264:22
**pointed (1)**
131:17
**pointing (1)**
279:20
**POKORNI (49)**
6:7,8;9:3,4;110:19,
24;212:22;225:16;
233:3,5,7,9;250:1,11,
21;251:21,24;252:13,
19;254:14,25;255:8,
21;258:2,9,17,23;
259:1;260:17,20;
263:6,18;266:6,15,24;
267:6;268:2,5,22;
269:11,17;270:3;
273:3,17;275:21;
276:17;277:24;278:1;
279:11
**Pokorni's (6)**
262:12;264:1,9;
273:18;274:1;276:10
**policies (8)**
15:9;17:2,9,10;
23:14;102:18;112:11;
145:3
**policy (14)**
15:6;30:18,19;
113:22;130:4;171:1,
12;175:11;208:1;
263:10;264:10,23;
265:3,6
**portal (3)**
256:16,21;257:7
**portfolio (1)**
17:14
**portion (3)**
129:19,20;194:3
**position (1)**
14:4
**positions (2)**
13:24;14:6
**possible (15)**
44:21;49:2;118:8;
131:9,13;173:2,9,13,
14;181:10;192:1,3;
204:4;267:22,25
**possibly (1)**

262:17
**post (6)**
80:25;94:21;95:16;
96:6,20,23
**posted (2)**
81:14;85:3
**potentially (3)**
29:8;67:2;93:24
**practice (8)**
27:7;36:12;127:17;
171:15;196:4,6,15;
217:25
**practices (5)**
15:7;16:7;17:20,24;
127:14
**predates (2)**
240:2,3
**prefer (1)**
50:4
**preferred (1)**
271:5
**prequalify (1)**
219:3
**prescriptions (1)**
265:4
**present (1)**
10:10
**presented (1)**
227:20
**preserved (1)**
171:3
**president (1)**
14:14
**pretty (5)**
80:10;84:3,17;
127:17;139:5
**prevalent (1)**
40:17
**prevent (2)**
197:11;274:15
**previous (23)**
98:3;130:21;135:4;
137:16;139:20;145:2;
150:25;151:1;155:3;
159:17;166:4;189:14;
195:7;197:1;210:18;
229:21;230:11,12;
246:7,25;248:3;257:9;
274:8
**previously (28)**
16:14;66:16;72:23;
107:13;128:15;139:14;
141:9;147:12;148:7;
155:15;167:7;168:12;
184:12;188:21;199:20;
203:13;217:2,15;
225:20;228:21;235:17;
255:23;262:4;265:23;
267:14,22;270:5;272:6
**principal (13)**
46:4;65:14;78:22;
79:1,5;81:3,17;93:3,4;
136:18;156:3;158:12;

205:3
**prior (20)**
25:4;31:17;38:6,6;
50:9;137:12;157:17;
168:5;7;171:14;
182:11;189:20;190:18,
21,25;197:18;212:6;
237:17;241:16;266:25
**priority (2)**
41:16;228:12
**private (1)**
161:3
**probably (17)**
62:14,23;83:1;104:8;
109:14;126:14;135:23;
140:8;157:9;158:2;
170:7;188:10;198:4;
199:11;217:17;243:18;
272:11
**problem (6)**
115:6;143:17;
261:11,13;270:25;
271:18
**problems (1)**
271:15
**Procedure (2)**
10:9;169:25
**procedures (3)**
15:9;17:9;145:3
**proceed (1)**
51:20
**process (51)**
11:1;31:12;33:15;
34:16;35:16;36:1,21;
37:14,21,24;40:13;
42:21,24;57:7;61:16,
17;76:13;83:21;
101:23;126:10;130:9;
131:23;137:9;144:6;
161:2;162:18;169:22,
25;171:21;173:1,11;
177:10;191:6,9,12;
194:7;199:15;204:6;
210:16;211:7;234:22;
254:15;259:7,19,24;
261:15;262:15,24;
267:24;277:9,24
**processed (58)**
32:2;36:20;42:8;
43:9;57:1,9;58:4,6,7;
65:5;68:11,18;71:24;
76:7,9,15,15;115:20;
128:10;130:17;134:13;
136:8;137:6,11;
142:23;161:9;187:10,
16;188:7;189:17,20,
22;193:15,21;194:2;
195:4,6;207:11;
210:16;211:10;220:16;
221:17;222:23;224:17;
225:23;226:9,16;
227:12;229:1;251:12;
252:3;253:19;259:4;

263:22;274:4,25;
275:1;278:21
**processes (1)**
  33:15
**processing (32)**
  14:22;15:1;16:23;
  17:13;32:3;48:3;61:10,
  15,22,24;62:11;78:6;
  123:5;129:5;144:4,20;
  145:19;151:3;167:1;
  227:9;235:2;237:12;
  260:9,13;261:5,18;
  263:3;264:8;265:17,
  20;274:17;278:20
**processor (1)**
  144:21
**produced (13)**
  53:6,9,10;79:17;
  82:23;110:20,21;
  205:16;209:3;236:18;
  258:5,7;280:3
**profile (1)**
  163:11
**program (7)**
  76:11;95:8;96:18;
  97:16;167:21,21;
  277:18
**programs (1)**
  23:20
**prohibited (1)**
  35:21
**promoted (1)**
  14:14
**pronouncing (1)**
  10:14
**proof (24)**
  29:23;30:2;31:10,21;
  55:6;57:1;64:8;66:11;
  102:4;105:19;142:5,8;
  143:14,17;185:16,21;
  194:5,6,15,17,23;
  206:20;217:16;256:21
**proper (4)**
  64:7,7;231:15;
  237:20
**properly (2)**
  31:9;65:6
**prorate (1)**
  205:3
**prorated (1)**
  218:3
**protecting (1)**
  173:5
**Protection (2)**
  16:6;271:21
**protective (1)**
  44:2
**protocol (1)**
  226:21
**provide (6)**
  59:1;102:3;112:3;
  147:19;271:6,12
**provided (6)**

43:25;112:17;
243:20;265:22;266:1,3
**providing (2)**
  175:9;206:12
**pull (5)**
  20:11;51:9;114:21,
  24;233:25
**pulled (2)**
  118:7;236:21
**pulling (1)**
  132:15
**purchase (4)**
  83:12,15,23;93:11
**purpose (3)**
  39:2;47:24;232:17
**purposes (2)**
  102:11;168:22
**pursuant (3)**
  10:8,10;70:25
**put (3)**
  67:4;150:17;151:14

# Q

**qualify (2)**
  26:7;33:4
**qualifying (1)**
  278:2
**quarter (4)**
  19:21;252:22;253:4;
  261:2
**quarterly (3)**
  85:3,8,12
**question/request (2)**
  200:8;223:24
**quick (5)**
  51:12;98:4;212:20
**quicker (2)**
  98:7;233:10
**quickly (7)**
  228:1;229:6;233:1,
  23;238:8;250:6;269:15
**quote (7)**
  20:25;21:3;167:11,
  12;168:15,17;170:8
**quoted (1)**
  161:20

# R

**race (1)**
  250:2
**ramifications (1)**
  175:17
**range (10)**
  84:8;86:13;88:3;
  95:11,13;115:24;
  140:12;162:6;253:23,
  25
**rates (2)**
  271:24;272:9
**rather (4)**
  50:2;61:10;118:19;

150:15
**reached (2)**
  72:1;226:23
**read (17)**
  20:23;43:9;57:2,13;
  99:10;112:1,8;143:1,
  13,19,20;182:15;
  183:5;189:21;218:14,
  25;281:1
**reading (12)**
  21:18,24;22:10;
  60:12;98:6;136:10;
  140:19;183:6;188:5;
  256:7;271:20;274:4
**ready (1)**
  119:2
**real (1)**
  98:4
**realize (2)**
  175:21;279:19
**really (15)**
  40:16;56:8;68:8;
  79:19;120:8,13;121:2;
  141:3;143:13;151:20;
  157:6;176:22;183:4;
  227:24;237:19
**reapply (1)**
  59:5
**reason (6)**
  37:1;112:20;127:12;
  176:5;237:8;242:21
**reasonable (1)**
  86:18
**reasons (2)**
  34:4;37:15
**Rebecca (9)**
  100:7,19;103:12;
  105:13,17;120:18;
  144:20;159:1;187:4
**Rebecca's (1)**
  143:18
**recalculate (1)**
  221:8
**recalculated (1)**
  219:25
**recalculation (15)**
  219:23;220:18,24;
  221:9,20,25;222:13;
  223:3,14;226:25;
  227:8,19;231:4,8,22
**recall (41)**
  14:4;16:8,10,14;
  17:15,18;26:25;35:17;
  39:13;43:15;76:3;
  81:25;104:3,9;113:23,
  24;114:1;124:25;
  127:10;135:4;140:1;
  151:1;152:19;161:24;
  170:21;171:24;172:2;
  174:19,23;181:23;
  193:24;214:1;215:6;
  216:15;223:6;234:12;
  237:5;260:2;265:25;

