# Exhibit 13

Rebecca Varno Dep. Transcript

```
 1                UNITED STATES DISTRICT COURT
 2                MIDDLE DISTRICT OF PENNSYLVANIA
 3
 4       JILL BALLARD, REBECCA VARNO,
         and MARK POKORNI on behalf
 5       of themselves and the class
         members described herein,
 6
                 Plaintiffs,
 7
           vs.                              No. 3:18-cv-00121-MEM-MCC
 8
         NAVIENT CORPORATION, NAVIENT
 9       SOLUTIONS, INC., AND NAVIENT
         SOLUTIONS, LLC,
10
                 Defendants.
11
12       _____
13
14                   DEPOSITION OF REBECCA VARNO
15                      Schenectady, New York
16                     Thursday, July 14, 2022
17                            VOLUME I
18       (All parties appearing remotely via video conference.)
19
20
21       Reported by:
         WINDY PICARD
22       CSR No. 12879
23       Job No. 5305825
24
25       PAGES 1-55
```

Page 1

1    Nottingham High School in the City of Syracuse.
2         Q   Did you go to college?
3         A   I did.
4         Q   Where did you go?
5         A   For my bachelor's degree, I went to
6    Chatham College in Pittsburgh, Pennsylvania.  For my
7    master's degree, I went to NYU in New York City.
8             And then I attended Stony Brook University in
9    Stony Brook, New York, for some Ph.d. coursework, and I
10   didn't complete the degree.
11        Q   Okay.  I'm sorry.  I missed the name of the
12   college that you attended.  You said it very quickly.
13        A   Oh, it's called Chatham College,
14   C-h-a-t-h-a-m.
15        Q   Okay.  Got it that time.
16            What degree did you obtain from Chatham?
17        A   I got a bachelor's degree.
18        Q   What did you study?
19        A   History.
20        Q   When did you graduate?
21        A   May -- or spring of 1998.
22        Q   What did you study at NYU?
23        A   European studies, with a concentration in
24   history.
25        Q   What did you study at Stony Brook?

```
 1          A    I was in a Ph.d. program for history.
 2          Q    And you did not complete that?
 3          A    No.
 4          Q    Okay.  When did you get your master's from
 5     NYU?
 6          A    2000 -- spring of 2000.
 7          Q    Did you take out student loans for your
 8     bachelor's degree?
 9          A    I did.
10          Q    How many student loans did you take out for
11     that purpose?
12          A    How many?  I believe it was just one, you
13     know.
14          Q    What type of student loan was that?
15          A    It was a federal loan.
16          Q    Do you know what type of federal loan?
17          A    Again, you don't want me to guess.
18               (Multiple speakers.)
19          A    It's been a while.
20          Q    Did you take out student loans in connection
21     with your work at NYU?
22          A    I did.
23          Q    How many did you take out?
24          A    I believe it -- I took out one a year.  So,
25     again, in my mind, I call it one.  But one a year.
```

Page 13

```
 1          A    12 Wagon Wheel Lane -- and Wagon Wheel is, you
 2     know, separated -- Glenville, or Schenectady, New York
 3     12302.
 4          Q    How long have you lived there?
 5          A    This July would be nine years.
 6          Q    So approximately 2013?
 7          A    Yeah, yes.
 8          Q    Where did you live before that?
 9          A    We lived at -- on Riverside Drive in Scotia,
10     New York, which is S-c-o-t-i-a.  It's right down the
11     street.
12          Q    How long did you live there?
13          A    We lived there for two-and-a-half years.
14          Q    Okay.  So maybe 2011, 2010?
15          A    Yeah, it would have been '11.  My daughter was
16     definitely born.  She was born in 2010.
17          Q    Where did you live before the Riverside
18     address?
19          A    We lived on Devitt Road in Halfmoon, New York.
20     That's one word.  And we were there for two-and-a-half,
21     three years, maybe.
22          Q    Back to 2008?
23          A    Yeah.  I think we moved there when my son was
24     18 months old, and he was born in '07, so yeah, that
25     works out.
```

Page 17

```
 1        A    There's no other --
 2        Q    Okay.
 3        A    -- no.
 4        Q    Has any other capitalized interest been
 5   applied to your account, other than what you've already
 6   told me about?
 7        A    Not that I know of.
 8        Q    And I think I asked you this earlier.  Forgive
 9   me if I'm just repeating myself.
10             But how much improper capitalized interest,
11   from your perspective, was added to your account based
12   on the servicing in 2017?
13        A    I believe it was, at the time, around
14   a thousand or $1,200.  That's obviously still there, so
15   I don't know what it would be now.
16        Q    Can you explain to me, in your words, your
17   understanding of your role in this case as a proposed
18   named Plaintiff?
19        A    My understanding is that I am using my voice
20   to possibly help other people who may have had the same
21   errors on their account and may be aware or not be
22   aware of it, so I would be, sort of, speaking on their
23   behalf.
24        Q    Okay.  But just to be clear, as you sit here
25   right now, you're not aware of anyone else who had the
```

Page 49