# Exhibit 14

Jill Ballard Dep. Transcript

```
 1              UNITED STATES DISTRICT COURT
 2            MIDDLE DISTRICT OF PENNSYLVANIA
 3                     ---o0o---
 4
 5   JILL BALLARD, REBECCA VARNO      )
     and MARK POKORNI on behalf of    )
 6   themselves and the class members )
     described herein,                )
 7                                     )
 8            Plaintiffs,             )
                                       ) Case No.
     vs.                               ) 3:18-cv-00121-MEM-MCC
 9                                     )
     NAVIENT CORPORATION, NAVIENT      )
10   SOLUTIONS, INC., AND NAVIENT      )
     SOLUTIONS, LLC,                   )
11                                     )
             Defendants.              )
12   _____)
13
14
15           VIDEOCONFERENCE DEPOSITION OF
16                  JILL BALLARD
17             Thursday, July 21, 2022
18
19
20
21
22
23
24   Reported by:  Renée M. Bencich, CSR No. 11946, RPR
25   Job No. 5305790
```

Page 1

```
 1        A.    Yes.
 2        Q.    Did you go on to any other education after law
 3   school?
 4        A.    No.
 5        Q.    Aside from your California law license, do you
 6   hold any professional licenses?
 7        A.    No.
 8        Q.    Did you take out any student loans in
 9   connection with your studies at Palomar Junior College?
10        A.    No.
11        Q.    Did you take out any student loans in
12   connection with your studies at CSU?
13        A.    No.
14        Q.    Did you take out student loans in connection
15   with your law school education at Thomas Jefferson?
16        A.    Yes.
17        Q.    How many loans did you take out?
18        A.    I took out loans each year for, like, four
19   years, and then I think there were, like, two separate
20   loans for each year.  So that would probably be, like,
21   eight separate loans.
22        Q.    Were you in law school for four years?
23        A.    Yes.
24        Q.    Most law school programs are three years; why
25   was yours four?
```

Page 12

```
 1        A.    I did the part-time program.

 2        Q.    Okay.

 3        A.    And then I didn't go to summer school either.

 4        Q.    Okay.  What types of loans were those eight

 5   loans?

 6        A.    FFELP.  And I'm not sure if there was anything

 7   else; I think that's just -- that's it.

 8        Q.    Have you ever heard the term "subsidized loan"?

 9        A.    Yes.

10        Q.    What does that mean?

11        A.    The interest rate is supposed to be lower.

12        Q.    And you've heard the phrase "unsubsidized

13   loan"?

14        A.    Yes.

15              MS. SIMONETTI:  There's going to be barking,

16   and I do apologize.  Okay.  Can you hear me?

17              THE WITNESS:  Yes.

18              THE COURT REPORTER:  Oh, I didn't hear that.

19              MS. SIMONETTI:  Let me just close the door.

20              THE COURT REPORTER:  Thank you.

21              MS. MILLER:  Sounds like you have a crowd

22   there.

23              MS. SIMONETTI:  You know, it's only two; you'd

24   think it was a crowd.  Yeah, they -- they love it.

25   Someone's at the door so that's good stuff.
```

Page 13

1        A.    It's just Rover.

2        Q.    When did you establish that?

3        A.    In around 2018.

4        Q.    Aside from that business, have you done

5    anything else in terms of employment since taking the

6    bar?  Just to make it easy.

7        A.    No, I'm not -- I've been working on my own

8    house, so I don't get paid so that's not really

9    employment.

10       Q.    Okay.  Where did you live when you were

11   attending Thomas Jefferson?

12       A.    In San Diego.

13       Q.    What was your address there?

14       A.    It was four -- 4644 Florida Street, 92116.

15       Q.    How long did you live there?

16       A.    For -- let's see, maybe since, like, 2004 or

17   two thousand -- yeah, 2004 to sometime after I took the

18   bar.  So maybe to 2010 or 2011.

19       Q.    Where did you live after that?

20       A.    In San Diego with the -- my mother.

21       Q.    What's the address there?

22       A.    13232 Dax Court.  And the zip code is 92129.

23       Q.    Is that Jacks with a J?

24       A.    No, D with a dog -- I mean --

25       Q.    Ah.

                                          Page 21

```
1        A.    D.

2        Q.    How long did you live there?

3        A.    I lived there until 2018.

4        Q.    How about after that?

5        A.    Now I'm living in New Mexico, in Melrose, New

6   Mexico.

7        Q.    When did you move to New Mexico?

8        A.    In 2018.

9        Q.    And what's your address there?

10       A.    It's 405 North 8th Street.  And the zip code is

11   88124.

12       Q.    When you've lived at these various addresses,

13   have you used them for purposes of receiving

14   correspondence from Navient?

15       A.    I might have or I might have just used a post

16   office box.

17       Q.    Do you have a recollection of using a post

18   office box for that purpose?

19       A.    Yes.

20       Q.    Okay.  Did you use a PO box on more than one

21   occasion during this time frame after graduation and to

22   the present?

23       A.    Yes, I had a post office box when I was living

24   in San Diego.  After I moved to Jax Court residence, I

25   had a post office box there.
```

Page 22