# Exhibit 15

Mark Pokorni Dep. Transcript

```
 1                UNITED STATES DISTRICT COURT
 2               MIDDLE DISTRICT OF PENNSYLVANIA
 3
 4    JILL BALLARD, REBECCA VARNO,)
      and MARK POKORNI on behalf
 5    of themselves and the class )
      members described herein,
 6                                 )
              Plaintiff,
 7                                 )
      vs.                                    No. 3:18-cv-00121-MEM-MCC
 8                                 )
      NAVIENT CORPORATION,
 9    NAVIENT SOLUTIONS, INC.,    )
      AND NAVIENT SOLUTIONS, LLC,
10                                 )
              Defendants.
11    _____)
12
13
14
15
                 REMOTE DEPOSITION OF MARK POKORNI
16
                         Chicago, Illinois
17
                      Monday, July 18, 2022
18
                             Volume I
19
20
21
22   Reported by:
     LISA ANDREASEN
23   CSR No. 9584
24   Job No. 5305768
25   PAGES 1 - 42
```

Page 1

866 299-5127

```
 1   Q   You understand it's important that we not
 2   speak at the same time?
 3   A   Yes.
 4   Q   Do you understand that if you answer a
 5   question we will assume that you understood it?
 6   A   Yes.
 7   Q   If a question is not clear to you, will you
 8   just ask me to rephrase it or repeat it for you?
 9   A   Yes.
10   Q   Do you understand you have to answer the
11   questions out loud.  You can't nod your head or
12   something.
13   A   Yes.
14   Q   Do you understand I'm entitled to your best
15   estimate as to time frames or dollar amounts, things
16   of that nature?
17   A   Yes.
18   Q   And do you understand the difference between
19   an estimate and a guess?
20   A   I believe so.
21   Q   Okay.  Well, if I ask you to estimate the
22   length of the table where you're sitting, you can do
23   that; right?
24   A   Yes.
25   Q   If I ask you to estimate the length of the
                                                   Page 6
```

```
 1   table where I'm sitting, you'd be guessing; right?
 2   A   Yes.
 3   Q   Okay.
 4   A   Exactly.
 5   Q   Correct.  All right.  If you're tired, will
 6   you just ask me for a break?
 7   A   Yes.
 8   Q   Okay.  But you understand that the only time
 9   you can't do that is when a question is pending?
10   A   Yes.
11   Q   Okay.  Do you understand that you'll have the
12   opportunity to correct the transcript from today's
13   deposition?
14   A   Yes.
15   Q   Do you also understand that I would have the
16   ability to comment on any change you make to your
17   transcript in the litigation?
18   A   Yes.
19   Q   Okay.  Is there any reason that you can't
20   give your best testimony today?
21   A   No.
22   Q   All right.  Have you been involved in any
23   other litigation in any capacity?
24   A   No.
25   Q   Have you ever been involved in an
                                                   Page 7
```

```
 1   arbitration?
 2   A   No.
 3   Q   How about a bankruptcy proceeding?
 4   A   No.
 5   Q   All right.  So this is it.  Your one and
 6   only.
 7   A   Yes.
 8   Q   All right.  What's your date of birth,
 9   Mr. Pokorni?
10   A   ████████
11   Q   And where were you born?
12   A   Chicago, Illinois.
13   Q   Where did you attend high school?
14   A   Von Steuben.
15   Q   Can you spell that.
16   A   V-o-n second word S-t-e-u-b-e-n.
17   Q   Where is that located?
18   A   Chicago, Illinois.
19   Q   Did you attend college?
20   A   Yes.
21   Q   Where did you go to college?
22   A   University of Chicago.
23   Q   When did you graduate?
24   A   1995.
25   Q   What degree did you get from University of
                                                   Page 8
```

```
 1   Chicago?
 2   A   Economics.
 3   Q   And that was your bachelor's?
 4   A   Yes.
 5   Q   Oh, sorry.  Sorry about that.
 6       Have you undertaken any graduate work?
 7   A   No, I have not.
 8   Q   So that's the only degree that you hold is
 9   your bachelor's from University of Chicago?
10   A   Yes.
11   Q   In connection with that education, did you
12   take out any student loans?
13   A   Yes.
14   Q   How many loans did you take out?
15   A   A total of four loans.
16   Q   What types of loans were those?
17   A   Sallie Mae.
18   Q   Okay.  Do you have an understanding that the
