# Exhibit 16

Pokorni Loan Summary

## Loan Types


