# **Exhibit 17**

1/22/2014 Letter to Ballard