# Exhibit 18

12/20/17 Letter to Ballard


www.Navient.com

Office of the Customer Advocate
PO Box 4200
Wilkes-Barre, PA  18773-4200

August 17, 2017

Ms. Jill Ballard
P.O. Box 722312
San Diego, CA 92172-2312

**RE:  Your Student Loan Account #9470024319**

Dear Ms. Jill Ballard:

Thank you for reaching out to us with your concerns regarding your student loan
account.  We are here to help any way that we can.

First, it is important to note that on October 13, 2014, Sallie Mae underwent a company
split and your loans are now serviced by Navient.  You can rest assured that Sallie Mae
did not sell your loans to a new company and the servicing and terms and conditions of
your loans remain the same.

You agreed to the terms of the loans when you signed the Promissory Notes.  You were
provided with copies of your Promissory Notes August 8, 2017.  Your Promissory Notes
states that you are responsible for the student loan debt in its entirety.  Therefore, we
cannot release you of your obligation to repay these loans or forgive any portion of the
loans.  We do not have a specific contract that you signed with Navient, however, the
Promissory Note outlines your obligation to the servicer of the loan and the repayment
of the entire balance.

You are welcome to contact me directly at 888-545-4199, x410205, with any questions
you may have concerning your account.

Sincerely,

Nina Thomas
Nina Thomas
Office of the Customer Advocate
Navient

# NAVIΞNT

Department of Education
Loan Servicing

Office of the Customer Advocate
PO Box 9600
Wilkes-Barre, PA  18773-9600
Phone: 866-432-7939
Fax: 570-821-4550

December 20, 2017

Ms. Jill Ballard
P.O Box 722312
San Diego, CA 92172-2312

**RE:    Your Student Loan Account #9470024319**

Dear Ms. Ballard:

Thank you for contacting the Office of the Customer Advocate regarding your student loan account.  Specifically, you had concerns regarding the capitalized interest on your account in relation to your Income Based Repayment (IBR) plan for the period beginning March 23, 2012.

Interest accrues daily and can capitalize (be added to your principal balance) after a status change such as a forbearance, deferment, or when certain repayment options change or expire. During deferment, typically, the federal government pays the interest that accrues on subsidized loans.  You are responsible for all valid interest that accrues on your loans.

While we did not find that interest capitalized on March 23, 2012, we would like share that interest did capitalize on your Navient Department of Education Loan Servicing Loans (ED) for $101.69 and for your Navient loans for $540.94 on February 28, 2012, at the conclusion of an Economic Hardship Deferment.

Furthermore, after an extensive review of your account, we would like to share that we have reversed the interest that capitalized on January 22, 2014 for your Navient loans in the amount $4,686.57.

You're welcome to call me directly at 866-432-7939, x 843756 with any questions you may have.

Sincerely,

Jeri N. Russell
Office of the Customer Advocate
Navient Department of Education Loan Servicing