# Exhibit 19

Pokorni Account Records