# Exhibit 20

Interest Capitalization Statement

   

# Account History

The information contained on this page is current as of the day the information is requested. Transactions in your Account History may change due to normal account processing, such as a change in payment allocation or a retroactive change in your account status. After a transaction has been reapplied, you will no longer be able to view prior applications.

| Display | Date Range |
|---|---|
| By Transaction ▼ | Life of Loan ▼ |

## History

Print

| Date ▼ | Description ▼ | Principal ▼ | Interest ▼ | Fees ▼ | Total ▼ |
|---|---|---|---|---|---|
| 03/13/2017 | Capitalized Interest | $403.85 | -$403.85 | $0.00 | $0.00 |
| 02/02/2016 | Capitalized Interest | $184.94 | -$184.94 | $0.00 | $0.00 |
| 01/28/2016 | Late Fee | $0.00 | $0.00 | $16.00 | $16.00 |
| 01/04/2016 | Capitalized Interest | $25.49 | -$25.49 | $0.00 | $0.00 |
| 12/31/2015 | Capitalized Interest | $576.84 | -$576.84 | $0.00 | $0.00 |
| 09/30/2015 | Capitalized Interest | $567.55 | -$567.55 | $0.00 | $0.00 |
| 06/30/2015 | Capitalized Interest | $552.43 | -$552.43 | $0.00 | $0.00 |
| 03/31/2015 | Capitalized Interest | $777.16 | -$777.16 | $0.00 | $0.00 |
| 11/20/2014 | Capitalized Interest | $294.00 | -$294.00 | $0.00 | $0.00 |
| 10/28/2014 | Late Fee | $0.00 | $0.00 | $14.76 | $14.76 |
| 10/01/2014 | Capitalized Interest | $5.88 | -$5.88 | $0.00 | $0.00 |
| 09/30/2014 | Capitalized Interest | $532.17 | -$532.17 | $0.00 | $0.00 |
| 06/30/2014 | Capitalized Interest | $517.99 | -$517.99 | $0.00 | $0.00 |
| 03/31/2014 | Capitalized Interest | $504.22 | -$504.22 | $0.00 | $0.00 |
| 12/31/2013 | Capitalized Interest | $593.67 | -$593.67 | $0.00 | $0.00 |
| 10/28/2013 | Late Fee | $0.00 | $0.00 | $13.84 | $13.84 |
| 09/14/2013 | Capitalized Interest | $412.19 | -$412.19 | $0.00 | $0.00 |
| 06/30/2013 | Capitalized Interest | $485.67 | -$485.67 | $0.00 | $0.00 |
| 03/31/2013 | Capitalized Interest | $472.76 | -$472.76 | $0.00 | $0.00 |
| 01/28/2013 | Late Fee | $0.00 | $0.00 | $13.19 | $13.19 |
| 12/31/2012 | Capitalized Interest | $89.03 | -$89.03 | $0.00 | $0.00 |
| 12/14/2012 | Capitalized Interest | $387.61 | -$387.61 | $0.00 | $0.00 |

| Date | Description | Principal | Interest | Fees | Total |
|---|---|---|---|---|---|
| 09/30/2012 | Capitalized Interest | $467.80 | -$467.80 | $0.00 | $0.00 |
| 06/30/2012 | Capitalized Interest | $455.34 | -$455.34 | $0.00 | $0.00 |
| 03/31/2012 | Capitalized Interest | $448.08 | -$448.08 | $0.00 | $0.00 |
| 02/28/2012 | Late Fee | $0.00 | $0.00 | $12.36 | $12.36 |
| 01/29/2012 | Late Fee | $0.00 | $0.00 | $12.36 | $12.36 |
| 12/31/2011 | Capitalized Interest | $83.46 | -$83.46 | $0.00 | $0.00 |
| 12/14/2011 | Capitalized Interest | $363.34 | -$363.34 | $0.00 | $0.00 |
| 09/30/2011 | Capitalized Interest | $438.53 | -$438.53 | $0.00 | $0.00 |
| 07/28/2011 | Late Fee | $0.00 | $0.00 | $11.91 | $11.91 |
| 06/30/2011 | Capitalized Interest | $113.91 | -$113.91 | $0.00 | $0.00 |
| 06/28/2011 | Late Fee | $0.00 | $0.00 | $11.91 | $11.91 |
| 11/28/2010 | Late Fee | $0.00 | $0.00 | $12.43 | $12.43 |
| 10/28/2010 | Late Fee | $0.00 | $0.00 | $12.43 | $12.43 |
| 09/30/2010 | Capitalized Interest | -$225.81 | $225.81 | $0.00 | $0.00 |
| 09/30/2010 | Capitalized Interest | $225.81 | -$225.81 | $0.00 | $0.00 |
| 09/28/2010 | Late Fee | $0.00 | $0.00 | $12.43 | $12.43 |
| 08/14/2010 | Capitalized Interest | -$651.60 | $651.60 | $0.00 | $0.00 |
| 08/14/2010 | Capitalized Interest | $651.60 | -$651.60 | $0.00 | $0.00 |
| 07/28/2010 | Late Fee | $0.00 | $0.00 | $12.43 | $12.43 |
| 06/30/2010 | Capitalized Interest | -$440.65 | $440.65 | $0.00 | $0.00 |
| 06/30/2010 | Capitalized Interest | $440.65 | -$440.65 | $0.00 | $0.00 |
| 06/28/2010 | Late Fee | $0.00 | $0.00 | $12.43 | $12.43 |
| 06/06/2010 | Capitalized Interest | $328.14 | -$328.14 | $0.00 | $0.00 |
| 05/28/2010 | Late Fee | $0.00 | $0.00 | $11.75 | $11.75 |
| 04/21/2010 | Payment | $0.00 | $0.00 | -$196.00 | -$196.00 |
| 09/14/2009 | Capitalized Interest | -$580.28 | $580.28 | $0.00 | $0.00 |
| 09/14/2009 | Capitalized Interest | $580.28 | -$580.28 | $0.00 | $0.00 |
| 08/28/2009 | Late Fee | $0.00 | $0.00 | $11.86 | $11.86 |
| 07/28/2009 | Late Fee | $0.00 | $0.00 | $11.86 | $11.86 |
| 06/30/2009 | Capitalized Interest | -$221.73 | $221.73 | $0.00 | $0.00 |
| 06/30/2009 | Capitalized Interest | $221.73 | -$221.73 | $0.00 | $0.00 |
| 06/28/2009 | Late Fee | $0.00 | $0.00 | $11.86 | $11.86 |
| 05/14/2009 | Capitalized Interest | $37.44 | -$37.44 | $0.00 | $0.00 |
| 03/31/2009 | Capitalized Interest | $414.67 | -$414.67 | $0.00 | $0.00 |
| 01/28/2009 | Late Fee | $0.00 | $0.00 | $11.12 | $11.12 |

