# Exhibit 21

Payment Confirmation

🗑 🗄 ⛔ 📁 ↶ ↶ ↷   🔍 Zoom   ⚡ ✉ 🏷 📌 Pin / Unpin

### FW: Navient Attorney General Settlement: You will receive a payment   ✏ Summarize

From: m.pokorni@comcast.net <m.pokorni@comcast.net>
Sent: Thursday, July 7, 2022 2:32 AM
To: m.pokorni@comcast.net
Subject: FW: Navient Attorney General Settlement: You will receive a payment

---

From: NavientAGSettlement@rcnotifications.com <NavientAGSettlement@rcnotifications.com>
Sent: Friday, April 29, 2022 4:09 PM
To: M.POKORNI@comcast.net
Subject: Navient Attorney General Settlement: You will receive a payment

On January 13, 2022, a coalition of state attorneys general announced a multistate settlement with Navient to resolve allegations of unfair and deceptive student loan servicing practices, including steering federal loan borrowers into forbearances instead of counseling them about income-driven repayment (IDR) plans.

### You Are Eligible to Receive a Payment
### from the Navient Multistate AG Settlement

On January 13, 2022, a coalition of state attorneys general announced a multistate settlement with Navient to resolve allegations of unfair and deceptive student loan servicing practices, including steering federal loan borrowers into forbearances instead of counseling them about income-driven repayment (IDR) plans.

You qualify to receive a payment of approximately $260 as compensation for certain harm resulting from Navient's alleged forbearance steering practices. You do not need to do anything to receive a payment as long as you received a postcard in the mail. A check will be mailed to you at the address we have on file. If you did not receive a postcard in the mail, please contact us to update your contact information or request an electronic payment. If you have any questions or need to update your contact information, please visit www.NavientAGsettlement.com or call 1-833-630-1416. You may also visit the website to request an electronic payment. Your Web Registration Code is TZ98TSH2ZF.

**If you are struggling to pay your federal loan, consider an IDR plan.** Under IDR plans, payments are based on income and family size and can be as low as $0 per month. IDR plans offer the possibility of loan forgiveness after 20 or 25 years and may provide valuable interest subsidies. To learn more, visit www.NavientAGsettlement.com/IDR or call your federal loan servicer.

Para obtener esta información en español, visite www.NavientAGsettlement.com.

Sincerely,

Navient Multistate Settlement Administrator