# Exhibit 22-A

Jill Ballard Account History Notes

<u>Notes from Jill Ballard call to Navient, July 6, 2017</u>

*I called Navient's customer service today and talked to Juliana. She confirmed that my IBR renewal application was received on November 25, 2013 and processed on December 3, 2013. Then they received my re-submitted application in February 2014 and processed it to "recompute." Because the income was the "same," the "payment did not change."*

<u>Notes from Jill Ballard's call to Navient, on or around July 22, 2017</u>

I called Navient to find out why I received the bill for $902.55 in Feb. 2014 if my application had been timely. According to Amjay (customer service representative), it was because it wasn't timely enough to be processed before the expiration of my then IBR plan. She said it takes 15 to 25 days to process the IBR applications. Here are the applicable dates:

| | |
|---|---|
| The forms were due: | 12/18/2013 |
| The forms were received: | 11/25/2013 |
| The forms were processed: | 12/03/2013 |
| My IBR plan expired: | 01/22/2014 |
| The second application I sent was received: | 02/2014 |

Notes from Jill Ballard's call to Navient on or around January 10, 2018

6-18-09 to 06-17-10 (first deferment after grace period)
6-18-10 to 06-17-11 (2nd deferment I presume)
6-18-11 to 06-17-12 (3rd deferment I presume)
6-18-12 (IBR I presume)

# Exhibit 22-B

Rebecca Varno Account History Notes

1. Please provide the dates of all forbearances I have had from 2005 to the present.

--Sept 2009-Oct 2009 (Voluntary--phone)

--Oct 2011-Sept 2012 (Voluntary--phone)

--Oct 2015-May 2015 (Voluntary--phone)

--June 2016-April 2017 (Voluntary--phone)

--Apr 2017-July 2017 (Voluntary phone)

about:blank

2.    What was the purpose of each forbearance, according to your records? (see above)

3.    How much interest was capitalized at the end of each forbearance?

"We would have to compute that, it's not easy. You would have to call back because each one has to be done separately, that is not easy."

4.    Did I submit any paperwork requesting any of those forbearances, or were they all processed over the telephone? (see above)

5.    Do your records indicate whether any of my loans have ever been in default?

--No

6.    Did I incur a capitalization of interest after the forbearances? What was the amount capitalized after each?

--Can't do that easily.

7.    On what date was my first IDR request documents received?

--July 2016

8.    On what date were these materials processed? What was the monthly payment amount calculated at?

--Already on file, I don't know if we can give you a process date. Please hold. It looks like July? Oh, here--June 23rd.

9.    On what date was the new IDR repayment amount first applied to my account?

--July 2017

10.    Were there were any problems or issues with my IDR paperwork?

--No, nothing. Completed june 23rd, somehow there is another one completed in April 2017, something was missing from spousal documents of income outside of tax return, probably pay stubs or proof of income. April 24th the application was marked complete.

Re: questions - Anthony Fiorentino - Outlook

11.    Do you have records or notes of any of my phone calls made after my IDR request was received?

Could you please review with me the dates and corresponding notes from each call?

-- I can check. After your approval on April 27th you went into voluntary forbearance over the phone. The IBR was approved in July. You did call in early May, and in June when you were re-qualified and your forbearance was applied. June you called to check on IBR application again. July you called to follow up again.

12.    Were any of my loans ever placed on an administrative forbearance?  If so, when?

---Yes, May 2007-June 2007
--Oct 2013 (1month)
--May 2016-June2016

1. Which IDR plan am I currently on?

IBR

2. How many IDR request forms did I submit in 2017?

There are 3 forms on file for 2017. (I asked him – "I have THREE IDR forms on file in the year 2017?") and he said "Yes, I show you have 3 on file here."

3. Can you access a copy of my IDR application (or applications)? If so, could we please review my answers to all questions on the form (or forms)? If

not, please mail or email me copies of the form or forms.

Why? What would you do with them? They are already in use so what would you want with them? (I told him I was trying to get all my records in one

place and would like my own hard copy). Let me check with someone to see if I can even send them to you or not. Yes, my supervisor said I can send them

to you. I will generate the email request form and send them via email. It should take about a week, or maybe two at most. I am making the request to our

processing department now. This will take 2 or 3 minutes while you will be on hold. Please hold. My supervisor just told me I can only send the most

recent one for 2017.  The other two can not be sent to you. Is this ok'? (I told him I would like whatever can be sent to me.  I was placed back on hold.)

