# Exhibit 25

8/18/22 Email



**Follow up on Rule 37 conference**

**Anthony Fiorentino**
To: SimonettiL@gtlaw.com <simonettil@gtlaw.com>
Cc: Cassandra Miller <cmiller@edcombs.com>; +3 others
Thu 8/18/2022 4:06 PM

You replied on Mon 8/22/2022 9:20 PM

Hello Lisa,

Thanks for meeting with us today. This email is to follow up on our discussion involving the class definitions.

The case management order states that discovery-related motions may be filed only after a telephone conference with the Court, and that each party shall submit a letter (3 pages or less) outlining the nature of the dispute.

We intend to request a phone conference. Could you please provide your availability next week (in Eastern time)?

Before meeting with the judge, I would like to confirm the range of disputed issues. Based on our call, it appears that the parties agree that Classes 1 and 4 are based on the original allegations, but Defendants believe Classes 2,3,5, and 6 are not. Please confirm that this is your position.

Also, based on the consensus regarding Classes 1 and 4, please let us know if your clients agree to proceed with running search queries on Classes 1 and 4, and if so, when we might expect to receive the results.

As a courtesy, I have pasted the link to local rule 5.1, which contains very specific formatting requirements for all documents submitted to the court (including our letters).

https://www.pamd.uscourts.gov/sites/pamd/files/LR120114.pdf

---

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA RULES OF COURT - Middle District of Pennsylvania | United States District Court**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA RULES OF COURT AS AMENDED 1983, 1985, January and November 1988, December 1993, May 1995, April

www.pamd.uscourts.gov