# Exhibit 26

NSL Responses and Objections

Case 3:18-cv-00121-JFS-PJC    Document 208-27    Filed 12/02/25    Page 2 of 2