# Exhibit 27

Navient Search Results