# Exhibit 30

## 1/8/2024 Email

