# Exhibit 31

Report of Xiaoling Lim Ang, Ph.D.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., and NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | CASE NO.: 3:18-CV-00121-JFS-PJC |

## EXPERT REPORT OF XIAOLING LIM ANG, PH.D
## OCTOBER 22, 2025

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**