# Exhibit 32

7/3/2025 Email

## ATTN: CONFIDENTIAL INFORMATION ATTACHED (Ballard v. Navient computer coding)

**Anthony Fiorentino**
To: Popova, Irena <irenapopova@maximus.com>;  +1 other
Cc: Dan Edelman <dedelman@edcombs.com>;  +4 others

Thu 7/3/2025 11:46 AM

📎 computer code language.pdf
339 KB

Dear Irena and Christle,

Thanks again for meeting with plaintiffs' counsel yesterday to address your concerns regarding the protective order. We have conferred with Defendants, and they approve of the solution that was discussed.

I have attached the computer coding language that Navient created to execute the computer searches within in its own FFELP database. We are hoping this language will also be compatible with Maximus' computer system.

Irena - Please advise your data team that the attached language has been deemed "confidential information," and cannot be disclosed to any third parties.

First, please share the language with the data team and have them perform an independent assessment as to whether this language accurately corresponds to the search queries we've provided. This should be done before any searches are performed. (As we discussed during a previous meeting, the cut-off date for all search queries can be 10/20/21, the date of the novation. If that is not reflected in the attached computer coding language, it may be added by your team.)

Once your data team has confirmed that the attached computer coding corresponds to the search queries and will only generate responsive data, please direct them to proceed with the searches.

Thanks again for your assistance in this matter, and please thank your data team on our behalf. Have a wonderful holiday weekend.

Anthony Fiorentino
anthony@fiorentinolaw.com
Phone: 312-305-2850