# Exhibit 34

## 1/17/2022 Email

10/7/25, 1:25 PM    Ballard, et al. v. Navient Corp., et al. - Defendants' Responses and Objections to Discovery Attached - Anthony Fiorentino - Outlook

Case 3:18-cv-00121-JFS-PJC    Document 208-35    Filed 12/02/25    Page 2 of 2

