# Exhibit 35

ED Computer Search Results