# Exhibit 36

Pending Litigation Table

## EXHIBIT 36 – TABLE OF PENDING LITIGATION AGAINST NAVIENT

| | Case Title | Case No. | District | Date Filed | Nature of claim |
|---|---|---|---|---|---|
| 1 | *Haas (Crocker) v. Navient Inc. et al* | 4:2018-mc-01346 | Texas Southern District | 5/8/2018 | Representing dischargable loans as non-dischargable in bankruptcy proceedings |
| 2 | *Owens v. TransUnion, LLC et al* | 4:2020-cv-00665 | Texas Eastern District | 9/2/2020 | Pro se case re: opening accts/ servicing loan while plaintiff was in grad school |
| 3 | *Jagodzinski v. Experian Information Solutions, Inc. et al* | 1:2022-cv-05430 | New York Eastern District | 9/12/2022 | ID Theft claim |
| 4 | *Nassrallah v. Equifax Information Services, LLC et al* | 2:2023-cv-10859 | Michigan Eastern District | 4/14/2023 | Reporting debt on credit reports post settlement of debt |

| | | | | |
|---|---|---|---|---|
| 5 | *Hall v. Asset Recovery Solutions, LLC et al* | 6:2023-cv-00226 | Kentucky Eastern District | 12/29/2023 | ID Theft claim |
| 6 | *Ready v. Navient Solutions, LLC. et al* | 5:2024-cv-00050 | North Carolina Western District | 2/12/2024 | Overpayment on loans due to bookkeeping errors not being refunded |
| 7 | *Joy Johnson et al v. Navient Corporation et al* | 2:2024-cv-03164 | California Central District | 4/17/2024 | Deceptive servicing, failure to disclose deadlines on long-term repayment plans, etc. |
| 8 | *Mixen v. Navient Solutions, LLC et al* | 3:2024-cv-01471 | Illinois Southern District | 6/10/2024 | Reporting discharged loans on credit reports |
| 9 | *Thompson v. Cardona et al* | 1:2024-cv-12664 | Massachusetts District | 10/21/2024 | Pro se case re: attempting to collect debts from a disabled individual |
| 10 | *Bligen v. Navient Solutions LLC* | 2:2024-cv-05969 | South Carolina District | 10/21/2024 | Pro se case re: Navient issuing illegal loan, not responding to FOIA requests |

| | | | | |
|---|---|---|---|---|
| 11 | *Perkins v. Navient Corporation et al* | 2:2025-cv-00094 | Ohio Southern District | 2/4/2025 | Refusal to honor school misconduct discharge application when DOE ordered mass discharge of art institute loans |
| 12 | *Murphy v. Navient Solutions, LLC et al* | 3:2025-cv-00379 | Illinois Southern District | 3/21/2025 | Unexplained payment rate hike, refusal to provide documents |
| 13 | *McGee v. Navient Solutions, LLC* | 4:2025-cv-00524 | Texas Eastern District | 5/16/2025 | Pro se case re: Navient re-reporting a deleted tradeline |
| 14 | *Saleem v. Navient Solutions, LLC et al* | 1:2025-cv-04033 | Georgia Northern District | 7/21/2025 | Navient reporting accounts as having a balance due after full payment was made |
| 15 | *Chan v. Equifax Information Services, LLC et al* | 1:2025-cv-01728 | Indiana Southern District | 8/29/2025 | Reporting consolidated loans with derogatory bankruptcy notations when they are current |