# Exhibit 37

Amanda Kurzendoerfer Curriculum Vitae

Case 3:18-cv-00121-JFS-PJC   Document 208-38   Filed 12/02/25   Page 2 of 5

2001 K Street NW North Building, Suite 500
Washington, DC 20006
Main 202. 408. 6110

# AMANDA KURZENDOERFER, PHD, CFE

Partner



**AREAS OF EXPERTISE**

- Data analysis
- Statistical analysis
- Consumer financial protection
- Mortgage markets and securities
- Fair lending and disparate impact analysis

## SUMMARY OF EXPERIENCE

Amanda Kurzendoerfer chairs the Finance Practice. She is a Certified Fraud Examiner and specializes in economic and statistical analysis of complex data to help clients assess the extent of alleged conduct and quantify potential harm in litigation and investigations. She brings deep expertise in consumer financial services, FinTech, and fair lending, providing strategic insights into economic issues in these arenas.

She provides expert consulting and testifying services to address issues involving data analysis, statistical sampling, regression analysis, and damages. Her expert testimony spans economic issues involving lending discrimination, consumer banking sales practices, deferred interest financing, regulatory investigations, and division of settlement proceeds.

Amanda also serves as a senior advisor on the firm's pro bono coordinating committee. She has helped build the firm's program from its inception to an active practice area, with a special emphasis on pro bono matters involving issues related to housing, including source of income discrimination and analysis of housing assistance programs.

## EDUCATION

- PhD, Economics, University of Virginia
- MA, Economics, University of Virginia
- BA, Mathematical Economics, University of Kentucky

## PROFESSIONAL EXPERIENCE

- Bates White Economic Consulting, Washington, DC
    - Partner, 2023–present
    - Principal, 2021–2023
    - Manager, 2018–2021
    - Senior Economist, 2017–2018
    - Economist, 2015–2017

- University of Virginia, Charlottesville, VA
    - Research Assistant to Professor Peter Debaere, 2011–2015
    - Instructor, Department of Economics, 2013–2014
    - Teaching Assistant, Department of Economics, 2010–2012
- Schneider Electric (formerly Summit Energy), Louisville, KY
    - Commodity Analyst, 2005–2009
    - Rates Associate, 2004–2005

## SELECTED BATES WHITE EXPERIENCE

- Retained as expert for the defendant to assess federal regulator allegations of deceptive marketing and sales of consumer financial products.
- Retained as expert for the plaintiff and provided written, deposition, and hearing testimony in *In re Wells Fargo Mortgage Discrimination Litigation*.
- Retained as expert for the plaintiff and provided written, deposition, and hearing testimony in *Bureau of Consumer Financial Protection v. Fifth Third Bank NA*.
- Performed analysis of account closure actions and refund durations on behalf of a financial services company. Provided declaration.
- Performed statistical sampling, extrapolation, and analysis of transaction dispute data on behalf of a financial services company. Provided declaration.
- Analyzed state government agency bid scoring data to assess consistency across bid reviewers. Provided expert report.
- Supported the expert on behalf of the Equal Rights Center (ERC) in *Equal Rights Center v. Adams Investment Group, LLC*. ERC alleged that the defendant engaged in unlawful income and race discrimination by refusing to accept Housing Choice Vouchers as a source of payment at its property in the District of Columbia. Issues included assessing the potential disparate impact based on race that resulted from the alleged policy.
- In *Anthony Oliver et al. v. American Express Company et al.,* supported experts on behalf of Amex. Conducted data analyses relevant to issues of common impact and damages.
- Led team supporting testifying expert with data and statistical analysis in *UMG Recordings, Inc., et al. v. Charter Communications, Inc.*
- Supported testifying expert with data and statistical analysis in *UMG Recordings, Inc., et al v. Bright House Networks, LLC.*
- Supported testifying expert with data and statistical analysis in *Warner Records Inc. et al v. Charter Communications, Inc.*
- On behalf of Synchrony Financial, assisted the company with its response to a Notice and Opportunity to Respond and Advise (NORA) letter from the Consumer Financial Protection Bureau (CFPB), which alleged that retail sales employees misrepresented the terms of deferred interest promotions offered on store-branded credit cards issued by Synchrony. Provided testimony regarding incidence of relevant complaints

- and analysis of customer outcomes related to deferred interest promotions. The CFPB decided not to recommend an enforcement action related to Synchrony's actions.

- Supported the expert retained to advise three state attorneys general in litigation against Navient Corp. Numerous state attorneys general alleged that Navient, a student loan servicer, steered borrowers to forbearances (postponing payments temporarily but capitalizing interest owed) without fully explaining the benefits of income-driven repayment plans, misallocated borrower payments, and demanded borrowers make payments before they were due. Navient ultimately agreed to pay 32 state attorneys general $142.5 million and make major changes to its business practices to settle these claims.

