# Exhibit 39

Carlo Sabatini Affidavit

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>        v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,<br>                  Defendants. | Civil No. 3:18-cv-00121-MEM-DFB |

**AFFIDAVIT OF CARLO SABATINI**

I, Carlo Sabatini, declare the following:

1. I am co-counsel for the plaintiffs in this case.

2. I am a member in good standing of the bars of the following courts: Supreme Court of Pennsylvania, United States District Court for the Middle District of Pennsylvania, United States District Court for the Eastern District of Pennsylvania, United States District Court for the Western District of Pennsylvania, United States Court of Appeals for the Third Circuit, and the United States Supreme Court.

3. I have been a lawyer since 1999, the year that I graduated *magna cum laude* from Widener University School of Law - Harrisburg. I was ranked second in my class of 118 students. In 1992, I graduated from Bucknell University with a Bachelor of Science degree.

4. I am a contributing author to *Pennsylvania Consumer Law* by Carolyn Carter, Bisel Publishing Co., 2003, Supp. 2022. This is the leading legal treatise on Pennsylvania consumer law issues.

5. As an instructor at the Administrative Office of Pennsylvania Courts I taught consumer law to prospective Magisterial District Judges.

6. I have taught continuing legal education courses on the Fair Debt Collections Practices Act, the Real Estate Settlement Procedures Act, and the Bankruptcy Code.

7. My firm has filed several hundred cases asserting violations of the bankruptcy laws or various consumer protection statutes. I have tried some of those non-bankruptcy cases to jury.

8. I am a member of the Federal Bar Association, the Middle District Bankruptcy Bar Association, the Lackawanna County Bar Association, the Wilkes-Barre Law and Library Association, and the National Association of Consumer Bankruptcy Attorneys.

9. I have been co-counsel of record in the following successful appellate cases involving important consumer issues of first impression: *In re Aleckna*, 13 F.4th 337 (3d Cir. 2021). *Barbato v. Greystone Alliance, LLC*, 913 F.3d 260, (3d Cir. Feb. 22, 2019); *Krieger v. Bank of Am., N.A.*, 890 F.3d 429 (3d Cir. 2018); *Daubert v. NRA Grp., LLC*, 861 F.3d 382 (3d Cir. 2017); *Evankavitch v. Green Tree Servicing, LLC*, 793 F.3d 355 (3d Cir. 2015); *Gager v. Dell Fin. Servs.*, 727 F.3d 265 (3d Cir. 2013).

10. I have been appointed as co-counsel for certified classes of consumers in the following cases: *Cameron v. Clearview Federal Credit Union*, 19-012804 (Allegheny Comm. Pleas Oct. 28, 2022); *Elaine v. Credit Control, LLC*, 2:15-cv-01271-RAL, Docket Entry 126 (E.D. Pa. December 6, 2018); *Benefield v. ESSA Bancorp, Inc.*, Docket 16-cv-1381 (Phila. Comm. Pleas April 20, 2018); *Saxe v. First Nat'l Cmty. Bank*, Docket 13-cv-5071 (Lacka. Comm. Pleas May 31, 2017); *Good v. Nationwide,* 314 F.R.D. 141 (E.D. Pa. 2016); *Richards v. Client Services, Inc.*, 2015 WL 5836274, *2 (M.D. Pa. October 5, 2015); *Blandina v. Midland*

*Funding, LLC*, 303 F.R.D. 245, 254 (E.D. Pa. 2014); and *Dorrance v. ARS National Services, Inc.*, 12-2502, Doc. 31 (M.D. Pa. September 26, 2014).

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2025           *s/ Carlo Sabatini*
                                                  Carlo Sabatini