# Exhibit 40

Anthony Fiorentino Affidavit

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JILL BALLARD, REBECCA VARNO, and
MARK POKORNI, on behalf of themselves
and the class members described herein,

        Plaintiff,

    vs.

NAVIENT CORPORATION,
NAVIENT SOLUTIONS, INC., AND
NAVIENT SOLUTIONS, LLC,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 3:18-cv-00121-JFS-PJC

Judge Joseph F. Saporito, Jr.

**Magistrate Judge Phillip J. Caraballo**

ELECTRONICALLY FILED

## AFFIDAVIT OF COUNSEL ANTHONY FIORENTINO

I, Anthony Fiorentino, declare the following:

1. I am counsel of record for Plaintiffs in the instant case.

2. I am a member in good standing of the Illinois Supreme Court Bar.

3. I graduated *magna cum laude* from the University of Illinois College of Law in 2014.

4. From 2014 to 2016, I served as Assistant Public Defender for the Champaign County Public Defender's Office in Champaign County, Illinois. I conducted numerous criminal jury trials and maintained a winning trial record throughout my tenure.

5. In 2016, I went into private practice. In that capacity, I have conducted litigation in cases involving personal injury, criminal defense, breach of contract, and civil rights.

6. In the instant litigation, I have done the following:

A. Drafted Plaintiffs' complaints and all briefs on the following motions:

    i.   Defendants' Motion to Dismiss the First Amended Complaint and Strike the Class Allegations;

    ii.   Plaintiffs' Motion to File the Second Amended Complaint and Compel Class discovery;

    iii.   Plaintiffs' Motion to File the Third Amended Complaint;

    iv.   Defendants' Motion for Judgment on the Pleadings;

    v.   Plaintiffs' Motion to Exclude Defendants' Expert Report;

    vi.   Plaintiffs' Motion to Certify the Classes.

B. From January 2022 until June 2022, I reviewed and researched approximately 7,000 pages of account records in preparation of the deposition of Jeffrey Stine, which I conducted.

C. I conducted the deposition of Patrick Theuer, which yielded testimony regarding the search capabilities of Navient's computer system.

D. I, along with my co-counsel, surveyed the litigation currently pending against the Defendants in federal courts and accurately summarized all such cases in Exhibit 36, attached to Plaintiffs' Brief in Support of their Motion to Certify the Classes.

7. For over ten years, I have been advocating on behalf of individuals with student loan debt, as shown by the following:

A. In 2014, I worked with Illinois state lawmakers to pass Illinois Senate Resolution 0640, which called on Congress to adopt expanded consumer rights for individuals with student loan debt. I drafted the resolution, which was adopted by the Illinois General Assembly.

B. In 2013, I met with members of Congress to advocate for legislation that would lower interest rates for student loan borrowers. *See*

https://www.sj-r.com/story/news/2013/06/08/durbin-speaks-out-on-student/42939061007/.

C. In 2021, I appeared on "The Ralph Nader Radio Hour" for an in-depth discussion with consumer advocate Ralph Nader about how the elimination of consumer protections for student loan debtors has given rise to predatory practices in the student loan servicing industry. *See* https://www.ralphnaderradiohour.com/p/cancel-student-debt-now-f26.

D. In 2014, I authored a report entitled, "Institutions of Higher Lending," which explains how the elimination of bankruptcy protections for student loan debtors has fueled the growth in college costs. University of Illinois College of Law Bankruptcy Professor Charles Tabb nominated the paper for the Rickert Award for Excellence in Legal Writing, which it was awarded in 2014.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2025         *s/ Anthony Fiorentino*
                                     Anthony Fiorentino