# Exhibit 41

2/11/14 Letter

Jill Ballard
P.O. Box 722312
San Diego, CA 92172-2312
*Account #: 9470024319-1*
February 11, 2014


Sallie Mae (correspondence address)
P.O. Box 9500
Wilkes-Barre, PA 18773-9500


To Whom Concerned:

I am submitting a second Income-Based Repayment (IBR) plan request application with another copy of my 2012 U.S. Individual Income Tax Return. I already sent these materials in to you back in November 2013. What happened? And yes, I sent separate applications to both Sallie Mae and Sallie Mae Department of Education Loan Services. If you need a copy of my 2013 U.S. Individual Income Tax Return, let me know, I will be preparing and filing it next month.

Even though I earn low income, I am going ahead and paying the bill of $902.55 to avoid any extra charges. I am sending it to the Borrower Payment Address at P.O. Box 9533. If you do not receive this payment in a timely manner, call me at 619-793-8626.

I hope you have received this application and are processing it in a timely manner.



Sincerely,




Jill Ballard