# Exhibit 1

Expert Report of Dr. Xiaoling Lim Ang