# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 3:18-cv-00121-JFS-PJC<br>) Hon. Phillip J. Caraballo |
| v. | )<br>) |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | )<br>)<br>) Filed Electronically |
| Defendants. | )<br>) |

## **ORDER**

AND NOW, this _____ day of December 2025, upon consideration of Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC's Motion for an Extension of the Deadline to File Opposition Briefs to Plaintiffs' Class Certification and *Daubert* Motions, IT IS HEREBY ORDERED that the Motion is GRANTED and the deadline for Defendants to file opposition briefs to Plaintiffs' class certification and *Daubert* motions is EXTENDED until March 10, 2026.

A telephone conference call will be held on _____ at _____. Counsel for the Plaintiffs shall initiate the call and have all parties on the line prior to contacting chambers at (570) 207-5712.

BY THE COURT:

_____
Phillip J. Caraballo
United States Magistrate Judge