# EXHIBIT 3

 Outlook

### RE: Ballard v. Navient - computer searches

| | |
|---|---|
| **From** | Cory.Eichhorn@hklaw.com <Cory.Eichhorn@hklaw.com> |
| **Date** | Tue 5/13/2025 2:55 PM |
| **To** | Anthony Fiorentino <anthony@fiorentinolaw.net> |
| **Cc** | Jonathan.Marmo@hklaw.com <Jonathan.Marmo@hklaw.com>; dbrier_mbklaw.com <dbrier@mbklaw.com>; Tara Goodwin <tgoodwin@edcombs.com>; Dan Edelman <dedelman@edcombs.com>; carlo@bankruptcypa.com <carlo@bankruptcypa.com> |

Hi Anthony, I should be able to get you language on the DOE subpoena by close of business today. Our primary concern related to the request to compile interest capitalization figures.

I will discuss with my client the issue of timing on the computer coding language request.

Best Regards,

**Cory Eichhorn** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7576 | Fax 305.789.7799
cory.eichhorn@hklaw.com | www.hklaw.com

_____

Add to address book | View professional biography

---

**From:** Anthony Fiorentino <anthony@fiorentinolaw.net>
**Sent:** Tuesday, May 13, 2025 3:50 PM
**To:** Eichhorn, Cory W (MIA - X27576) <Cory.Eichhorn@hklaw.com>
**Cc:** Marmo, Jonathan M (PHL - X49568) <Jonathan.Marmo@hklaw.com>; dbrier_mbklaw.com <dbrier@mbklaw.com>; Tara Goodwin <tgoodwin@edcombs.com>; Dan Edelman <dedelman@edcombs.com>; carlo@bankruptcypa.com
**Subject:** Ballard v. Navient - computer searches

*[External email]*
Hi Cory,

Yesterday, we met with Maximus and ED and explained your concern that when Maximus runs the searches, the programming that they use might not perfectly match the requests that we propounded. Because we believe that they are using the same servicing platform as Navient, it seems that any search queries that Navient ran on Navient's platform should also work on Maximus's platform. Therefore, the best way to address your concern might simply be to have Maximus use the exact search language that Navient has already used. Does that make sense to you? Maximus seemed agreeable to this.

We would like to get the computer coding language that Navient used to execute the search queries as soon as possible so that we can share them with Maximus. How soon do you think that your client might be able to make a decision regarding our recent discovery request for those searches? Obviously, the rules give you the full 30 days to respond. However, Judge Caraballo has indicated a preference for moving this case along, and until we have those searches to give to Maximus it seems that we are at a standstill. Please let us know. Thanks.

Anthony Fiorentino
anthony@fiorentinolaw.com
Phone: 312-305-2850

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.