UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, | : |
|             Plaintiff | : No. 3:18-CV-121 |
| v. | : (Saporito, J.) |
| NAVIENT CORPORATION, et al., | : (Caraballo, M.J.) |
|             Defendants | : |

## ORDER

AND NOW, this 4th day of December 2025, upon consideration of the Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC's Motion for Extension of Time (Doc. 211), Plaintiff Jill Ballard's Response thereto (Doc. 212), and Defendants' Reply (Doc. 213) IT IS HEREBY ORDERED as follows:

1. Defendant Motion for Extension of Time (Doc. 211) is GRANTED IN PART, to permit Defendants an opportunity to conduct limited discovery concerning the Lisa Aton Declaration and interest capitalization figures from Maximus Loan Servicing, LLC.

2. A telephone conference is scheduled for January 12, 2026, at 10:30 a.m.

3. Defendants' Oppositions to the Motion for Class Certification and Daubert Motion are due by February 17, 2026.

4. A telephone conference is scheduled for February 20, 2026, at 10:30 a.m.

5. Any Replies in Support of the Motion for Class Certification and Daubert Motion are due by March 10, 2026.

6. A telephone conference is scheduled for March 27, 2026, at 9:30 a.m.

7. Oral Argument on class certification is tentatively scheduled for April 2, 2026, at 9:30 a.m. in Courtroom #6 at the William J. Nealon Federal Building at United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania.

Counsel for Plaintiff shall be responsible for initiating all conference calls noted above and shall have all parties on the line prior to calling chambers at 570-207-5710.

                                        BY THE COURT,

                                        *s/ Phillip J. Caraballo*
                                        PHILLIP J. CARABALLO
                                        UNITED STATES MAGISTRATE JUDGE