# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, <br><br> Plaintiffs, <br> v. <br><br> NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, <br><br> Defendants. | Case No. 3:18-cv-00121-JFS-PJC <br> Hon. Phillip J. Caraballo <br><br><br><br> Filed Electronically |

## UNOPPOSED MOTION FOR CONTINUANCE OF JANUARY 12, 2026 STATUS CONFERENCE

Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC, by and through their undersigned counsel, hereby move for a continuance of the telephone conference currently scheduled for January 12, 2026 at 10:30 a.m., and, in support thereof, state as follows:

1. On December 4, 2025, the Court entered an Order which, among other things, scheduled a status conference for January 12, 2026 at 10:30 a.m.

2. Lead counsel for Defendants, Cory Eichhorn, Esquire is unavailable for the status conference scheduled for January 12, 2026, due to a previously scheduled preliminary approval hearing in an unrelated matter.

3. Accordingly, Defendants seek a brief continuance of that conference to

January 13, 14 or 16, 2026.

4.  Counsel for Plaintiffs, Anthony Fiorentino, Esquire, concurs in the relief sought by this Motion.

5.  Pursuant to Local Rule 7.5, a supporting brief is not required for this motion because the reasons for this request are fully stated herein and it has concurrence of all parties.

WHEREFORE, Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC respectfully request a continuance of the status conference scheduled for January 12, 2026.

Dated:  December 15, 2025                Respectfully Submitted,

/s/ Richard L. Armezzani
Cory W. Eichhorn (*Pro Hac Vice*)
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
T: 305-789-7576
cory.eichhorn@hklaw.com

Jonathan M. Marmo
Holland & Knight LLP
One Liberty Place
1650 Market Street, Suite 3300
Philadelphia, PA 19103
T: 215-867-6070
jonathan.marmo@hklaw.com

        Daniel T. Brier
        Donna A. Walsh
        Richard L. Armezzani
        Myers Brier & Kelly, LLP
        425 Biden Street , Suite 200
        Scranton, PA 18503
        T: 570-342-6100
        dbrier@mbklaw.com
        dwalsh@mbklaw.com
        rarmezzani@mbklaw.com

*Attorneys for Defendants Navient Solutions, LLC, Navient Solutions, Inc. and Navient Corporation*

## **CERTIFICATE OF CONCURRENCE**

I, Daniel T. Brier, hereby certify that counsel for Plaintiffs, Anthony Fiorentino, Esquire, concurs in the relief sought in this Motion.

Date:  December 15, 2025            /s/ Daniel T. Brier
                                    Daniel T. Brier

## **CERTIFICATE OF SERVICE**

I, Richard L. Armezzani, hereby certify that a true and correct copy of the foregoing Motion was filed on this 15th day of December 2025 through the Court's ECF system on the following counsel of record via the Court's electronic filing system:

> Carlo Sabatini
> Sabatini Law Firm, LLC
> 216 N. Blakely Street
> Dunmore, PA  18512
>
> Daniel A. Edelman
> Edelman, Combs, Latturner & Goodwin, LLC
> 20 South Clark Street, Suite 1800
> Chicago, IL  60603
>
> Anthony Fiorentino
> 6119 North Kenmore Ave., Ste. 410
> Chicago, IL  60660
> *Attorneys for Plaintiffs and Proposed Class*
>
> /s/ Richard L. Armezzani
> Richard L. Armezzani