# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 3:18-cv-00121-JFS-PJC ) Hon. Phillip J. Caraballo |
| v. | ) ) |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) ) ) Filed Electronically |
| Defendants. | ) ) |

## ORDER

AND NOW, this __16th__ day of December 2025, upon consideration of Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC's Unopposed Motion for Continuance of January 12, 2026 Status Conference, IT IS HEREBY ORDERED that the Motion is GRANTED. The status conference scheduled for January 12, 2026 at 10:30 a.m. is RESCHEDULED to January __14__, 2026 at __10:30__ __a__.m.

All other deadlines within the Order of December 4, 2025 remain in effect.

BY THE COURT:

_____
Phillip J. Caraballo
United States Magistrate Judge