# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:18-cv-00121-JFS-PJC |
| v. | ) ) | ELECTRONICALLY FILED |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) ) ) ) ) | (JUDGE SAPORITO) |
| Defendants. | ) | |

## NAVIENT DEFENDANTS' OBJECTIONS TO
## REPORT AND RECOMMENDATION

Jonathan Marmo
Holland & Knight LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 252-9600

Cory Eichhorn
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500

Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
Telephone: (570) 342-6100

*Attorneys for Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC*

Pursuant to 28 U.S.C. § 636(b)(1)(c), Rule 72(b)(2) of the Federal Rules of Civil Procedure, and Local Rule 72.3, Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC's (together "Navient Defendants"), by and through their undersigned counsel, respectfully object to the January 23, 2026 Report and Recommendation of Magistrate Judge Phillip J. Caraballo ("R&R") and, in support thereof, state as follows:

1.      *First*, the R&R erred in recommending that the Navient Defendants' Motion for Judgment on the Pleadings be denied as to Count IV and V to the extent those Counts are premised on the legal theory that a discretionary forbearance based on oral affirmation (*i.e.* a verbal discretionary forbearance) can only be granted when a loan is in default.  At the outset, the R&R is incorrect that this argument was previously advanced and cannot now be raised in a motion for judgment on the pleadings.  What's more, on the merits, the plain language of Section 682.211(d)(1) of Title 34 of the Code of Federal Regulations—the subsection cited by Plaintiffs to support their legal theory—does not limit verbal discretionary forbearances to only student loans in default.  The R&R also failed to credit other subsections of 34 C.F.R. § 682.211 that allow for verbal discretionary forbearances pre-default.  (ECF 218 at 27, 30).

2.      *Second*, the R&R erred in recommending that the Navient Defendants' Motion for Judgment on the Pleadings be denied as to Counts I, II, IV, and VI to the

extent those Counts are premised on an improper delay in processing Income Driven Repayment (IDR) applications.    Neither Plaintiffs nor the R&R identify any statutory, regulatory, or other legal basis to impose a time limit to process IDR applications and instead rely on legal conclusions.

3.    *Third*, the R&R erred in recommending that the Navient Defendants' Motion for Judgment on the Pleadings be denied as to dismissal of the "Forbearance Without Written Consent" and "Improper Delay" classes.    The R&R misses a key opportunity to narrow the issues in this case.    While the R&R characterizes Navient Defendants' proposed dismissal of the Forbearance Without Written Consent and Improper Delay classes as an improper motion to strike barred by the law of the case doctrine, that portrayal is wrong.    Navient Defendants' Motion for Judgment on the Pleadings would eliminate both the Forbearance Without Written Consent and Improper Delay classes because the legal theories underlying those claims lack any foundation.

WHEREFORE, Navient Defendants respectfully request that, pursuant to 28 U.S.C. § 636(b)(1)(C), the Court reject the January 23, 2026 Report and Recommendation in its entirety and grant judgment on the pleadings as to Count VI in its entirety, and as to Counts I, II, IV, V and VI to the extent those claims depend on the flawed legal theories as addressed herein, which would also dispose of the Forbearance Without Written Consent Class and the Improper Delay Class.    In

support of these objections, Navient Defendants rely upon the brief in support being

filed simultaneously herewith.

Date:  February 6, 2026                    Respectfully submitted,

                                           /s/ Daniel T. Brier

                                           Jonathan Marmo
                                           Holland & Knight LLP
                                           1650 Market Street, Suite 3300
                                           Philadelphia, PA 19103
                                           (215) 252-9600
                                           jonathan.marmo@hklaw.com

                                           Cory Eichhorn
                                           Bar No. FL 576761
                                           Holland & Knight LLP
                                           701 Brickell Avenue, Suite 3300
                                           Miami, FL 33131
                                           (305) 374-8500
                                           cory.eichhorn@hklaw.com

                                           Daniel T. Brier
                                           Donna A. Walsh
                                           Richard L. Armezzani
                                           Myers Brier & Kelly, LLP
                                           425 Biden Street, Suite 200
                                           Scranton, PA 18503
                                           (570) 342-6100
                                           dbrier@mbklaw.com
                                           dwalsh@mbklaw.com
                                           rarmezzani@mbklaw.com

                                           *Attorneys for Defendants Navient
                                           Corporation, Navient Solutions, Inc. and
                                           Navient Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, a copy of the foregoing was sent to the counsel of record including those listed below via ECF.

Carlo Sabatini, Esquire
Sabatini Law Firm, LLC
216 N. Blakely Street
Dunmore, PA 18512
carlo@bankruptcypa.com

Daniel A. Edelman, Esquire
Cassandra P. Miller, Esquire
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
dedelman@edcombs.com
cmiller@edcombs.com

Anthony Fiorentino, Esquire
Fiorentino Law Offices
6119 North Kenmore Avenue, Suite 410
Chicago, IL 60660
anthony@fiorentinolaw.com

*Attorneys for Plaintiffs and Proposed Class*

/s/ Daniel T. Brier
Daniel T. Brier