UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, | : |
| | : No. 3:18-CV-121 |
| Plaintiff | : |
| v. | : (Saporito, J.) |
| | : |
| NAVIENT CORPORATION, et al., | : (Caraballo, M.J.) |
| | : |
| Defendants | : |

## ORDER

AND NOW, this 11th day of February 2026, IT IS HEREBY ORDERED that the Telephonic Status Conference scheduled for Friday, February 20, 2026, at 10:30 a.m. is RESCHEDULED to **February 20, 2026 at 2:30 p.m.**

Counsel for Plaintiff shall be responsible for initiating the call and shall have all parties on the line prior to calling chambers at 570-207-5710.

BY THE COURT,

*s/ Phillip J. Caraballo*
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE