# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>    Plaintiffs,<br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:18-cv-00121-JFS-PJC<br>) Hon. Phillip J. Caraballo<br>)<br>)<br>)<br>)<br>) Filed Electronically<br>)<br>) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS CONCERNING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC ("Navient Defendants"), by and through their undersigned counsel, hereby move for an unopposed seven-day extension of time to file opposition and reply briefs concerning Plaintiffs' class certification motion, and, in support thereof, state as follows:

1. On December 4, 2025, the Court entered an Order granting an extension of time for Navient Defendants to file an opposition brief to Plaintiffs' Motion and set the following deadlines:

| | |
|---|---|
| Oppositions to Motions for Class Certification/Daubert Motions | 2/17/2026 |
| Telephone Status Conference | 2/20/2026 at 10:30 a.m. |
| Replies in Support of Motions for Class Certification/Daubert Motions | 3/10/2026 |
| Telephone Status Conference | 3/27/2026 at 9:30 a.m. |
| Oral Argument | 4/2/2026 at 9:30 a.m. |

2. This extension was granted "to permit Defendants an opportunity to conduct limited discovery concerning the Lisa Aton Declaration and interest capitalization figures from Maximus Loan Servicing, LLC." (*See* ECF 213 at ¶ 1.)

3. Since the entry of the December 4, 2025 Order, Navient Defendants have worked diligently serving and negotiating a subpoena upon Maximus, conducting the deposition of Ms. Aton, and drafting an opposition brief to Plaintiffs' Motion to Exclude the Report of Dr. Xiaoling Lim Ang. (ECF 197.)

4. A brief, seven-day extension of the deadline to file an opposition brief to Plaintiffs' class certification motion, however, is needed given the complexity of this matter and undersigned counsels' additional professional commitments and deadlines.

5. Counsel for Plaintiffs, Anthony Fiorentino, Esquire, concurs in this request for a seven-day extension of time for Navient Defendants to file an opposition brief to Plaintiffs' class certification motion so long as a reciprocal seven-

day extension of the deadline to file a reply brief is also granted. The proposed Order attached to this motion reflects this reciprocal seven-day extension of the reply brief deadline.

6. Pursuant to Local Rule 7.5, a supporting brief is not required for this motion for an extension of time because the reasons for this request are fully stated herein.

WHEREFORE, Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC respectfully request a seven-day extension of the deadline to file an opposition brief to Plaintiffs' class certification motion (or until February 24, 2026) and a similar seven-day extension of the deadline for Plaintiffs to file a reply brief to the class certification motion (or until March 17, 2026).

Dated: February 12, 2026                    Respectfully Submitted,

/s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers Brier & Kelly, LLP
425 Biden Street , Suite 200
Scranton, PA 18503
T: 570-342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

4

        Cory W. Eichhorn (*Pro Hac Vice*)
        Holland & Knight LLP
        701 Brickell Avenue, Suite 3300
        Miami, FL 33131
        T: 305-789-7576
        cory.eichhorn@hklaw.com

        Jonathan M. Marmo
        Holland & Knight LLP
        One Liberty Place
        1650 Market Street, Suite 3300
        Philadelphia, PA 19103
        T: 215-867-6070
        jonathan.marmo@hklaw.com

*Attorneys for Defendants Navient Solutions, LLC and Navient Corporation*

## **CERTIFICATE OF CONCURRENCE**

     I, Daniel T. Brier, hereby certify that counsel for Plaintiffs, Anthony Fiorentino, Esquire, concurs in the relief sought in this Motion.

Date:  February 12, 2026                                   /s/ Daniel T. Brier
                                                                   Daniel T. Brier

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Motion was filed on this 12th day of February 2026 through the Court's ECF system on the following counsel of record via the Court's electronic filing system:

>Carlo Sabatini
>Sabatini Law Firm, LLC
>216 N. Blakely Street
>Dunmore, PA  18512
>
>Daniel A. Edelman
>Edelman, Combs, Latturner & Goodwin, LLC
>20 South Clark Street, Suite 1800
>Chicago, IL  60603
>
>Anthony Fiorentino
>6119 North Kenmore Ave., Ste. 410
>Chicago, IL  60660
>*Attorneys for Plaintiffs and Proposed Class*

>/s/ Daniel T. Brier
>Daniel T. Brier