### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>Plaintiffs,<br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No. 3:18-cv-00121-JFS-PJC<br>) Hon. Phillip J. Caraballo<br>)<br>)<br>)<br>)<br>)<br>) Filed Electronically<br>)<br>) |

### ORDER

AND NOW, this _____ day of February 2026, upon consideration of Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC's ("Navient Defendants") Motion for an Extension of the Deadline to File Opposition and Reply Briefs to Plaintiffs' Class Certification Motion, IT IS HEREBY ORDERED that the Motion is GRANTED.

The deadline for Navient Defendants to file an opposition brief to Plaintiffs' class certification is EXTENDED until February 24, 2026 and the deadline for Plaintiffs to file a reply brief to the class certification motion is EXTENDED until March 17, 2026.

BY THE COURT:

_____
Phillip J. Caraballo
United States Magistrate Judge