UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, | : |
| | : No. 3:18-CV-121 |
| Plaintiff | : |
| v. | : (Saporito, J.) |
| | : |
| NAVIENT CORPORATION, et al., | : (Caraballo, M.J.) |
| | : |
| Defendants | : |

## ORDER

AND NOW, this 13th day of February 2026, upon consideration of the Defendants' Unopposed Motion for Extension of Time to File Opposition and Reply Briefs (Doc. 222), IT IS HEREBY ORDERED as follows:

1. Defendants' Motion for Extension of Time (Doc. 222) is GRANTED;

2. Defendants' Oppositions to the Motion for Class Certification and Daubert Motion are due by February 24, 2026;

3. The telephone conference scheduled for February 20, 2026, is RESCHEDULED to February 27, 2026, at 10:00 a.m.;

4. Any Replies in Support of the Motion for Class Certification and Daubert Motion are due by March 17, 2026;

5. A telephone conference is scheduled for April 3, 2026, at 9:30 a.m.; and

6. Oral Argument on class certification is tentatively scheduled for April 14, 2026, at 9:30 a.m. in Courtroom #6 at the William J. Nealon Federal Building at United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania.

Counsel for Plaintiff shall be responsible for initiating all conference calls noted above and shall have all parties on the line prior to calling chambers at 570-207-5710.

BY THE COURT,

*s/ Phillip J. Caraballo*
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE