# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

FEB 17 2026

PER_____
DEPUTY CLERK

JILL BALLARD, REBECCA
VARNO, and MARK POKORNI,
on behalf of themselves and the
class members described herein,

    Plaintiffs,

    v.

NAVIENT CORPORATION,
NAVIENT SOLUTIONS, INC. and
NAVIENT SOLUTIONS, LLC,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:18-cv-00121-JFS-PJC
Hon. Phillip J. Caraballo

**FILED UNDER SEAL**

## MOTION TO FILE UNDER SEAL

Pursuant to Middle District Local Rule 5.8, Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC ("Defendants"), by and through their undersigned counsel, hereby move for leave to file under seal an unredacted Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude the Expert Report of Dr. Xiaoling Lim Ang and accompanying exhibit. Defendants submit a Statement of Justification in Support and a proposed Order along with this Motion.

WHEREFORE, Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC respectfully request that the Court file under seal an unredacted Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude the Expert Report of Dr. Xiaoling Lim Ang and accompanying exhibit.

Dated: February 17, 2026

Respectfully submitted,

Jonathan Marmo
Holland & Knight LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 252-9600
jonathan.marmo@hklaw.com

Cory Eichhorn
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
(305) 374-8500
cory.eichhorn@hklaw.com

Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

*Attorneys for Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC*

## CERTIFICATE OF CONCURRENCE

I, Daniel T. Brier, hereby certify that counsel for Plaintiffs, Anthony Fiorentino, Esquire, concurs in the relief sought in this Motion.


Date:  February 17, 2026

_____
Daniel T. Brier

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing

Motion to File Under Seal was served upon all counsel of record via electronic mail

on this 17th day of February 2026:

> Carlo Sabatini
> Sabatini Law Firm, LLC
> 216 N. Blakely St.
> Dunmore, PA  18512
>
> Daniel A. Edelman
> Cassandra P. Miller
> Edelman, Combs, Latturner & Goodwin, LLC
> 20 South Clark Street, Suite 1500
> Chicago, IL  60603
>
> Anthony Fiorentino
> Fiorentino Law Offices Ltd.
> 432 N. Clark St., Suite 202
> Chicago, IL  60654
>
> *Attorneys for Plaintiffs*

Daniel T. Brier