IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, <br><br> Plaintiffs, <br><br> v. <br><br> NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, <br><br> Defendants. | Case No. 3:18-cv-00121-JFS-PJC <br> Hon. Phillip J. Caraballo |

## ORDER

AND NOW, this __18th__ day of __February__, 2026, upon consideration of Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC's Motion To File Under Seal, IT IS HEREBY ORDERED that the Motion is GRANTED and the Clerk of Court is directed to seal the unredacted Memorandum of Law in Opposition to Plaintiffs' Motion to Exclude the Expert Report of Dr. Xiaoling Lim Ang and accompanying exhibit.

BY THE COURT:

_____
Phillip J. Caraballo
United States Magistrate Judge