# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>    Plaintiffs,<br>v.<br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 3:18-cv-00121-JFS-PJC<br>Hon. Joseph F. Saporito, Jr. |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF

Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC (together "Navient Defendants"), by and through their undersigned counsel, hereby move for a seven (7) day extension of time in which to file a Reply Brief in support of their Objections to the January 23, 2026 Report and Recommendation of Magistrate Judge Phillip J. Caraballo, and, in support thereof, state as follows:

1. On January 23, 2026, Magistrate Judge Phillip J. Caraballo issued a Report and Recommendation recommending that Navient Defendants' Motion for Partial Judgment on the Pleadings be denied in its entirety. (ECF 218.)

2. Pursuant to Local Rule 72.3, Navient Defendants timely filed Objections to that Report and Recommendation, as well as a supporting brief on February 6, 2026. (ECF 219-220.)

3. Plaintiffs subsequently filed a Brief in Opposition to those Objections on February 18, 2026. (ECF 228.)

4. Navient Defendant's Reply Brief is currently due on February 25, 2026 per Local Rule 72.2.

5. An additional seven (7) days is needed for Navient Defendants to file a Reply Brief because of both the complexity of this matter and because the deadline for Navient Defendants' opposition brief to Plaintiffs' Motion for Class Certification is the prior day (February 24, 2026).

6. Counsel for Plaintiffs concurs in this request for an extension of time to file a Reply Brief.

7. Pursuant to Local Rule 7.5, a supporting brief is not required for this motion for an enlargement of time because the reasons for this request are fully stated herein and the request has the concurrence of all parties.

WHEREFORE, Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC respectfully request an extension of seven (7) days in which to file a Reply Brief in support of their Objections to the January 23, 2026 Report and Recommendation of Magistrate Judge Phillip J. Caraballo, or until March 4, 2026.

Dated:  February 23, 2026                Respectfully submitted,

/s/ Richard L. Armezzani
Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

Jonathan Marmo
Bar No. PA 312669
Holland & Knight LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 252-9600
jonathan.marmo@hklaw.com

Cory Eichhorn
Bar No. FL 576761
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
(305) 374-8500
cory.eichhorn@hklaw.com

4

*Attorneys for Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC*

4

## CERTIFICATE OF CONCURRENCE

I, Daniel T. Brier, hereby certify that counsel for Plaintiffs, Anthony Fiorentino, Esquire concurs in the relief sought by this Motion.

Date:  February 23, 2026          /s/ Daniel T. Brier
                                                      Daniel T. Brier

## **CERTIFICATE OF SERVICE**

I, Richard L. Armezzani, hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File a Reply Brief was filed on this 23rd day of February 2026 through the Court's ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiffs' counsel below:

>Carlo Sabatini
>Sabatini Law Firm, LLC
>216 N. Blakely Street
>Dunmore, PA  18512
>
>Daniel A. Edelman
>Cassandra P. Miller
>Edelman, Combs, Latturner & Goodwin, LLC
>20 South Clark Street, Suite 1500
>Chicago, IL  60603
>
>Anthony Fiorentino
>Fiorentino Law Offices Ltd.
>432 N. Clark Street, Suite 202
>Chicago, IL  60654
>*Attorneys for Plaintiffs and Proposed Class*

>/s/ Richard L. Armezzani
>Richard L. Armezzani