IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | Case No. 3:18-cv-00121-JFS-PJC<br>Hon. Phillip J. Caraballo<br><br>**FILED**<br>**SCRANTON**<br>FEB 24 2026<br>PER _____<br>DEPUTY CLERK |

### MOTION TO FILE UNDER SEAL

Pursuant to Middle District Local Rule 5.8, Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC ("Defendants"), by and through their undersigned counsel, hereby move for leave to file under seal an unredacted Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and accompanying exhibits. Defendants submit a Statement of Justification in Support and a proposed Order along with this Motion.

WHEREFORE, Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC respectfully request that the Court file under seal an unredacted Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and accompanying exhibits.

Dated: February 24, 2026                    Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

Jonathan Marmo
Holland & Knight LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 252-9600
jonathan.marmo@hklaw.com

Cory Eichhorn
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
(305) 374-8500
cory.eichhorn@hklaw.com

*Attorneys for Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC*

## **CERTIFICATE OF CONCURRENCE**

I, Daniel T. Brier, hereby certify that counsel for Plaintiffs, Anthony Fiorentino, Esquire, concurs in the relief sought in this Motion.

Date: February 24, 2026              /s/ Daniel T. Brier
                                     Daniel T. Brier

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Motion to File Under Seal was served upon all counsel of record via electronic mail on this 24th day of February 2026:

>Carlo Sabatini
>Sabatini Law Firm, LLC
>216 N. Blakely St.
>Dunmore, PA  18512
>
>Daniel A. Edelman
>Cassandra P. Miller
>Edelman, Combs, Latturner & Goodwin, LLC
>20 South Clark Street, Suite 1500
>Chicago, IL  60603
>
>Anthony Fiorentino
>Fiorentino Law Offices Ltd.
>432 N. Clark St., Suite 202
>Chicago, IL  60654
>
>*Attorneys for Plaintiffs*
>
>/s/ Daniel T. Brier
>Daniel T. Brier