IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | Case No. 3:18-cv-00121-JFS-PJC<br>Hon. Phillip J. Caraballo<br><br>FILED<br>SCRANTON<br><br>FEB 2 4 2026<br><br>PER _____<br>DEPUTY CLERK |

### STATEMENT OF JUSTIFICATION IN SUPPORT OF
### MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC ("Defendants"), by and through their undersigned counsel, hereby submit this Statement of Justification in support of their Motion for Leave to File Documents Under Seal and state the following in support:

1. A Confidentiality and Protective Order was entered by this Court on November 24, 2021. (ECF 73-74.)

2. Pursuant to that Order, certain documents exchanged during the course of discovery and deposition testimony have been designated as "Confidential."

3. On this same date, Defendants electronically filed a redacted Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification.

4. Defendants' Memorandum of Law and its exhibits quote and cite extensively from documents which have been designated "Confidential," contain highly sensitive business, employment, or personal information, and an unredacted copy must be filed under seal pursuant Protective Order. (ECF 73-74.)

5. Counsel for Defendants sought concurrence in this Motion To Seal and counsel for Plaintiffs indicated that they concur in the relief sought therein.

WHEREFORE, Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC respectfully request that the Court file under seal an unredacted Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and accompanying exhibits.

Dated: February 24, 2026                    Respectfully submitted,

<u>/s/ Daniel T. Brier</u>
Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

Jonathan Marmo
Holland & Knight LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 252-9600
jonathan.marmo@hklaw.com

Cory Eichhorn
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
(305) 374-8500
cory.eichhorn@hklaw.com

*Attorneys for Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC*

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Statement of Justification was served on the following counsel of record on this 24th day of February 2026 by electronic mail:

>Carlo Sabatini
>Sabatini Law Firm, LLC
>216 N. Blakely Street
>Dunmore, PA  18512
>
>Daniel A. Edelman
>Edelman, Combs, Latturner & Goodwin, LLC
>20 South Clark Street, Suite 1800
>Chicago, IL  60603
>
>Anthony Fiorentino
>6119 North Kenmore Ave., Ste. 410
>Chicago, IL  60660
>
>*Attorneys for Plaintiffs and Proposed Class*

>/s/ Daniel T. Brier
>Daniel T. Brier