# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | Case No. 3:18-cv-00121-JFS-PJC<br>Hon. Phillip J. Caraballo |

## ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC's Motion To File Under Seal, IT IS HEREBY ORDERED that the Motion is GRANTED and the Clerk of Court is directed to seal the unredacted Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and accompanying exhibits.

BY THE COURT:

_____
Phillip J. Caraballo
United States Magistrate Judge