## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 3:18-cv-00121-JFS-PJC ) Hon. Phillip J. Caraballo |
| v. | ) ) ) |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) ) ) ) ) |
| Defendants. | ) |

### INDEX OF EXHIBITS TO DEFENDANTS' UNREDACTED MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION – SEALED VERSION

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | 10.22.25 Expert Report of Xiaoling Lim Ang, Ph.D. |
| 2 | 6.24.22 Deposition of Jeffrey A. Stine |
| 3 | 12.19.23 Deposition of Corporate Designee, Patrick Theurer |
| 4 | 1.22.14 Letter re: Increase and Notice of Capitalization |
| 5 | Class-151- Borrower screens |
| 6 | 9.11.25 Video Deposition of Rebecca Varno |
| 7 | 7.21.22 Video Deposition of Jill Ballard |
| 8 | 9.11.25 Video Deposition of Jill Ballard |
| 9 | 1.26.26 Deposition of Lisa Aton |
| 10 | Declaration of Lisa Aton |
| 11 | 9.11.25 Video Deposition of Mark Pokorni |