IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 3:18-cv-00121-JFS-PJC ) Hon. Joseph F. Saporito, Jr. |
| v. | ) |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) ) ) ) ) |
| Defendants. | ) |

### ORDER

AND NOW, this 25th day of February, 2026, upon consideration of Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC's Unopposed Motion for Extension of Time to File Reply Brief, IT IS HEREBY ORDERED that the Motion is GRANTED.

The deadline for Navient Defendants to file a Reply Brief in support of their Objections to the January 23, 2026 Report and Recommendation is extended seven (7) days, or until March 4, 2026.

BY THE COURT:

Joseph F. Saporito, Jr.