UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>                             Plaintiffs,<br><br>  v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,<br><br>                             Defendants. | Civil No. 3:18-cv-00121-JFS-PJC<br>Hon. Phillip J. Caraballo |

## NAVIENT'S MOTION FOR AN EVIDENTIARY HEARING

Defendants Navient Corporation[1] and Navient Solutions, LLC, formerly known as Navient Solutions, Inc. ("NSL") (collectively, "Navient") respectfully moves the Court for an evidentiary hearing on Plaintiffs' motion for class certification. Plaintiffs have not met their evidentiary burden to satisfy the requirements of Fed. R. Civ. P. 23, and their motion for class certification should be summarily denied. In the event that the Court is not inclined to deny Plaintiffs' motion on the papers, however, Navient respectfully submits that an evidentiary hearing should be held on the class certification issue so that the Court can undertake

---

[1] Navient Corporation is a holding company that does not engage in loan servicing activity. As a result, it is improperly named as a Defendant.

the "rigorous analysis" required by controlling precedents of the United States Supreme Court as well as the Third Circuit. *See Wal-Mart Stores, Inc. v. Dukes*, 564 U.S. 338, 351 (2011); *see also Gen. Tel. v. Falcon*, 457 U.S. 147, 161 (1982); *In re Hydrogen Peroxide Antitrust Litig.*, 552 F.3d 305, 320 (3d Cir. 2008).

In support of this Motion, Navient relies upon its Memorandum of Law filed herewith and the pleadings in this case.

Dated: February 26, 2026                    Respectfully submitted,

                                        /s/ Daniel T. Brier
                                        Daniel T. Brier
                                        Donna A. Walsh
                                        Richard L. Armezzani
                                        Myers Brier & Kelly, LLP
                                        425 Biden Street, Suite 200
                                        Scranton, PA 18503
                                        (570) 342-6100
                                        dbrier@mbklaw.com
                                        dwalsh@mbklaw.com
                                        rarmezzani@mbklaw.com

                                        Jonathan Marmo
                                        Holland & Knight LLP
                                        1650 Market Street, Suite 3300
                                        Philadelphia, PA 19103
                                        (215) 252-9600
                                        jonathan.marmo@hklaw.com

                                        Cory Eichhorn
                                        Holland & Knight LLP
                                        701 Brickell Avenue, Suite 3300
                                        Miami, FL 33131
                                        (305) 374-8500
                                        cory.eichhorn@hklaw.com

3

*Attorneys for Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC*

## **CERTIFICATE OF NON-CONCURRENCE**

I, Daniel T. Brier, hereby certify that counsel for Plaintiffs, Anthony Fiorentino, Esquire, does not concur in the relief sought in this Motion.

Date:  February 26, 2026                             /s/ Daniel T. Brier
                                                                       Daniel T. Brier

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Motion for Evidentiary Hearing was served upon all counsel of record via the Court's ECF system on this 26th day of February 2026:

>Carlo Sabatini
>Sabatini Law Firm, LLC
>216 N. Blakely St.
>Dunmore, PA  18512
>
>Daniel A. Edelman
>Cassandra P. Miller
>Edelman, Combs, Latturner & Goodwin, LLC
>20 South Clark Street, Suite 1500
>Chicago, IL  60603
>
>Anthony Fiorentino
>Fiorentino Law Offices Ltd.
>432 N. Clark St., Suite 202
>Chicago, IL  60654
>
>*Attorneys for Plaintiffs*

/s/ Daniel T. Brier
Daniel T. Brier