UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>    **Plaintiffs,**<br><br> v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,<br><br>    **Defendants.** | Civil No. 3:18-cv-00121-JFS-PJC<br>Hon. Phillip J. Caraballo |

## ORDER

AND NOW, this _____ day of _____ 2026, upon consideration of Defendants' Motion for an Evidentiary Hearing on Plaintiffs' Motion for Class Certification, IT IS HEREBY ORDERED that the Motion is GRANTED. An evidentiary hearing on Plaintiffs' Motion for Class Certification (ECF 196) is SCHEDULED for _____, 2026 at ____.m in Courtroom No. _____.

                 BY THE COURT:

                 _____
                 Phillip J. Caraballo
                 United States Magistrate Judge