IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>    Plaintiffs,<br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC,<br><br>    Defendants. | Case No. 3:18-cv-00121-JFS-PJC<br>Hon. Phillip J. Caraballo<br><br><br><br>Filed Electronically |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE
AND WORD COUNT LIMIT OF PLAINTIFFS' REPLY BRIEF**

Plaintiffs seek leave to file a reply brief in support of their Motion For Class Certification in excess of the word count limit set by Local Rule 7.08(b), and to extend the deadline to file such reply to April 24, 2026, and in support thereof, state as follows:

1. In deciding the issue of class certification under Fed. R. Civ. P. Rule 23 ("Rule 23"), a district court must conduct a "rigorous analysis" to determine whether a case is suitable for class treatment. *Gen. Tel. Co. of Sw. v. Falcon*, 457 U.S. 147, 161 (1982).

2. The Court's rigorous analysis must find that each of Rule 23's requirements are "met by a preponderance of the evidence before granting certification," even if this involves "judging credibility, weighing evidence, or deciding issues that overlap with the merits of a plaintiff's claims." *Harnish v. Widener Univ. Sch. of L.*, 833 F.3d 298, 304 (3d Cir. 2016).

3. Given the complexity and magnitude of this case, and the decisive nature of a ruling on class certification, the Court permitted both parties to file 15,000-word briefs in support of, and opposing, class certification.

4. Plaintiffs filed their supporting brief (ECF 208) on December 2, 2026. Defendants had approximately three months to write their response brief (ECF 232), which was 14,962 words in length. However, the current scheduling order leaves Plaintiffs with only three weeks (until March 17, 2026) to file a reply brief. Given the magnitude and complexity of this case, and the numerous defenses raised in Navient's response, Plaintiffs' seek additional time to file a reply.

5. Plaintiffs' Counsel Anthony Fiorentino is drafting the reply, and he has several upcoming deadlines in other cases that will make it extremely difficult to draft a thorough reply brief by the current deadline.

6. On March 2, 2026, Mr. Fiorentino communicated with Defense Counsel Cory Eichhorn and requested concurrence in a motion to extend Plaintiffs'

    deadline to April 24, 2026, and to file a reply brief with a word count limit of 15,000 words. Mr. Eichhorn concurred with the motion.

7. In the interests of fairness and justice, Plaintiffs seek a period of 60 days to write a reply brief, which would extend their deadline to April 24, 2026.

8. In order to adequately address the numerous arguments raised in Defendants' response brief, Plaintiffs also seek leave to file a reply brief with a word count limit of 15,000 words.

9. Pursuant to Local Rule 7.5, a supporting brief is not required for this motion because the reasons for this request are fully stated herein.

WHEREFORE, Plaintiffs respectfully request that the Court permit a class certification reply brief of up to 15,000 words, and to extend the deadline for such reply to April 24, 2026.

Dated:  March 3, 2026                            Respectfully Submitted,

                                                       */s/ Anthony Fiorentino*
                                                       Anthony Fiorentino
                                                       6119 North Kenmore Ave., Ste. 410
                                                       Chicago, IL 60660
                                                       (312) 305-2850
                                                       anthony@fiorentinolaw.com

                                                       */s/ Daniel A. Edelman*
                                                       Daniel A. Edelman
                                                       Edelman, Combs, Latturner
                                                       & Goodwin, LLC
                                                       20 South Clark Street, Suite 1800
                                                       Chicago, IL 60603

(312) 739-4200
dedelman@edcombs.com

*/s/ Carlo Sabatini*
Carlo Sabatini, PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
carlo@sabatinilawfirm.com

*Counsel for Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni*

## **CERTIFICATE OF SERVICE**

    I, Daniel A. Edelman, hereby certify that on Tuesday, March 3, 2026, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                                       *s/ Daniel A. Edelman*
                                       Daniel A. Edelman