IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 3:18-cv-00121-JFS-PJC ) Hon. Phillip J. Caraballo |
| v. | ) ) |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) ) ) Filed Electronically ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Plaintiffs' *Unopposed Motion to Extend the Deadline and Word Count Limit of Plaintiffs' Reply Brief*, it is hereby ordered that the motion is granted. Plaintiffs are permitted to file a class certification reply brief of up to 15,000 words, and the deadline for such reply is extended to April 24, 2026.

By the Court

Dated:_____