UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, | : |
| | : No. 3:18-CV-121 |
| Plaintiff | : |
| v. | : (Saporito, J.) |
| | : |
| NAVIENT CORPORATION, et al., | : (Caraballo, M.J.) |
| | : |
| Defendants | : |

## ORDER

AND NOW, this 6th day of March 2026, upon consideration of the Plaintiffs' Unopposed Motion for Extension of Time to Extend the Deadline and Word Count Limit of Plaintiffs' Reply Brief (Doc. 242), IT IS HEREBY ORDERED as follows:

1. Plaintiffs' Motion (Doc. 242) is GRANTED;

2. Plaintiff is permitted to file a class certification reply brief up to 15,000 words;

3. The telephone conference scheduled for April 3, 3036, at 9:30 a.m., remains as scheduled;

4. Plaintiffs' Reply Briefs in Support of the Motion for Class Certification and Daubert Motion are due by April 24, 2026;

5. A telephone conference is scheduled for May 13, 2026, at 9:30 a.m.;

6. Oral Argument on class certification is tentatively scheduled for May 20, 2026, at 9:30 a.m. in Courtroom #6 at the William J. Nealon Federal Building at United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania.

Counsel for Plaintiff shall be responsible for initiating the conference call noted above and shall have all parties on the line prior to calling chambers at 570-207-5710.

BY THE COURT,

*s/ Phillip J. Caraballo*
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE