IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>   Plaintiff,<br><br>vs.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,<br><br>   Defendants. | No. 3:18-cv-00121-JFS-PJC<br><br>Judge Joseph F. Saporito, Jr.<br><br>**Magistrate Judge Phillip J. Caraballo** |

**MOTION FOR LEAVE TO FILE UNDER SEAL
PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION
TO EXCLUDE DEFENDANTS' EXPERT REPORT**

Plaintiffs respectfully request leave of Court to submit their Reply in Support of Their Motion to Exclude Defendants' Expert Report under seal. Plaintiffs will also file a public version of the Reply with redactions of any material designated as "confidential" by Defendants or the Department of Education ("ED"). The grounds for this motion are as follows:

1. A protective order has been entered in this matter requiring the redaction of certain confidential information. *See* ECF 73-74.

2. ECF 73, p. 12 of 20, par VIII.A provides:

   FILING AND USE OF PROTECTED MATERIAL FOR PRETRIAL PURPOSES A. Any document, material or other information entitled

1

to protection under this Order that is submitted to the Court in support of a pleading, or introduced at a hearing, trial or other proceeding in this action must be designated as "PROPOSED SEALED" and electronically filed in the CM/ECF electronic filing system as a "Proposed Sealed" pleading in accordance with the procedures for filing under seal established by the Court.

3. Defendants have designated the expert report "confidential." Accordingly, Plaintiffs seek leave to submit their Reply in Support of Their Motion to Exclude the Defendants' Expert Report under seal.

4. Plaintiffs intend to file a public version of this document with redactions of any material designated as "confidential."

WHEREFORE, Plaintiffs seek an order allowing them to submit their Reply in Support of Their Motion to Exclude Defendants' Expert Report under seal, and to file a public version with any necessary redactions.

Dated: March 9, 2026                               Respectfully submitted,

                                                   /s/ Anthony Fiorentino
                                                   Anthony Fiorentino
                                                   6119 North Kenmore Ave., Ste. 410
                                                   Chicago, IL 60660
                                                   (312) 305-2850
                                                   anthony@fiorentinolaw.com


                                                   /s/ Daniel A. Edelman
                                                   Daniel A. Edelman
                                                   Edelman, Combs, Latturner
                                                   & Goodwin, LLC
                                                   20 South Clark Street, Suite 1800

        Chicago, IL 60603
        (312) 739-4200
        dedelman@edcombs.com

        */s/ Carlo Sabatini*
        Carlo Sabatini, PA 83831
        Sabatini Law Firm, LLC
        216 N. Blakely St.
        Dunmore, PA 18512
        (570) 341-9000
        carlo@sabatinilawfirm.com

*Counsel for Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni*

## **CERTIFICATE OF SERVICE**

    I, Daniel A. Edelman, hereby certify that on Monday, March 9, 2026, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                                              *s/ Daniel A. Edelman*
                                              Daniel A. Edelman