IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>    Plaintiffs,<br>v.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Case No. 3:18-cv-00121-JFS-PJC<br>)  Hon. Phillip J. Caraballo<br>)<br>)<br>)<br>)<br>)  Filed Electronically<br>)<br>) |

## **ORDER**

Upon consideration of Plaintiffs' *Motion to File Under Seal Plaintiffs' Reply in Support of Their Motion to Exclude Defendants' Expert Report*, it is hereby ordered that the motion is granted. Plaintiffs are directed to file a public version of these documents with redactions of any material designated as "confidential," and to file an unredacted version under seal.

By the Court

Dated:_____
