IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) ) ) ) |
| Plaintiff, | ) No. 3:18-cv-00121-JFS-PJC ) |
| vs. | ) Judge Joseph F. Saporito, Jr. ) ) |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC, | ) **Magistrate Judge Phillip J. Caraballo** ) ) ) |
| Defendants. | ) ) |

**MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR AN EVIDENTIARY HEARING**

Plaintiffs respectfully request leave of Court to submit their Response to Defendants' Motion for an Evidentiary Hearing under seal. Plaintiffs will also file a public version of the Response with redactions of any material designated as "confidential" by Defendants or the Department of Education ("ED"). The grounds for this motion are as follows:

1. A protective order has been entered in this matter requiring the redaction of certain confidential information. *See* ECF 73-74.

2. ECF 73, p. 12 of 20, par VIII.A provides:

    FILING AND USE OF PROTECTED MATERIAL FOR PRETRIAL PURPOSES A. Any document, material or other information entitled to protection under this Order that is submitted to the Court in support

of a pleading, or introduced at a hearing, trial or other proceeding in this action must be designated as "PROPOSED SEALED" and electronically filed in the CM/ECF electronic filing system as a "Proposed Sealed" pleading in accordance with the procedures for filing under seal established by the Court.

3. Plaintiffs intend to file a public version of this document with redactions of any material designated as "confidential."

WHEREFORE, Plaintiffs seek an order allowing them to submit their Response to Defendants' Motion for an Evidentiary Hearing under seal, and to file a public version with any necessary redactions.

Dated:  March 12, 2026

Respectfully submitted,

*/s/ Anthony Fiorentino*
Anthony Fiorentino
6119 North Kenmore Ave., Ste. 410
Chicago, IL 60660
(312) 305-2850
anthony@fiorentinolaw.com

*/s/ Daniel A. Edelman*
Daniel A. Edelman
Edelman, Combs, Latturner
& Goodwin, LLC
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com

*/s/ Carlo Sabatini*
Carlo Sabatini, PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.

Dunmore, PA 18512<br>
(570) 341-9000<br>
<u>carlo@sabatinilawfirm.com</u>

*Counsel for Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni*

## **CERTIFICATE OF CONCURRENCE**

Plaintiffs' counsel certify that they communicated with Cory Eichhorn, counsel for Defendants, with respect to Plaintiffs' Motion For Leave to File Under Seal Plaintiffs' Response to Defendants' Motion for an Evidentiary Hearing , and that he does not oppose it.

*s/Daniel A. Edelman*
Daniel A. Edelman

**CERTIFICATE OF SERVICE**

    I, Daniel A. Edelman, hereby certify that on Thursday, March 12, 2026, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                                               *s/ Daniel A. Edelman*
                                               Daniel A. Edelman