# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>                 **Plaintiffs,**<br><br>**v.**<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,<br><br>                 **Defendants.** | **Civil No. 3:18-cv-00121-JFS-PJC**<br>**Hon. Phillip J. Caraballo**<br><br>FILED<br>SCRANTON<br><br>MAR 2 6 2026<br><br>PER_____ ОЈ_____<br>          DEPUTY CLERK |

## MOTION TO FILE UNDER SEAL

Pursuant to Middle District Local Rule 5.8, Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC ("Defendants"), by and through their undersigned counsel, hereby move for leave to file under seal an unredacted Reply Brief in Support of its Motion for an Evidentiary Hearing. Defendants submit a Statement of Justification in Support and a proposed Order along with this Motion.

WHEREFORE, Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC respectfully request that the Court file under seal an unredacted Reply Brief in Support of its Motion for an Evidentiary Hearing.

Dated: March 26, 2026                     Respectfully submitted,


                                          /s/ Daniel T. Brier
                                          Daniel T. Brier
                                          Donna A. Walsh
                                          Richard L. Armezzani
                                          Myers Brier & Kelly, LLP
                                          425 Biden Street, Suite 200
                                          Scranton, PA 18503
                                          (570) 342-6100
                                          dbrier@mbklaw.com
                                          dwalsh@mbklaw.com
                                          rarmezzani@mbklaw.com

                                          Jonathan Marmo
                                          Holland & Knight LLP
                                          1650 Market Street, Suite 3300
                                          Philadelphia, PA 19103
                                          (215) 252-9600
                                          jonathan.marmo@hklaw.com

                                          Cory Eichhorn
                                          Holland & Knight LLP
                                          701 Brickell Avenue, Suite 3300
                                          Miami, FL 33131
                                          (305) 374-8500
                                          cory.eichhorn@hklaw.com

                                          *Attorneys for Defendants Navient
                                          Corporation, Navient Solutions, Inc. and
                                          Navient Solutions, LLC*


                                          2

# CERTIFICATE OF CONCURRENCE

I, Daniel T. Brier, hereby certify that counsel for Plaintiffs, Anthony Fiorentino, Esquire, concurs in the relief sought in this Motion.

Date: March 26, 2026

/s/ Daniel T. Brier
Daniel T. Brier

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing

Motion to File Under Seal was served upon all counsel of record via electronic mail

on this 26th day of March 2026:

> Carlo Sabatini
> Sabatini Law Firm, LLC
> 216 N. Blakely St.
> Dunmore, PA  18512
>
> Daniel A. Edelman
> Cassandra P. Miller
> Edelman, Combs, Latturner & Goodwin, LLC
> 20 South Clark Street, Suite 1500
> Chicago, IL  60603
>
> Anthony Fiorentino
> Fiorentino Law Offices Ltd.
> 432 N. Clark St., Suite 202
> Chicago, IL  60654
>
> *Attorneys for Plaintiffs*

/s/ Daniel T. Brier
Daniel T. Brier