## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

JILL BALLARD, et al.,

      Plaintiffs,

      v.

NAVIENT CORPORATION, et al.,

      Defendants.

CIVIL ACTION NO. 3:18-cv-00121

(SAPORITO, J.)

## ORDER

Now before the court is a report and recommendation by United States Magistrate Judge Phillip J. Caraballo, in which he recommends that the defendants' motion for partial judgment on the pleadings be denied. Doc. 218.

The moving defendants have filed objections to Judge Caraballo's report and recommendation. Doc. 219; *see also* Doc. 220; Doc. 228; Doc. 243. We have conducted a de novo review of the contested portions of the report. *See* 28 U.S.C. § 636(b)(1); *United States v. McLaughlin*, 607 F. Supp. 3d 522, 529 (M.D. Pa. 2022).While the defendants' objections are not entirely meritless, we are not persuaded that dismissal of the specified claims is warranted at this early stage of this litigation.

Following an independent review of the report and the record, and

having afforded "reasoned consideration" to uncontested portions of the report, *E.E.O.C. v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017), we are satisfied "that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment. We find Judge Caraballo's analysis to be well-reasoned and fully supported by the record and applicable law, and we find the defendants' specific objections to be unpersuasive. Accordingly, the court will adopt the report and recommendation in its entirety as the decision of the court.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1.    The report and recommendation of Judge Caraballo (Doc. 218) is **ADOPTED**;

2.    The defendants' motion for judgment on the pleadings (Doc. 158) is **DENIED**; and

3.    This matter is remanded to Judge Caraballo for all further pretrial proceedings.

Dated: March 30, 2026          *s/Joseph F. Saporito, Jr.*
                              JOSEPH F. SAPORITO, JR.
                              United States District Judge