## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JILL BALLARD, REBECCA
VARNO, and MARK POKORNI, on
behalf of themselves and the class
members described herein,

                        Plaintiffs,

    v.

NAVIENT CORPORATION,
NAVIENT SOLUTIONS, INC.,
AND NAVIENT SOLUTIONS,
LLC,

                    Defendants.

Civil No. 3:18-cv-00121-JFS-PJC
Hon. Phillip J. Caraballo

## ORDER

AND NOW, this __30th__ day of __March__, 2026, upon consideration

of Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions,

LLC's Motion To File Under Seal, IT IS HEREBY ORDERED that the Motion is

GRANTED and the Clerk of Court is directed to seal the unredacted Reply Brief in

Support of its Motion for an Evidentiary Hearing.

BY THE COURT:

_____
Phillip J. Caraballo
United States Magistrate Judge