# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JILL BALLARD, REBECCA VARNO, and
MARK POKORNI, on behalf of themselves
and the class members described herein,

        Plaintiff,

    vs.

NAVIENT CORPORATION,
NAVIENT SOLUTIONS, INC., AND
NAVIENT SOLUTIONS, LLC,

        Defendants.

No. 3:18-cv-00121-JFS-PJC

Judge Joseph F. Saporito, Jr.

**Magistrate Judge Phillip J. Caraballo**

## MOTION FOR LEAVE TO FILE PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION UNDER SEAL

Plaintiffs respectfully request leave of Court to submit their Reply in Support of their Motion for Class Certification under seal. Plaintiffs will also file a public version of the Reply with redactions of any material designated as "confidential" by Defendants or the Department of Education ("ED"). The grounds for this motion are as follows:

1. A protective order has been entered in this matter requiring the redaction of certain confidential information. *See* ECF 73-74.

2. ECF 73, p. 12 of 20, par VIII.A provides:

   FILING AND USE OF PROTECTED MATERIAL FOR PRETRIAL PURPOSES A. Any document, material or other information entitled to protection under this Order that is submitted to the Court in support

of a pleading, or introduced at a hearing, trial or other proceeding in this action must be designated as "PROPOSED SEALED" and electronically filed in the CM/ECF electronic filing system as a "Proposed Sealed" pleading in accordance with the procedures for filing under seal established by the Court.

3. Plaintiffs intend to file a public version of this document with redactions of any material designated as "confidential."

WHEREFORE, Plaintiffs seek an order allowing them to submit their Reply in Support of their Motion for Class Certification under seal, and to file a public version with any necessary redactions.

Dated: April 23, 2026

Respectfully submitted,

*/s/ Anthony Fiorentino*
Anthony Fiorentino
6119 North Kenmore Ave., Ste. 410
Chicago, IL 60660
(312) 305-2850
anthony@fiorentinolaw.com

*/s/ Daniel A. Edelman*
Daniel A. Edelman
Edelman, Combs, Latturner
& Goodwin, LLC
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com

*/s/ Carlo Sabatini*
Carlo Sabatini, PA 83831
Sabatini Law Firm, LLC

216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
carlo@sabatinilawfirm.com

*Counsel for Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni*

## CERTIFICATE OF CONCURRENCE

Plaintiffs' counsel certify that they communicated with Cory Eichhorn, counsel for Defendants, with respect to Plaintiffs' Motion for Leave to File Plaintiff's Reply in Support of their Motion for Class Certification Under Seal, and that he does not oppose it.

*s/ Daniel A. Edelman*
Daniel A. Edelman

## <u>CERTIFICATE OF SERVICE</u>

 I, Daniel A. Edelman, hereby certify that on Thursday, April 23, 2026, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

<div align="center" style="text-align:right">

*<u>s/ Daniel A. Edelman</u>*
Daniel A. Edelman

</div>