**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:18-cv-00121-JFS-PJC Hon. Phillip J. Caraballo |
| v. | ) ) | |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) ) ) ) | Filed Electronically |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Plaintiffs' *Motion for Leave to File Plaintiff's Reply in Support of their Motion for Class Certification Under Seal,* it is hereby ordered that the motion is granted. Plaintiffs are directed to file a public version of these documents with redactions of any material designated as "confidential," and to file an unredacted version under seal.

By the Court

Dated:_____