## TABLE OF CONTENTS - EXHIBITS

| | |
|---|---|
| Exhibit A | CFPB Report, August 2016, p. 22 |
| Exhibit B | NSL_073588 (audio recording of forbearance disclosures) |
| Exhibit C | Verified transcript of audio recording |
| Exhibit D | 3/11/15 Confirmation letter (NSL_VARNO_0001843-0001844) |
| Exhibit E | 8/7/17 Confirmation letter (NSL_VARNO_0002073-0002074) |
| Exhibit F | Servicing Contract, Attachment A–3, p. 4 |
| Exhibit G | Aton Dep. transcript |
| Exhibit H | Theurer Dep. transcript |
| Exhibit I | Redline of class definitions |
| Exhibit J | CFPB webpage |
| Exhibit K | Pokorni letter from CFPB |
| Exhibit L | Affidavits of Ballard and Varno |