# Exhibit A

CFPB Report, August 2016

August 2016

# Midyear update on student loan complaints

Income-driven repayment plan application issues


Consumer Financial Protection Bureau

As noted above, federal law makes IDR plans available to the vast majority of federal student loan borrowers experiencing financial distress, excluding borrowers under only two discrete circumstances: (1) having loans that are ineligible for the requested IDR plan;[22] or (2) not demonstrating partial financial hardship (a prerequisite for most, but not all, IDR plans).[23] In effect, borrowers with eligible loans who are able to demonstrate partial financial hardship have the right to enroll in an IDR plan, provided they supply their servicer with all the necessary information.[24] However, consumers report a range of problems that result in rejected applications, including barriers to enrollment related to some servicers' customer service and IDR application handling practices.

**Borrowers submit complaints describing how servicers reject incomplete applications submitted by otherwise eligible borrowers, without providing an opportunity to remedy any deficiency.** Borrowers may submit applications for IDR enrollment that do not include one or more components necessary for their servicer to timely

---

[22] Certain types of federal student loans are not eligible to enroll in an IDR plan. Other federal loans must first be consolidated with a Direct Consolidation Loan in order to be eligible. For example, loans made to parents of undergraduate students (Parent PLUS loans) are ineligible for any IDR plan; however, a parent borrower may be eligible to enroll in Income-Contingent Repayment (ICR) if he or she consolidates into a Direct Consolidation Loan. Borrowers with federal loans made by institutions of higher education under the Perkins Loan program face a similar additional step; once a Perkins loan is consolidated into a Direct Loan, it is potentially eligible for any IDR plan for which the borrower would otherwise qualify. *See* U.S. Department of Education, *Loan Consolidation* (accessed Aug. 1, 2016), *available at* https://studentaid.ed.gov/sa/repay-loans/consolidation.

[23] *See, e.g.*, 34 C.F.R. § 382.215(b)(1); 34 C.F.R. § 658.221(b)(1); 34 C.F.R. § 685.209(a)(2)(i). Additionally, borrowers with delinquent or defaulted loans are not eligible to enroll in an IDR plan. For delinquent borrowers seeking to enroll in an IDR plan, servicers may retroactively apply forbearance to resolve any past-due payment and bring the borrower's account current. *See, e.g.*, 34 C.F.R. § 682.211(f)(14). Borrowers in default seeking to enroll in IDR must either consolidate their defaulted loans into a Direct Consolidation Loan, or complete a rehabilitation program. *See* U.S. Department of Education, *Getting out of Default* (accessed Aug. 11, 2016), *available at* https://studentaid.ed.gov/sa/repay-loans/default/get-out.

[24] On December 17, 2015, the Department of Education announced a new IDR plan, Revised Pay As You Earn (REPAYE), available to virtually all borrowers with federal student loans, excluding loans made to parents to finance the education of an und

22