# **Exhibit B**

NSL_073588 (audio recording)

*Sealed audio recording*