# Exhibit C

Verified transcript of audio recording

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JILL BALLARD, REBECCA VARNO, and
MARK POKORNI, on behalf of themselves
and the class members described herein,

        Plaintiff,

vs.

NAVIENT CORPORATION,
NAVIENT SOLUTIONS, INC., AND
NAVIENT SOLUTIONS, LLC,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 3:18-cv-00121-JFS-PJC

Judge Joseph F. Saporito, Jr.

**Magistrate Judge Phillip J. Caraballo**

ELECTRONICALLY FILED

## <u>VERIFIED</u> ██████ <u>OF FORBEARANCE DISCLOSURES</u>

I, Anthony Fiorentino, declare the following:

1. I am counsel of record for Plaintiffs in the instant case.







8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2026

*s/ Anthony Fiorentino*
Anthony Fiorentino