# Exhibit D

3/11/15 Confirmation letter

(NSL_VARNO_0001843-0001844)



