# **Exhibit E**

8/7/17 Confirmation letter
(NSL_VARNO_0002073-0002074)



