# Exhibit G

Aton Dep. transcript





























