# Exhibit H

Theurer Dep. transcript









