# <u>Exhibit I</u>

Redline of class definitions

## EXHIBIT I – REDLINE OF CLASS DEFINITIONS

| | **"Improper IDR Cancellation"** |
|---|---|
| a. | On or after January 16, 2012, the borrower was enrolled in an IDR plan. |
| b. | The borrower submitted an IDR renewal application, which was received by NSL within 90 days or less prior to the renewal deadline. |
| c. | The borrower's partial financial hardship status expired, at which time the borrower's payments were recalculated under the standard repayment plan. |
| d. | At the time the application received its first review, it was deemed complete **and approved**. |
| **e.** | **At or near the time of the expiration of the partial financial hardship, the borrower incurred an interest capitalization greater than $0.00.** |
| | California Sub-class: Members of the Class who were living in California when the events stated in subpart c. occurred. |

1

| | **"No administrative forbearance"** |
|---|---|
| a. | On or after January 16, 2012, the borrower submitted an application to enroll in an IDR plan. |
| b. | NSL enrolled the borrower in a 60-day, "non-capping" administrative forbearance, which was in effect while that application was under review. |
| c. | During the 60-day administrative forbearance period, the borrower's account status changed from administrative forbearance status to discretionary forbearance status, and the discretionary forbearance was supported by oral affirmation. |
| **d.** | **At the conclusion of the discretionary forbearance, the borrower incurred an interest capitalization greater than $0.00.** |
| | New York Sub-class: Members of the Class who were living in New York when the events stated in subpart c. occurred. |

2

| "Forbearance without Written Consent" | |
|---|---|
| a. | On or after January 16, 2012, the borrower was enrolled in an IDR plan. |
| b. | The IDR plan was not renewed before the annual renewal deadline, at which point the borrower's Partial Financial Hardship (PFH) status expired, and payments were recalculated under the standard repayment plan. |
| c. | After the expiration of the borrower's PFH status, NSL enrolled the borrower in a discretionary forbearance, based on the borrower's oral affirmation, and the posting date of the forbearance was within the 90-day period which began 30 days before the PFH status expired. (For example, if the PFH status expired on May 1, 2015, then the 90-day period would begin on April 1, 2015 and would end on June 30, 2015.) |
| d. | At the time of enrollment in the discretionary forbearance, the loan was not in default, with "default" being defined as a period of 270 days without any payments. |
| e. | **At the conclusion of the discretionary forbearance, the borrower incurred an interest capitalization greater than $0.00.** |
| New York Sub-class: Members of the Class who were living in New York when the events stated in subpart b. occurred. | |

3

| **"Improper Delay" Class** |  |
| --- | --- |
| a. | On or after January 16, 2012, the borrower applied to enroll in, or to renew, an IDR plan. |
| b. | The borrower submitted a completed IDR application, accompanied by proof of income, which was subsequently approved by Navient. |
| c. | Navient did not fully process the application until 45 days or more after it was received. |
| <u>d.</u> | <u>**The borrower had at least one subsidized loan, and less than three years of prior IDR enrollment, at the time the IDR application was received.**</u> |
| Illinois Sub-class: Members of the Class who were living in Illinois when the events stated in subpart c. occurred. |  |

4