# Exhibit J

CFPB webpage

Case 3:18-cv-00121-JFS-PJC   Document 260-11   Filed 04/24/26



# CFPB v. Navient

A lawsuit was brought by the Consumer Financial Protection Bureau (CFPB) against the companies, Navient Corporation, Navient Solutions, LLC, and Pioneer Credit Recovery, Inc. The CFPB alleged the Navient companies illegally steered borrowers into forbearance, instead of income-driven repayment plans. The CFPB also alleged that Pioneer Credit Recovery, Inc. gave wrong information to credit reporting companies about some discharged student loans.

Affected consumers are receiving a check because of a settlement in this lawsuit. The payments do not change or reduce any student loans affected consumers may have, and they should continue to work with their student loan servicers.

## Victim compensation

The CFPB has contracted Rust Consulting to administer payments for this case and answer consumers' questions.

For questions related to this case, please:

- **Call:** 1-800-711-8418 (toll-free)
- **Email:** [navient_info@rustcfpbconsumerprotection.org](mailto:navient_info@rustcfpbconsumerprotection.org)
- **Write:** CFPB v Navient
  P.O. Box 2561
  Faribault, MN 55021-9561

**Victim compensation: Important dates**

February 13, 2026 – Ongoing

## More information about the case

**Read the court order** ☑ (https://files.consumerfinance.gov/f/documents/cfpb navient-et-al-stipulated-final-judgment-and-order_2024-09.pdf)

**Read the press release** (cfpb.gov/about-us/newsroom/cfpb-bans-navient-from-federal-student-loan-servicing-and-orders-the-company-to-pay-120-million-for-wide-ranging-student-lending-failures/)

---

**DETAILS**

## File number

3:17-cv-00101-RDM

## Type of compensation

Bureau Administered Redress

## Status

Ongoing

## About us

We're the Consumer Financial Protection Bureau (CFPB), a U.S. government agency that makes sure banks, lenders, and other financial companies treat you fairly.

**Learn how the CFPB can help you** (cfpb.gov/about-us/the-bureau/)

---

🇺🇸 An official website of the United States government