# Exhibit K

Pokorni letter from CFPB

