# Exhibit L

## Affidavits of Ballard and Varno

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JILL BALLARD, REBECCA VARNO, and
MARK POKORNI, on behalf of themselves
and the class members described herein,

      Plaintiff,

    vs.

NAVIENT CORPORATION,
NAVIENT SOLUTIONS, INC., AND
NAVIENT SOLUTIONS, LLC,

      Defendants.

No. 3:18-cv-00121-JFS-PJC

Judge Joseph F. Saporito, Jr.

**Magistrate Judge Phillip J. Caraballo**

ELECTRONICALLY FILED

## AFFIDAVIT OF PLAINTIFF JILL BALLARD

I, Jill Ballard, declare the following:

1.  I am a named Plaintiff in the instant case.

2.  I have never received any payment related to the CFPB's settlement of its lawsuit against the Defendants.

3.  I have never received any payment related to the settlement of the Attorneys General's lawsuit (*Pennsylvania v. Navient*, Case No. 3:17-cv-1814) against the Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2026           *s/ Jill Ballard*

                                      Jill Ballard

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JILL BALLARD, REBECCA VARNO, and
MARK POKORNI, on behalf of themselves
and the class members described herein,

        Plaintiff,

    vs.

NAVIENT CORPORATION,
NAVIENT SOLUTIONS, INC., AND
NAVIENT SOLUTIONS, LLC,

        Defendants.

No. 3:18-cv-00121-JFS-PJC

Judge Joseph F. Saporito, Jr.

**Magistrate Judge Phillip J. Caraballo**

ELECTRONICALLY FILED

## AFFIDAVIT OF PLAINTIFF REBECCA VARNO

I, Rebecca Varno, declare the following:

1. I am a named Plaintiff in the instant case.

2. I have never received any payment related to the CFPB's settlement of its lawsuit against the Defendants.

3. I have never received any payment related to the settlement of the Attorneys General's lawsuit (*Pennsylvania v. Navient*, Case No. 3:17-cv-1814) against the Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2026        *s/Rebecca Varno*

                                    Rebecca Varno