## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,

    Plaintiffs,

v.

NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:18-cv-00121-JFS-PJC
Hon. Phillip J. Caraballo

Filed Electronically

## ORDER

Upon consideration of Plaintiffs' *Motion for Leave to File Plaintiff's Reply in Support of their Motion for Class Certification Under Seal,* it is hereby ordered that the motion is granted. Plaintiffs are directed to file a public version of these documents with redactions of any material designated as "confidential," and to file an unredacted version under seal.

By the Court

PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE

Date:  April 24, 2026