## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL BALLARD, | : |
| | : No.  3:18-CV-121 |
| Plaintiff | : |
| v. | : (Saporito, J.) |
| | : |
| NAVIENT CORPORATION, et al., | : (Caraballo, M.J.) |
| | : |
| Defendants | : |

## ORDER

AND NOW, this 1st day of May 2026, IT IS HEREBY ORDERED that the Telephonic Status Conference scheduled for Wednesday, May 13, 2026, at 9:30 a.m. is RESCHEDULED to **May 13, 2026, at 3:00 p.m.** The Court will send a Teams teleconference number for the parties to utilize.

BY THE COURT,

*s/ Phillip J. Caraballo*
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE