# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:18-cv-00121-JFS-PJC Hon. Phillip J. Caraballo |
| v. | ) | |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) ) ) | |

## ORDER

AND NOW, this _____day of May 2026, upon consideration of Defendants' Motion for Leave to File a Sur-Reply Brief in Opposition to Plaintiffs' Motion for Class Certification, IT IS HEREBY ORDERED that the Motion is GRANTED.

Defendants are GRANTED leave to file a sur-reply of no more than 5,000 words by June 4, 2026.

BY THE COURT:

_____
Phillip J. Caraballo
United States Magistrate Judge