## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JILL BALLARD, REBECCA              )
VARNO, and MARK POKORNI,           )
on behalf of themselves and the    )
class members described herein,    )
                                   )   Case No. 3:18-cv-00121-JFS-PJC
         Plaintiffs,               )   Hon. Phillip J. Caraballo
v.                                 )
NAVIENT CORPORATION,               )
NAVIENT SOLUTIONS, INC. and        )
NAVIENT SOLUTIONS, LLC,            )
                                   )
         Defendants.               )
                                   )

## DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

### INTRODUCTION

To aid in the Court's determination of Plaintiffs' Motion for Class Certification, Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC (together "Navient") respectfully request leave to file a Sur-Reply to Plaintiffs' Reply Brief.

### ARGUMENT

Local Rule 7.7 states that, following a reply brief, "[n]o further briefs may be filed without leave of court." To that end, this District has a practice of permitting sur-replies to "address the arguments and absence of arguments" contained in a reply brief. *See, e.g.*, *Dumont Aircraft Charter, LLC v. Valvano*, 2022 WL 4472457, *1,

n.1 (M.D. Pa. Sept. 26, 2022).[1] Given the content of Plaintiffs' Reply Brief, this standard is satisfied in the instant matter.

Plaintiffs' Reply Brief totals 14,964 words over 72 pages and is replete with new evidence and arguments not contained within Plaintiffs' initial brief in support of class certification.  New arguments within Plaintiffs' Reply Brief include, but are not limited to:

- Plaintiffs' contention that Navient is relying on a "retroactive forbearance" that should have been raised as an affirmative defense [ECF No. 260 at 12];

- Plaintiffs reliance on the following new exhibits: (i) CFPB Report dated August, 2016 (Ex. A to reply) [*Id*. at 15], (ii) audio recording and transcript of certain Navient disclosures (Exs. B and C to reply) [*Id*. at 24], (iii) March 11, 2025 Navient letter to Plaintiff Varno (Ex. D to reply) [*Id*. at 25], (iv) August 7, 2017 Navient letter to Plaintiff Varno (Ex. E to reply) [*Id*.] and (v) CFPB webpage referencing certain settlement checks (Ex. J to reply) [*Id*.];

- Plaintiffs' admission that the "Modified Forbearance" Class set forth in their initial brief was broader than the classes in the Third Amended Complaint [*Id*. at 37];

---

[1]  Pursuant to L.R. 7.08(a), the unpublished decisions cited herein are reproduced in the attached Appendix.

- Plaintiffs' argument that borrower conduct is irrelevant to class certification [*Id.* at 76];

- Plaintiffs' contention that Navient can extract capitalization figures [*Id.* at 46-47];

- Plaintiffs' assertion that the manageability requirement is satisfied for class certification [*Id.* at 81]; and

- Plaintiffs' allegation that the lack of similar litigation supports class certification [*Id.* at 82-83].

Navient requests leave to address this new evidence and arguments (as well as additional new arguments intertwined and referenced throughout the reply brief) in a sur-reply of no more than 5,000 words to be filed by June 4, 2026.

## CONCLUSION

For the reasons set forth herein, Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC respectfully request the Court grant their request for a sur-reply of no more than 5,000 words to be filed by June 4, 2026.

Dated: May 4, 2026

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

Jonathan Marmo
Bar No. PA 312669
Holland & Knight LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 252-9600
jonathan.marmo@hklaw.com

Cory Eichhorn
Bar No. FL 576761
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
(305) 374-8500
cory.eichhorn@hklaw.com

4

5

*Attorneys for Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC*

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Memorandum of Law of in Support of Motion for Leave to File a Sur-Reply Brief was served on the following counsel of record via the Court's ECF system on this 4th day of May 2026:

> Carlo Sabatini
> Sabatini Law Firm, LLC
> 216 N. Blakely Street
> Dunmore, PA  18512
>
> Daniel A. Edelman
> Cassandra P. Miller
> Edelman, Combs, Latturner & Goodwin, LLC
> 20 South Clark Street, Suite 1500
> Chicago, IL  60603
>
> Anthony Fiorentino
> Fiorentino Law Offices Ltd.
> 432 N. Clark Street, Suite 202
> Chicago, IL  60654
> *Attorneys for Plaintiffs and Proposed Class*

> /s/ Daniel T. Brier
> Daniel T. Brier