UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | : : : : : | No. 3:18-CV-121 (Saporito, J.) (Caraballo, M.J.) |
| Plaintiffs | : | |
| v. | : : | |
| NAVIENT CORPORATION, et al., | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 11th day of May 2026, upon consideration of the defendants' motion to file a sur-reply (Doc. 264) addressing new contentions raised in the plaintiff's reply brief in support of class certification (Doc. 260), the plaintiff's opposition (Doc. 266), that courts generally will not entertain arguments raised for the first time in reply briefs, *see Merrifield v. Lock Haven Univ. of Pa.*, 2018 WL 3217504, at *2 n.13 (M.D. Pa. 2018); *Webb v. Discovery Prop. & Cas. Ins. Co.*, 2014 WL 105608, at *3 n.4 (M.D. Pa. 2014), and that defendants may address any new contentions during oral argument scheduled for May 20, 2026, IT IS HEREBY ORDERED that the motion to file a sur-reply (Doc. 264) is DENIED.

BY THE COURT,

*s/ Phillip J. Caraballo*

PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE