## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

JILL BALLARD,                    :         No. 3:18-CV-121
                                 :
        Plaintiff                :         (Saporito, J.)
                                 :
    v.                           :         (Caraballo, M.J.)
                                 :
NAVIENT CORPORATION,             :
et al.,                          :
                                 :
        Defendants               :
                            ORDER

AND NOW, this 21st day of May 2026, following an oral argument held on Plaintiffs' Motion to Exclude Defendants' Expert Report and Motion for Class Certification, IT IS HEREBY ORDERED that the parties shall meet and confer and file a joint status report on the docket by **May 28, 2026**, advising whether they request that the Court hold decisions on the motions in abeyance, pending potential settlement discussions. The parties may also advise whether they request a settlement conference before a magistrate judge, or through the Court's mediation program.

BY THE COURT,

*s/ Phillip J. Caraballo*

Phillip J. Caraballo
United States Magistrate Judge