# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 3:18-cv-00121-JFS-PJC |
| v. | ) ) | HON. PHILLIP J. CARABALLO |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) ) ) ) ) | ELECTRONICALLY FILED |
| Defendants. | | |

## JOINT STATUS REPORT

Pursuant to the Court's May 21, 2026 Order (ECF 270), Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni and Defendants Navient Corporation and Navient Solutions, LLC, formerly known as Navient Solutions, Inc. (the "Parties") write jointly to apprise the Court that, following a meet and confer, the Parties are in agreement that there is no need for the Court to hold in abeyance decisions on the pending Motions for Class Certification and to Exclude the Report of Dr. Xiaoling Lim Ang (ECF 196, 197) (collectively the "Motions").

The Parties thus jointly request that the Court rule upon the Motions in the ordinary course.

1

Dated:  May 28, 2026

Respectfully Submitted,

/s/ Anthony Fiorentino
Daniel A. Edelman
Cassandra P. Miller
Edelman, Combs, Latturner
& Goodwin, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com
cmiller@edcombs.com

Anthony Fiorentino
Fiorentino Law Offices
6119 North Kenmore Ave., Ste. 410
Chicago, IL 60660
(312) 305-2850
anthony@fiorentinolaw.com

Carlo Sabatini, PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
ecfbankruptcypa.com

*Counsel for Plaintiffs Jill Ballard,
Rebecca Varno, and Mark Pokorni*

/s/ Cory W. Eichhorn
Cory W. Eichhorn (*Pro Hac Vice*)
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
T: 305-789-7576
cory.eichhorn@hklaw.com

2

Jonathan M. Marmo
Holland & Knight LLP
One Liberty Place
1650 Market Street, Suite 3300
Philadelphia, PA 19103
T: 215-867-6070
jonathan.marmo@hklaw.com

Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers Brier & Kelly, LLP
425 Biden Street , Suite 200
Scranton, PA 18503
T: 570-342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

*Counsel for Defendants Navient
Corporation and Navient Solutions,
LLC*

3