# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | : : : : : : | No. 3:18-CV-121 |
| | : | (Saporito, J.) |
| | : | (Caraballo, M.J.) |
| **Plaintiffs** | : : | |
| v. | : : | |
| NAVIENT CORPORATION; NAVIENT SOLUTIONS, INC.; and NAVIENT SOLUTIONS, LLC, | : : : : | |
| **Defendants** | : : | |

## ORDER

For the reasons set forth in the accompanying Memorandum

(Doc. 272), it is **ORDERED** that the Plaintiffs' motion to exclude

Dr. Xiaoling Lim Ang's expert report (Doc. 197) is **DENIED**.

Date:  June 2, 2026                   *s/ Phillip J. Caraballo*
                                       Phillip J. Caraballo
                                       United States Magistrate Judge