## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, | : | No. 3:18-CV-121 |
| | : | |
| Plaintiff | : | (Saporito, J.) |
| | : | |
| v. | : | (Caraballo, M.J.) |
| | : | |
| NAVIENT CORPORATION, | : | |
| et al., | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 26th day of June 2026, IT IS HEREBY

ORDERED that the parties shall file a joint status report on the docket

by **July 3, 2026**, advising whether they request any redactions to the

transcript of the oral argument held before the undersigned on May 20,

2026.

BY THE COURT,

*s/ Phillip J. Caraballo*

Phillip J. Caraballo
United States Magistrate Judge