# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) ) ) ) | |
| | ) | CASE NO. 3:18-cv-00121-JFS-PJC |
| Plaintiffs, | ) ) | |
| | ) | HON. PHILLIP J. CARABALLO |
| v. | ) ) | |
| | ) | ELECTRONICALLY FILED |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) ) ) ) | |
| Defendants. | | |

## JOINT STATUS REPORT

Pursuant to the Court's June 26, 2026 Order (ECF 274), Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni and Defendants Navient Corporation and Navient Solutions, LLC, formerly known as Navient Solutions, Inc. (the "Parties") write jointly to apprise the Court that the parties are in agreement that no redactions are needed to the transcript of oral argument held on May 20, 2026.

Dated:  July 3, 2026

Respectfully Submitted,

/s/ Anthony Fiorentino
Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL  60603-1841
(312) 739-4200

1

dedelman@edcombs.com

Anthony Fiorentino
Fiorentino Law Offices
6119 North Kenmore Ave., Ste. 410
Chicago, IL 60660
(312) 305-2850
anthony@fiorentinolaw.com

Carlo Sabatini, PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
ecfbankruptcypa.com

*Counsel for Plaintiffs Jill Ballard,*
*Rebecca Varno, and Mark Pokorni*

/s/ Cory W. Eichhorn
Cory W. Eichhorn (*Pro Hac Vice*)
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
T: 305-789-7576
cory.eichhorn@hklaw.com

Jonathan M. Marmo
Holland & Knight LLP
One Liberty Place
1650 Market Street, Suite 3300
Philadelphia, PA 19103
T: 215-867-6070
jonathan.marmo@hklaw.com

Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers Brier & Kelly, LLP
425 Biden Street , Suite 200

2

Scranton, PA 18503
T: 570-342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

*Counsel for Defendants Navient
Corporation and Navient Solutions,
LLC*