# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

JILL BALLARD,                              :          No. 3:18-CV-121

                                          :

        Plaintiff                      :          (Saporito, J.)

                                          :

     v.                                :          (Caraballo, M.J.)

                                          :

NAVIENT CORPORATION,                      :
et al.,                                   :

                                          :

        Defendants                     :

## ORDER

On February 26, 2026, defendant Navient filed a motion for an evidentiary hearing on the plaintiff's motion for class certification. Docs. 237, 238.  On March 12, 2026, plaintiffs responded, and on March 26, 2026, Navient replied.  Docs. 248, 253.

Having given due consideration to the parties' positions, received extensive briefing and voluminous exhibits from the parties, and held oral argument on May 20, 2026, the Court finds an evidentiary hearing unnecessary to issue a Report and Recommendation on the motion for class certification and hereby DENIES Navient's motion (Doc. 237).

BY THE COURT,

Date: August 10, 2026        *s/ Phillip J. Caraballo*

                                     Phillip J. Caraballo
                                     United States Magistrate Judge