**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) | |
| | ) | Case No. 3:18-cv-00121-JFS-PJC |
| Plaintiffs, | ) | |
| v. | ) | |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) | Filed Electronically |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF THE DEADLINE TO FILE <u>OBJECTIONS TO REPORT AND RECOMMENDATION</u>**

Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni and Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC (collectively the "Parties"), by and through their undersigned counsel, hereby move for an extension of time to file objections and responses to the Court's Report and Recommendation filed on August 10, 2026 (ECF No. 278), and, in support thereof, state as follows:

1. On August 10, 2026, the Court entered a Report and Recommendation recommending that Plaintiffs' Motion for Class Certification be denied. (ECF No. 278.)

2. Pursuant to M.D. Pa. L.R. 72.3, the deadline for the parties to file objections to that Report and Recommendation is August 24, 2026.

3. The briefing deadlines regarding any such objections are set by M.D. Pa. L.R. 72.2, with supporting briefs due on August 24, 2026, opposition briefs due on September 8, 2026, and reply briefs due on September 15, 2026.

4. Given the complexity of this matter (as evidenced by the length of the Report and Recommendation) as well as other professional commitments of undersigned counsel, additional time is needed to review the Report and Recommendation and prepare objections and additional briefing.

5. The Parties jointly request that the Court extend the deadlines set forth in M.D. Pa. L.R. 72.2 and 72.3, and set the following deadlines:

Objections (and supporting Briefs): September 23, 2026

Opposition Briefs: October 23, 2026

Reply Briefs: November 23, 2026

6. This request is made in good faith, not for the purpose of delay, and with the objective of providing fulsome briefing to the Court helpful to the adjudication of this matter.

7. Pursuant to Local Rule 7.5, a supporting brief is not required for this joint motion for an extension of time because the reasons for this request are fully stated herein.

WHEREFORE, Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni and Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions,

LLC respectfully request that the Court extend the deadlines set forth in M.D. Pa. L.R. 72.2 and 72.3, and set the following deadlines in this matter:

Objections (and supporting Briefs): September 23, 2026

Opposition Briefs: October 23, 2026

Reply Briefs: November 23, 2026

Dated: August 19, 2026

Respectfully Submitted,

/s/ Carlo Sabatini

Daniel A. Edelman
Edelman, Combs, Latturner
& Goodwin, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com

Anthony Fiorentino
Fiorentino Law Offices
6119 North Kenmore Ave., Ste. 410
Chicago, IL 60660
(312) 305-2850
anthony@fiorentinolaw.com

Carlo Sabatini, PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
ecfbankruptcypa.com

*Counsel for Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni*

/s/ Cory W. Eichhorn
Cory W. Eichhorn (*Pro Hac Vice*)
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
(305) 789-7576
cory.eichhorn@hklaw.com

Jonathan M. Marmo
Holland & Knight LLP
One Liberty Place
1650 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 867-6070
jonathan.marmo@hklaw.com

Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers Brier & Kelly, LLP
425 Biden Street , Suite 200
Scranton, PA 18503
(570) 342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

*Attorneys for Defendants Navient Solutions, LLC and Navient Corporation*