**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) | |
| Plaintiffs, | ) | Case No. 3:18-cv-00121-JFS-PJC |
| v. | ) | |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) | Filed Electronically |
| Defendants. | ) | |

**ORDER**

AND NOW, this 20th day of August 2026, upon consideration of the Joint Motion for an Extension of the Deadline to File Objections to Report and Recommendation, IT IS HEREBY ORDERED that the Motion is GRANTED.

The deadline to file Objections to the Report and Recommendation is EXTENDED until September 23, 2026; the deadline to file Opposition Briefs is EXTENDED until October 23, 2026; and the deadline to file Reply Briefs is EXTENDED until November 23, 2026.

BY THE COURT:

Joseph F. Saporito, Jr.

Joseph F. Saporito, Jr.
United States District Judge