**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
**20 South Clark Street, Suite 1800**
**Chicago, IL 60603-1841**
**(312) 739-4200**
**(800) 644-4673**
**(312) 419-0379 (FAX)**
Email: info@edcombs.com
www.edcombs.com
August 31, 2026

**VIA ECF ONLY**

Magistrate Judge Phillip Caraballo
United States District Court for the Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

Re: Ballard, et al. v. Navient Corporation, et al. - No. 3:18-cv-121

Your Honor:

The Report and Recommendation ("R&R") states that Rebecca Varno's proposed classes should be dismissed without prejudice. The other named plaintiffs intend to file objections to certain aspects of the R&R, but Varno does not. Instead, she plans to file a renewed motion for certification.

The R&R acknowledged that a class action plaintiff may modify a class definition during the certification stage, so long as the proposed definition appears in the opening brief. Doc. 278 at 25-26. Accordingly, Varno intends to propose a narrowed version of one of her class definitions in the certification motion and opening brief, in order to address the issues raised in the R&R, pursuant to *Weisfeld v. Sun Chem. Corp.*, 84 F. App'x 257 (3d Cir. 2004) (holding that a plaintiff may "narrow the definition of the class in his motion for class certification.")

However, the R&R also noted that, in May 2023, Judge Carlson advised Plaintiffs that they may not "modify the class definitions without the Court's prior approval." Doc. 278 at 25-26 (citing Doc. 88 at 14).

Based on the latter statement, we wanted to seek prior approval from the Court before filing the renewed motion and supporting brief. We believe that narrowing the class definition in our motion, in order to address issues raised in the R&R, would be consistent with Judge Carlson's recommendation because he noted that, pursuant to Rule 23(c)(4), class definitions may be modified at "later stages of the litigation," including "at the certification stage." Doc. 88 at 14.

If the Court approves, Varno anticipates that she will be ready to file a renewed motion shortly after the Labor Day weekend.

Sincerely,

*Daniel A. Edelman*
Daniel A. Edelman

## CERTIFICATE OF SERVICE

Daniel A. Edelman certifies that on August 31, 2026 this document was filed by ECF, causing a copy to be served on all counsel of record.

*/s/ Daniel A. Edelman*
Daniel A. Edelman