**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) | |
| Plaintiffs, | ) | Case No. 3:18-cv-00121-JFS-PJC<br>Hon. Phillip J. Caraballo |
| v. | ) | |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) | Filed Electronically |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR LEAVE TO FILE RENEWED MOTION**

Plaintiffs Jill Ballard et al. ("Plantiffs") hereby give notice of the withdrawal of the *Motion for Leave to File Renewed Motion*, filed on August 31, 2026. (Dkt. 281). Plaintiffs respectfully request that the Clerk of Court update the docket to reflect that this motion is withdrawn.

Respectfully submitted,

*/s/ Daniel A. Edelman*
Daniel A. Edelman
Tara L. Goodwin
Caileen M. Crecco
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603-1841
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:
courtecl@edcombs.com