**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
**20 South Clark Street, Suite 1800**
**Chicago, IL 60603-1841**
**(312) 739-4200**
**(800) 644-4673**
**(312) 419-0379 (FAX)**
Email: info@edcombs.com
www.edcombs.com
August 31, 2026

VIA ECF ONLY

Magistrate Judge Phillip Caraballo
United States District Court for the Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

Re: Ballard, et al. v. Navient Corporation, et al. - No. 3:18-cv-121

Your Honor:

The Report and Recommendation ("R&R") states that Rebecca Varno's proposed classes should be dismissed without prejudice.

The other named plaintiffs intend to file objections to certain aspects of the R&R, but Varno does not. Instead, she plans to file a renewed motion for certification.

Plaintiffs would like to request a brief status conference with the Court to discuss the timing of Varno's motion, and how the Court would like Varno to proceed. Thank you for your time.

Sincerely,

*Daniel A. Edelman*
Daniel A. Edelman