Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, Florida 33131 | +1.305.374.8500 | F +1.305.789.7799
Holland & Knight LLP | www.hklaw.com

Cory W. Eichorn
+1 305-789-7576
Cory.Eichorn@hklaw.com

September 1, 2026

VIA ECF

Magistrate Judge Phillip Caraballo
United States District Court for the Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 185035

Re: *Ballard, et al. v. Navient Corporation, et al. - Case 3:18-cv-00121-JFS*

Dear Judge Caraballo:

Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC (collectively, "Navient") are in receipt of Plaintiffs' August 31, 2026 letter requesting a status conference concerning the timing of a renewed motion for class certification Plaintiff Varno intends to file. Navient opposes that request.

The Court recently extended the time for the parties to file objections to the report and recommendation on class certification through September 23, 2026. [ECF No. 280]. Navient intends to file limited objections to the report and recommendation's determination that the motion for class certification should be dismissed without prejudice as to the Plaintiff Varno classes. Accordingly, both parties intend on filing objections to the report and recommendation.

Given the procedural posture of the case, any attempt for Plaintiff Varno to file a renewed motion for class certification prior to a ruling on the objections to the report and recommendation would waste both this Court's and the parties' resources. Navient advised Plaintiffs of its position in response to its previous letter, docketed as a Motion for Leave to File Renewed Motion [ECF No. 281], which was filed without seeking concurrence from Navient, and prior to Plaintiffs submitting the current letter before the Court. Navient respectfully requests that the Court defer holding a status conference until all objections to the report and recommendation are resolved.

Respectfully,

HOLLAND & KNIGHT LLP

Cory W. Eichorn