**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) | |
| | ) | Case No. 3:18-cv-00121-JFS-PJC |
| Plaintiffs, | ) | Hon. Phillip J. Caraballo |
| v. | ) | |
| | ) | |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) | Filed Electronically |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF NON-CONCURRENCE**

In accordance with Local Rule 7.1 of the United States District Court for the Middle District of Pennsylvania, I, Anthony Fiorentino, counsel for Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni, et al., hereby certify that Plaintiffs consulted with defense counsel, seeking concurrence with a 15,000-word brief. Defendants were willing to concur with a maximum brief of 7,500 words.

Dated: September 14, 2026

Respectfully Submitted,

________________________

Anthony Fiorentino
6119 North Kenmore Ave., Ste. 410
Chicago, IL 60660
(312) 305-2850
anthony@fiorentinolaw.com

________________________
Daniel A. Edelman
Edelman, Combs, Latturner
& Goodwin, LLC
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com

________________________
Carlo Sabatini, PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
carlo@sabatinilawfirm.com