**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) | |
| Plaintiffs, | ) | Case No. 3:18-cv-00121-JFS-PJC<br>Hon. Phillip J. Caraballo |
| v. | ) | |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) | Filed Electronically |
| Defendants. | ) | |

**[PROPOSED] ORDER**

AND NOW, this ____ day of ___________, 2026, upon consideration of Plaintiffs' Motion to File a Brief Exceeding the Word Count Limit, it is hereby ORDERED that:

1. The Motion is GRANTED.
2. The page and word limitations set forth in Local Rule 7.8 are expanded for the briefing on Plaintiffs' Objections to the Report and Recommendation (Doc. 287, "R&R") as follows:
   a. Plaintiffs' Memorandum in Support of their Objections to the R&R shall not exceed 15,000 words.

b. Defendants' Response brief shall not exceed 15,000 words.

c. Plaintiffs' Reply Brief shall not exceed 15,000 words.

BY THE COURT

Dated: _______________

_____________________________
Magistrate Judge Phillip Caraballo