IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, | : | CIVIL NO. 3:18-CV-0121 |
| Plaintiff | : | JUDGE SAPORITO |
| v. | : | |
| NAVIENT CORPORATION, et al., | : | |
| Defendants | : | |

**ORDER**

**AND NOW, this 18th day of September, 2026,** upon consideration of plaintiff's Doc. 285 motion to exceed page limitation, defendants' Doc. 286 brief in opposition, and plaintiff's Doc. 287 reply brief, **IT IS HEREBY ORDERED THAT** plaintiff's Doc. 285 motion to exceed the page limitation is **DENIED.**

Joseph F. Saporito, Jr.
JOSEPH F. SAPORITO, JR.
**United States District Judge**