IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, | : | CIVIL NO. 3:18-CV-0121 |
| | : | |
| Plaintiff | : | JUDGE SAPORITO |
| | : | |
| v. | : | |
| | : | |
| NAVIENT CORPORATION, et al., | : | |
| | : | |
| Defendants | : | |

**ORDER**

**AND NOW, this 18th day of September, 2026,** upon consideration of the August 31, 2026, correspondence of counsel for plaintiff (Docs. 281 and 283) and defendants' September 1, 2026, response thereto (Doc. 284), **IT IS HEREBY ORDERED THAT** the Court will entertain the objections to the Report and Recommendation of United States Magistrate Judge Caraballo before any renewed motion for class certification may be filed.

Joseph F. Saporito, Jr.
**JOSEPH F. SAPORITO, JR.**
**United States District Judge**