**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,<br><br>Defendants. | No. 3:18-cv-00121-JFS-PJC<br><br>Judge Joseph F. Saporito, Jr.<br><br>Magistrate Judge Phillip J. Caraballo<br><br>Filed Electronically |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OBJECTION TO REPORT AND RECOMMENDATION UNDER SEAL**

Plaintiffs respectfully request leave of Court to submit their Objection to the Magistrate Judge's Report and Recommendation regarding class certification under seal. Plaintiffs also seek leave file a public version of the objection with redactions of any material designated as "confidential" by Defendants or the Department of Education ("ED"). The grounds for this motion are as follows:

1. A protective order has been entered in this matter requiring the redaction of certain confidential information. *See* ECF 73-74.

2. ECF 73, p. 12 of 20, par VIII.A provides:

> FILING AND USE OF PROTECTED MATERIAL FOR PRETRIAL PURPOSES A. Any document, material or other information entitled to protection under this Order that is submitted to the Court in support

> of a pleading, or introduced at a hearing, trial or other proceeding in this action must be designated as "PROPOSED SEALED" and electronically filed in the CM/ECF electronic filing system as a "Proposed Sealed" pleading in accordance with the procedures for filing under seal established by the Court.

3. As part of written discovery, Defendants have produced various records and documents that have been designated "confidential."
4. Additionally, ED and its agent, Maximus Education LLC, have designated as "confidential" the results of searches of its databases.
5. In light of these designations, Plaintiffs seek leave to submit their Objection to Report and Recommendation under seal.
6. Plaintiffs intend to file a public version of these documents with redactions of any material designated as "confidential."

WHEREFORE, Plaintiffs seek an order allowing them to submit their Objection to Report and Recommendation under seal, and to file a public version with any necessary redactions.

Dated: September 23, 2026

Respectfully submitted,

*/s/ Daniel A. Edelman*
Daniel A. Edelman
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com

*/s/ Anthony Fiorentino*
Anthony Fiorentino
**FIORENTINO LAW OFFICES**
6119 North Kenmore Ave., Ste. 410
Chicago, IL 60660
(312) 305-2850
anthony@fiorentinolaw.com

*/s/ Carlo Sabatini*
Carlo Sabatini, PA 83831
**SABATINI LAW FIRM, LLC**
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
carlo@sabatinilawfirm.com

*Counsel for Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni*

**CERTIFICATE OF SERVICE**

I, Daniel A. Edelman, hereby certify that on Wednesday, September 23, 2026, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

*s/ Daniel A. Edelman*
Daniel A. Edelman