**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) | |
| Plaintiffs, | ) | No. 3:18-cv-00121-JFS-PJC |
| vs. | ) | Judge Joseph F. Saporito, Jr. |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC, | ) | Magistrate Judge Phillip J. Caraballo |
| Defendants. | ) | |

**PLAINTIFFS' OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING CLASS CERTIFICATION**

For the reasons set forth in the contemporaneously filed brief, Plaintiffs object to the Report and Recommendation filed to Docket Entry 278.

Respectfully Submitted,

*s/Anthony Fiorentino*
Anthony Fiorentino
**FIORENTINO LAW OFFICE**
6119 North Kenmore Ave., Ste. 410
Chicago, IL 60660
(312) 305-2850
anthony@fiorentinolaw.com

Daniel A. Edelman
Tara L. Goodwin

**EDELMAN, COMBS,**
**LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603
Phone (312) 739-4200
dedelman@edcombs.com
tgoodwin@edcombs.com

Carlo Sabatini, PA 838311
**SABATINI LAW FIRM, LLC**
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
carlo@sabatinilawfirm.com

*Counsel for Plaintiffs Jill Ballard, Rebecca Varno, and Mark Pokorni*

## CERTIFICATE OF SERVICE

On Wednesday, September 23, 2026, I filed the foregoing document with the court's CM/ECF online system, which sent notice via email to Defendants' counsel.

*/s/ Carlo Sabatini*
Carlo Sabatini