**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) | |
| Plaintiffs, | ) | Case No. 3:18-cv-00121-JFS-PJC<br>Hon. Joseph F. Saporito, Jr. |
| v. | ) | |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) | Filed Electronically |
| Defendants. | ) | |

## PROPOSED ORDER

The following class and claims are certified pursuant to Fed. R. Civ. P. 23(b)(3):

1. The nationwide “Improper IDR Cancellation” class, as set forth below, is certified.
2. The California sub-class of the “Improper IDR Cancellation” class, as set forth below, is certified.
3. Jill Ballard is certified as class representative of the nationwide “Improper IDR Cancellation” class, and the California sub-class.
4. Jill Ballard’s counsel of record, Anthony Fiorentino, Daniel Edelman, and Carlo Sabatino, are certified as class counsel for both classes.
5. The following issues and claims are certified with respect to the nationwide “Improper IDR Cancellation” class:

a. Whether Defendants' conduct toward Ballard and members of the class violated Defendants' Servicing Contract with the federal Department of Education;

b. Whether Defendants' conduct toward Ballard and members of the class violated the Pennsylvania Unfair Trade Practices and Consumer Protection Law (73 Pa. Stat. § 201-3 et seq.); and

c. Whether Ballard and the class members are entitled to monetary relief from Defendants under the aforementioned contract and statute.

6. The following issues and claims are certified with respect to the California sub-class of the "Improper IDR Cancellation" class:

a. Whether Defendants' conduct toward Plaintiff Jill Ballard and members of the California subclass violated California Civil Code §1788 ("The Rosenthal Act");

b. Whether Defendants' conduct toward Ballard and members of the California sub-class violated their Master Promissory Notes; and

c. Whether Ballard and the class members are entitled to monetary relief from Defendants under the aforementioned contracts and statute.

7. Rebecca Varno's motion to certify the proposed "Modified Forbearance Class," "Forbearance Without Written Consent" class, and "No

Administrative Forbearance" class is dismissed without prejudice, and Varno is granted leave to renew her motion to certify such classes.

8. Mark Pokorni's motion to certify the proposed "Improper Delay" class is dismissed without prejudice, he is granted leave to renew his motion to certify such class.
9. Pokorni is granted leave to conduct limited discovery to cure the deficiencies raised in the R&R (Doc. 278), and to narrow his class definition, as needed.

| **"Improper IDR Cancellation" class** | |
|---|---|
| a. | On or after January 16, 2012, the borrower was enrolled in an IDR plan. |
| b. | The borrower submitted an IDR renewal application, which was received by NSL within 90 days or less prior to the renewal deadline. |
| c. | The borrower's partial financial hardship status expired, at which time the borrower's payments were recalculated under the standard repayment plan. |
| d. | At the time the application received its first review, it was deemed complete and approved. |
| California Sub-class: Members of the Class who were living in California when the events stated in subpart c. occurred. | |

Date: ___________________

___________________________
Joseph F. Saporito, Jr.
United States District Judge