# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) | |
| | ) | Case No. 3:18-cv-00121-JFS-PJC |
| Plaintiffs, | ) | |
| v. | ) | Judge Joseph F. Saporito, Jr. |
| | ) | |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) | Magistrate Judge Phillip J. Caraballo |
| | ) | Filed Electronically |
| Defendants. | ) | |

## ORDER

AND NOW, this 24th day of September, 2026, upon consideration of *Plaintiffs' Unopposed Motion for Leave To File Objection to Report and Recommendation Under Seal*, it is hereby ORDERED that this motion is granted. Plaintiffs are directed to file a public version of these documents with redactions of any material designated as "confidential," and to file an unredacted version under seal.

BY THE COURT

Dated: Sept. 24, 2026

Joseph F. Saporito, Jr.
Judge Joseph F. Saporito, Jr.