**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) | |
| | ) | Case No. 3:18-cv-00121-JFS-PJC |
| Plaintiffs, | ) | |
| v. | ) | Judge Joseph F. Saporito, Jr. |
| | ) | |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC. and NAVIENT SOLUTIONS, LLC, | ) | **Magistrate Judge Phillip J. Caraballo** |
| | ) | |
| Defendants. | ) | ELECTRONICALLY FILED |

**CERTIFICATE OF CONCURRENCE**

On October 21, 2026, counsel for Defendants informed counsel for Plaintiffs that they agree with Plaintiffs' Unopposed Motion for Leave to File *Response to Defendants' Objections to Magistrate Judge's Report and Recommendation* Under Seal.

Dated: October 21, 2026

Respectfully Submitted,

*s/ Anthony Fiorentino*
Anthony Fiorentino
6119 North Kenmore Ave., Ste. 410
Chicago, IL 60660
(312) 305-2850
anthony@fiorentinolaw.com

*s/ Daniel A. Edelman*
Daniel A. Edelman
Edelman, Combs, Latturner
& Goodwin, LLC
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com

*s/ Carlo Sabatini*
Carlo Sabatini, PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
carlo@sabatinilawfirm.com