IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, | : | CIVIL NO. 3:18-CV-0121 |
| | : | |
| Plaintiff | : | JUDGE SAPORITO |
| | : | |
| v. | : | |
| | : | |
| NAVIENT CORPORATION, | : | |
| et al., | : | |
| | : | |
| Defendants | : | |

**ORDER**

**AND NOW, this 22nd day of October, 2026,** upon consideration of plaintiff's unopposed motion for leave to file under seal plaintiff's response to defendants' objections to the Magistrate Judge's Report and Recommendation (Doc. 297), **IT IS HEREBY ORDERED THAT:**

1. The motion is **GRANTED.**

2. Plaintiff is directed to file a public version of these documents with redactions of any material designated as "confidential" and to file an unredacted version under seal.

***s/Joseph F. Saporito, Jr.***
**JOSEPH F. SAPORITO, JR.**
**United States District Judge**