**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **Civil No. 3:18-cv-00121-JFS-PJC** |

**ORDER**

AND NOW, this 26th day of October, 2026, upon consideration of Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC's Motion To File Under Seal, IT IS HEREBY ORDERED that the Motion is GRANTED and the Clerk of Court is directed to seal the unredacted Opposition to Plaintiffs' Objections to Report and Recommendation on Class Certification.

Joseph F. Saporito, Jr.
Joseph F. Saporito, Jr.
United States District Judge