**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JILL BALLARD, REBECCA VARNO, and MARK POKORNI on behalf of themselves and the class members described herein,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,**<br><br>**Defendants.** | **Civil No. 3:18-cv-00121-JFS-PJC** |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT NAVIENT SOLUTIONS, LLC**

Following a corporate reorganization taking effect October 28, 2026, Defendant Navient Solutions, LLC, by and through its counsel of record, hereby submits this supplemental corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 and states as follows:

Navient Solutions, LLC is wholly owned by its sole member, Navient LLC. Navient LLC is wholly owned by its sole member, Navient Holdings, Inc. Navient Holdings, Inc. is a publicly traded corporation organized under the laws of the State of Delaware. No publicly held corporation owns 10% or more of Navient Holdings, Inc.'s stock.

Dated: November 2, 2026

Respectfully submitted,

/s/ Daniel T. Brier

Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

Jonathan Marmo
Holland & Knight LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 252-9600
jonathan.marmo@hklaw.com

Cory Eichhorn
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
(305) 374-8500
cory.eichhorn@hklaw.com

*Attorneys for Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC*

**CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Supplemental Corporate Disclosure Statement was served upon all counsel of record via electronic mail on this 2nd day of November 2026:

Carlo Sabatini
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603

Anthony Fiorentino
Fiorentino Law Offices Ltd.
432 N. Clark St., Suite 202
Chicago, IL 60654

*Attorneys for Plaintiffs*

/s/ Daniel T. Brier
Daniel T. Brier