**MIN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) | |
| | ) | Case No. 3:18-cv-00121-JFS-PJC |
| Plaintiffs, | ) | |
| v. | ) | Judge Joseph F. Saporito, Jr. |
| | ) | |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., and NAVIENT SOLUTIONS, LLC, | ) | Magistrate Judge Phillip J. Caraballo |
| | ) | |
| Defendants. | ) | ELECTRONICALLY FILED |

**CERTIFICATE OF CONCURRENCE**

On November 17, 2026, counsel for Defendants informed counsel for Plaintiffs that they agree with Plaintiffs' Unopposed Motion for Leave to File their Reply in Support of their Objections to the Report and Recommendation on Class Certification Under Seal.

Dated: November 18, 2026

Respectfully Submitted,

*s/ Anthony Fiorentino*
Anthony Fiorentino
6119 North Kenmore Ave., Ste. 410
Chicago, IL 60660
(312) 305-2850
anthony@fiorentinolaw.com

*s/ Daniel A. Edelman*
Daniel A. Edelman
Edelman, Combs, Latturner
& Goodwin, LLC
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com

*s/ Carlo Sabatini*
Carlo Sabatini, PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
(570) 341-9000
carlo@sabatinilawfirm.com