**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein, | ) | |
| | ) | Case No. 3:18-cv-00121-JFS-PJC |
| Plaintiffs, | ) | |
| v. | ) | Judge Joseph F. Saporito, Jr. |
| | ) | |
| NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., and NAVIENT SOLUTIONS, LLC, | ) | Magistrate Judge Phillip J. Caraballo |
| | ) | |
| Defendants. | ) | ELECTRONICALLY FILED |

**ORDER**

Upon consideration of Plaintiffs' *Reply in Support of their Objections to the Report and Recommendation on Class Certification*, it is hereby ordered that the motion is granted. Plaintiffs are directed to file a public version of these documents with redactions of any material designated as "confidential," and to file an unredacted version under seal.

By the Court

Dated: ____________________ ____________________________