IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL BALLARD, et al., | : | CIVIL NO. 3:18-CV-0121 |
| Plaintiffs | : | JUDGE SAPORITO |
| v. | : | |
| NAVIENT CORPORATION, et al., | : | |
| Defendants | : | |

**ORDER**

**AND NOW, this 19th day of November, 2026,** upon consideration of plaintiffs' unopposed motion for leave to file under seal plaintiffs' reply in support of their objections to the Magistrate Judge's Report and Recommendation (Doc. 306), **IT IS HEREBY ORDERED THAT:**

1. The motion is **GRANTED.**
2. Plaintiffs are directed to file a public version of these documents with redactions of any material designated as "confidential" and to file an unredacted version under seal.

*s/Joseph F. Saporito, Jr.*
**JOSEPH F. SAPORITO, JR.**
**United States District Judge**