**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**JILL BALLARD, REBECCA VARNO, and MARK POKORNI, on behalf of themselves and the class members described herein,**

**Plaintiffs,**

**v.**

**NAVIENT CORPORATION, NAVIENT SOLUTIONS, INC., AND NAVIENT SOLUTIONS, LLC,**

**Defendants.**

**Civil No. 3:18-cv-00121-JFS-PJC**

FILED
SCRANTON
NOV 23 2026
PER ____ DEPUTY CLERK

## MOTION TO FILE UNDER SEAL

Pursuant to Middle District Local Rule 5.8, Defendants Navient Corporation,[1] Navient Solutions, Inc., and Navient Solutions, LLC ("Defendants"), by and through their undersigned counsel, hereby move for leave to file under seal an unredacted Reply Brief in Support of Objections to Report and Recommendation on Class Certification. Defendants submit a Statement of Justification in Support and a proposed Order along with this Motion.

WHEREFORE, Defendants Navient Corporation, Navient Solutions, Inc., and Navient Solutions, LLC respectfully request that the Court file under seal an

---

[1] Due to a recent corporate reorganization, Navient Corporation is now Navient LLC.

unredacted Reply Brief in Support of Objections to Report and Recommendation on Class Certification.

Dated: November 23, 2026

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

Jonathan Marmo
Holland & Knight LLP
1650 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 252-9600
jonathan.marmo@hklaw.com

Cory Eichhorn
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
(305) 374-8500
cory.eichhorn@hklaw.com

*Attorneys for Defendants Navient Corporation, Navient Solutions, Inc. and Navient Solutions, LLC*

## CERTIFICATE OF CONCURRENCE

I, Daniel T. Brier, hereby certify that counsel for Plaintiffs, Anthony Fiorentino, Esquire, concurs in the relief sought in this Motion.

Date: November 23, 2026

/s/ Daniel T. Brier
Daniel T. Brier

**CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Motion to File Under Seal was served upon all counsel of record via electronic mail on this 23rd day of November 2026:

Carlo Sabatini
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603

Anthony Fiorentino
Fiorentino Law Offices Ltd.
432 N. Clark St., Suite 202
Chicago, IL 60654

*Attorneys for Plaintiffs*

/s/ Daniel T. Brier
Daniel T. Brier