271:20;275:6
**receive (10)**
  15:25;30:17;44:12;
  47:8;55:13;85:5;
  195:23,24;207:12;
  237:7
**received (61)**
  30:8,10;31:4,8,17;
  55:6;56:5,21;58:5;
  67:10;69:15;103:8;
  104:10;109:10;141:25;
  142:3,6;161:19;
  169:16,17;181:22;
  194:5,7,18,21,24;
  200:1,16;206:19;
  209:4,7,22,23;210:15,
  25;217:17;218:12;
  219:10;221:16;226:7;
  234:17,20,23;237:6,6;
  256:6,8,11;257:16;
  258:19;259:3;262:8,
  12;272:22;273:18;
  274:4,20;275:1,22;
  276:9,19
**receives (2)**
  169:2;267:17
**receiving (3)**
  68:20;118:1;278:22
**recent (1)**
  19:12
**recently (3)**
  110:21;258:7;280:23
**Recert (2)**
  225:23;226:7
**recertification (18)**
  31:11;36:7;187:23;
  219:19;220:1;221:18;
  222:2;224:9;226:8,15,
  23;227:13;235:19,22;
  237:16,16;272:8;276:6
**recertified (1)**
  212:6
**recertifies (1)**
  275:8
**recess (5)**
  100:3;115:2;119:5;
  176:19;233:20
**recognition (1)**
  149:7
**recognized (1)**
  189:18
**recognizing (1)**
  95:22
**recollection (11)**
  61:20;73:18;104:16;
  130:20;150:25;151:8;
  181:18;187:21;196:22;
  219:8;272:1
**recommendations (1)**
  265:10
**record (28)**
  10:18;11:19,25;44:5;
  50:7;53:15,19;56:2,12;

77:7;92:21;93:8;100:2;
108:18;110:19;111:11;
115:16;129:4;135:2;
141:7;146:3;164:13;
186:24;187:1;209:9;
225:15;252:12;268:20
**recorded (2)**
  45:6,9
**recording (1)**
  77:4
**records (27)**
  32:19,22;45:7;49:9,
  13;66:12;100:9;
  103:11;109:9,12;
  122:19,24;123:16;
  125:18;127:14;129:7;
  135:21,24;137:2;
  174:17;181:21;184:16;
  243:16;249:13;255:13;
  256:22;275:20
**rectify (2)**
  74:3;78:6
**redisclosure (1)**
  227:12
**redo (1)**
  150:17
**reduced (5)**
  102:8;162:13;164:7;
  176:3;251:13
**reduction (1)**
  93:2
**reenrolled (2)**
  41:11;76:10
**reenrollment (1)**
  36:7
**reenter (1)**
  59:5
**reenters (1)**
  46:8
**refer (11)**
  13:10;14:8;15:25;
  24:21;26:24;42:7;
  47:14;58:22;102:8;
  105:16;219:22
**reference (21)**
  26:25;73:5;77:6;
  109:24;143:14;149:4,
  10;150:1;171:21;
  172:25;173:10;189:24,
  25;198:25;204:5;
  205:8;206:8;229:14,
  15;251:25;267:23
**referenced (6)**
  70:5;169:22;173:12;
  235:12,14;272:6
**references (6)**
  32:20;70:3;142:1,1,
  2;200:10
**referencing (3)**
  75:4,22;98:12
**referred (3)**
  12:20;26:22;155:23
**referring (20)**

12:25;32:17;38:18;
51:6;57:5;75:20;96:3;
128:9;146:9;149:22;
171:5;179:13;190:17;
193:15;198:22;213:3;
214:12;218:9;224:10;
272:15
**refers (16)**
81:13;82:7;83:12;
95:2,5,6;96:1;97:14,
16;149:5,16;154:24;
156:16;162:14;198:18;
225:2
**reflect (4)**
51:25;109:13;
181:24;208:1
**reflected (3)**
95:16;209:9;216:10
**reflecting (1)**
215:7
**reflects (2)**
179:10;276:4
**refund (2)**
71:4;79:13
**refunded (4)**
79:6;157:9,25;158:1
**regarding (3)**
31:5;43:10;170:16
**regardless (4)**
24:3;32:3;45:13,14
**regards (6)**
16:22;70:7;77:13;
145:3;217:14;265:23
**regularity (1)**
62:11
**regulation (3)**
30:24;45:2;237:4
**regulations (2)**
30:20;114:1
**regulatory (3)**
67:24;163:13,14
**reimbursement (2)**
85:7,9
**rejected (2)**
107:5;185:24
**related (5)**
32:20;83:21;137:7,
10;138:3
**relates (4)**
13:19;15:12;16:11;
238:10
**relating (5)**
16:6;17:20;90:11,19;
238:12
**relationship (6)**
12:11,15;15:18,22;
16:3;143:24
**released (1)**
265:8
**remain (5)**
128:23;165:11;
266:20;278:16,25
**remainder (1)**

118:10
**remained (3)**
129:1;151:15;264:17
**remaining (7)**
216:10,20;219:14;
220:14,17,17;226:14
**remains (1)**
28:14
**remediate (1)**
261:13
**remediated (1)**
261:11
**remember (4)**
120:20;162:1;
259:25;260:4
**remind (1)**
257:15
**reminder (3)**
217:6;270:9;272:7
**reminders (1)**
237:17
**remit (2)**
136:15;253:6
**remitted (1)**
212:5
**remove (1)**
75:18
**removed (13)**
27:5;126:1;128:8;
129:10,12;132:20;
188:7,14,23;189:4;
190:4;195:12;248:11
**removing (1)**
133:8
**renew (13)**
30:13,14;41:4;55:2,
4;60:21;111:8;169:3;
174:13;180:19;203:7;
211:18;271:16
**renewal (81)**
29:24;30:4;31:9;
34:18,21;35:1,16;36:1,
21;37:14,21,24;39:9,
18,18;40:13,17;42:24;
54:20;55:6,11,13;
56:25;57:17;64:8;
66:11;71:25;76:9;
95:25;137:8;168:25;
169:13,22,24;170:17,
19;171:20,21;172:20;
173:1,3,9,11;174:5;
175:3,6,11,19;177:6,7,
10,10,14,23,25;178:3,
4;203:5,16;204:6;
211:7;213:23;214:3;
215:14;219:11;234:16;
237:17;267:5,15,23;
268:5,9;269:10,12;
270:9;271:8,23;
273:18;274:1;275:9;
276:10
**renewals (1)**
235:7

**renewed (12)**
28:16;55:21;58:8;
60:22;64:3;72:2,17;
87:11;178:12;211:19;
270:19;275:4
**renewing (5)**
33:15;34:16;39:3,22;
271:2
**repaid (2)**
136:19,20
**repay (1)**
25:19
**repayment (159)**
15:3;16:23;17:24;
23:19,23,25;24:2,14,
18,19,25;25:1,4,9,10,
21,23;26:12;28:4,6,11,
18;29:2,7;30:21;41:3;
43:7;46:9,20;55:18;
57:19;59:10;64:2,8;
65:20;70:25;71:24;
72:16;87:10;88:18;
89:6;90:13;91:11;
92:14;95:6,9,16,19;
97:15,16;99:7;100:21,
23;101:3,5,14,16,25;
102:13;103:14,19,21;
104:1;105:6;106:15;
107:19;112:17,19;
113:8;114:4;116:11;
117:6;126:11;131:25;
137:8;139:4,6,10,23;
140:7;142:20;146:20,
22,25;151:7;153:10;
155:5;156:1,5;159:1;
160:13;162:7;165:7;
169:3;172:25;175:16;
176:6,7;177:18;179:2,
6,10;180:1,15,20,21,
25;181:15;182:11;
190:10,11,13,24;200:1,
3,4;201:10,12;202:10;
204:6,25;207:10,19;
211:13,16;214:13,23;
216:17;219:4;229:16;
230:19;234:10;235:25;
236:1,2,4,7;238:12;
242:7;251:10,17;
254:16;255:10,15;
256:1,6,20;259:2;
262:8;263:21;266:17;
267:5;272:21;275:2,9;
276:10,19;277:14;
278:16
**repeat (4)**
15:20;18:14;19:13;
21:15
**repetitive (1)**
71:20
**rephrase (2)**
11:9;259:16
**replaced (5)**
127:8;132:20;

188:24;189:4,12
**replacing (1)**
133:9
**replied (1)**
140:1
**reporter (10)**
11:2;24:21;50:4;
52:4;59:19;89:4;99:21,
24;139:12;244:11
**reporter's (1)**
53:16
**represent (3)**
108:12;116:3;139:23
**representative (1)**
150:16
**represents (3)**
64:19;65:3;166:6
**Reprocessed (2)**
161:19;164:6
**reproduced (1)**
205:19
**request (36)**
27:9;35:11;36:24;
37:2,5,15;38:2;42:15;
46:20;69:16,18;70:6;
75:10;77:5;85:9;
106:20;131:2;141:25;
162:18;189:25;198:19;
207:10;217:6,14;
218:12;221:17;228:6,
18;231:15;232:13;
234:10,22;250:25;
256:2,7;280:19
**requested (24)**
33:11;36:9;37:19,23;
40:14;45:3,15;48:12,
14;125:15;130:8,12;
131:18;162:3;167:12,
18;168:16;191:14,15;
196:7;199:13;231:8;
271:5;280:14
**requesting (5)**
39:2;130:10;131:5;
167:20;168:19
**requests (7)**
61:22;125:4,10;
180:21;258:6;259:24;
265:1
**require (5)**
101:14;163:8,9;
264:21;274:23
**required (7)**
68:22;114:5;129:22;
145:7,8;162:8;183:12
**requirement (2)**
59:1;110:11
**requirements (2)**
21:1;58:24
**research (6)**
127:20;171:11;
226:7;228:11,23,25
**researched (1)**
224:15