19   company that you represent as Sallie Mae changed its
20   name to Navient Solutions?
21   A   Yes.
22   Q   Okay.  So when I say Navient today, I will
23   mean the company that changed its name to Navient
24   Solutions, LLC.  Okay?
25   A   Yes.
                                                   Page 9
```

```
 1   A   I talked to my attorneys.
 2   Q   Okay.  When did you do that?
 3   A   July 15th, 2022, this Friday.
 4   Q   All right.  How long did you speak with them?
 5   A   I spoke with them for about two hours.
 6   Q   Okay.  When you graduated from school in
 7  1995, where were you living?  What was your address?
 8   A   I was living in the dormitories at the
 9  University of Chicago.  I forgot the exact address.
10  It was Shoreland Residence.
11   Q   Okay.  And where did you live after that?
12   A   I lived at home for a time, moved back home.
13   Q   Okay.  What's that address?
14   A   4520 North Richmond, Chicago, Illinois 60625.
15   Q   And how long did you live there after school?
16   A   I lived there for about a year or so.
17   Q   All right.  So sometime in '96?
18   A   Um-hmm.
19   Q   Where did you live next?
20   A   I ended up moving around a bit.  I forget the
21  addresses.
22   Q   Let me try to make it easier for you.
23   A   Sure.
24   Q   During this period of time when you were
25  moving around, what address did you use for
```
Page 14

```
 1  correspondence with Navient?
 2   A   I used the [redacted]
 3   Q   All right.  You used your parents' address.
 4  How long did you use that address for purposes of
 5  correspondence with Navient?
 6   A   I've used it for maybe about -- let's see.
 7  I've used it from 1995 to the present.
 8   Q   Okay.  Do you currently live at that address?
 9   A   I'm currently living at the address, yes.
10   Q   All right.  Have you ever used an email
11  address for purposes of receiving correspondence from
12  Navient?
13   A   Yes.
14   Q   What email address is that?
15   A   [redacted]
16   Q   Okay.  At this point in time, do you receive
17  most of your communications from Navient through
18  email?
19   A   Yes.
20   Q   Do you receive monthly statements from
21  Navient through email?
22   A   Yes.
23   Q   When you receive those, do you review them?
24   A   Yes.
25   Q   Do you review them every month?
```
Page 15

```
 1   A   Yes.
 2   Q   Are your loans on auto-pay?
 3   A   No.
 4   Q   Have they ever been on auto-pay?
 5   A   No.
 6   Q   Are you married, Mr. Pokorni?
 7   A   No, I am not.
 8   Q   Have you ever been?
 9   A   No.
10   Q   Do you have any children?
11   A   No, I do not.
12   Q   What was your first meaningful job after you
13  graduated from college?
14   A   I had worked for a company called Meetings
15  Database Institute, which was very temporary.  That
16  was from '96.  Yes, that was my first job.
17   Q   I'm sorry.  Could you repeat the name of the
18  company one more time.
19   A   It was called Meetings Database Institute.
20   Q   What did that organization do?
21   A   They were trying to organize and book
22  meetings with different organizations based on trying
23  to sell packages for organizations for establishing
24  meetings at different venues.
25   Q   What types of meetings would they set up?
```
Page 16

```
 1   A   It could be anything.  It could be corporate
 2  events, stuff like that, mostly between large
 3  businesses and venues.
 4   Q   All right.  And you had that position for
 5  about a year, you said?
 6   A   About a year, yes.
 7   Q   What did you do next?
 8   A   I worked at the Chicago Mercantile Exchange.
 9   Q   How long did you work there?
10   A   About a year, year and a half.
11   Q   What were your job duties there?
12   A   I was a runner on the exchange.
13   Q   And what did that entail?
14   A   Communication between the trading desk and
15  the floor traders.
16   Q   What did you do after that?
17   A   I ended up working at Encyclopedia
18  Britannica.
19   Q   How long did you work there?
20   A   About three years.
21   Q   What were your job duties there?
22   A   Northern -- I was a research analyst for the
23  encyclopedia book of the year.
24   Q   So what did you do as a research analyst?
25   A   Mostly country updates, making sure that the
```
Page 17

5 (Pages 14 - 17)