| Date | Description | Principal | Interest | Fees | Total |
|---|---|---|---|---|---|
| 12/31/2008 | Capitalized Interest | $417.06 | -$417.06 | $0.00 | $0.00 |
| 12/28/2008 | Late Fee | $0.00 | $0.00 | $11.12 | $11.12 |
| 11/28/2008 | Late Fee | $0.00 | $0.00 | $11.12 | $11.12 |
| 10/28/2008 | Late Fee | $0.00 | $0.00 | $11.12 | $11.12 |
| 09/30/2008 | Capitalized Interest | $410.32 | -$410.32 | $0.00 | $0.00 |
| 09/28/2008 | Late Fee | $0.00 | $0.00 | $11.12 | $11.12 |
| 08/28/2008 | Late Fee | $0.00 | $0.00 | $11.12 | $11.12 |
| 07/28/2008 | Late Fee | $0.00 | $0.00 | $11.12 | $11.12 |
| 06/30/2008 | Capitalized Interest | $207.90 | -$207.90 | $0.00 | $0.00 |
| 06/29/2008 | Late Fee | $0.00 | $0.00 | $11.12 | $11.12 |
| 05/14/2008 | Capitalized Interest | $193.10 | -$193.10 | $0.00 | $0.00 |
| 03/31/2008 | Capitalized Interest | $393.02 | -$393.02 | $0.00 | $0.00 |
| 12/31/2007 | Capitalized Interest | $390.94 | -$390.94 | $0.00 | $0.00 |
| 09/30/2007 | Capitalized Interest | $384.64 | -$384.64 | $0.00 | $0.00 |
| 06/30/2007 | Capitalized Interest | $194.87 | -$194.87 | $0.00 | $0.00 |
| 05/14/2007 | Capitalized Interest | $181.01 | -$181.01 | $0.00 | $0.00 |
| 05/14/2007 | 181 Day Delinquency Fee | $0.00 | $0.00 | $70.00 | $70.00 |
| 04/29/2007 | Late Fee | $0.00 | $0.00 | $10.04 | $10.04 |
| 03/31/2007 | Capitalized Interest | $364.44 | -$364.44 | $0.00 | $0.00 |
| 03/28/2007 | Late Fee | $0.00 | $0.00 | $10.04 | $10.04 |
| 02/28/2007 | Late Fee | $0.00 | $0.00 | $10.04 | $10.04 |
| 01/28/2007 | Late Fee | $0.00 | $0.00 | $10.04 | $10.04 |
| 12/31/2006 | Capitalized Interest | $315.45 | -$315.45 | $0.00 | $0.00 |
| 12/28/2006 | Late Fee | $0.00 | $0.00 | $10.04 | $10.04 |
| 11/28/2006 | Late Fee | $0.00 | $0.00 | $10.04 | $10.04 |
| 10/13/2006 | Capitalized Interest | $51.78 | -$51.78 | $0.00 | $0.00 |
| 09/30/2006 | Capitalized Interest | $240.40 | -$240.40 | $0.00 | $0.00 |
| 06/14/2006 | Disbursement | $22,145.08 | $0.00 | $0.00 | $22,145.08 |



ABOUT US　　TERMS OF USE　　PROTECTING YOUR PRIVACY　　CALIFORNIA PRIVACY RIGHTS　　SOCIAL MEDIA POLICIES　　ABOUT OUR ADS　　SITE MAP

ACCESSIBILITY　　CONTACT US

© 2021 - Navient Solutions, LLC. All rights reserved. Navient and the Navient logo are registered service marks of Navient Solutions, LLC. Other logos are trademarks or service marks of their respective owners. Navient Corporation and its subsidiaries, including Navient Solutions, LLC, are not sponsored by or agencies of the United States of America.