February 8th is the day you should receive it.

4. Please provide the date next to my signature on each IDR request I submitted.

This one took a while.  I don't know if he was looking at the actual document or not, but he was madly typing and turning actual pages (in the background).

--April 18, 2017 was the most recent date next to your signature

5. Please provide the exact date that Navient received each IDR request form I submitted in 2017.

--Proof of income received on April 27th along with application.  I have Avanti computer systems incorporated and Post University received April 27th

(Avanti was my husbands employer and Post was mine).

6. Was any supporting documentation missing from my first IDR request?  If so, when did Navient finally receive all necessary supporting

documentation?

---Not really.  I can see here that IBR is applied to your account.  (I told him no, I am asking about April/May/June/July of 2017).  Going back to April, well

as far as IBR application it says "form not processed." It was declined and missing spousal income documents.  This plan was declined on April 24th, proof

was received April 27th.

7. On what date was my IDR request finally approved?

---April 27, 2017

8. On what date was the new payment amount applied to my account?

--That was  on June 16, 2017

9. Please provide the start date and end date of all forbearances requested in 2017.

--April 2017 through July 16th 2017, then IBR overrode the forbearance.

10. Was any paperwork submitted in connection with these forbearance requests, or were the requested and processed entirely over the phone?

--Over the phone only.

11. Do your notes indicate the purpose of the forbearances taken in 2017?

--It indicates here waiting for application for IBR

12. How much interest was capitalized after each forbearance in 2017?  Please provide the capitalization date for both interest capitalizations in that year

--He said "please hold, I have to do the actual calculations for you." Then he put me on hold but I could hear him talking for a while with someone else

about "asking for approval" (I do not know if this related to me or not) then the hold muted their conversation out.  He came back on a few times to tell me

to continue holding.  For 2017 your Capitalized interest is estimated to be $11,100.02, that is as close as I can calculate.



According to Navient:

May 2016 IBR started/applied first time (so 2017 was a re certification)
2008 Income Sensitive Repayment began and I postponed through forbearance on/off through 2016

On Tue, Apr 24, 2018 at 12:46 PM, Rebecca Varno <rebecca.varno@gmail.com> wrote:
was I in an income driven repayment program before 2017? Dates? Names?

- Are all my loans FFELP or Federal Direct? Or do I have both?
- I have FFELP only
- When I began IBR in 2016, on what date was my plan request approved?
- Plan approved on August 16, 2016
- On what date was the new payment amount applied to my account?
- August 16, 2016
- What was the annual deadline to recertify in 2017?
- "Always 90 days before it ends, we send reminders, and on that reminder it gives a different day based on the year. it is not always exactly 1 year." (Anthony I asked her to clarify this for me 3 times and gave up. She would not give me a specific date and said that 90 days before its due, we get reminders).
- Did I submit my renewal request before or after the deadline? On what date?
- Received on April 17, 2017 and that was before the deadline.
- On what date was my renewal request received?
- April 17, 2017
- On what date was my renewal request processed?
- July 16, 2017
- Was my renewal request approved? If so, when was the new payment amount applied to my account?
- Yes, it was approved and the new payment was active as of Aug 16, 2017
- Why did I incur an interest cap on 5/17/17?
- Seems like you submitted application in April but it was not processed bc missing information. A forbearance was requested for a month and interest accrued.
- Why did I incur an interest cap on 4/27/17?
  - Same as last answer--"Seems like you submitted application in April but it was not processed bc missing information. A forbearance was requested for a month"
- Why did I incur an interest cap on 7/17/16?
- There was another forbearance requested for one month June 19, 2016-July 17, 2016
- Why did I incur an interest cap on 6/30/16?
- Again, this is because of the forbearance you requested
- Why did I incur an interest cap on 6/19/16?
- The account was past due, and it was placed on administrative forbearance this time. We do this to separate the interest that is being accrued from voluntary vs administrative forbearance.
- Why did I incur an interest cap on 5/18/16?

about:blank

- At that time an administrative forbearance was put on your account which brings the account up to date/current, but interest in accrued. This type does not count against your "total allowed forbearance time."