- On behalf of the CFPB, supported the expert in *Consumer Financial Protection Bureau v. Navient Corporation and Navient Solutions, Inc.* The CFPB alleged that Navient steered borrowers experiencing financial hardship into costly payment relief instead of more beneficial long-term options.

- In *New Jersey Primary Care Association, Inc. v. State of New Jersey Department of Human Services, et al.*, advised the plaintiff regarding the allocation of settlement proceeds among Federally Qualified Health Centers (FQHC). Settlement proceeds constituted a payment from defendants for the centers' previously unpaid Medicaid claims. Analyzed Medicaid claims data to reconcile differences across parties and determined an allocation based on total amount of unpaid claims for each FQHC, which involved developing a statistical sampling strategy to assist with claim review.

- Led economic and statistical analyses for a government agency that used the results in its effort to successfully resolve a multibillion-dollar enforcement action against a major financial institution.

- Authored reports and testified on behalf of Pacific Gas & Electric (PG&E) at a hearing before the California Public Utilities Commission. The hearing concerned approval of a settlement agreement related to an investigation into PG&E's Locate and Mark practices. Developed an algorithm to assess timeliness of tickets issued for excavator requests to locate and mark underground gas and electric lines.

- Authored declaration in a mediation to divide settlement proceeds between two plaintiffs in a case concerning gender-based discrimination in compensation. Used the defendant's compensation structure and data to determine an appropriate allocation.

- Supported plaintiffs' expert with the estimation of economic damages in *Commerzbank AG v. Wells Fargo Bank, N.A.*

- Provided consulting services and supported testifying expert in *Phoenix Light SF Limited v. Wells Fargo Bank, N.A.*

- Provided verification of eligibility requirements and statistical sampling strategy to assist the Settlement Administrator with its monitorship of Education Management Corporation's (EDMC) implementation of a debt forgiveness program, with a stated goal to ensure as rigorously as reasonably possible that all students entitled to receive forgiveness of their EDMC debts actually received the forgiveness.

- Provide fair lending analysis to real estate investment company. Develop analysis plan to support company response to regulatory inquiries and implement analysis using company and publicly available data. Apply statistical methods to develop proxy for race and ethnicity information.

- Provided services to the Independent Monitor in monitoring Citigroup's adherence to its settlement with the Department of Justice (DOJ) regarding residential mortgage-backed securities loans. Conducted a statistical analysis of race and ethnicity disparities using the Bayesian Improved Surname Geocoding method and

- authored report. Provided data integrity and compliance assessments relating to central terms of the agreement.
- Advised the Department of Justice (DOJ) in its investigation regarding certain Wells Fargo stated-income mortgage loans. The DOJ alleged that, despite its knowledge that a substantial portion of its stated-income loans contained misstated income, Wells Fargo failed to disclose this information, and instead reported to investors false debt-to-income ratios in connection with the loans it sold. Provided analysis to assist DOJ during its investigation. Wells Fargo agreed to pay a $2.09 billion penalty.
- Analyzed performance of loans to estimate potential harm to investors in a fund holding the loans. Supported expert in presentation of findings to multiple government regulators.
- Forecasted prepayment and default rates to estimate future losses for more than 20 RMBS securitizations to support potential settlement negotiations. Analyzed terms of comparable settlements to provide additional guidance.
- Analyzed financial reports of large financial institutions to calculate damages associated with exposure to certain financial products.
- Supported testifying expert with review of academic literature on money markets and bank borrowing.
- Performed analysis of high-frequency financial market data to identify trading patterns.

## SELECTED CORPORATE EXPERIENCE

- Forecasted benchmark crude oil and natural gas prices to support client risk management strategies. Appeared on CNBC and Bloomberg TV to provide commentary on oil and gas markets. Quoted by the Associated Press, Reuters, *The New York Times, The Financial Times*, and various news outlets.

## PUBLICATIONS

### Published papers

- "Decomposing US Water Withdrawal since 1950" (with Peter Debaere). *Journal of the Association of Environmental and Resource Economists* 4, no. 1 (2017).

### Working papers

- "Comparative Advantage, End Use, and the Gains from Trade." 2015.
- "Decomposing the Distance Effect when Zero Trade Flows Are Prevalent." 2015.

## SELECT PRESENTATIONS AND PANELS

- "Comparative Advantage, End Use, and the Gains from Trade." International Atlantic Economic Conference, Savannah, GA, October 2014.