**resolve (5)**
33:9;37:3,10;38:6,
20;41:25;43:2,5;44:21;
121:17;150:20;168:5;
188:10;189:20;190:20;
197:18
**resolved (1)**
261:18
**respect (5)**
61:23;64:15;121:4;
243:25;277:22
**response (4)**
77:12;224:16;226:6;
258:5
**responses (1)**
258:8
**responsibility (2)**
14:21;231:23
**responsible (1)**
15:11
**rest (1)**
227:25
**restates (1)**
44:12
**restrictions (1)**
265:21
**resubmission (1)**
159:19
**resubmitted (2)**
35:5;194:14
**result (14)**
28:7;45:16;46:3;
47:20;61:9,17;62:18;
64:21;81:15;82:20;
121:18;122:13;137:24;
249:1
**resulted (4)**
58:7;248:22;264:25;
280:15
**resulting (3)**
195:14;202:2;214:7
**results (1)**
197:4
**resume (1)**
199:1
**resuming (1)**
199:4
**retention (2)**
171:1,12
**return (1)**
257:9
**reverse (2)**
68:15;158:11
**reversed (10)**
68:19;78:5,9,16,19;
158:5;189:19;198:5;
214:18;248:9
**reverted (1)**
40:22
**review (23)**
49:13;62:13;63:10;
75:4,11;97:12;103:11;
104:16;108:19,23;

129:14;148:14;159:11;
186:19;187:25;217:25;
219:24;243:19;255:13;
259:7;260:21;265:24;
274:24
**reviewed (6)**
196:22;204:16,22;
215:6;217:20;265:9
**reviewing (6)**
46:19;58:2;213:7;
219:9;221:15;249:2
**revised (1)**
271:24
**revisit (1)**
230:10
**RIBR (1)**
97:16
**right (146)**
10:15;25:2;26:12;
27:9;28:19;29:4,10;
31:3;32:4;35:22;36:10;
41:21;45:18;48:20;
51:8,14;52:22;54:7,11,
23;55:7,15;60:18;
71:10;74:5,15;80:13;
84:3,5;86:4;93:13,13,
15;94:23;98:10,13,24;
99:9;100:24;102:25;
103:22;106:17;109:2;
110:9;114:7;115:9;
116:17;118:11,21;
122:1;123:8,13;125:8,
22;130:19,24;132:1;
133:18,22;134:10,15;
135:9,25;137:15;
138:19;140:12,21;
141:9,18;144:4;
151:17,20;158:2;
160:15;165:12;166:23;
168:9;169:19;174:1,
10;176:9,17,24;
177:14;180:22;181:7;
185:10;187:8;188:4,5;
190:17;192:18,22;
195:8;197:15;198:20;
199:3;200:5;202:12;
203:8;204:1,6;208:10,
11;210:3;211:1,6;
213:21;215:12,21;
216:8,9;218:10;
223:12,18;226:25;
229:21;231:1,18;
232:15;235:4,5;
236:16;237:24;239:7;
240:16;244:1;247:10;
249:25;250:17;254:17,
21;255:11;259:4;
260:23;261:22;264:2,
4,22;273:19;275:18;
277:18;278:13
**role (1)**
14:15

**rough (1)**
162:4
**roughly (3)**
157:8;164:5;165:12
**routine (2)**
48:2;237:12
**RPF (3)**
161:21;162:14;164:7
**RPMT (1)**
95:5
**Rufus (1)**
118:9
**rule (4)**
11:17,21;106:25;
110:13
**Rules (1)**
10:8
**run (3)**
132:23;228:19;233:1
**Russell (1)**
79:9

**S**

**sake (2)**
13:5;42:4
**salary (3)**
105:12,20;147:2
**sale (3)**
83:12,22;93:11
**same (83)**
13:1;16:2;18:6,17;
19:6;21:23;23:13;24:3;
30:12,14;32:1;44:9,13;
48:18;50:10;52:10;
53:9;58:18;61:13;
69:19;71:24;72:1;
74:22;76:8,22;83:20,
21;90:18;91:20;97:2;
101:24;102:5;111:20;
118:6;121:5;125:19;
127:2,7;131:8;136:7;
146:21;147:6;149:23;
150:6;155:3,20;
175:17;181:15;188:24;
189:1,6,18;193:16;
194:4;195:5,10;
196:17;197:8,14;
198:18;211:3;214:16;
218:13;221:3;223:16;
225:3;228:13;238:23;
240:16;241:3;243:21;
246:3,6;256:11,12;
267:14;269:16;273:4;
274:5;276:18;277:10;
278:11,22
**SAS (1)**
129:16
**satisfy (2)**
35:12;38:19
**saved (1)**
114:21
**saw (6)**

39:11;189:14;
191:19;196:25;210:4;
248:3
**saying (18)**
31:1;41:15;56:20;
65:2;95:18,21;142:10;
179:18,24;182:15;
188:2;197:6;227:15;
230:19,22,23;247:15;
264:12
**scanned (1)**
182:16
**scanning (1)**
182:15
**SCE (1)**
194:6
**scenario (18)**
31:2,5,7;34:24;
35:24;36:4,23;37:12;
39:11,12;40:1;41:1,5,
20;127:10;189:7;
223:3;277:23
**scenarios (4)**
33:3;34:17;36:5;
37:5
**schedule (3)**
59:10;104:2;136:15
**scheduled (7)**
156:13,14,20,23;
199:2;216:13;222:10
**school (1)**
95:4
**screen (14)**
80:20;82:18,18;83:9;
94:17;97:13,19;99:2;
120:13;247:13,23;
248:2,24;249:3
**screens (1)**
243:20
**script (2)**
43:24;44:14
**scripted (2)**
43:10,13
**scroll (28)**
80:8;84:16;86:6;
88:11,12;89:15;90:6,7;
91:5;92:8;93:18;97:5;
99:2;111:18;148:25;
169:4,7;239:3,23;
240:13;241:14;243:1;
244:3;245:8;247:24;
248:18;263:16;273:21
**se (1)**
179:18
**search (3)**
63:9;132:23;133:1
**second (15)**
69:18;71:25;102:24;
107:20,23;109:8;
111:23;114:19;156:16;
157:5;186:11;225:14,
15;234:1;258:9
**secretary (1)**

263:11
**Section (2)**
20:24;161:23
**secure (3)**
161:13;173:7;203:21
**securitized (1)**
83:18
**seeing (4)**
85:3;127:10;152:19;
201:25
**seem (3)**
117:4;254:13;279:22
**seems (7)**
126:2;139:22;
147:16;191:4;194:1;
237:10;252:5
**segments (2)**
129:18,21
**select (2)**
101:20;220:1
**self-certified (1)**
257:18
**self-certify (1)**
257:6
**semi-monthly (2)**
183:10;184:3
**send (11)**
66:20;75:9;118:9;
153:11;154:4;163:7,
14;175:4;184:19;
185:15;237:20
**sending (3)**
75:4;270:22;271:3
**sends (1)**
149:19
**senior (1)**
14:13
**sense (7)**
33:1;42:11;99:10;
127:1;138:12,14;
226:20
**sensitive (1)**
175:15
**sent (50)**
44:14;54:5,21;57:16,
25;63:25;66:8;69:18,
19;70:4;72:14;73:7;
75:18;105:3;106:14;
109:22;134:7;136:6,
13;142:4;147:16;
149:8;150:22;153:7;
154:18;155:3,19;
160:11;161:14;165:5,
23;170:2,24;171:6;
174:5;177:23;178:1,
25;180:16;181:25;
203:6,24;205:14;
210:2;252:4;257:3;
258:16,25;260:19;
268:5
**separate (8)**
13:14;18:7;19:6;
38:2;129:21;253:9;

257:12;274:23
**separately (2)**
215:16;227:17
**separation (1)**
95:4
**September (2)**
199:5;249:5
**sequential (2)**
52:14,19
**series (2)**
43:9;57:15
**service (11)**
19:1;21:10;24:10,15;
37:9;39:1;41:6;47:4;
129:22,23;266:3
**serviced (4)**
22:19;24:3;205:5,7
**servicer (11)**
17:7;22:25;46:19;
48:2;83:15;85:5;205:5,
7;231:17,23,25
**servicers (1)**
265:1
**servicing (49)**
13:20;14:15,19,22;
15:6,12,24;16:7,12,20,
24;17:2,11,14;18:22;
19:5,9,11,16,24;20:1;
21:2,3,9,22;22:11,24;
23:7,14;24:8,9;61:21;
62:15;64:20,21;75:20,
23,24;76:5,6,11,14;
77:9;80:21;85:4;96:23;
205:4;259:22;265:15
**SESSION (1)**
120:1
**set (6)**
15:5;50:10;94:4;
118:9;162:19;166:18
**setting (1)**
15:8
**seven (6)**
128:19;133:15,15,
20;138:8,22
**several (8)**
57:12;191:5;222:10;
242:8;245:4;264:8;
265:17,18
**shake (1)**
11:14
**shall (1)**
20:25
**shaped (1)**
15:5
**shift (2)**
49:8;100:6
**short (2)**
201:17;225:17
**shorten (1)**
265:19
**shortened (3)**
210:18,19,21
**shorter (1)**