What was my monthly payment amount for both years under IBR (2016 and 2017)?
2016-$710.41
2017-$0

Was my proof of income documentation that you submitted on April 27, 2016 received before the deadline?
Yes, received before the deadline

Was the missing information in 2017--my husbands income documentation--received before the deadline? on what date?
Received my application for recertification April 17, 2017
Received my husbands "missing" information on April 27, 2017, before the deadline

# __Exhibit 22-C__

Mark Pokorni Account History Notes

**<u>Notes from Mark Pokorni's call to Navient's customer service department: May 17, 2018</u>**

1.   In what year did I first enroll in IBR?

   **2016.**

2.   On what date was   my first IBR enrollment request received?

   **March 5, 2016.**

3.   On what date was the request processed?

   **April 5, 2016.**

4.   On what date was I actually enrolled in the IBR plan for the first time?

   **April 5, 2016.**

5.   Were there any years in which my IBR plan was not renewed before the annual expiration?   If so, what year? **(Use this year for all remaining questions)**

   **Everything was renewed on time.**

6.   Did I incur an interest capitalization when the plan was not timely renewed> In what amount?

   **No. Plan was renewed on time**.

7.   What was the annual renewal deadline for that year? (The date by which Navient need to receive my IBR renewal request?

   **Not applicable.**

8.   On what date were my IBR documents received by Navient in that year?

   **Not applicable.**

9.   Were my documents submitted electronically, or by mail?

**Electronically.**

10. Why was my IBR plan not timely renewed that year?
    **Not applicable.**

11. Were there were any problem s or issues with my application or income
    documentation?

    **None.**

12. On what date was my IBR renewal request processed? Was it approved?

    **Not applicable.**

13. Was the IBR renewal applied to my account on the same date it was processed?
    Or was
    it applied at a later date? If so, what was the later date?

    **Yes. For all of the renewals.**

14. After my income-based payments were cancelled, what was m y monthly
    payment
    amount under the standard repayment plan?

    **None were ever cancelled.**

15. Were any forbearances applied to my account after the IBR plan was not
    timely renewed?

    **No, but there were forbearances applied for the grace period between
    application and approval. See below.**

16. What was the date the forbearance took effect?

    **Between Feb. 2, 2016 and April 1, 2016.**

17. On what date did that forbearance end?

    **See above.**

18. What was the purpose of the forbearance?

    **Cover the processing time of the application when borrower cannot make the payment.**

19. How much interest was capitalized because of that forbearance?

    **$210.43**

20. W re any of my loans ever placed on an administrative forbearance during that period? If so, when?

    **Yes, see above.**

21. Did I submit any paperwork requesting this forbearance, or was it processed based on a
    telephoned request?

    **Processed by telephone request.**

22. Please provide the dates of all forbearance applied to my account, and the reason for the
    forbearance.

    **Feb. 2, 2016 – April 1, 2016**
    **March 14, 2017 – April 13, 2017**

    **See question 18.**

23. Was my IBR plan not timely renewed during any other years? (If so, repeat all questions
    for that year).

    **No late renewals.**

Notes from Mark Pokorni's call to Navient on May 21, 2018:

1. On what date did Navient first receive my IBR renewal application? **April 7, 2017.**

Notes from Mark Pokorni call to Navient on May 22, 2018:

Why did I incur an interest capitalization of $184.94 as of 2/2/16?

**The account was at the time passed due.**

**I called on that date.**

**Looking for options to help out with payments.**

**They placed a courtesy forbearance on the account.**

**This was before I qualified for the income-based repayment.**

**That is the reason for the interest capitalization.**

Notes from Mark Pokorni's calls to Navient in May 2018

- Call on May 21, 2018:

    1. On what date in 2017 did Navient first receive my IBR renewal application? **April 7, 2017**.

- Call on May 22, 2018:

    1. Why did I incur an interest capitalization of $184.94 as of 2/2/16? **The account was at the time passed due. I called on that date. Looking for options to help out with payments. They placed a courtesy forbearance on the account. This was before I qualified for the income-based repayment. That is the reason for the interest capitalization.**

- Call on May 23, 2018:

    1. I enrolled in a forbearance on 2/2/16.  On what date did that forbearance end? **The forbearance was ended April 1, 2016. It was a courtesy forbearance and not the regular forbearance.**

    2. Was all the interest that accrued during that forbearance capitalized? **The interest was capitalized.**

    **3.** How much interest was capitalized at the end of that forbearance? **$25.49 was the amount of interest capitalized.**