214:9

**shortest (1)**
44:20

**shoulders (1)**
11:15

**show (2)**
205:6;243:21

**showed (1)**
108:20

**shows (3)**
54:9;60:17;94:15

**side (2)**
76:12;160:15

**sign (1)**
281:1

**signature (2)**
159:6;281:2

**signed (2)**
103:3;181:9

**significant (3)**
29:17;261:3;274:7

**significantly (2)**
25:22;29:9

**similar (10)**
14:23;16:19;31:23;
61:7;68:6;102:1,14;
117:10;196:25;217:24

**SIMONETTI (52)**
13:7,9,16;18:8;20:3;
21:11;22:1;23:3;33:17;
49:19;50:12,18;51:3,5,
15;52:2,6,13,18,21;
53:7,13;56:7,10;99:16,
20,24;108:22;115:1;
118:14,19,25;120:5,8,
10;138:13,16;140:23;
141:3,6;176:12,18;
184:25;185:8;212:24;
226:1,4;233:4,13,18;
247:3;280:25

**simple (1)**
227:8

**simplicity (1)**
13:1

**simply (1)**
39:3

**sit (1)**
120:13

**site (1)**
17:11

**situation (22)**
30:5,11;31:14,15;
39:16,21,25;40:6,9;
61:9;68:4;126:9,24;
127:5;130:3;143:4;
152:17;195:25;196:25;
197:10;212:5;226:21

**situations (1)**
83:14

**six (1)**
63:17

**size (1)**
219:6

**skip (9)**
92:19;186:7,8,10;
202:18;225:13;257:23,
25;273:7

**skipped (1)**
186:24

**skipping (1)**
253:15

**small (1)**
56:8

**snippet (1)**
116:22

**SNT (1)**
210:1

**solely (1)**
42:17

**solution (1)**
37:11

**Solutions (11)**
12:3,9,10,13,20;
13:10;18:5,16;23:4,5,6

**somebody (2)**
226:22;235:23

**someone (3)**
27:4;36:24;114:3;
171:11;172:11

**sometimes (1)**
26:22;117:22

**somewhat (6)**
97:13;153:18;154:5;
175:11;192:22;221:23

**somewhere (2)**
191:22;264:1

**sorry (55)**
15:21;18:11;19:14;
22:7,14,19;28:1;36:19;
37:19;45:14;57:4;
58:20;59:23;61:11;
64:7;71:9,19;74:16;
77:21;81:5;85:21,21;
89:3;91:17;114:12,17,
20;115:4;118:5;139:2;
167:15;169:7;177:21;
184:23;185:7;186:7;
199:6;205:23,25;
206:3,25;208:9,12;
209:13;222:1;227:24;
233:24;235:12;240:25;
244:8;264:19;277:1

**sort (3)**
61:6;118:16;127:24

**sound (5)**
106:17;108:17;
262:16,25;271:25

**sounds (3)**
38:9;194:21;262:17

**source (6)**
112:4,12;114:6;
149:11;154:3;207:23

**sources (1)**
114:5

**speak (2)**

120:14;132:21

**Speaking (3)**
22:16;141:4,17

**spear (1)**
261:21

**special (3)**
211:17;235:14;275:3

**specific (9)**
39:12;62:23;79:20;
193:22;204:12;236:24;
237:2;247:6;260:13

**specifically (11)**
19:15;24:18;32:7;
34:9;35:19;38:18;
48:12,15;171:21;
173:10;200:3

**specificity (2)**
62:10,16

**spell (2)**
10:17;172:16

**spend (1)**
239:15

**spoke (1)**
145:25

**spose (2)**
184:19;185:14

**spousal (1)**
206:15

**spouse (8)**
105:22;142:18;
184:18,19;185:15,15;
206:20;207:12

**spouse's (1)**
142:22

**square (1)**
264:20

**stack (1)**
250:5

**staff (4)**
14:5;261:14,16,16

**staffing (2)**
261:10,12

**stamp (45)**
20:21;49:17;51:24,
25;52:11,17;54:18;
55:9,25;59:15;63:13;
69:1;70:10;72:6,21;
73:1;74:15;76:20;
80:17;85:24;100:12;
102:23;105:4,8;106:5;
107:10;109:18;114:10;
118:4;122:21;132:13;
133:3;136:4;154:9;
155:12;158:16;159:4;
167:5;206:2;230:18;
244:9,13;245:12;
248:23;277:4

**stamped (47)**
6:3,5,7,9,10,12,15,
17,19,21,23;7:3,5,7,8,
10,12,14,16,18,20,22,
24;8:3,5,6,7,9,11,13,15,
17,19,21,22,24;9:3,5,7,

9,11,13;20:12;50:2;
53:2,11,24

**stamps (3)**
53:5;164:16;241:13

**stand (2)**
206:9;254:7

**stand-alone (1)**
43:4

**standard (46)**
25:1,5,9,10,17,21;
28:18,21,25;29:2,7;
35:4,9;40:23;41:3;
55:18;58:21;59:4,9,12;
64:1;70:25;103:22;
111:7;127:17;139:6,
10,23;140:6,7,8,11;
149:17,23;175:24;
179:6,10,25;217:25;
235:24;236:1,10;
251:17;259:11;265:15;
270:14

**standardized (3)**
45:10;125:12,14

**standards (1)**
261:19

**standpoint (1)**
39:18

**stands (2)**
164:7;254:8

**start (17)**
14:1;49:10,17;79:24;
80:12,16;84:22;91:8;
100:11;108:8;148:15;
213:24;231:4;236:19;
237:17;242:11;250:8

**started (5)**
14:3;89:5;116:20;
117:15;191:8

**Stashik (1)**
172:15

**S-T-A-S-H-I-K (1)**
172:17

**STAT (1)**
99:6

**state (15)**
10:17;11:19;56:4,24;
112:3;135:7;157:12;
170:19;171:19;172:4,
22;174:25;177:14;
212:19;246:21

**stated (8)**
11:5;145:6;169:23;
170:10;234:9;246:23;
259:23;271:10

**statement (18)**
23:17;51:4;52:24;
54:4;60:8,10,17;64:10,
11,17;65:4;70:19,23;
94:14;145:2;162:15;
168:20;215:7

**statements (6)**
58:17;69:24;110:7;
112:6,7;204:12

**states (39)**
20:25;55:1,12,20;
65:12;66:10,19;69:15;
70:19;71:23;72:15;
78:4,8;105:12;106:19;
108:7;115:20;125:4;
131:20;134:9,14;
154:19;165:6,25;
167:11;168:15;174:12;
184:2;186:18;203:7;
252:20;259:2,6;
260:20;266:15;268:9;
269:12;273:17,25

**stating (6)**
73:8;110:8;134:16;
156:1;207:22;276:9

**status (62)**
15:2;24:14,25;28:4;
64:20,25;82:18;85:1;
94:16,18,20,22,24,24;
95:7,19;96:2,6,22,23,
24;97:12,19;99:2;
103:24;104:6,9,12,15,
17;122:7,8;127:3;
128:9,10;132:9;188:6,
7,19,19,23;189:18,19,
20;190:7;215:15;
216:7;217:14;218:21;
243:20;247:12,13,19,
19;248:5,6,11;249:4;
251:4,5,7;280:10

**statuses (8)**
49:1;95:1;99:1;
129:25;130:2;243:22,
22;248:25

**stay (1)**
202:14

**stayed (2)**
24:14;126:14

**steps (3)**
31:18,18;61:15

**still (35)**
19:16;26:10,15;35:7;
59:5;60:21;61:5;79:9;
101:8;102:16;103:1;
120:9;126:16;147:5,8,
9;152:16;157:22;
168:11;175:25;176:1;
177:2;188:3,13;
213:16;214:6;215:24;
219:14;220:13;226:13;
228:2;236:6,12;
249:21;252:14

**STINE (91)**
10:3,7,14,20;12:2,
19;13:18;18:15;20:14,
23;24:24;33:25;41:16;
49:12;54:2,24;56:20;
60:5;63:22;69:10;
71:19;73:3;74:24;
76:25;79:18;80:14;
84:24;87:5;88:16;
89:18;90:11;91:9,20;

92:12;94:13;99:17;
100:6,24;107:17;
111:5;115:16;120:3,
16;122:24;132:16;
136:10;141:12;144:17;
145:24;146:18;148:11;
149:15;150:8;152:12;
155:22;159:7;160:9;
167:14;174:7;177:4;
180:17;183:5;185:14;
186:23;195:2;197:24;
199:24;201:15;203:17;
213:2;216:3;217:4;
225:2;229:14;231:12;
234:4,7;236:22;238:7;
240:17;242:5;244:14;
246:4,19;250:3;256:3;
258:4;263:10;269:15;
270:8;280:9
**S-T-I-N-E (1)**
  10:20
**store (1)**
  142:3
**straight (1)**
  258:1
**stretch (1)**
  176:15
**strike (1)**
  79:2
**struggled (1)**
  155:20
**stubs (1)**
  113:12
**student (8)**
  14:18;17:8,10,16;
  19:11,16;113:21;
  168:22
**studentloansgov (3)**
  256:9,15;274:19
**stuff (1)**
  86:16
**subcontracted (1)**
  18:21
**subject (4)**
  23:13;44:2;172:8;
  279:11
**submission (8)**
  30:6;31:12;38:3;
  187:2;218:14;235:18;
  256:15;257:20
**submit (18)**
  35:1;38:2;46:24;
  47:9;64:6;110:7;114:5;
  117:8;124:22;126:17;
  151:6;154:2;159:12;
  257:5,7,10,11,15
**submits (2)**
  29:22;30:2
**submitted (40)**
  30:4;61:4;66:16;
  67:24;68:6;76:4;
  103:13,25;104:7;
  105:19;107:18,22;

108:5;142:25;144:21,
23,25;146:10;148:2,
13;149:2;151:24;
159:15;172:20;181:10;
183:22;186:19;187:4,
22;191:1;200:13;
206:17;214:2;224:9;
226:14;228:11,12;
235:21;256:2,11
**submitting (3)**
  131:23;143:25;145:4
**subsequent (5)**
  58:21;78:20;215:14;
  270:15;276:5
**subsequently (3)**
  35:4;143:6;187:4
**subsidiaries (3)**
  12:17;22:18,20
**subsidiary (1)**
  12:14
**subsidized (1)**
  129:19
**subsidy (2)**
  85:5,7
**substantial (1)**
  274:11
**substantive (1)**
  169:14
**successful (1)**
  149:11
**successfully (1)**
  279:6
**sufficient (6)**
  31:10;38:4;110:4;
  144:25;145:14;210:16
**sufficiently (1)**
  271:1
**suffix (1)**
  117:19
**summarize (1)**
  217:12
**summary (2)**
  58:11,16
**Sunday (1)**
  108:15
**supervisory (1)**
  14:6
**supplement (1)**
  258:7
**supplementing (1)**
  99:13
**support (1)**
  30:18
**suppose (3)**
  121:8;132:17;235:23
**supposed (3)**
  127:25;152:14;
  185:15
**Sure (44)**
  14:21;18:3;21:18;
  28:3;31:18;33:21;55:5;
  65:1;71:20;75:2,12;
  81:12;94:16;99:16;

105:9;111:5;114:25;
117:4,21;118:23;
124:8;126:4;127:18;
128:14;129:3;148:16;
155:23;157:19;170:11;
176:18;187:24;188:19;
194:13;197:10;205:18;
212:24;221:13;228:21;
233:4;244:18;245:14;
247:12;251:9;256:10
**suspect (1)**
  83:17
**suspend (1)**
  33:10
**suspended (1)**
  213:17
**switch (4)**
  29:4;175:23;190:9;
  191:9
**switched (5)**
  28:18;59:9;64:1;
  201:12;235:24
**switching (4)**
  117:13;180:25;
  190:13,23
**sworn (1)**
  10:5
**system (14)**
  63:8;75:20;83:16;
  96:23;129:22;132:23;
  142:3;194:20;205:17;
  260:12;270:21;271:14,
  23,24

---

## T

**tacked (1)**
  138:9
**talk (12)**
  16:17;17:2,4,8;
  24:17;32:6;34:22;
  42:20;43:16;100:7;
  144:23;234:3
**talked (12)**
  42:23;93:22;126:18;
  127:21;169:13;178:7;
  222:12;234:7;236:16,
  22;275:5;278:24
**talking (20)**
  34:9;35:24;37:8;
  38:10,13,15;41:2;42:5;
  95:13;120:4,17;
  122:25;123:25;145:25;
  197:25;216:4;225:4;
  235:4,5;270:8
**talks (1)**
  43:21
**tandem (1)**
  97:13
**tasks (1)**
  14:20
**tax (6)**
  66:12;168:16,22;

215:15;256:22;257:9
**taxable (1)**
  112:4
**taxes (3)**
  105:23;142:17;
  183:11
**team (2)**
  15:24;63:9
**technically (1)**
  278:1
**Ted (1)**
  263:11
**telephone (1)**
  131:8
**tells (1)**
  251:14
**temporal (1)**
  46:11
**temporarily (2)**
  33:10;275:13
**Ten (1)**
  233:15
**ten-year (1)**
  25:11
**term (8)**
  25:11,16;139:9,10,
  23;140:6,8;156:23
**terminology (1)**
  32:12
**terms (27)**
  14:17;41:17;46:11;
  70:7;125:5,12,16;
  128:13;136:13;139:10,
  11;140:3,4,15;155:25;
  156:1;160:8,12;162:6;
  188:18;189:10;190:1;
  196:8;216:10,20;
  220:17;226:14
**terrible (1)**
  79:3
**test (1)**
  102:3
**testified (7)**
  10:5;39:10;65:8;
  117:11;126:21;196:11;
  263:25
**testifying (1)**
  12:8
**TF09 (1)**
  189:25
**Thanks (1)**
  233:19
**thereto (1)**
  171:14
**Thereupon (71)**
  50:6;53:18,20;56:16;
  60:1;63:18;66:4;69:6;
  70:14;71:13;72:10;
  77:22;80:4;84:13;87:1;
  88:8;89:11;90:3;91:2;
  92:4;94:9;100:1,3,15;
  104:22;106:8;111:1;
  115:2,12;119:4;

123:20;134:3;153:3;
154:14;158:21;160:2;
165:1,19;173:22;
176:19;178:21;180:10;
198:13;201:3;203:1;
207:5;208:17;212:15;
224:23;229:10;232:8;
233:20;238:3,19;
239:20;240:10,22;
241:9,23;245:22;
246:14;250:13;252:15;
255:3;258:12;266:10;
268:23;269:6;273:12;
276:23;281:2
**thinking (2)**
  143:22;224:13
**thinner (3)**
  233:8,10;250:5
**third (2)**
  99:5;270:9
**third-party (1)**
  22:25
**though (11)**
  38:9;78:15;105:4;
  116:8;125:25;129:21;
  192:19;194:25;196:20;
  216:16;249:21
**thought (8)**
  53:4;78:24;129:24;
  142:16,16;160:20;
  164:2;211:5
**thousand (1)**
  92:23
**thousands (2)**
  29:14,19
**threaten (1)**
  74:10
**threatening (3)**
  68:9,11;74:2
**three (9)**
  22:16;51:17;59:19;
  204:19,21;216:10,20;
  219:14;257:5
**three-page (1)**
  51:7
**throughout (1)**
  36:6
**tiers (2)**
  136:17;179:15
**till (1)**
  205:25
**timely (15)**
  30:6,10,13;35:1;
  55:4,21;60:20;64:3;
  87:11;178:12;211:18;
  212:8;270:19;271:1;
  275:4
**times (7)**
  61:25;62:4,6;63:3,
  10;132:24;260:13
**timing (1)**
  216:15
**tip (1)**

261:20
**today (2)**
12:8;19:17
**today's (1)**
146:6
**together (1)**
16:1
**told (2)**
59:8;228:22
**Tony (13)**
33:17;72:24;107:14;
114:20;118:5,14;
120:5;139:18;140:23;
164:18;174:1;176:12;
206:3
**took (7)**
146:1;215:1;234:21;
262:15,23;264:1;
277:24
**top (18)**
20:24,24;177:5;
182:15;186:20;193:14;
208:25;209:21;217:5;
223:24;228:6;242:13;
244:7,14;245:12;
246:24;250:19;262:6
**topics (1)**
16:21
**total (4)**
136:19;139:9;
218:22,23
**totally (1)**
253:9
**touched (7)**
73:3,15;109:6;
129:10;152:12;180:18;
205:12
**toward (15)**
26:11;177:5,16;
185:13;199:24;204:15;
207:17;217:4;218:21;
228:6;250:19;251:11;
257:2;262:6;272:20
**towards (3)**
75:17;167:16;223:24
**tracked (1)**
260:8
**traditional (1)**
14:24
**train (2)**
15:15;261:14
**trained (3)**
40:11;41:7,19
**training (1)**
261:16
**transaction (23)**
49:14;80:25;81:1,2,
3,12;82:5,7;83:4,6,10,
11;84:23,25;85:2;
98:15,22;122:10;
135:15;238:11;239:1;
242:9;243:17
**transactions (16)**

49:11;80:22;85:3;
87:17,19,20;89:18;
90:18;91:9,21;92:13,
16;93:11;239:6;242:5,
8
**transcript (1)**
51:25
**transfer (1)**
19:24
**transferring (1)**
83:17
**transition (4)**
87:18;88:19;89:1,20
**translate (3)**
161:22;204:21;224:2
**transmit (1)**
257:8
**transmittal (1)**
75:7
**treat (1)**
129:22
**treated (2)**
73:17;231:3
**trigger (1)**
243:23
**triggered (7)**
47:2;67:17;87:23;
116:19;193:5;220:19;
225:6
**triggers (2)**
46:25;73:22
**trouble (1)**
140:19;188:13
**true (3)**
23:15;78:25;79:4
**try (11)**
41:10;86:16;137:22;
176:23;186:8;227:24;
250:2;272:4,8,17;
274:14
**trying (10)**
32:25;37:10;104:3;
126:10;186:9;191:9;
197:11;235:25;257:23;
264:19
**turnaround (3)**
259:11,19;265:12
**turns (1)**
221:2
**twelve (1)**
92:23
**twenty-eight (1)**
92:23
**twice (2)**
194:7,24
**two (43)**
29:18;38:10;48:25;
49:5,5;52:24;76:14;
92:23;110:7,11;
112:14;113:12;114:5;
121:15;123:1,4;125:1;
129:18,21;130:1;
145:8;147:19;153:11,

12,21,21,22,22;154:4;
177:13;179:8,12,15,17;
187:5;188:16;196:4,
17;197:7;199:2;207:1;
253:9,10
**two-minute (1)**
114:23
**two-week (1)**
108:14
**type (10)**
24:4;34:11;43:6;
82:22;90:18;121:6;
149:17;170:13;175:3;
277:20
**types (2)**
24:18;38:10
**typical (2)**
139:10;263:2
**typically (8)**
25:20;32:10;33:1,2;
46:13;47:11;126:21;
188:20
**typo (1)**
184:17

**U**

**ultimate (1)**
187:3
**ultimately (1)**
85:13
**umbrella (2)**
101:2;175:16
**unable (3)**
31:12;33:8;43:20
**uncommon (1)**
36:4
**under (41)**
10:8;19:1;21:8,22;
22:12,13;25:21,23;
26:6,11;29:2,6,9;41:3;
45:1;54:15;59:3,12;
101:2,15;105:21;
112:10;140:13;143:9;
161:17;162:7;175:16;
183:25;202:9,10;
211:12,15;220:14;
224:11;229:22;230:25;
248:14,15;263:11;
266:16;275:2
**underlying (1)**
239:11
**understood (2)**
11:10;221:15
**unexpected (1)**
260:22
**unfairly (1)**
73:8
**unique (2)**
62:22;216:16
**unit (1)**
149:7
**unlawfully (1)**

73:21
**unless (6)**
29:3;39:20;40:22;
84:1;113:25;153:23
**Unlike (2)**
47:18;108:3
**unnecessary (3)**
152:3,5;197:5
**unorthodox (1)**
227:3
**unpaid (5)**
28:9;45:17;65:13;
135:8;156:3
**unsubsidized (1)**
129:20
**up (41)**
20:12;35:21;39:20;
45:2;51:9;95:10;98:21;
114:21,24;118:7;
120:14;132:15;140:18,
24;141:17;152:11;
163:21;169:4;171:10;
176:23;183:24;185:1;
195:13;197:23;205:10;
206:24;208:24;215:8;
228:24;233:2;234:1;
236:21;243:16;245:5;
247:21;249:14;255:9;
258:8;259:7;260:12;
279:15
**updated (3)**
143:7;163:18;224:14
**Updating (1)**
163:4
**upload (1)**
141:24
**uploaded (9)**
161:13;169:15;
171:18;172:23;174:8;
203:21;267:16;268:13;
271:13
**uploading (1)**
160:24
**upon (3)**
25:25;101:21;253:11
**upper (1)**
218:22
**use (15)**
13:13;33:17;35:15,
20;53:4;98:20;122:12;
131:3;147:25;156:23;
189:19;190:7,19;
197:17;235:15
**used (27)**
32:10;33:1,2,14;
34:15,20;38:16,19;
42:23,25;43:1,3;53:6;
73:19;83:13;85:18,20;
133:19;150:24;151:22;
155:8;178:4;180:19;
185:22;188:20;230:9;
236:24
**using (9)**

32:21;57:1;68:5;
89:5;127:22;180:24;
195:18;196:4;270:21
**usually (8)**
25:24;26:1;34:22;
36:20;40:21;47:2;
130:8;147:1
**utilize (3)**
32:13;142:21;235:6
**utilized (2)**
141:23;197:12

**V**

**vaguely (1)**
271:10
**valid (2)**
75:13;163:8
**value (1)**
143:2
**vanished (1)**
205:17
**VAP (2)**
254:6,7
**variables (2)**
101:18;279:20
**variety (1)**
83:14
**various (14)**
14:5;17:8;23:18;
24:17;41:24;57:21;
58:24;61:18,22;95:1;
117:21;136:17;163:10;
247:14
**Varno (65)**
100:8;103:3,13;
105:3,13,16,17,19;
106:13;109:23;116:8,
25;117:12;125:19;
132:8;134:8;136:7;
143:7;10;144:20;
147:16;153:8;154:19;
155:3,19;157:10;
158:11;159:1;164:11;
165:6,24;169:16;
174:5;177:23;179:1;
180:4,15;182:9,19;
186:6;187:4;201:8,9;
203:6,11;205:14;
206:23,24;211:4;
212:14,21,23;216:24;
224:19;225:17,18;
227:25;229:6;230:1;
233:8;243:25;246:13,
20;249:8;267:15
**Varno's (10)**
100:19;105:13;
106:19;120:18;124:3;
132:5;198:19;202:10;
208:21;234:9
**vary (1)**
117:22
**verbal (80)**

JILL BALLARD v.
NAVIENT CORPORATION

JEFFREY A. STINE
June 24, 2022

41:7;19;42:10,13,22;
43:8;44:8,16,17,19;
45:6,14;125:7,13,21,
24;126:19;127:8,22;
128:17;132:4,9,21;
133:10,13;134:12;
135:3;136:8,23;
137:12;138:5;150:19,
23;151:1,19,25;
152:14;155:7;156:14,
16;157:5,16,20;189:5,
13,23;192:8,10,13;
193:4,15;195:4,13;
196:8;197:4,25;
198:22;201:16;202:2;
210:20;213:3;220:9,
16;221:2,23;222:2,18;
223:15;225:3;230:5,
24;231:20;236:16;
245:5;250:21;251:12,
25,25;252:2;280:13
**verbally (2)**
45:16;280:21
**verified (1)**
254:8
**verify (1)**
97:18
**version (1)**
111:15
**versus (2)**
13:3;205:5
**via (2)**
160:19;163:14
**vice (1)**
14:14
**view (2)**
170:18;175:12
**visit (1)**
17:11
**voice (2)**
140:24;149:7
**volume (4)**
260:23;261:3,17,17

**W**

**wait (2)**
11:20;205:25
**waiting (3)**
118:20;146:17;
161:10
**waived (1)**
281:3
**walk (16)**
77:1;80:18;92:21;
94:14;136:9;150:9;
155:21;163:24;170:6;
194:11;217:10,22;
225:24;244:17,23;
248:20
**walking (1)**
79:21
**way (28)**

24:3;27:5;49:6;
66:24;79:3;107:21;
113:6;121:2;143:19;
146:6,18,21;158:3;
209:2;220:23;222:23;
223:5;226:24;227:2,6;
242:17;243:14,19;
249:16,21;269:16;
277:13;278:15
**website (14)**
141:23,24;149:13;
161:1,5;168:16;
171:18;173:7;205:16;
256:16;268:14;270:23;
271:13;272:14
**week (3)**
106:14;188:1;230:23
**weeks (4)**
153:11,21,22;191:5
**weren't (5)**
162:17;222:9,10;
270:25;271:8
**what's (6)**
58:9;81:5;93:9;
123:2;213:12;244:8
**whenever (2)**
176:12;190:13
**whereby (2)**
18:21;267:15
**Whereupon (1)**
10:2
**whole (11)**
92:11;152:13;
161:22;163:25;191:8;
217:21;224:1;235:1,2;
237:9;239:4
**whose (1)**
275:4
**Wilkes-Barre (1)**
18:4
**window (1)**
167:2
**withdrawn (1)**
127:8
**withheld (1)**
183:13
**within (10)**
25:19;29:12;50:25;
52:1,11;106:22;
249:20;259:24;263:22;
265:10
**without (6)**
23:17;37:4;137:22;
146:7;151:8;157:18
**WITNESS (16)**
20:6;21:15;22:5;
23:5;56:9,11;98:13;
108:24;138:15,17;
139:18;148:23;185:3;
226:5;247:5;248:1
**wondering (9)**
57:8,23;106:25;
121:11;170:25;190:15;

191:7;195:16;252:23
**words (2)**
42:7;183:16
**work (7)**
16:1,4;53:17;79:9;
118:21;272:2,3
**worked (1)**
14:7
**working (6)**
12:4,6;16:8,11;
21:20;41:23
**works (1)**
277:14
**worksheet (1)**
177:6
**wow (1)**
179:22
**writing (6)**
36:9;37:20,23;38:1;
45:3,15
**written (9)**
42:14;44:12;113:17,
19;134:11;213:5;
250:25;252:3;280:19
**wrong (2)**
114:16,22

**Y**

**year (10)**
21:20,21;25:14;
28:14;45:2;124:10;
145:15;165:11;189:14;
197:1
**years (14)**
12:7;13:25;19:12;
25:16,19;139:11;
140:5,17;197:7;239:7;
241:4;253:16;277:17,
21
**Yep (3)**
141:22;220:7;226:5
**yesterday (6)**
79:17;82:23;99:12;
232:24;236:18;280:3

**Z**

**zero (35)**
26:8;54:10;72:17;
165:8;166:10;211:11,
19;213:20,22;214:25;
215:12;216:8,12,18,21;
219:13,17;220:25;
221:4,22;222:8;
224:12;226:17;229:20,
23;230:25;232:19;
235:16;239:12;251:14;
257:18;266:17;274:22;
275:11;279:14
**zeros (2)**
59:19;63:17

**0**

**0 (1)**
95:10
**0.00 (1)**
211:8
**0000838 (1)**
73:1
**0001467 (1)**
277:5
**0002022 (1)**
212:14
**0002305 (1)**
150:4
**0002316 (1)**
199:22
**0002319 (1)**
203:11
**0002384 (1)**
159:4
**0002389 (1)**
186:7
**0003277 (1)**
80:17
**0003281 (1)**
86:7
**0003290 (1)**
89:18
**0003293 (1)**
90:10
**0003297 (1)**
91:8
**0003300 (1)**
92:11
**03 (1)**
77:6
**04 (1)**
77:6

**1**

**1 (16)**
6:7;9:3;50:16;52:1,
5;53:12,21;54:20;
81:15;84:22;110:25;
117:19;179:14;252:20;
253:24;263:6
**1,976 (1)**
216:17
**10 (17)**
25:16,19;62:4,6;
63:16;77:19,23;99:20;
139:10;212:19;263:22;
264:13,16,21;266:1,4;
273:8
**10- (1)**
140:11
**101 (5)**
81:12,18,23;82:1;
93:14
**1-02 (1)**
77:6

**104 (1)**
6:4
**106 (1)**
6:6
**1098-E (1)**
168:20
**10-day (2)**
265:12,15
**10th (2)**
128:20;135:5
**10-year (4)**
29:13;59:4;95:20;
140:7
**11 (22)**
66:9;80:3,5;115:20,
24;120:19;124:1,13;
125:8,19;130:12;
134:8;136:7;138:19;
151:15;166:18;168:15;
203:8;239:1;260:20;
263:17,18
**111 (1)**
6:8
**115 (1)**
6:9
**1-19-15 (2)**
128:9,11
**11th (11)**
124:17,23;125:3;
128:16,19;130:19;
131:17;136:13;137:3,
17,20
**12 (12)**
44:18,25;58:19;
62:20;78:10;84:12,14;
150:18;174:21;203:6,
15;249:4
**12:12 (1)**
119:4
**12:48 (1)**
120:1
**120 (1)**
139:11
**1205 (1)**
252:13
**1206 (1)**
251:21
**1210 (1)**
252:10
**1211 (1)**
252:14
**12-12-17 (1)**
77:2
**12-13 (1)**
77:11
**12-23 (1)**
58:13
**12-23-13 (1)**
58:10
**123 (1)**
6:11
**12-4 (1)**
57:16

**12-month (2)**
  44:24;213:25
**12th (2)**
  78:16;130:17
**13 (9)**
  65:22;86:23;87:2;
  150:9;153:8;154:19;
  155:19;159:2;270:14
**1317 (1)**
  254:25
**133 (1)**
  216:17
**134 (1)**
  6:14
**1340 (1)**
  257:24
**1349 (1)**
  266:6
**1387 (1)**
  268:2,22
**1389 (1)**
  268:22
**1398 (2)**
  268:19;269:3
**14 (9)**
  59:18;60:11;75:21;
  88:7,9;243:7;250:20;
  251:24;276:14
**1427 (1)**
  273:9
**1428 (1)**
  273:22
**1476 (1)**
  276:14
**15 (11)**
  89:10,12;186:18;
  243:8;259:24;260:4,6;
  261:5;264:12,17;266:4
**153 (1)**
  6:16
**154 (1)**
  6:18
**158 (1)**
  6:20
**15th (2)**
  187:25;191:4
**16 (14)**
  90:1,4;108:8;187:11,
  17,17,17;210:10;
  214:2;230:21;232:15;
  234:8,14,21
**160 (1)**
  6:22
**1647 (1)**
  250:11
**165 (2)**
  6:24;7:4
**1665 (1)**
  250:17
**1673 (1)**
  253:15
**1674 (1)**
  255:21

**1675 (1)**
  262:2
**1676 (1)**
  266:24
**1677 (1)**
  270:3
**1678 (1)**
  273:3
**1680 (1)**
  275:25
**1684 (1)**
  144:12
**1695 (1)**
  250:12
**16th (2)**
  108:15;183:21
**17 (9)**
  73:6;78:4;91:1,3;
  182:10;214:2;232:15;
  245:2,14
**173 (1)**
  7:6
**178 (1)**
  7:7
**18 (23)**
  55:2,14;70:13;92:3,
  5;98:11;134:15;
  154:21;168:24;172:19;
  173:3;174:6;177:17,
  21,24;179:1;181:7,9;
  191:20;199:1;200:13;
  245:1;249:5
**180 (1)**
  7:9
**1843 (2)**
  133:23;134:2
**1845-0102 (1)**
  111:12
**1847 (1)**
  134:2
**186 (1)**
  147:8
**1864 (2)**
  144:15;147:10
**1866 (1)**
  144:15
**18706 (1)**
  18:4
**1872 (1)**
  153:2
**1883 (1)**
  154:13
**1887 (1)**
  164:19
**1891 (1)**
  164:24
**1892 (1)**
  165:15
**1895 (1)**
  165:18
**18th (11)**
  133:14;134:17,24,
  25;135:6;155:1;

  156:15;157:3;169:5;
  177:20;179:21
**19 (11)**
  94:8,10;187:11,17;
  243:12;244:18,20;
  245:1;256:1;257:19;
  262:13
**1951 (1)**
  174:2
**1954 (1)**
  173:21
**198 (1)**
  7:11
**1983 (2)**
  198:8,12
**1987 (1)**
  198:11
**1989 (3)**
  14:3,4;201:2
**1998 (2)**
  14:5,9
**19th (4)**
  135:17;243:7,8,11

**2**

**2 (10)**
  50:21;51:18;52:3;
  55:11;56:14,17;
  253:18,24;254:14;
  255:8
**2:30 (1)**
  233:17
**20 (13)**
  54:22;100:14,16;
  103:1,4;105:7;167:10;
  182:16;239:7;241:4;
  258:17;277:17,21
**2000 (1)**
  239:1
**2004 (1)**
  14:12
**2006 (1)**
  241:16
**2007 (1)**
  14:13
**2009 (4)**
  20:1;21:1,8;92:19
**201 (1)**
  7:13
**2010 (2)**
  14:14;92:19
**2011 (3)**
  81:10,14;249:5
**2012 (16)**
  82:5;84:19,22;92:20,
  25;93:22;95:11,14;
  98:14;99:3;239:24;
  240:3,4;242:14,19;
  249:5
**2013 (17)**
  54:6,22;55:2,14;
  56:3,5;57:11,13;60:8,

  13;66:17;106:1;107:6;
  202:23;250:20;251:24;
  252:20
**2014 (23)**
  56:3;58:20;60:13;
  63:25;66:9,25;67:11;
  68:14;69:14,15,25;
  70:19;71:18,23;72:15;
  73:13;78:11,17;
  206:23,23;207:9;
  243:12;280:11
**2015 (51)**
  103:4;105:7;106:13;
  108:1,5,8,9,13;109:15,
  23;111:8,14,16;115:20,
  24,25;116:4;120:19;
  124:1,13;125:8,19;
  130:12;134:8,15;
  135:6;136:7;141:21;
  147:16;148:10;150:9;
  151:15;153:8;154:19,
  21;155:19;159:2,8;
  160:7;161:20;163:3;
  165:6,24;166:14,18,18;
  167:11;243:13;244:18,
  19,20
**2016 (57)**
  168:15,24;172:19;
  173:3;174:6;177:17,
  21,24;179:1;180:16;
  181:7,9;182:10,17;
  184:16,24;187:9,11,11;
  190:23;191:20;193:19;
  198:18;199:1;200:8,
  13,14;201:8;213:10;
  235:4;244:24;245:1,2,
  2,3;253:16,18,24,24;
  254:14;255:8;256:1;
  257:20;258:17;259:1,
  13;260:20;261:2,19;
  262:7,13;263:3,4,12;
  266:15;267:4;268:6
**2017 (54)**
  73:6;74:25;75:15;
  78:10;79:13;171:14;
  202:15,18;203:6,8,15;
  204:8,15;207:4,15;
  208:23;210:9,10,10,24;
  213:11;217:7,20;
  218:5,11,20;220:8;
  222:7;228:17;229:17;
  230:6,21;232:15,15;
  234:8,14,17,17,20;
  235:5;244:24;245:3,
  14;266:21;268:10;
  269:11,12,23;270:10,
  14;272:21;273:17,25;
  275:22
**2018 (6)**
  56:25;57:7;78:4;
  276:6,9,17
**2019 (1)**
  83:4

**2021 (1)**
  19:21
**2022 (1)**
  212:11
**2027 (1)**
  215:23
**2029 (1)**
  212:14
**203 (1)**
  7:15
**2041 (1)**
  179:21
**2043 (1)**
  224:19
**2050 (1)**
  224:22
**2067 (4)**
  229:6,6;230:18;
  233:23
**2068 (1)**
  229:9
**207 (1)**
  7:17
**2073 (2)**
  231:10;232:4
**208 (1)**
  7:19
**2080 (1)**
  232:7
**20th (1)**
  167:15
**21 (5)**
  6:3;104:21,23;
  107:12;141:20
**212 (1)**
  7:21
**22 (21)**
  6:5;58:20;63:25;
  74:25;75:21;78:11,17;
  95:12,12,15,15;106:7,
  9;187:9;190:22;
  193:19;198:18;218:20;
  220:8;222:7;259:1
**220 (1)**
  18:3
**224 (1)**
  7:23
**2-27 (1)**
  99:6
**2-27-12 (1)**
  99:5
**2-28 (1)**
  99:4,7,8
**2-28-12 (1)**
  95:17
**229 (1)**
  7:25
**22nd (1)**
  224:5
**23 (10)**
  6:7;9:4;54:6;60:13;
  109:20;110:24;111:2,
  21;200:14;201:8

**2301 (3)**
114:14;115:7,8
**2302 (1)**
125:2
**2303 (2)**
141:9,18
**2305 (1)**
123:19
**2307 (1)**
160:1
**2311 (1)**
168:10
**2312 (3)**
176:22,24,25
**2313 (1)**
185:6
**2314 (1)**
186:15
**2315 (2)**
193:1,12
**2319 (1)**
206:5
**232 (1)**
8:4
**2320 (1)**
209:17
**2321 (1)**
216:25
**2322 (1)**
218:17
**2323 (1)**
223:21
**2324 (2)**
225:18;226:3
**2325 (1)**
227:23
**2326 (2)**
230:1;236:15
**2358 (1)**
164:16
**238 (2)**
8:5,6
**2384 (1)**
158:20
**2387 (1)**
180:5
**239 (1)**
8:8
**2390 (1)**
181:3
**2392 (1)**
183:2
**2395 (1)**
180:9
**23rd (1)**
60:11
**24 (15)**
6:9;60:13;69:15,25;
71:23;72:9,15;114:12;
115:11,13;200:8;
204:15;207:15;234:17,
20
**240 (6)**

**8:10,12;83:6,10;**
93:9,10
**241 (2)**
8:14,16
**2413 (3)**
208:8,13,16
**2415 (1)**
208:16
**245 (1)**
8:18
**246 (1)**
8:20
**24th (1)**
210:4
**25 (12)**
6:10;83:4;101:21;
123:18,21;141:10;
147:16;148:7;150:6;
259:7;277:17,21
**250 (1)**
8:21
**252 (1)**
8:23
**255 (1)**
8:25
**258 (1)**
9:4
**26 (11)**
6:12;50:14;106:13;
133:25;134:4;139:14;
145:15;147:12;184:16,
24;210:10
**2612 (1)**
51:24
**266 (1)**
9:6
**268 (1)**
9:8
**269 (1)**
9:10
**27 (10)**
6:15;108:1;144:14;
152:25;153:4;155:15;
208:22;210:9,24;245:3
**273 (1)**
9:12
**276 (1)**
9:14
**27th (3)**
210:5,14;216:14
**28 (11)**
6:17;82:4;92:20,24;
95:11,14;98:14;108:9;
154:11,15;217:7
**28th (1)**
108:16
**29 (5)**
6:19;158:18,22;
276:9,17
**290 (1)**
139:9
**295 (2)**
179:14,18

**297 (1)**
139:9

**3**

**3 (11)**
56:5,25;57:7;59:17;
60:2;81:10,13;161:20;
217:20;218:5;228:17
**3:30 (2)**
233:11,13
**30 (25)**
6:21;111:14;119:1;
140:5,17;159:8,25;
160:3;164:15;167:7;
168:12;177:2;184:12;
186:15;199:21;203:13;
209:16;217:2;225:20;
228:3;230:2;245:2;
262:21;264:1;278:21
**30-year (1)**
140:11
**31 (11)**
6:23;21:1;164:22;
165:2;243:12;244:19;
251:13,15;269:11,23;
270:10
**3-10 (1)**
128:10
**3-11 (1)**
116:24
**3-12-15 (1)**
128:8
**3-15 (1)**
137:4
**3-18 (6)**
128:17,20,20;137:6;
138:19;151:2
**3-18-15 (1)**
128:11
**3-19 (1)**
150:20
**31st (1)**
243:7
**32 (3)**
7:3;165:17,20
**320 (2)**
162:24,24
**3275 (2)**
51:24;53:12
**3280 (1)**
86:1
**3282 (1)**
87:5
**3283 (1)**
87:14
**3286 (1)**
88:16
**3287 (1)**
88:24
**3294 (1)**
90:20
**3298 (1)**

91:18
**33 (5)**
7:5;12:7;13:25;
173:20,23
**3350 (1)**
237:25
**3352 (1)**
239:17
**3354 (1)**
239:17
**3355 (1)**
240:8
**3357 (1)**
240:8
**3358 (1)**
240:20
**3360 (1)**
240:20
**3361 (1)**
241:13
**3363 (1)**
241:13
**3364 (1)**
241:21
**3366 (1)**
242:2
**3367 (1)**
244:13
**3368 (2)**
241:21;245:12
**3369 (2)**
245:19;246:20
**3372 (2)**
245:19;246:21
**3373 (2)**
246:13;247:11
**3375 (1)**
248:23
**3377 (1)**
246:13
**34 (3)**
7:7;178:18,22
**35 (4)**
7:8;180:7,11;182:6
**36 (3)**
7:10;198:10,14
**37 (3)**
7:12;200:25;201:4
**38 (3)**
7:14;202:22;203:2
**39 (3)**
7:16;207:3,6
**3rd (2)**
57:9;228:23

**4**

**4 (7)**
57:13;63:15,19;
101:20;162:3,18;166:7
**4:27 (1)**
281:3
**40 (5)**

7:18;208:15,18;
250:1;270:10
**40-day (1)**
272:7
**41 (5)**
7:20;179:23;212:13,
16;215:25
**4-13 (3)**
150:12;151:2,10
**4-18 (1)**
151:12
**42 (3)**
7:22;224:21,24
**4-26-17 (1)**
210:19
**4-27-17 (1)**
224:11
**42X (1)**
85:10
**43 (3)**
7:24;229:8,11
**44 (3)**
8:3;232:6,9
**45 (3)**
8:5;238:2,4
**46 (6)**
8:6;238:18,20;
262:15,23;277:24
**4-6 (1)**
148:19
**4-6-15 (1)**
148:19
**47 (3)**
8:7;239:19,21
**470 (2)**
85:2,10
**48 (3)**
8:9;240:9,11
**49 (4)**
8:11;240:21,23;
241:1
**4th (2)**
57:15;58:1

**5**

**5 (4)**
66:2,5;262:7;266:15
**50 (3)**
8:13;241:8,10
**51 (4)**
8:15;173:25;241:22,
24
**5-18 (1)**
150:21
**52 (5)**
8:17;245:21,23;
258:2,9
**53 (4)**
8:19;246:12,15;
258:23
**54 (10)**
8:21;250:11,14;

255:23;260:17;262:4;
267:1;270:5;273:5;
276:2
**543.42 (1)**
243:11
**55 (5)**
8:22;110:19;252:13,
14,16
**56 (4)**
8:24;111:19;255:2,4
**57 (4)**
9:3;258:11,13;263:8
**58 (3)**
9:5;266:9,11
**59 (3)**
9:7;268:21,24
**5th (3)**
160:6;165:6;262:14

---

## 6

**6 (9)**
69:3,7;148:10;160:7;
163:3;165:24;166:14;
268:10;269:12
**60 (10)**
9:9;116:5;128:25;
174:13,21;195:11;
200:15;234:21;269:5,7
**60,000 (1)**
140:16
**60-day (69)**
38:13;46:17,23;47:7,
15,19;48:8,10,19;
116:9;120:17;121:3,9,
12,20;122:12;124:20;
125:20;126:8;127:6,
16,23,25;128:15,22;
130:5,14,18;131:3;
132:19;133:8,18;
137:14;138:7;151:13,
21,25;152:15;157:6;
158:7;166:17;167:2;
188:21;189:2,11;
190:3,14,20;191:11,18;
192:9,16,20;193:9;
195:22;196:10;197:2;
198:1;200:18;214:19;
234:25;235:7;236:5,
23;237:10;253:25;
254:2,19;255:17
**61 (3)**
9:11;273:11,13
**6-16-17 (1)**
210:19
**6-18 (2)**
99:4;154:24
**62 (3)**
9:13;276:22,24
**64 (3)**
6:8;9:4;110:25
**6th (1)**
166:23

---

## 7

**7 (6)**
70:12,15;230:6;
272:21;273:17,25
**71 (1)**
155:16
**710 (1)**
216:21
**710.41 (1)**
216:5
**740 (3)**
83:11,20;93:10

---

## 8

**8 (9)**
71:9,14;72:23;74:22;
75:15;76:22;218:11;
267:4;268:6
**823 (1)**
71:11
**838 (1)**
74:18
**842 (2)**
56:15;71:12
**861 (1)**
66:3
**876 (1)**
69:5
**880 (2)**
85:17,18
**8th (1)**
75:16

---

## 9

**9 (5)**
72:8,11;109:23;
115:25;166:18
**90 (1)**
106:22
**95 (1)**
237:17
**98 (1)**
269:2
**980 (9)**
82:5,7;85:17,18;
87:20;92:16;98:15;
239:1;242:9
**980s (1)**
242:13